UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FAIRBANKS CAPITAL CORP.,<br>a Utah corporation, FAIRBANKS CAPITAL<br>HOLDING CORP., a Delaware corporation,<br>and THOMAS D. BASMAJIAN,<br><br>    Defendants. | )<br>)<br>)<br>)  03  12219  DPW<br>)<br>) Civil No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING STIPULATED FINAL JUDGMENT AND ORDER AS TO FAIRBANKS DEFENDANTS

Plaintiff, the United States of America, acting upon notification and authorization to the Attorney General by the Federal Trade Commission and the Secretary of the Department of Housing and Urban Development, and Defendants Fairbanks Capital Corp. and Fairbanks Capital Holding Corp. hereby request that this Court enter the Order Preliminary Approving Stipulated Final Judgment and Order As to Fairbanks Capital Corp. and Fairbanks Capital Holding Corp. ("Order"), a copy of which is attached to this motion. The parties and their counsel have agreed to the terms of the Order, as evidenced by their signatures thereon. The parties believe that the entry of this Order would most efficiently further the ends of justice in this case.

Dated: November 12, 2003

Respectfully submitted,

FOR UNITED STATES OF AMERICA:

Michael J. Sullivan
United States Attorney
District of Massachusetts

*/s/ Anita Johnson*
Anita Johnson
Assistant United States Attorney
Suite 9200 Moakley Courthouse
Boston, MA 02210
(617) 748-3100

FOR DEFENDANTS:

*/s/ Debra A. Valentine / aj*
Debra A. Valentine, Esq.
Brian P. Brooks, Esq.
Barton S. Aronson, Esq.
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C.  20006
(202) 383-5132 (direct)
(202) 383-5414 (facsimile)
Attorney for Defendants Fairbanks Capital
Holding Corp. and Fairbanks Capital Corp.

## CERTIFICATE OF SERVICE

1. My name is Anita Johnson. I am an attorney with the United States Attorney's Office, representing the plaintiff in this matter. My business address is Moakley Courthouse, Suite 9200, Boston, MA 02210.

2. On November 12, 2003, I served true and correct copies of the foregoing **Joint Motion for Entry of Order Preliminarily Approving Stipulated Final Judgment and Order As to Fairbanks Defendants** by causing it to be sent by U.S. mail, first class, postage pre-paid, from Boston, Massachusetts, to the following:

Debra A. Valentine, Esq.
Brian P. Brooks, Esq.
Barton S. Aronson, Esq.
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5132
Attorneys for Defendants Fairbanks Capital Holding Corp. and Fairbanks Capital Corp.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, 2003, at Boston, MA

_____
Anita Johnson