UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP.,<br>a Utah corporation, FAIRBANKS CAPITAL<br>HOLDING CORP., a Delaware corporation,<br>and THOMAS D. BASMAJIAN,<br><br>Defendants. | ) 03 12219 DPW<br>)<br>) Civil No. |

### JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT AND ORDER AS TO THOMAS D. BASMAJIAN

Plaintiff, the United States of America, acting upon notification and authorization to the Attorney General by the Federal Trade Commission and the Secretary of the Department of Housing and Urban Development, and Defendant Thomas D. Basmajian hereby request that this Court enter the Stipulated Final Judgment and Order As to Thomas D. Basmajian ("Order"), a copy of which is attached to this motion. The parties and their counsel have agreed to the terms of the Order, as evidenced by their signatures thereon. The parties believe that the entry of this Order would most efficiently further the ends of justice in this case.

Dated: November 12, 2003

Respectfully submitted,

FOR UNITED STATES OF AMERICA:

Michael J. Sullivan
United States Attorney
District of Massachusetts

*/s/ Anita Johnson*
Anita Johnson
Assistant United States Attorney
Suite 9200 Moakley Courthouse
Boston, MA 02210
(617) 748-3100

FOR DEFENDANT:

*/s/ Samuel J. Buffone /AJ*
Samuel J. Buffone, Esq.
Ropes & Gray LLP
One Metro Center
700 12th Street, N.W., Washington, DC 20005
(202) 508-4657

*/s/ Michele T. Perillo /AJ*
Michele T. Perillo, Esq.
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624
(617) 951-7689

Attorneys for Defendant
Thomas D. Basmajian

## CERTIFICATE OF SERVICE

1. My name is Anita Johnson. I am an attorney with the United States Attorney's Office, representing the plaintiff in this matter. My business address is Moakley Courthouse, Suite 9200, Boston, MA 02210.

2. On November 12, 2003, I served true and correct copies of the foregoing **Joint Motion for Entry of Stipulated Final Judgement and Order as to Thomas Basmajian** and **Stipulated Final Judgment and Order as to Thomas Basmajian** by causing them to be sent by U.S. mail, first class, postage pre-paid, from Boston, Massachusetts, to the following:

Samuel J. Buffone, Esq.
Ropes & Gray LLP
One Metro Center
700 12th Street, N.W., Washington, DC  20005-3948
(202) 508-4657

Michele T. Perillo, Esq.
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624
(617) 951-7689

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, 2003, at Boston, MA

_Anita Johnson_
Anita Johnson