# COMPLIANCE REPORTING

## XVIII.

IT IS FURTHER ORDERED that, in order that compliance with the provisions of this Order may be monitored:

    A.    For a period of eight (8) years from the date of entry of this Order, Defendant shall notify the Commission of the following:

        (1)    Any changes in his residence, mailing addresses, and telephone numbers, within ten (10) calendar days of the date of such change; and

        (2)    Any changes in his employment status (including self-employment) within ten (10) calendar days of the date of such change. Such notice shall include the name and address of each business that he is affiliated with, employed by, or performs services for, a statement of the nature of the business, and a statement of his duties and responsibilities in connection with the business.

    B.    One hundred eighty (180) calendar days after the date of entry of this Order, Defendant shall provide a written report to the FTC, sworn to under penalty of perjury, setting forth in detail the manner and form in which he has complied and is complying with this Order. This report shall include, but not be limited to any changes required to be reported pursuant to subparagraph (A) above.

    C.    For the purposes of this Order, Defendant shall, unless otherwise directed by the Commission's authorized representatives, mail all written notifications to the Commission to:

21

      Associate Director for Financial Practices
      Federal Trade Commission
      600 Pennsylvania Avenue, N.W.
      Mail Stop NJ-3158
      Washington, D.C. 20580
      Re: *FTC v. Fairbanks Capital Corp. et al*

D.    For the purposes of this Order, Defendant shall, unless otherwise directed by HUD's authorized representatives, mail all written notifications to HUD to:

      Director of the Office of RESPA and Interstate Land Sales
      Department of Housing and Urban Development
      451 Seventh Street, S.W., Room 9146
      Washington, DC 20410

## COMPLIANCE MONITORING

## XIX.

IT IS FURTHER ORDERED that, for the purposes of monitoring and investigating compliance with any provision of this Order,

A.    Within twenty (20) calendar days of receipt of written notice from a representative of the Commission or HUD, Defendant shall submit additional written reports, sworn to under penalty of perjury; produce documents for inspection and copying; appear for deposition; and/or provide entry during normal business hours to any business location in such defendant's possession or direct or indirect control to inspect the business operation, ***provided that*** (1) Defendant, after attempting to resolve a dispute without court action and for good cause shown, may file a motion with this Court seeking an order including one or more of the protections set forth in Fed. R. Civ. P. 26(c); and (2) nothing in this Order shall limit the Commission's lawful use of compulsory process, pursuant to Sections 9 and 20 of

22

the FTC Act, 15 U.S.C. §§ 49 and 57b-1, to obtain any documentary material, tangible things, testimony, or information.

B. Defendant shall permit representatives of the Commission or HUD to interview any employer, consultant, independent contractor, representative, agent or employee who has agreed to such an interview, relating in any way to any conduct subject to this Order. The person interviewed may have counsel present.

C. Defendant shall take reasonable steps sufficient to monitor and ensure that all of his employees and independent contractors engaged in loan servicing or related customer service functions comply with this Order. Such steps shall include adequate monitoring of calls with consumers.

D. Defendant shall take appropriate corrective action with respect to any of his employees whom he determines is not complying with this Order, which may include training, disciplining, and/or terminating such individual.

## RECORD KEEPING PROVISIONS

### XX.

IT IS FURTHER ORDERED that, for a period of eight (8) years from the date of entry of this Order, Defendant, and his officers, employees, agents, representatives, and all other persons or entities in active concert or participation with him who receive actual notice of this Order by personal service or otherwise, directly or through any corporation, subsidiary, division, or other device, are hereby permanently restrained and enjoined, in connection with the servicing of any loan, from failing to create and retain, for a period of three (3) years after the date of preparation of the record, the following records:

23

A. Accounting records that reflect the cost of loans acquired and/or sold; revenues generated from servicing fees and/or fees paid by and/or imposed on consumers; and the disbursement of such revenues;

B. Personnel records accurately reflecting: the name, address, and telephone number of each person employed in any capacity by such business, including as an independent contractor; that person's job title or position; the date upon which the person commenced work; and the date and reason for the person's termination, if applicable;

C. Customer files containing the names, addresses, telephone numbers, dollar amounts paid, and description of fees or other charges imposed;

D. Complaints, disputes, and requests from consumers (whether received directly, indirectly or through any third party) and any responses to those complaints, disputes, or requests;

E. Copies of all training materials and policy manuals; and

F. All documentation generated pursuant to Section XII.

## ACKNOWLEDGMENT OF RECEIPT OF ORDER BY DEFENDANT

### XXI.

IT IS FURTHER ORDERED that Defendant, within five (5) business days of receipt of this Order as entered by the Court, must submit to the Commission a truthful sworn statement acknowledging receipt of this Order.

## DISTRIBUTION OF ORDER BY DEFENDANT

### XXII.

IT IS FURTHER ORDERED that, for a period of five (5) years from the date of entry of this Order, Defendant shall deliver a copy of this Order to all of Defendant's principals, officers, directors, managers, employees, agents, and representatives having supervisory responsibility with respect to the subject matter of this Order, and shall secure from each such person a signed and dated statement acknowledging receipt of the Order. Defendant shall deliver this Order to current personnel within the scope of the preceding sentence within thirty (30) calendar days after the date of service of this Order, and to new personnel in the same group within thirty (30) calendar days after the person assumes such responsibility.

## RETENTION OF JURISDICTION

### XXIII.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this matter for all purposes, including but not limited to enabling any of the parties to apply to the Court at any time for such further orders or directives as may be necessary or appropriate for the interpretation or modification of this Order, the enforcement of compliance therewith, or as justice may require.

JUDGMENT IS THEREFORE ENTERED under the terms and conditions recited above, each party to bear its own costs and attorney fees incurred in connection with this action.

DATED: _____          _____
                                UNITED STATES DISTRICT JUDGE

The parties hereby stipulate and agree to the terms and conditions set forth above and consent to entry of this Stipulated Final Judgment and Order.

FOR THE UNITED STATES OF AMERICA:

Michael J. Sullivan
United States Attorney
District of Massachusetts

_____
Anita Johnson
Assistant United States Attorney
Suite 9200 Moakley Courthouse
Boston, MA 02210
(617) 748-3100

FOR THE FEDERAL TRADE COMMISSION:

WILLIAM E. KOVACIC
General Counsel

_____
Lucy E. Morris, Attorney
Eric Imperial, Attorney
Allison I. Brown, Attorney
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-3224 (telephone)
(202) 326-3768 (facsimile)

27

FOR THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT:

RICHARD A. HAUSER
General Counsel

*/s/ John P. Kennedy*

John P. Kennedy, Associate General Counsel
Peter S. Race, Assistant General Counsel
Joan Kayagil, Attorney
Barton Shapiro, Attorney
Program Compliance Division
Department of Housing and Urban Development
451 Seventh Street, S.W.
Washington, DC 20410
(202) 708-4184 (telephone)
(202) 401-8949 (facsimile)

FOR THE DEFENDANT:

_____  DATED: 10.23.03
THOMAS D. BASMAJIAN


Approved as to Form:

_____  DATED: 10 24 03
Samuel J. Buffone, Esq.
Ropes & Gray LLP
One Metro Center
700 12th Street, NW
Suite 900
Washington, D.C. 20005
(202) 508-4657 (telephone)
(202) 508-4650 (facsimile)
Attorney for Defendant
Thomas D. Basmajian

29