AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

FAIRBANKS CAPITAL CORP., a Utah Corporation; FAIRBANKS CAPITAL HOLDING CORPORATION, a Delaware corporation; and THOMAS D. BASMAJIAN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

03 12219 DPW

TO: (Name and address of defendant)

THOMAS D. BASMAJIAN

c/o Samuel J. Buffone, Esq., Ropes & Gray, LLP, One Metro Ctr., 700 12th St., NW

Washington, DC 20005-3948; AND Michele T. Perillo, Esq., Ropes & Gray, LLP,

One International Place, Boston, MA 02110-2624

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| Anita Johnson, AUSA | Lucy E. Morris, Esq. | John P. Kennedy |
| U.S. Attorney's Office | Federal Trade Commission | Associate General Counsel |
| 1 Courthouse Way, Suite 9200 | 600 Pennsylvania Ave., NW | Dept of Housing & Urban Development |
| Boston, MA 02210 | Mail Drop NJ-3158 | Program Compliance Division |
| | Washington, DC 20580 | 451 7th Street, SW |
| | | Washington, DC 20410 |

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANAST[...]

CLERK

(BY) DEPUTY CLERK

DATE  11-12-03

This form was electronically produced by Elite Federal Forms

## CERTIFICATE OF SERVICE

1. My name is Anita Johnson. I am an attorney with the United States Attorney's Office, representing the plaintiff in this matter. My business address is Moakley Courthouse, Suite 9200, Boston, MA 02210.

2. On November 12, 2003, I served true and correct copies of the foregoing **Complaint for Permanent Injunction and Other Equitable Relief and Civil Penalties** by causing it to be sent by U.S. mail, first class, postage pre-paid, from Boston, Massachusetts, to the following:

Samuel J. Buffone, Esq.
Ropes & Gray LLP
One Metro Center
700 12th Street, N.W., Washington, DC 20005-3948
(202) 508-4657

Michele T. Perillo, Esq.
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624
(617) 951-7689

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, 2003, at Boston, MA

_____
Anita Johnson