AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

FAIRBANKS CAPITAL CORP., a Utah Corporation; FAIRBANKS CAPITAL HOLDING CORPORATION, a Delaware corporation; and THOMAS D. BASMAJIAN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

03 12219 DPW

TO: (Name and address of defendant)

FAIRBANKS CAPITAL HOLDING CORP.

c/o Debra Valentine, Esq., O'Melveny & Myers, LLP

1625 Eye Street, NW

Washington, DC  20006

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anita Johnson, AUSA
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210

Lucy E. Morris, Esq.
Federal Trade Commission
600 Pennsylvania Ave., NW
Mail Drop NJ-3158
/Washington, DC  20580

John P. Kennedy, Associate General Counsel
Dept of Housing & Urban Dev.
Program Compliance Division
451 7th Street, SW
Washington, DC  20410

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE  11-12-03

This form was electronically produced by Elite Federal Forms, Inc.

## CERTIFICATE OF SERVICE

1.  My name is Anita Johnson. I am an attorney with the United States Attorney's Office, representing the plaintiff in this matter. My business address is Moakley Courthouse, Suite 9200, Boston, MA 02210.

2.  On November 12, 2003, I served true and correct copies of the foregoing **Complaint for Permanent Injunction and Other Equitable Relief and Civil Penalties** by causing it to be sent by U.S. mail, first class, postage pre-paid, from Boston, Massachusetts, to the following:

> Debra A. Valentine, Esq.
> Brian P. Brooks, Esq.
> Barton S. Aronson, Esq.
> O'Melveny & Myers LLP
> 1625 Eye Street, N.W.
> Washington, D.C. 20006
> (202) 383-5132
> Attorneys for Defendants Fairbanks Capital
> Holding Corp. and Fairbanks Capital Corp.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, 2003, at Boston, MA

_____
Anita Johnson