## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

2003 DEC -5  A 11: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP. and<br>FAIRBANKS CAPITAL HOLDING CORP.,<br><br>Defendants. | Civil Action No. 03-12219-DPW |
| ALANNA L. CURRY, *et al.*,<br>individually and on behalf of all others<br>similarly situated,<br><br>Plaintiffs,<br><br>v.<br>FAIRBANKS CAPITAL CORP.,<br><br>Defendant. | Civil Action No. 03-10895-DPW |

### NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Thomas M. Hefferon as counsel in *United States v. Fairbanks Capital Corp.*, No. 03-12219-DPW, for defendants Fairbanks Capital Corporation and Fairbanks Capital Holdings Corp. Mr. Hefferon has already entered an appearance in the other above-captioned action, *Curry v. Fairbanks Capital Corp.*, No. 03-10895-DPW.

       Respectfully submitted,

       FAIRBANKS CAPITAL CORPORATION
       and FAIRBANKS CAPITAL HOLDINGS
       CORPORATION

       By their attorneys,

       _____
       Thomas M. Hefferon
       Goodwin Procter LLP
       1717 Pennsylvania Avenue, NW
       Washington, DC 20006
       202-974-1000

Dated: December 5, 2003

## CERTIFICATE OF SERVICE

I, Brooks R. Brown, do hereby certify under the penalties of perjury, that on December 5, 2003, I arranged for the service by overnight mail of a copy of the foregoing Notice of Entry of Appearance on the following counsel of record:

>   Gary Klein, Esq.
>   John Roddy, Esq.
>   Grant & Roddy
>   44 School Street, Suite 400
>   Boston, MA  02108

_____
Brooks R. Brown

Additional Plaintiffs' counsel were served by first class mail at the addresses on the attached list.

Service List

Michael L. Kirby
Post Kirby Noonan & Sweat LLP
America Plaza, Suite 1100
600 West Broadway
San Diego, CA 92101

Mike Peacock
John A. Yanchunis
James, Hoyer, Newcomer & Smiljanich, P.A.
One Urban Centre, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609

Alan M. White
Community Legal Services, Inc.
Law Center North Central
3638 North Broad Street
Philadelphia PA 19140

Daniel A. Edelman
Cathy Combs
Edelman, Combs & Latturner
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

Mila F. Bartos
Finkelstein, Thompson, & Loughran
The Duvall Foundry 1050 30th Street, N.W.
Washington, D.C. 20007

Marian P. Rosner
Wolf Popper LLP
845 Third Avenue
New York, New York 10022

C. Neal Pope
Teresa Tomlinson
Pope, McGlamry, Kilpatrick, Morrison & Norwood, LLP
1037 Front Avenue
P.O. Box 2128
Columbus, GA 31902-2128

Drake Buckman
Buckman & Buckman, P.A.
1800 Second Street, Suite 715
Sarasota, FL 34236

Dayle G. Seidel
Seidel & McGory, P.A.
2901 W. Busch Blvd, Ste. 608
Tampa, FL 33618

Ervin Brown, II
Handler & Brown, P.L.L.C.
1014 West Fifth Street
Winston-Salem, NC 27101

Marc H. Edelson
Hoffman & Edelson, LLC
45 West Court Street
Doylestown, PA 18901

Ira Neil Richards
Trujillo, Rodriguez & Richards, LLC
The Penthouse
226 W. Rittenhouse Square
Philadelphia, PA 19103

Roberta D. Liebenberg
Fine, Kaplan & Black
A Restricted Professional Company
23rd Floor, 1845 Walnut Street
Philadelphia, PA 19103

Tod Aronovitz
Aronovitz Trial Lawyers
150 W. Flagler Street
Suite 2700, Museum Tower
Miami, FL 33130

Mark A. Chavez
Chavez & Gertler, LLP
42 Miller Avenue
Mill Valley, CA 94941

Lawrence D. Goodman
John Devine
Devine Goodman Pallot & Wells, P.A.
777 Brickell Avenue, Suite 850
Miami, FL 33131

Kevin C. Schoenberger, APLC
650 Poydras Street
Suite 2100 – Poydras Center
New Orleans, LA 70130

E. Powell Miller
Miller Shea, PC
1301 West Long Lake Road, Suite 135
Troy, MI 48098

David Olshan
Nevada Fair Housing Center, Inc.
3380 West Sahara, Suite 150
Las Vegas, NV 89102

Elizabeth Brancart
Brancart & Brancart
Post Office Box 686
Pescadero, CA 94060

Lance A. Raphael
The Consumer Advocacy Center, P.C.
25 East Washington Suite 1805
Chicago, IL 60602

Scott C. Borison
Legg Law Firm, LLC
5500 Buckeystown Pike
Frederick MD 21703

Michael D. Donovan
David Searles
Donovan Searles, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

Brian R. Mildenberg
Mildenberg and Stalbaum, LLC
Eleven Penn Center
1835 Market Street, Suite 515
Philadelphia, PA 19103

Andrew S. Kierstead
1001 SW Fifth Ave. Suite 1100
Portland, OR 97204

Andrew B. Spark
LawServ, Chartered
2033 Main St., Ste. 106
Sarasota, FL 34237

Stuart T. Rossman
John Rao
National Consumer Law Center
77 Summer Street, 10th floor
Boston, Massachusetts 02110

Matthew Brownfield
640 Community Law Center
215 East Ninth Street
Cincinnati, Ohio 45202