UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAIRBANKS CAPITAL CORPORATION and FAIRBANKS CAPITAL HOLDING CORPORATION,<br><br>Defendants. | Civil Action No. 03-CV-12219-DPW |

FILED IN CLERK'S OFFICE

2003 DEC 30 P 12: 34

U.S. DISTRICT COURT
DISTRICT OF MASS

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

## ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), defendants Fairbanks Capital Corporation and Fairbanks Capital Holding Corporation (together, "Fairbanks"), by their undersigned attorneys, hereby move for the admission *pro hac vice* of its counsel Joseph F. Yenouskas. As grounds therefore, Fairbanks states:

1. Joseph F. Yenouskas is a partner with the law firm of Goodwin Procter LLP and is a member in good standing of the Bar of the District of Columbia, the Bar of the State of Virginia, and the Bars of the United States Supreme Court, the United States Court of Appeals for the Fourth, Sixth, Seventh and Tenth Circuits, and the United States District Courts for the District of Columbia, the Eastern District of Virginia, the Eastern District of Michigan, and the District of Colorado.

2. In further support of its motion, Fairbanks submits herewith the Certificate of Joseph F. Yenouskas as Exhibit A establishing that he is a member in good standing of the Bar in every jurisdiction in which he has been admitted to practice; that there are no disciplinary proceedings against him in any jurisdiction; and that he is familiar with the local rules of this Court.

Respectfully submitted,

FAIRBANKS CAPITAL CORPORATION
and FAIRBANKS CAPITAL HOLDING
CORPORATION

By their attorney,

_____
Thomas M. Hefferon (BBO #548289)
GOODWIN PROCTER LLP
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 974-1000

Dated: December 29, 2003

## LOCAL RULE 7.1(A)(2) CERTIFICATE AND CERTIFICATE OF SERVICE

The undersigned certifies pursuant to Local Rule 7.1(A)(2), that on December 30, 2003, the moving party conferred with opposing counsel on the matter set forth in the foregoing motion and therefore reports that the Plaintiff has assented to this motion.

I further certify that on December 30, 2003, I caused a copy of the foregoing motion to be served by First Class Mail, Postage Prepaid, on all counsel of record for each other party.

_____
Thomas M. Hefferon

LIBA/1343418.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FAIRBANKS CAPITAL CORPORATION and<br>FAIRBANKS CAPITAL HOLDING<br>CORPORATION,<br><br>　　　　Defendants. | Civil Action No. 03-CV-12219-DPW |

### CERTIFICATE OF JOSEPH F. YENOUSKAS

Joseph F. Yenouskas, declares and states as follows:

1.　　I am an attorney with the law firm of Goodwin Procter LLP. I have been a member in good standing of the Bar of the State of Virginia since 1987, the Bar of the District of Columbia since 1988, and the United States Supreme Court since 1996. I am also a member in good standing of the Bar of the United States Court of Appeals for the Fourth, Sixth, Seventh and Tenth Circuits, and the United States District Courts for the District of Columbia, the Eastern District of Virginia, the Eastern District of Michigan, and the District of Colorado.

2.　　There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3.　　I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 29th DAY OF DECEMBER, 2003.

_____
Joseph F. Yenouskas

LIBA/1343420.1