```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,
     Plaintiff,

          v.                              CIVIL ACTION NO.
                                          03-12219-DPW
FAIRBANKS CAPITAL CORP. AND
FAIRBANKS CAPITAL HOLDING CORP.,
     Defendants.

----------------------------------------------------------------

ALANNA L. CURRY, ET AL.,
INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY SITUATED,
     Plaintiffs,

          v.                              CIVIL ACTION NO.
                                          03-10895-DPW

FAIRBANKS CAPITAL CORP.,
     Defendants.
```

### MODIFICATION TO PRELIMINARY INJUNCTION
### March 18, 2004

On December 10, 2003, the Court issued a Preliminary Injunction that enjoined the commencement or continuation of certain litigation, pending a final hearing on the proposed class settlement in these cases. On February 19, 2004, plaintiffs Alanna L. Curry et al. ("Plaintiffs") and defendant Fairbanks Capital Corporation ("Fairbanks") filed a "Notice of Related Settlement Agreements," informing the Court of certain settlements of class action cases that are related to this

1

matter. The Court agrees that it would be equitable to permit all parties to those cases, and any other case that may be settled by Fairbanks, to effectuate and perform the settlement of litigation during the pendency of the Preliminary Injunction. Accordingly, the Court hereby ORDERS that the Preliminary Injunction is hereby CLARIFIED and MODIFIED as follows, and such clarification and modification is deemed to be effective as of the date the Injunction was originally issued:

> The Preliminary Injunction shall not apply to enjoin, restrain or bar any action taken to consummate or implement any settlement of any lawsuit, claim or dispute involving a Class Member.

/s/ Douglas P. Woodlock

DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE