UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FAIRBANKS CAPITAL CORP.,<br>FAIRBANKS CAPITAL HOLDING CORP., and<br>THOMAS D. BASMAJIAN,<br><br>    Defendants. | Civil Action No. 1-03-CV-12219-DPW |
| ALANNA L. CURRY *et al.*,<br>individually and on behalf of all others<br>similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>FAIRBANKS CAPITAL CORP.,<br><br>    Defendant. | Civil Action No. 1-03-CV-10895-DPW |

## NOTICE OF PUBLICATION OF SUMMARY NOTICE

Defendant Fairbanks Capital Corp. respectfully provides notice that it has complied with Paragraphs 9 and 10 of this Court's December 10, 2003 "Order Preliminary Approving Class Action Settlement, Conditionally Certifying Class for Settlement Purposes, and With Respect to Notice, Settlement Hearing and Administration In Each Case." In those provisions, the Court approved a form of Summary Notice and directed that it be published in the *USA Today* twice during the four weeks following the initial mailing of the mailed Notice to class members, with publication dates spaced at least seven days apart.

The Summary Notice was published in the "Marketplace Today" section of the national edition of *USA Today* on Wednesday, March 3 and Thursday, March 11, 2004. Copies of the advertisements are attached hereto as Exhibit A. Affidavits from *USA Today* verifying the publication dates are attached as Exhibit B.

Respectfully submitted,

*/s/ Brooks R. Brown*

Thomas M. Hefferon (BBO #548289)
Joseph F. Yenouskas (*pro hac vice*)
GOODWIN PROCTER LLP
1717 Pennsylvania Avenue, N.W.
Suite 500
Washington, D.C. 20006
(202) 974-1000

John C. Englander (BBO # 542532)
Brooks R. Brown (BBO # 634144)
GOODWIN PROCTER LLP
Exchange Place
Boston MA  02109
(617) 570-1000

Counsel for Defendant
Fairbanks Capital Corp.

Dated:  March 19, 2004

## CERTIFICATE OF SERVICE

I, Brooks R. Brown, do hereby certify under the penalties of perjury, that on March 19, 2004, I arranged for the service by U.S. Mail, postage prepaid, a copy of the foregoing on the following counsel of record:

>Gary Klein, Esq.
>John Roddy, Esq.
>Grant, Klein & Roddy
>727 Atlantic Avenue, 2nd Floor
>Boston, MA  02111

_____
Brooks R. Brown


Additional Plaintiffs' counsel were served by first class mail at the addresses on the attached list.

Service List

Michael L. Kirby
Post Kirby Noonan & Sweat LLP
America Plaza, Suite 1100
600 West Broadway
San Diego, CA 92101

Mike Peacock
John A. Yanchunis
James, Hoyer, Newcomer & Smiljanich, P.A.
One Urban Centre, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609

Alan M. White
Community Legal Services, Inc.
Law Center North Central
3638 North Broad Street
Philadelphia PA 19140

Daniel A. Edelman
Cathy Combs
Edelman, Combs & Latturner
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

Mila F. Bartos
Finkelstein, Thompson, & Loughran
The Duvall Foundry 1050 30th Street, N.W.
Washington, D.C. 20007

Marian P. Rosner
Wolf Popper LLP
845 Third Avenue
New York, New York 10022

C. Neal Pope
Teresa Tomlinson
Pope, McGlamry, Kilpatrick, Morrison & Norwood, LLP
1037 Front Avenue
P.O. Box 2128
Columbus, GA 31902-2128

Drake Buckman
Buckman & Buckman, P.A.
1800 Second Street, Suite 715
Sarasota, FL 34236

Dayle G. Seidel
Seidel & McGory, P.A.
2901 W. Busch Blvd, Ste. 608
Tampa, FL 33618

Ervin Brown, II
Handler & Brown, P.L.L.C.
1014 West Fifth Street
Winston-Salem, NC 27101

Marc H. Edelson
Hoffman & Edelson, LLC
45 West Court Street
Doylestown, PA 18901

Ira Neil Richards
Trujillo, Rodriguez & Richards, LLC
The Penthouse
226 W. Rittenhouse Square
Philadelphia, PA 19103

Roberta D. Liebenberg
Fine, Kaplan & Black
A Restricted Professional Company
23rd Floor, 1845 Walnut Street
Philadelphia, PA 19103

Tod Aronovitz
Aronovitz Trial Lawyers
150 W. Flagler Street
Suite 2700, Museum Tower
Miami, FL 33130

Mark A. Chavez
Chavez & Gertler, LLP
42 Miller Avenue
Mill Valley, CA 94941

Lawrence D. Goodman
John Devine
Devine Goodman Pallot & Wells, P.A.
777 Brickell Avenue, Suite 850
Miami, FL 33131

Kevin C. Schoenberger, APLC
650 Poydras Street
Suite 2100 – Poydras Center
New Orleans, LA 70130

E. Powell Miller
Miller Shea, PC
1301 West Long Lake Road, Suite 135
Troy, MI 48098

David Olshan
Nevada Fair Housing Center, Inc.
3380 West Sahara, Suite 150
Las Vegas, NV 89102

Elizabeth Brancart
Brancart & Brancart
Post Office Box 686
Pescadero, CA 94060

Lance A. Raphael
The Consumer Advocacy Center, P.C.
25 East Washington Suite 1805
Chicago, IL 60602

Scott C. Borison
Legg Law Firm, LLC
5500 Buckeystown Pike
Frederick MD 21703

Michael D. Donovan
David Searles
Donovan Searles, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

Brian R. Mildenberg
Mildenberg and Stalbaum, LLC
Eleven Penn Center
1835 Market Street, Suite 515
Philadelphia, PA 19103

Andrew S. Kierstead
1001 SW Fifth Ave. Suite 1100
Portland, OR 97204

Andrew B. Spark
LawServ, Chartered
2033 Main St., Ste. 106
Sarasota, FL 34237

Stuart T. Rossman
John Rao
National Consumer Law Center
77 Summer Street, 10th floor
Boston, Massachusetts 02110

Matthew Brownfield
640 Community Law Center
215 East Ninth Street
Cincinnati, Ohio 45202

Jessica D. Hedges
Hrones & Garrity
Lewis Wharf Bay 232
Boston, Massachusetts 02110

Daniel F. Hedges
Mountain State Justice, Inc.
922 Quarrier Street, Suite 525
Charleston, WV 25301