Mr. Jen-Shenn Song<br>
Mrs. Sue-Jen Song<br>
807 S. Severgn Drive<br>
Exton, PA 19341<br>
(610) 594-8888<br>
(610) 594-0770 (Fax)

March 20, 2004

Civil Clerk's Office
United States District Court
The District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

      RE: My Claim No.: 14726941 (USA v. Fairbanks Capital Corp.)

Dear Gentleman:

I have enclosed my statement with supporting documents and the certificate of service to Plaintiffs' Co-Lead Counsel, Defendant's Counsel and FTC Counsel in the package.

If you need additional information from me, please let me know.

Sincerely,

*[signature]*

Mr. Jen-Shenn Song