

DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 APR 22  P 5: 43

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | FILED |
| Plaintiff, | |
| v. | Civil Action No. 1-03-CV-12219-DPW |
| FAIRBANKS CAPITAL CORP.,<br>FAIRBANKS CAPITAL HOLDING CORP., and<br>THOMAS D. BASMAJIAN, | |
| Defendants. | |
| ALANNA L. CURRY *et al.*,<br>individually and on behalf of all others<br>similarly situated, | |
| Plaintiffs, | |
| v. | Civil Action No. 1-03-CV-10895-DPW |
| FAIRBANKS CAPITAL CORP., | |
| Defendant. | |

## NOTICE OF FILING OF AFFIDAVIT OF SETTLEMENT ADMINISTRATOR

In accordance with Paragraph 15(ii) of this Court's December 10, 2003 "Order

Preliminary Approving Class Action Settlement, Conditionally Certifying Class for Settlement

Purposes, and With Respect to Notice, Settlement Hearing and Administration In Each Case"

("Order"), defendant Fairbanks Capital Corp. hereby provides notice that it is filing the attached

Affidavit of Ronald Heard of Gilardi & Co. LLC ("Gilardi"), which this Court appointed as

Settlement Administrator in this action in Paragraph 22 of the Order.  The Affidavit reports the

number of Requests for Exclusion postmarked on or before April 9, 2004 and received by Gilardi as of this date.

Respectfully submitted,

_Thomas M. Hefferon (BBO #548289)_
Joseph F. Yenouskas (*pro hac vice*)
GOODWIN PROCTER LLP
1717 Pennsylvania Avenue, N.W.
Suite 500
Washington, D.C.  20006
(202) 974-1000

John C. Englander (BBO # 542532)
Brooks R. Brown (BBO # 634144)
GOODWIN PROCTER LLP
Exchange Place
Boston MA  02109
(617) 570-1000

Counsel for Defendant
Fairbanks Capital Corp.

Dated:  April 22, 2004

2

## CERTIFICATE OF SERVICE

I, Brooks R. Brown, do hereby certify under the penalties of perjury, that on April 22, 2004, I arranged for the service by U.S. Mail, postage prepaid, a copy of the foregoing on the following counsel of record:

> Gary Klein, Esq.
> John Roddy, Esq.
> Grant, Klein & Roddy
> 727 Atlantic Avenue, 2nd Floor
> Boston, MA 02111

_____
Brooks R. Brown

Additional Plaintiffs' counsel were served by first class mail at the addresses on the attached list.

Service List

Michael L. Kirby
Post Kirby Noonan & Sweat LLP
America Plaza, Suite 1100
600 West Broadway
San Diego, CA 92101

Mike Peacock
John A. Yanchunis
James, Hoyer, Newcomer & Smiljanich, P.A.
One Urban Centre, Suite 550
4830 West Kennedy Boulevard
Tampa, FL 33609

Alan M. White
Community Legal Services, Inc.
Law Center North Central
3638 North Broad Street
Philadelphia PA 19140

Daniel A. Edelman
Cathy Combs
Edelman, Combs & Latturner
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

Mila F. Bartos
Finkelstein, Thompson, & Loughran
The Duvall Foundry 1050 30th Street, N.W.
Washington, D.C. 20007

Marian P. Rosner
Wolf Popper LLP
845 Third Avenue
New York, New York 10022

C. Neal Pope
Teresa Tomlinson
Pope, McGlamry, Kilpatrick, Morrison & Norwood, LLP
1037 Front Avenue
P.O. Box 2128
Columbus, GA 31902-2128

Drake Buckman
Buckman & Buckman, P.A.
1800 Second Street, Suite 715
Sarasota, FL 34236

Dayle G. Seidel
Seidel & McGory, P.A.
2901 W. Busch Blvd, Ste. 608
Tampa, FL 33618

Ervin Brown, II
Handler & Brown, P.L.L.C.
1014 West Fifth Street
Winston-Salem, NC 27101

Marc H. Edelson
Hoffman & Edelson, LLC
45 West Court Street
Doylestown, PA 18901

Ira Neil Richards
Trujillo, Rodriguez & Richards, LLC
The Penthouse
226 W. Rittenhouse Square
Philadelphia, PA 19103

Roberta D. Liebenberg
Fine, Kaplan & Black
A Restricted Professional Company
23rd Floor, 1845 Walnut Street
Philadelphia, PA 19103

Tod Aronovitz
Aronovitz Trial Lawyers
150 W. Flagler Street
Suite 2700, Museum Tower
Miami, FL 33130

Mark A. Chavez
Chavez & Gertler, LLP
42 Miller Avenue
Mill Valley, CA  94941

Lawrence D. Goodman
John Devine
Devine Goodman Pallot & Wells, P.A.
777 Brickell Avenue, Suite 850
Miami, FL 33131

Kevin C. Schoenberger, APLC
650 Poydras Street
Suite 2100 – Poydras Center
New Orleans, LA 70130

E. Powell Miller
Miller Shea, PC
1301 West Long Lake Road, Suite 135
Troy, MI 48098

David Olshan
Nevada Fair Housing Center, Inc.
3380 West Sahara, Suite 150
Las Vegas, NV 89102

Elizabeth Brancart
Brancart & Brancart
Post Office Box 686
Pescadero, CA 94060

Lance A. Raphael
The Consumer Advocacy Center, P.C.
25 East Washington Suite 1805
Chicago, IL 60602

Scott C. Borison
Legg Law Firm, LLC
5500 Buckeystown Pike
Frederick MD 21703

Michael D. Donovan
David Searles
Donovan Searles, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

Brian R. Mildenberg
Mildenberg and Stalbaum, LLC
Eleven Penn Center
1835 Market Street, Suite 515
Philadelphia, PA 19103

Andrew S. Kierstead
1001 SW Fifth Ave. Suite 1100
Portland, OR 97204

Andrew B. Spark
LawServ, Chartered
2033 Main St., Ste. 106
Sarasota, FL 34237

Stuart T. Rossman
John Rao
National Consumer Law Center
77 Summer Street, 10th floor
Boston, Massachusetts  02110

Matthew Brownfield
640 Community Law Center
215 East Ninth Street
Cincinnati, Ohio  45202

Jessica D. Hedges
Hrones & Garrity
Lewis Wharf Bay 232
Boston, Massachusetts  02110

DISTRICT COURT
OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

1
2
3    ALANNA L. CURRY, *et al.*,                    ) 2004 APR 22  P 5: 44
                                                  )
4                                                 )
     individually and on behalf of all others    )
5    similarly situated,                          )
                                                  )
6            Plaintiffs,                           ) ... No. 03-10895-DPW
                                                  )         'S OFFICE
7        v.                                       )
                                                  )
8    FAIRBANKS CAPITAL CORPORATION,               )
                                                  )
9            Defendant.                           )
                                                  )
10
11
12                    AFFIDAVIT OF RONALD HEARD
               REGARDING REQUESTS FOR EXCLUSION
13
14        I, Ronald Heard, hereby depose under oath and say as follows:

15        1.      On December 10, 2003, Gilardi & Co. LLC ("Gilardi") was appointed

16   by the Court as the Settlement Administrator in the above-captioned matter. "Order

17   Preliminarily Approving Class Action Settlement, Conditionally Certifying Class for

18   Settlement Purposes, and With Respect to Notice, Settlement Hearing and

19   Administration In Each Case," ¶ 22 ("Order").

20        2.      I am an employee of Gilardi and have participated in or supervised the

21   performance of the settlement administration tasks by Gilardi.
22
23        3.      Paragraph 15 of the Order required Gilardi to file with the Court, no

24   later than 20 days prior to the Fairness Hearing, a sworn statement listing all persons

25   who have submitted timely Requests for Exclusion. Attached hereto as Exhibit "A is a

26   list of all persons who submitted Requests for Exclusion to Gilardi postmarked on or

27   before April 9, 2004.

28

4.    On the dates of February 24, 2004 and February 25, 2004 Gilardi caused to be mailed 751,637 Notice packets to the known class containing the appropriate enclosures. Of the above 751,637 packets, 3,969 represent packets sent to individuals with more than one address.

5.    Exhibit "A" represents timely Requests for Exclusion that Gilardi has received as of this date but have not been reviewed for duplicates. It is possible, due to the volume of mail Gilardi is processing or delays in receiving mail from the U.S. Postal Service, that Gilardi may receive a few additional Requests for Exclusion postmarked on or before April 9, 2004. If that occurs, Gilardi will revise Exhibit "A" and submit it to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of April 2004.

Ronald Heard

Sworn to and subscribed before me this 22nd day of April, 2004.

Notary Public for
My commission expires:



ROBERT K. GOLDMAN
Commission # 1402554
Notary Public - California
Marin County
My Comm. Expires Feb 24, 2007

2

EXHIBIT A

USA V. FAIRBANKS CAPITAL CORP. TOTAL OPT-OUTS RECEIVED ON OR BEFORE APRIL 9,2004

| REC | NAME |
|-----|------|
| 1 | AARON T HARRIS |
| 2 | ABRAHAM LAMOURT JR |
| 3 | AGIN MUHAMMAD |
| 4 | ALAN ECKSTIEN |
| 5 | ALBERT BOWENS |
| 6 | ALBERT HOLLAND |
| 7 | ALBERT PEEBLES |
| 8 | ALBERT SHAMBURGER |
| 9 | ALEXANDER WILSON |
| 10 | ALFRED R LAWSON |
| 11 | ALFREDA BECK |
| 12 | ALGER LASTER |
| 13 | ALICE GALLMAN |
| 14 | ALICE JOHNSON |
| 15 | ALICE S KING |
| 16 | ALLEN HUNTER |
| 17 | ALLEN J WOODS |
| 18 | ALMA J TROTTER |
| 19 | ALONZO MAYNOR |
| 20 | ALTHEA HEMPHILL |
| 21 | ALVIN JOHNSON |
| 22 | ALVIN R SMITH |
| 23 | ALVONIA L FOUCHE |
| 24 | AMANDA JOHNSON |
| 25 | ANDREA Y RICHMOND |
| 26 | ANDREW BELL |
| 27 | ANDREW PETERS |
| 28 | ANGELA CLAY |
| 29 | ANGELA SPRUILL FUTCH |
| 30 | ANGIE SHANNON |
| 31 | ANNETTE HARRISON |
| 32 | ANNETTE H IVY |
| 33 | ANNIE ANDERSON |
| 34 | ANNIE B STAPLETON |
| 35 | ANNIE L MCCOY |
| 36 | ANNIE MAE SCOTT |
| 37 | ANNIE R THOMAS |
| 38 | ANNIE W ROBBINS |
| 39 | ANTHONY FUNCHESS |
| 40 | ANTHONY HOLLIDAY |
| 41 | ANTHONY MANSOOR |
| 42 | ANTHONY WILLIAMS |
| 43 | ARLENE MAGEE |
| 44 | ARLISA L ARMSTRONG |
| 45 | ARNOLD H ROTHSCHILD |
| 46 | ARTHUR DOUGLAS |
| 47 | ARTHUR L STANLEY |
| 48 | ATLEAN THOMPSON |
| 49 | AUBRA ANNE WILLIS |
| 50 | AUDREY HOLDEN |
| 51 | AUDRY GREEN |

EXHIBIT A
USA V. FAIRBANKS CAPITAL CORP. TOTAL OPT-OUTS RECEIVED ON OR BEFORE APRIL 9,2004

| 52 | BALBINA NEPOMUCENO |
| 53 | BARBARA JEAN SMITH |
| 54 | BEATRICE H HUTSON |
| 55 | BERNADINE J BUCKNER |
| 56 | BERTHA GRANT |
| 57 | BERTHA HUNTER |
| 58 | BERTHA MCRAE |
| 59 | BERTHA POWELL |
| 60 | BERTHA ROLLINS |
| 61 | BERTHA M THURMAN |
| 62 | BETTY JIMMERSON |
| 63 | BETTY TISDALE |
| 64 | BETTY A EVANS |
| 65 | BETTY J TILLMAN |
| 66 | BETTY JEAN GRAYSON |
| 67 | BETTYE MASON |
| 68 | BEVERLY BRADLEY |
| 69 | BEVERLY KING |
| 70 | BEVERLY WELLS |
| 71 | BILLIE BEAMER |
| 72 | BILLIE J MEDCAFE |
| 73 | BILLY J JONES |
| 74 | BILLY R JACKSON |
| 75 | BLAIR BAILEY |
| 76 | BOB DAVIDSON |
| 77 | BOBBI MOSLEY |
| 78 | BOBBIE J BEALE |
| 79 | BOBBY GAUTHIER |
| 80 | BONIFACIO V CORPUZ |
| 81 | BONITA BAITY |
| 82 | BONNIE KALIN |
| 83 | BOOKER COLE |
| 84 | BOOKER T JOHNSON |
| 85 | BRADLEY J CARVER SR |
| 86 | BRENDA WASHINGTON |
| 87 | BRENDA WEST ANDERSON |
| 88 | BRENDA WILEY |
| 89 | BRIAN J MCCREEDY |
| 90 | BRUCE ALLEN |
| 91 | BRYAN HAMILTON |
| 92 | CALLIE M CARROLL |
| 93 | CALVIN BUSH |
| 94 | CALVIN EMMONS |
| 95 | CALVIN F BARBOUR |
| 96 | CAMERON R MIKHAILI |
| 97 | CANDACE TAYLOR |
| 98 | CARL ARNOLD |
| 99 | CARL WATKINS |
| 100 | CARL E. BEARD |
| 101 | CARL V NICHOLS |
| 102 | CARL V PATTON |
| 103 | CARLIN S MARLETT |

EXHIBIT A

USA V. FAIRBANKS CAPITAL CORP. TOTAL OPT-OUTS RECEIVED ON OR BEFORE APRIL 9,2004

| | |
|---|---|
| 104 | CARMEN ZAPATER |
| 105 | CAROL BOYKIN |
| 106 | CAROL DOUGLAS |
| 107 | CAROL LEON |
| 108 | CAROL R TURNAGE |
| 109 | CAROL T JENNINGS |
| 110 | CAROLINE PAYNE |
| 111 | CAROLYN DAVIS |
| 112 | CAROLYN GARY |
| 113 | CAROLYN IANNCELLI |
| 114 | CAROLYN WILLIAMS |
| 115 | CAROLYN & RAY GARDNER |
| 116 | CAROLYN D GRAY |
| 117 | CARRIE L MCCALL |
| 118 | CARRONE J PAGE |
| 119 | CASTELLA HARRIS |
| 120 | CATHERINE CARTER |
| 121 | CATHERINE L HAYNESWORTH |
| 122 | CHANDRA HARDAWAY |
| 123 | CHARLENE RAY |
| 124 | CHARLENE WASHINGTON |
| 125 | CHARLES GALLAGHER |
| 126 | CHARLES WHISNER |
| 127 | CHARLES E MCCASKILL |
| 128 | CHARLES E NEWTON |
| 129 | CHARLES L STANFORD |
| 130 | CHARLES R HUSBAND |
| 131 | CHARLEZETT PONDS |
| 132 | CHARLOTTE H MARTIN |
| 133 | CHERYL BLACKMON |
| 134 | CHIQUITA Y HARRIS |
| 135 | CHRISTINE PARKER |
| 136 | CLARA POPE |
| 137 | CLARENCE WILLIAMS |
| 138 | CLARENCE E ROBINSON |
| 139 | CLARENCE E SIMMONS |
| 140 | CLARENCE E THOMAS |
| 141 | CLAUDE R BOSARGE |
| 142 | CLAYTON HARMON |
| 143 | CLINT BONNEY |
| 144 | CLYDE GILL |
| 145 | CLYDE D DANIEL |
| 146 | COLBY FISHER |
| 147 | CONNIE NORRIS |
| 148 | CONSTANCE ZANNIS |
| 149 | CORA L COOPER |
| 150 | CORNELIUS CHEEKS |
| 151 | CRITTIE J SHOALS |
| 152 | CRUZ MARTINEZ |
| 153 | CURTIS D BAILEY |
| 154 | CYNTHIA CUMMINGS |
| 155 | CYNTHIA MCDUFFIE |

EXHIBIT A
USA V. FAIRBANKS CAPITAL CORP. TOTAL OPT-OUTS RECEIVED ON OR BEFORE APRIL 9,2004

| | |
|---|---|
| 156 | CYNTHIA SMITH |
| 157 | DAFPHINE M EDWARDS |
| 158 | DAINTRY MCFADDEN |
| 159 | DAISY KEYS |
| 160 | DALE M HUBBARD |
| 161 | DALE R MERCER |
| 162 | DALFRED HYPOLITE |
| 163 | DANIEL TEELE |
| 164 | DANIEL A DAVENPORT |
| 165 | DANIEL R HECT |
| 166 | DANIELLE A SAWKINS |
| 167 | DANNY MCGILL |
| 168 | DANNY NUNLEY |
| 169 | DANNY SCHIELE |
| 170 | DANNY L DENDY |
| 171 | DARLENE SMITH |
| 172 | DARNELL FORD |
| 173 | DARRYL GILLESPIE |
| 174 | DARYCK BROWN |
| 175 | DAVID BEAZLEY |
| 176 | DAVID BELL |
| 177 | DAVID BENJAMIN |
| 178 | DAVID HAMILTON |
| 179 | DAVID LEWIS |
| 180 | DAVID MUNCE |
| 181 | DAVID PERRY |
| 182 | DAVID PICKENS |
| 183 | DAVID H MUNCE |
| 184 | DAVID T STEPHENS |
| 185 | DAWN L GROVES |
| 186 | DEBBIE NOLEN |
| 187 | DEBBIE DONALD CHAPMAN |
| 188 | DEBORAH COLE |
| 189 | DEBORAH ROBINSON |
| 190 | DEBORAH E SPRINGFIELD |
| 191 | DEBRA SANTIAGO |
| 192 | DEIDRE CHAPMAN |
| 193 | DELANOIA GIBSON |
| 194 | DELIA E ALUPAY |
| 195 | DELLA B COLEMAN |
| 196 | DEMETRIC THOMAS |
| 197 | DEMETRICE CHEEKS |
| 198 | DENISE C PRICE |
| 199 | DENNIS J HAVEN |
| 200 | DENNIS J JOHNSON |
| 201 | DENNIS R BUSCHMOHLE |
| 202 | DENNY MILES |
| 203 | DERYL WILLIAMS |
| 204 | DEXTURE APPLEWHITE |
| 205 | DIANA BRYANT |
| 206 | DIANE DELANEY |
| 207 | DIANE M GALLAGHER |

EXHIBIT A
USA V. FAIRBANKS CAPITAL CORP. TOTAL OPT-OUTS RECEIVED ON OR BEFORE APRIL 9,2004

| | |
|---|---|
| 208 | DIANN M CREEL |
| 209 | DIANNA ROBERTS |
| 210 | DIANNE SMITH |
| 211 | DIEDRA M BURR |
| 212 | DOBBY HENDERSON |
| 213 | DOLORES R OLLIE |
| 214 | DOMINIC FICHERA |
| 215 | DOMINIC J RAFFANIELLO |
| 216 | DONALD ABNER |
| 217 | DONALD O'KELLEY |
| 218 | DONNA CARTER |
| 219 | DONNA J STAFFORD |
| 220 | DORIAN ALLRED |
| 221 | DORIS WALL |
| 222 | DORIS H MURRAY |
| 223 | DOROTHY BURDETTE |
| 224 | DOROTHY KINSEY |
| 225 | DOROTHY MCLAURIN |
| 226 | DOROTHY WASHINGTON |
| 227 | DOROTHY H BRIDGES |
| 228 | DOROTHY J PLANT |
| 229 | DOROTHY J THOMAS |
| 230 | DOROTHY JONES MOORE |
| 231 | DOUGLAS A BUCKETT |
| 232 | DOYLE VANDIVER |
| 233 | DWAIN CHARLES TONEY |
| 234 | E GENE POULSEN |
| 235 | EARL WILLIAMS |
| 236 | EARLINE MCCLARY |
| 237 | EARNESTINE BLAIR |
| 238 | EARNESTINE HOOTEN |
| 239 | EARNESTINE SNELL |
| 240 | ED BLEMEL |
| 241 | EDDIE MCDONALD |
| 242 | EDDIE F SMITH |
| 243 | EDDIE M CALDWELL |
| 244 | EDDIE M PRATHER |
| 245 | EDNA MCCOY |
| 246 | EDNA E HARPER |
| 247 | EDNA M HARRIS |
| 248 | EDWARD FREEMAN |
| 249 | EDWARD ODUM |
| 250 | EDWARD VENSON |
| 251 | EDWARD D COMER |
| 252 | EDWARD E DEASON |
| 253 | EDWARD F TAUMOEPEAU |
| 254 | EDWARD L MCCOY |
| 255 | EILEEN A KLINE |
| 256 | ELBERT TOBIOS |
| 257 | ELIJAH BALDWIN |
| 258 | ELIZABETH BENSON |
| 259 | ELIZABETH D POOL |

EXHIBIT A

USA V. FAIRBANKS CAPITAL CORP. TOTAL OPT-OUTS RECEIVED ON OR BEFORE APRIL 9,2004

| | |
|---|---|
| 260 | ELIZABETH S GORDON |
| 261 | ELLA D TOWNES |
| 262 | ELLIOTT PARKER |
| 263 | ELOIS C ROBINSON |
| 264 | ELOISE L WILLIAMS |
| 265 | ELOY HERAS |
| 266 | ELSA J MARLAR |
| 267 | ELTHEL MAY WILSON |
| 268 | EMMA SMITH |
| 269 | EMMA M HOLDER |
| 270 | ERCEL PLACIDE |
| 271 | ERIC HICKS |
| 272 | ERIC SMITH |
| 273 | ERIC B LUNSFORD |
| 274 | ERMA J GRAHAM |
| 275 | ERMA J JACKSON |
| 276 | ERNEST STALLINGS |
| 277 | ERNEST WIGGINS JR |
| 278 | ERNEST E CAPPS JR |
| 279 | ERNESTINE REGAN GORE |
| 280 | ERNESTO HABERER |
| 281 | ESSIE R HUNTER |
| 282 | ESTABELLE LINEBERRY |
| 283 | ESTAL ALLEN |
| 284 | ESTELLE TYSON |
| 285 | ETHEL GRIFFIN |
| 286 | ETHEL S FOSTER |
| 287 | EUNICE SMITH |
| 288 | EVELYN L THOMPSON |
| 289 | EVERETT CLOUD |
| 290 | EVON APPLEWHITE |
| 291 | EVON ECTOR |
| 292 | EZELDIA M ROBERTS |
| 293 | FANNIE JOHNSON |
| 294 | FANNIE MCWRIGHT |
| 295 | FANNIE WHITFIELD |
| 296 | FANNIE G GAYLOR |
| 297 | FAYE ADAMS |
| 298 | FELICIA MATHIS |
| 299 | FELLONEASE S WOODS |
| 300 | FLIO MUCILLI |
| 301 | FLOREAN WALTON |
| 302 | FLORINE NOLAN |
| 303 | FLOYD SMITH |
| 304 | FLOYD TROUT |
| 305 | FLOYD E BLISSETT |
| 306 | FRANCIS HILL |
| 307 | FRANK RUNCK |
| 308 | FRANK L KING |
| 309 | FRANK L WILCOX |
| 310 | FRANK N EGGER |
| 311 | FRANKLIN COX |

EXHIBIT A

USA V. FAIRBANKS CAPITAL CORP. TOTAL OPT-OUTS RECEIVED ON OR BEFORE APRIL 9,2004

| | |
|---|---|
| 312 | FRANKLIN D MILLS |
| 313 | FRED L BAPTIST |
| 314 | FREDDIE C HALL |
| 315 | FREDERICO 0 LAGON |
| 316 | FREEMAN APPLON |
| 317 | FREEMAN JONES |
| 318 | GABRIEL BANGUELA |
| 319 | GALVIN TAYLOR |
| 320 | GARFIELD PAYTON |
| 321 | GARRISON LADNER |
| 322 | GARRY CRAWFORD |
| 323 | GARY JENKINS |
| 324 | GARY A STARKEY |
| 325 | GARY D RAY |
| 326 | GENE A STEWART |
| 327 | GENE H ALTEMUS |
| 328 | GEORGE ANDERS |
| 329 | GEORGE JARRELL |
| 330 | GEORGE OLDING |
| 331 | GEORGE PHILLIPS |
| 332 | GEORGE A DELORME |
| 333 | GEORGE A EMERY |
| 334 | GEORGE O LAMBUS |
| 335 | GEORGE R KIMBALL |
| 336 | GEORGE R MCGUIRE |
| 337 | GEORGE S COOLEY |
| 338 | GEORGIA PRICE |
| 339 | GERALD NARRO |
| 340 | GERALDINE MOORE |
| 341 | GLADYS SAMUELS |
| 342 | GLADYS H GUYNES |
| 343 | GLENDA HARRIS |
| 344 | GLENDA A GRANT |
| 345 | GLORIA COX |
| 346 | GLORIA HUDSON |
| 347 | GLORIA STEVENS |
| 348 | GLORIA THOMAS |
| 349 | GRACIE WILLIAMS |
| 350 | GREG WILSON |
| 351 | GREGORY LINDLEY |
| 352 | GREGORY WARD |
| 353 | GREGORY WEEKS |
| 354 | GREGORY A DISHMON |
| 355 | GWENDOLYN CLARY |
| 356 | H BERNARD PETERS |
| 357 | HAIKAS MATZAGANIAN |
| 358 | HARLEY SWINEHART |
| 359 | HAROLD LIVINGSTON |
| 360 | HARRY MAYO |
| 361 | HARRY B COCKRELL |
| 362 | HATTIE JORDAN |
| 363 | HATTIE B BROWN |

EXHIBIT A

USA V. FAIRBANKS CAPITAL CORP. TOTAL OPT-OUTS RECEIVED ON OR BEFORE APRIL 9,2004

| | |
|---|---|
| 364 | HAVER LENE LEACH |
| 365 | HELEN FARRIOR |
| 366 | HELEN R GUNN |
| 367 | HELENE C SEGAL |
| 368 | HENRY BRANDON |
| 369 | HENRY GOLDMAN |
| 370 | HENRY JONES |
| 371 | HENRY PATTERSON |
| 372 | HENRY E MCNEESE |
| 373 | HERMAN WOOD |
| 374 | HERMANELL SMITH |
| 375 | HILDA M PEART |
| 376 | HOLLIS HALL |
| 377 | HOWARD SHELTON |
| 378 | HOWARD E SAUCIER |
| 379 | IDA ROBY |
| 380 | IGNACIO MORENO |
| 381 | IKE BROWN |
| 382 | IKE MEPHORS |
| 383 | IKE WASHINGTON |
| 384 | INEZ HOOKER |
| 385 | IRA BANKS |
| 386 | IRBY BARBER |
| 387 | IRENE I KISTLER |
| 388 | IRMA J JONES |
| 389 | IRMARIE DONALDSON |
| 390 | ISAAC NORMAN |
| 391 | ISAAC SMALLS |
| 392 | ISAAC STEGALL JR |
| 393 | IVERY K WILSON |
| 394 | IVON CARTER |
| 395 | IZISH HAYS |
| 396 | J B JOHNSON |
| 397 | J T JONES |
| 398 | JACK BEACH |
| 399 | JACK L EDWARDS |
| 400 | JACQUELINE HARRIS |
| 401 | JACQUELYN DOWDY |
| 402 | JAMES BOLDEN |
| 403 | JAMES COSMAN |
| 404 | JAMES CROFTJR |
| 405 | JAMES DENT |
| 406 | JAMES DRAIN |
| 407 | JAMES ECHOLS |
| 408 | JAMES GILLUM |
| 409 | JAMES HULTMAN |
| 410 | JAMES JONES |
| 411 | JAMES MARTIN |
| 412 | JAMES SELLERS |
| 413 | JAMES SHOWS |
| 414 | JAMES SIMS |
| 415 | JAMES STEGALL |

EXHIBIT A

USA V. FAIRBANKS CAPITAL CORP. TOTAL OPT-OUTS RECEIVED ON OR BEFORE APRIL 9,2004

| | |
|---|---|
| 416 | JAMES TUGGLE |
| 417 | JAMES ARTHUR HAHN |
| 418 | JAMES B REED |
| 419 | JAMES C CONNER |
| 420 | JAMES C KEENUM |
| 421 | JAMES E CLEVELAND |
| 422 | JAMES E JACKS |
| 423 | JAMES E SMITH |
| 424 | JAMES G JONES |
| 425 | JAMES H CHAMPLUVIER |
| 426 | JAMES H WHITE |
| 427 | JAMES K RENFROE |
| 428 | JAMES L CROWELL |
| 429 | JAMES R BALL |
| 430 | JAMES R CARLEY |
| 431 | JAMES R SISK |
| 432 | JAMES W NICHOLS |
| 433 | JAMES W WIDEMAN |
| 434 | JAN G FORYSTEK |
| 435 | JANICE E MASSEY |
| 436 | JANIE B GORDON |
| 437 | JANYTH THOMPSON |
| 438 | JASON PAUL FLINT |
| 439 | JEAN MARIE ANGELL |
| 440 | JEANETTE WILEY |
| 441 | JEFF JORDON |
| 442 | JEFFERY K OSWALT |
| 443 | JEFFREY BROCHARD |
| 444 | JEFFREY HALL |
| 445 | JEFFREY MILLER |
| 446 | JEFFREY L CUMMINS |
| 447 | JENNIE L MYERS |
| 448 | JENNIFER DURDEN |
| 449 | JENNIFER SCRUGGS |
| 450 | JENNIFER F DUREN |
| 451 | JEROME DRAKE |
| 452 | JERRY COOPER |
| 453 | JERRY KEYES |
| 454 | JERRY G ALLEN |
| 455 | JERRY WAYNE DANIEL |
| 456 | JESSE TERRY |
| 457 | JESSIE GRAYSON |
| 458 | JESSIE WHITE |
| 459 | JESSIE A COX |
| 460 | JESSIE MAE JONES |
| 461 | JILL E BRADLEY |
| 462 | JIMMY CANNON |
| 463 | JIMMY HARRIS |
| 464 | JIMMY MCCANN |
| 465 | JIMMY L TRAVIS |
| 466 | JIMMY LEE NEELY |
| 467 | JOANNE HEARD |

EXHIBIT A

USA V. FAIRBANKS CAPITAL CORP. TOTAL OPT-OUTS RECEIVED ON OR BEFORE APRIL 9,2004

| | |
|---|---|
| 468 | JODI AHLMAN |
| 469 | JOE HAUTZINGER |
| 470 | JOE MCCOOL |
| 471 | JOE B BROOKS JR |
| 472 | JOE E SIMPSON |
| 473 | JOE G BOATWRIGHT |
| 474 | JOE L HOPKINS |
| 475 | JOEANN MOORE |
| 476 | JOEL L. SIEGEL |
| 477 | JOHN COLETTE |
| 478 | JOHN FITZGERALD |
| 479 | JOHN SELDON |
| 480 | JOHN WHITEHEAD |
| 481 | JOHN WILLIAMS |
| 482 | JOHN A MCLEOD |
| 483 | JOHN A MCMILLIAN |
| 484 | JOHN A MONTGOMERY |
| 485 | JOHN A O PRY |
| 486 | JOHN F. SCHOETTLIN III |
| 487 | JOHN M SLEDD |
| 488 | JOHN MARK MABE |
| 489 | JOHN T ENTREKIN JR |
| 490 | JOHN T SMITH |
| 491 | JOHN W BARBER SR |
| 492 | JOHNNIE LEWIS |
| 493 | JOHNNIE OVERSTREET |
| 494 | JOHNNIE PARTRIDGE |
| 495 | JOHNNIE R KEMP |
| 496 | JOHNNIE W KYLES |
| 497 | JOHNNY HOBBS |
| 498 | JOHNNY JOHNSON |
| 499 | JOHNNY OSWALT |
| 500 | JOHNNY TILGHMAN |
| 501 | JOHNNY WILLIAMS |
| 502 | JOHNNY C MATHIS |
| 503 | JOHNNY D SALTER |
| 504 | JOHNNY L POUNDS |
| 505 | JOHNNY LEE JONES |
| 506 | JOHNNY R PITTS |
| 507 | JOSEPH CONCANNON |
| 508 | JOSEPH HUDSON |
| 509 | JOSEPH HUGHES |
| 510 | JOSEPH SQUIRE |
| 511 | JOSEPH TEDFORD |
| 512 | JOSEPH ZIEGLER |
| 513 | JOSEPH A FARACE |
| 514 | JOSEPH E CAPARUOLO |
| 515 | JOSEPH F KLEIN JR |
| 516 | JOSEPH G KUNKEL |
| 517 | JOSEPH RALPH KEHOE |
| 518 | JOSEPH T AYCOCK |
| 519 | JOSEPHINE SPANN |

EXHIBIT A
USA V. FAIRBANKS CAPITAL CORP. TOTAL OPT-OUTS RECEIVED ON OR BEFORE APRIL 9,2004

| | |
|---|---|
| 520 | JOSIEPHENE COURSE |
| 521 | JOYCE LUCIANO |
| 522 | JOYCE A PARKER |
| 523 | JOYCE YVONNE HALL |
| 524 | JUANITA GOBELI |
| 525 | JUANITA POPE BALDWIN |
| 526 | JULIA CRADDLER |
| 527 | JULIE FOSHEE |
| 528 | KAREN & MICHAEL SMITH |
| 529 | KAREN F SLOAN |
| 530 | KAREN K MAURER |
| 531 | KAREN S ZENZ |
| 532 | KARL FENDLER |
| 533 | KARL W CAMPBELL |
| 534 | KATHALINE DEAN |
| 535 | KATHERINE L SANDIFER |
| 536 | KATHERINE W POUNDERS |
| 537 | KATHLEEN J PARNELL |
| 538 | KATHY JONES |
| 539 | KATHY SMITH |
| 540 | KATIE G MCMILLIANNICHOL |
| 541 | KATTIE M LYLES |
| 542 | KAYE MILLER |
| 543 | KEITH CARTY |
| 544 | KEITH SCALES |
| 545 | KENNETH BROWN |
| 546 | KENNETH A CAIN |
| 547 | KENNETH H WARFIELD |
| 548 | KENNETH J DEAN |
| 549 | KENNETH W TURNER |
| 550 | KEVIN GOOCH |
| 551 | KEVIN M WATRING |
| 552 | KIM ADAMS |
| 553 | KIM KERR |
| 554 | KIMBERLY ALLEN |
| 555 | KIMBERLY M MOFFITT |
| 556 | KIMROY WILLIAMS |
| 557 | KRISTEN HOLDAWAY |
| 558 | L FULTZ |
| 559 | LAERCIO R GUIMARAES |
| 560 | LANNIE R SPREITZER |
| 561 | LARRY CRIM |
| 562 | LARRY D CHRISTMAS |
| 563 | LARRY D PATTERSON |
| 564 | LARRY J TERRY |
| 565 | LAURA WASHINGTON |
| 566 | LAVETA GLASS |
| 567 | LAWANDA ELLIS |
| 568 | LAWANDA WILLIAMSON |
| 569 | LAWRENCE TOVER |
| 570 | LEA P SENIUK |
| 571 | LEANDER WILSON |

Page 11

EXHIBIT A
USA V. FAIRBANKS CAPITAL CORP. TOTAL OPT-OUTS RECEIVED ON OR BEFORE APRIL 9,2004

| | |
|---|---|
| 572 | LEDORA DUNCAN |
| 573 | LEE BEBLEY |
| 574 | LEE PICKENS |
| 575 | LEE & MARIE FELKER |
| 576 | LEE A JACKSON |
| 577 | LEE C BURNETT |
| 578 | LEE D WILSON |
| 579 | LEIF LEDBETTER |
| 580 | LELA SIMS BUIE |
| 581 | LEMMIE G JACKSON |
| 582 | LEON HINES |
| 583 | LEON LUCKETT |
| 584 | LEONARD K COOPER |
| 585 | LESLIE R OTT |
| 586 | LESTE JONES |
| 587 | LESTER FORD |
| 588 | LETTIE B MONTGOMERY |
| 589 | LEVI, JR MILLER |
| 590 | LILIANA PERRY |
| 591 | LILLIAN AUTMAN |
| 592 | LILLIE BELL BARNUM |
| 593 | LINDA EVANS |
| 594 | LINDA GANDY |
| 595 | LINDA A LATORRE |
| 596 | LINDA C WEBB |
| 597 | LINWOOD ABBOTT |
| 598 | LISA RUTLEDGE |
| 599 | LISA WILLIS |
| 600 | LISA L ZIOL |
| 601 | LIZZIE POWELL |
| 602 | LIZZIE MAE MULLEN |
| 603 | LOIS A MCMILLIAN |
| 604 | LOIS L BURKHOLDER |
| 605 | LONGINO S DAVIS |
| 606 | LORI L RICHARDS |
| 607 | LOUIS F RUGGIERO |
| 608 | LOUIS JR FRANKS |
| 609 | LOUISE TUTWILER |
| 610 | LOVIE D JONES |
| 611 | LUCILLE BONNEY |
| 612 | LUCILLE DOWDEN |
| 613 | LUCY MORRIS |
| 614 | LUKE ROBINSON |
| 615 | LYNN HUBBARD |
| 616 | LYNNE ECENBARGER |
| 617 | M PAUL DOZIER JR |
| 618 | MABLE YOUNG |
| 619 | MACK BONNER |
| 620 | MAMIE CLARK |
| 621 | MAMIE L EATMON |
| 622 | MANDY WILSON |
| 623 | MANUEL CORTEZ |

EXHIBIT A
USA V. FAIRBANKS CAPITAL CORP. TOTAL OPT-OUTS RECEIVED ON OR BEFORE APRIL 9,2004

| | |
|---|---|
| 624 | MARCE LYN VANETTEN |
| 625 | MARGARET RICHMOND |
| 626 | MARGARET J BENTLEY |
| 627 | MARGIE R GILBERT |
| 628 | MARIA P BACA |
| 629 | MARILYN LOTT |
| 630 | MARILYN S POPE |
| 631 | MARK JONES |
| 632 | MARK SCHULTES |
| 633 | MARK A BRADLEY |
| 634 | MARK D SKILES |
| 635 | MARK R KAPP |
| 636 | MARNIE CARTER |
| 637 | MARSHA WOODARD |
| 638 | MARTHA T CARLISLE |
| 639 | MARVIN FURR |
| 640 | MARVIN L WAREHIME |
| 641 | MARY BROADAWAY |
| 642 | MARY DORSEY |
| 643 | MARY HEATH |
| 644 | MARY SMITH |
| 645 | MARY VENCE |
| 646 | MARY WALKER |
| 647 | MARY A GAMBITTA |
| 648 | MARY A TACKETT |
| 649 | MARY ALICE HARVIN |
| 650 | MARY ANN OLIVE |
| 651 | MARY B CORKREN |
| 652 | MARY CLARA MANN |
| 653 | MARY L KELLY |
| 654 | MARY L LEWIS |
| 655 | MARY L TYSON |
| 656 | MARY L TYSON |
| 657 | MARY P LUMPKIN |
| 658 | MATHEW GRUENDER |
| 659 | MATILDA H LOWRY |
| 660 | MATTHEW C JOHNSON |
| 661 | MATTIE B WATTS |
| 662 | MAURY DMITCHNER |
| 663 | MELANIE PEIRCE |
| 664 | MELINDA MOORE |
| 665 | MELISSA KISHPAUGH |
| 666 | MELVIN HOLLAND SR |
| 667 | MELVIN JOHNSON |
| 668 | MERLE D VANOVER |
| 669 | MICHAEL DILLON |
| 670 | MICHAEL PARKER |
| 671 | MICHAEL PELZER |
| 672 | MICHAEL STARKS |
| 673 | MICHAEL WHITE |
| 674 | MICHAEL WILLIAMS |
| 675 | MICHAEL A CARLISLE |

EXHIBIT A
USA V. FAIRBANKS CAPITAL CORP. TOTAL OPT-OUTS RECEIVED ON OR BEFORE APRIL 9, 2004

| | |
|---|---|
| 676 | MICHAEL C GORE |
| 677 | MICHAEL G GALLIGAN |
| 678 | MICHAEL R HOERSTER |
| 679 | MICHAEL R MCLEAN |
| 680 | MICHAEL RYDELL STARKS |
| 681 | MICHAEL S MCDONALD |
| 682 | MICHAEL W ANDREWS |
| 683 | MICHEAL BASKERVILLE |
| 684 | MICHELLE BOLAN |
| 685 | MICHELLE ZEIGLER |
| 686 | MIGUELINA CAZEAU |
| 687 | MIKE & BRENDA BAIN |
| 688 | MIKE H YETSICK |
| 689 | MILAGROS ARCEO |
| 690 | MILDRED LESE |
| 691 | MILDRED E HEDGEPETH |
| 692 | MILDRED H COLE |
| 693 | MILDRED W GREEN |
| 694 | MINNIE MCCRAY |
| 695 | MINNIE B WHITE |
| 696 | MINNIE L STEVENS |
| 697 | MIRAEA GAVIN |
| 698 | MOHAN R JAIN |
| 699 | MONICA RAY |
| 700 | MONTY S MAULDIN |
| 701 | MORRIS B HOLLEY |
| 702 | MURRAY RELIFORD |
| 703 | MYRTLE SCOTT |
| 704 | NANCY BERGESON |
| 705 | NANCY SILVAS |
| 706 | NAPOLEAN MOORE |
| 707 | NAPOLEON PARKER |
| 708 | NATALIE SUBER |
| 709 | NATHANIEL BATTLE |
| 710 | NELSON DORSEY |
| 711 | NOEL THOMPSON |
| 712 | NOLAN BALL |
| 713 | NORMA HOLMES |
| 714 | NORMAN STANLEY |
| 715 | NORMAN D HAWS |
| 716 | OLETA G FITZGERALD |
| 717 | OLIVER ELLIS |
| 718 | OLIVIA COPELAND |
| 719 | ORA L PHINISEE |
| 720 | OSCAR LOVE JR |
| 721 | OTHA FOSTER |
| 722 | OTIS C GOAD |
| 723 | PAT A MCLELLAN HARRIS |
| 724 | PATRICIA BIRTS |
| 725 | PATRICIA FRAZIER |
| 726 | PATRICIA MACBLANE |
| 727 | PATRICIA STEPHENS |

EXHIBIT A
USA V. FAIRBANKS CAPITAL CORP. TOTAL OPT-OUTS RECEIVED ON OR BEFORE APRIL 9,2004

| | |
|---|---|
| 728 | PATRICK CHALMERS |
| 729 | PAUL DOWLING |
| 730 | PAUL MALIGNAGGI |
| 731 | PAUL MILLER |
| 732 | PAULINE C FAGGS |
| 733 | PEARL TURNER |
| 734 | PEARLIE FREEMAN |
| 735 | PEGGY GRICE |
| 736 | PERRY A REED |
| 737 | PETER GULLO |
| 738 | PHILLIP M MILAN |
| 739 | PHYLISS MCDANIEL |
| 740 | PHYLLIS FLOWERS |
| 741 | PIER L MINGHETTI |
| 742 | PRECIOUS THOMAS |
| 743 | PRECIOUS & CRYSTAL MARTIN |
| 744 | QUINTELLA M JONES |
| 745 | RALPH PRESTWOOD |
| 746 | RAMIRO PENA |
| 747 | RANDAL SHARP |
| 748 | RANDI WATERS |
| 749 | RANDY BANKS |
| 750 | RANDY LADNER |
| 751 | RANDY M MCDONALD |
| 752 | RAYMOND JONES |
| 753 | RAYMOND D BRACEY |
| 754 | RAYMOND J DUBACK |
| 755 | REBECCA J DELORME |
| 756 | REGINALD COLBERT |
| 757 | REMELL TOWNES |
| 758 | RICARDO M MARTIN |
| 759 | RICHARD CEASER |
| 760 | RICHARD DEFAUW |
| 761 | RICHARD HOLTZ |
| 762 | RICHARD MANNING |
| 763 | RICHARD REESE |
| 764 | RICHARD WILSON |
| 765 | RICHARD M ARMSTRONG |
| 766 | RICHARD M DELORME |
| 767 | RICHMOND ZEIGLER |
| 768 | RICK PUDOKA |
| 769 | RICKY JEFFRIES |
| 770 | ROBERT BOYKINS |
| 771 | ROBERT BULLINS |
| 772 | ROBERT DAVIS |
| 773 | ROBERT EZELL |
| 774 | ROBERT GROSS |
| 775 | ROBERT HARBISON |
| 776 | ROBERT LARRY |
| 777 | ROBERT MITCHELL |
| 778 | ROBERT NEELY |
| 779 | ROBERT & GINA SEVILLA |

EXHIBIT A
USA V. FAIRBANKS CAPITAL CORP. TOTAL OPT-OUTS RECEIVED ON OR BEFORE APRIL 9,2004

| | |
|---|---|
| 780 | ROBERT G PELLETIER |
| 781 | ROBERT J MCDANIEL |
| 782 | ROBERT L PHILLIPS |
| 783 | ROBERT L WHITE |
| 784 | ROBERT M HOLMES JR |
| 785 | ROBERT M MILLER |
| 786 | ROBERT S MASSARI |
| 787 | ROBERT T DAVIS III |
| 788 | ROBERT W GRIGGS |
| 789 | ROBERT W HOWELL |
| 790 | ROBERTTA WINFORD |
| 791 | ROBIN BREWSTER |
| 792 | ROBIN HILL |
| 793 | RODGER HAFT STOLPEN |
| 794 | ROGER JENNINGS |
| 795 | ROGER OLIVE |
| 796 | ROGER M LEE |
| 797 | ROGERS DOUGLAS ESTATE OF |
| 798 | RONALD F CLOWERS |
| 799 | RONALD LEON BOOTH |
| 800 | RONALD M. MARTIN |
| 801 | RONALD S SUTLIFFE |
| 802 | ROOSEVELT LANDRUM |
| 803 | ROSE M GARLAND |
| 804 | ROSEBORO COLE |
| 805 | ROSEMARY C RILEY |
| 806 | ROSIE L JOHNSON |
| 807 | ROSIE S TURNER |
| 808 | ROWLAND CAROTHERS |
| 809 | ROWLAND G GARRETT |
| 810 | ROY CARBAJAL |
| 811 | ROY GOODMAN |
| 812 | ROY HOEY |
| 813 | ROY PRICE |
| 814 | ROY SIMPSON |
| 815 | ROY WOOTEN |
| 816 | ROZELL JACKSON |
| 817 | RUBY LOTT |
| 818 | RUBY SHEPARD |
| 819 | RUBY N HOWELL |
| 820 | RUFUS D MARSHALL |
| 821 | RUTH MONTANO |
| 822 | SADIE JORDAN |
| 823 | SADIE B LUCKETT |
| 824 | SALLY L MORRISON |
| 825 | SAMMIE BOLTON |
| 826 | SAMUEL COLE III |
| 827 | SAMUEL MORRISON |
| 828 | SAMUEL STEVENSON |
| 829 | SAMUEL & BARBARA BALDWIN |
| 830 | SAMUEL D SHANKLIN |
| 831 | SANDY SMITH |

EXHIBIT A
USA V. FAIRBANKS CAPITAL CORP. TOTAL OPT-OUTS RECEIVED ON OR BEFORE APRIL 9,2004

| | |
|---|---|
| 832 | SARAH A HANEY |
| 833 | SARAH L RATLIFF |
| 834 | SARKIS VARTANIAN |
| 835 | SCHERREL B STURDIVANT |
| 836 | SHARON A HILL |
| 837 | SHAWN CHAMBERS |
| 838 | SHEILA FREED |
| 839 | SHEILA HILTON |
| 840 | SHERI DUNN |
| 841 | SHERRIE L SMITH |
| 842 | SHIRLEY GREEN |
| 843 | SHIRLEY KALLENBACH |
| 844 | SHIRLEY MIMS |
| 845 | SHIRLEY A AVERY |
| 846 | SHIRLEY A CLEVELAND |
| 847 | SHIRLEY RAE TILLERY |
| 848 | SOLEDAD RANGEL |
| 849 | SONDRA M HOWARD |
| 850 | SONDRA WATKINS SHAMBURGER |
| 851 | STANFORD HAWKINS |
| 852 | STEPHEN KERNAN |
| 853 | STEPHEN WOOD |
| 854 | STEVE H SCHNIPER |
| 855 | STEVEN HARRISON |
| 856 | STEVEN HARVEY |
| 857 | STEVEN KIRBOS |
| 858 | STEVEN SCRUGGS |
| 859 | STEVEN A JOHNSON |
| 860 | STEVEN A PHILLIPS |
| 861 | SUE A LADNER |
| 862 | SULYN SALINAS |
| 863 | SUNDAY BRIGGS JR |
| 864 | SUSAN RANDALL |
| 865 | SYLVIA BOUNDS |
| 866 | SYLVIA MCGEERICHA |
| 867 | SYLVIA WASHINGTON |
| 868 | TAMARA M WEBB |
| 869 | TAMIKA NARAYAN |
| 870 | TAMMY L CAKSACKKAR |
| 871 | TARA D SMALLWOOD |
| 872 | TED WYBERANEC |
| 873 | TERESIA N TATUM |
| 874 | TERRENCE E CUMMINGS |
| 875 | TERRY KILPATRICK |
| 876 | TERRY TROY |
| 877 | TERRY L SMITH |
| 878 | THELMA WILLIAMS |
| 879 | THEODORE M BOWSER |
| 880 | THERESA DUREN |
| 881 | THERESA C SIMS |
| 882 | THERESA G CAMPBELL |
| 883 | THOMAS THOMPSON |

EXHIBIT A
USA V. FAIRBANKS CAPITAL CORP. TOTAL OPT-OUTS RECEIVED ON OR BEFORE APRIL 9,2004

| | |
|---|---|
| 884 | THOMAS B KELLUM |
| 885 | THOMAS C FRIEDHOFF |
| 886 | THOMAS D HALL |
| 887 | THOMAS E BRADY |
| 888 | THOMAS E FRIEND |
| 889 | THOMAS J BENNETT |
| 890 | THOMAS N DOLES |
| 891 | TIMOTHY DALLAS |
| 892 | TIMOTHY LINK |
| 893 | TIMOTHY WILBER |
| 894 | TINA M. AGEE |
| 895 | TOM BOOTH |
| 896 | TOMMY L COLLINS |
| 897 | TORRENCE SHOEMAKE |
| 898 | TRACY M NICKLESON |
| 899 | TRINA PATTON |
| 900 | TROY ANDERSON |
| 901 | TROY LINEBERRY |
| 902 | TUCKER CORA ESTATEOF |
| 903 | TYRONE COLLINS |
| 904 | TYSON L SIMPSON |
| 905 | TYWANIA COMPTON |
| 906 | VANESSA COSBY |
| 907 | VANESSA MOUTRY |
| 908 | VELMA CLAY |
| 909 | VELMA JONES |
| 910 | VERA BURNSIDE |
| 911 | VERA D MILLER |
| 912 | VERA H PARKER |
| 913 | VERGIE L YOUNG |
| 914 | VERMA L JONES |
| 915 | VERNON MEEKS |
| 916 | VERONICA R GOLDEN |
| 917 | VERVALINE YOUNG |
| 918 | VICENTE YONG |
| 919 | VICKEY L WILLIAMS |
| 920 | VICTOR RANDLE |
| 921 | VICTOR THOMPSON |
| 922 | VIOLA SANDERS |
| 923 | VIRGINIA BYERS |
| 924 | VIVIAN S CAMPBELL |
| 925 | WALT FORSHEE |
| 926 | WALTER ESTEP |
| 927 | WANDA FRAZIER |
| 928 | WILBERT E MINOR |
| 929 | WILBUR L KIRKLAND |
| 930 | WILIAM A MARION |
| 931 | WILLIAM CAMPBELL |
| 932 | WILLIAM CONLEY |
| 933 | WILLIAM ROLLINS |
| 934 | WILLIAM SPANN |
| 935 | WILLIAM SPRULL |

EXHIBIT A
USA V. FAIRBANKS CAPITAL CORP. TOTAL OPT-OUTS RECEIVED ON OR BEFORE APRIL 9,2004

| | |
|---|---|
| 936 | WILLIAM  TUCKER |
| 937 | WILLIAM A HAYES SR |
| 938 | WILLIAM B NELSON |
| 939 | WILLIAM D JONES |
| 940 | WILLIAM DAVID GOLDSTEIN |
| 941 | WILLIAM E JONES |
| 942 | WILLIAM F ALEXANDER |
| 943 | WILLIAM F MITCHELL |
| 944 | WILLIAM G WALLER |
| 945 | WILLIAM R LEWIS |
| 946 | WILLIE & REBECCA  MATTOX |
| 947 | WILLIE A HENDERSON |
| 948 | WILLIE ANN HOWARD |
| 949 | WILLIE B HART |
| 950 | WILLIE B STUBBS |
| 951 | WILLIE C ALLISON |
| 952 | WILLIE D WINTERS |
| 953 | WILLIE E GRIFFIN, JR |
| 954 | WILLIE J MCCOVERY |
| 955 | WILLIE L COLEMAN |
| 956 | WILLIE L HINES |
| 957 | WILLIE L KILLINGSWORTH |
| 958 | WILLIE L PERRYMAN |
| 959 | WILLIE W GUNN |
| 960 | WILMA  THARP-ROBINSON |
| 961 | WILMA J BALL |
| 962 | YOLANDA  BRINSTON |
| 963 | YVONNE  ROBERTSON |
| 964 | ZENOBIA  WEBER |
| 965 | ZONA J STEFFEN |

RECORDS        965