# T. WILLIAM VEACH
## ATTORNEY & COUNSELOR AT LAW

April 7, 2004

Ms. Allison Brown, Esq.  
Federal Trade Commission  
Mail Drop NJ-3158  
600 Pennsylvania Ave NW  
Washington D.C. 20580  

Honorable Douglas P. Woodlock  
United States District Court of Massachusetts  
John Joseph Moakley Courthouse  
One Courthouse Way  
Boston Massachusetts 02210  

    RE:  My Clients: **Chester O. Hale and Genevieve A. Hale**  
                  **2960 LaVista Court; Decatur, Georgia 30033**

          US v. Fairbanks - Civil Action File No.: 03-12219  
          Curry, et, al v. Fairbanks Capital Corp 03-10895-DPW (D. Mass)  
          Class Action # 14295511 Loan # 175415  
          Class Action # 15075111 Loan # 1102069844

Dear Ms. Brown,

      Please be advised of my representation of Chester O. Hale and Genevieve A. Hale regarding their trials and tribulations with the Defendant, Fairbanks Capital Corporation. The Hales have ask me to send this information to you in hopes of receiving some relief due to the settlement reached in the Massachusetts case.

      Mr. and Mrs. Hale's mortgage was transferred to Fairbanks in September 2000. Immediately thereafter Fairbanks refused the October, November and December payments and proceeded to institute foreclosure in January 2001. Enclosed please find checks that were cashed by Fairbanks but were not credited to the account. This was just the beginning of the Hales problems.

      Prior to Fairbanks beginning to service the Hales loan the Hales were never late and in fact received a second mortgage on or about the time the loan was transferred to Fairbanks.

Ms. Allison Brown, Esq.
**Federal Trade Commission**
**April 7, 2004**
**Page 2-of-2**

Since that time the Hales have filed multiple bankruptcy's to stop the foreclosure in the State of Georgia which is non-judicial. As an example of the ordeal the Hales have endured since I have started dealing with this matter please find enclosed 4 letters requesting a payoff of the Hales loan. Please note these requests include a breakdown of all fees Fairbanks are charging. Not only have the Hales and myself been unable to receive a breakdown of these fees, they have yet to show his account ever being credited with a $3,000.00 payment made by the Bankruptcy Trustee.

We have now been served again with a notice of foreclosure and have once again disputed the debt (copy enclosed) and have yet to receive a response which is not unusual for Fairbanks. We have canceled checks through February 2002 which Fairbanks does not acknowledge receiving although they have been cashed.

We believe Fairbanks has violated the Court Consent Order in the following aspects:

1) Paragraph 3 - regarding fees undocumented;
2) Paragraph 8- regarding furnishing of information to credit bureaus;
3) Paragraph 9 - for failing to respond to written requests (multiple times);
4) Paragraph 10(b)- failing to acknowledge disputes;
5) Paragraph 10, 11, 12 - in its entirety;
6) Paragraph 14- for failure to show delinquent loan and its provisions.

Although this is not an exclusive list of abuses the Hales have endured for over 3 years, this should give an idea of the problems my clients have with Fairbanks.

We stand ready, able and willing to provide all documentation to support our allegations. Including but not limited to requests for payoff's, canceled checks, etc.

Please be advised that foreclosure has been instituted once again and shall take place on May 4, 2004. As of this date Fairbanks contends that we are in arrears of approximately $48,000.00 that we highly contest but unable to verify.

Please contact me with questions, concerns, or need for documentation in order for us to resolve this matter.

Sincerely,

T. William Veach

TWV/ks
Enclosures
cc:   Mr. and Mrs. Hale; Dene S. Perusse; Gary Klein, Esq.; John Roddy, Esq.; Thomas M. Hefferon, Esq.