# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP. and<br>FAIRBANKS CAPITAL HOLDING CORP.,<br>Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 03-12219-DPW<br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| ALANA L. CURRY, et al., individually and on<br>behalf of all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP.,<br>Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 03-10895-DPW<br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF STEPHEN WEINSTEIN

NOW COMES class member Stephen Weinstein and states the following under the pains and penalties of perjury:

1. My name is Stephen Weinstein. I reside at 426 27th Street, West Palm Beach, Florida. I am a class member in the above-captioned class action lawsuit.

2. Fairbanks foreclosed on my property located in Miami, Florida in January 2002. At the time of the foreclosure, my equity in the property was $50,000. Because Fairbanks sold the property for less than it claims it was owed, I received no proceeds from the foreclosure sale.

3. My Miami property is worth $60,000 to $80,000 more today than it was in January 2002.

4. Prior to foreclosing on my Miami property, Fairbanks applied the amount of $10,000 for attorney's fees related to collection efforts. Fairbanks never sent me a statement of attorney billing related to my loan that would have substantiated this charge. Under duress, I paid the charge, which, upon information and belief, is not reflected in Fairbanks' records.

5. Due in part to the $10,000 payment referenced in paragraph 4 above, I was unable to make scheduled payments on my mortgage and was forced to default and allow my property to be sold at foreclosure.

6. Fairbanks' wrongful foreclosure on my Miami property has caused me damages of at least $100,000.

Further Affiant Sayeth Not.

Signed Under the Pains and Penalties of Perjury this 6 day of April, 2004.

_____
Stephen Weinstein

2