UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,     C.A. No. 03-12219-DPW
         Plaintiff,

v.

FAIRBANKS CAPITAL CORP. and
FAIRBANKS CAPITAL HOLDING CORP.,
         Defendants.

ALANNA L. CURRY, et al., individually and
on behalf of all others similarly situated,     C.A. No. 034 0895-DPW
         Plaintiffs,

v.

FAIRBANKS CAPITAL CORP.,
         Defendant.

## AFFIDAVIT OF GARY COOK

I, Gary Cook, declare and state as follows:

1. I am an attorney with the law firm of Pittman, Alexander & Cook. I have been a member in good standing of the Bar of the State of Ohio since 1976;

2. There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

3. I have reviewed the Local Rules of the United States District Court for the District of Massachussetts and familiarized myself with same;

4. That my application to practice before this Court is on motion of Harrison A. Fitch, Esquire, BBO#168460, a member of this Court who shall file an appearance.

Signed under the penalties of perjury this 8th day of April, 2004.

*Gary Cook*
Gary Cook

Lucy B. Morris, Esq.
Eric Imperial, Esq.
Allison I. Brown, Esq.
Division of Financial Practices
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Avenue, N.W., Mail Drop NJ-3158
Washington, DC 20580

*Harrison A. Fitch*
Harrison Fitch, Esq.

Lucy B. Morris, Esq.
Eric Imperial, Esq.
Allison I. Brown, Esq.
Division of Financial Practices
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Avenue, N.W., Mail Drop NJ-3158
Washington, DC 20580

*Harrison A. Fitch*
Harrison Fitch, Esq.

Case 1:03-cv-12219-DPW   Document 21-2   Filed 04/09/2004   Page 4 of 5

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2004, I served the above MOTION FOR ADMISSION PRO HAC VICE in the above referenced matter, by mailing a copy thereof, postage prepaid, United States Mail to the following attorneys of record:

Gary Klein, Esq.
John Roddy, Esq.
Grant & Roddy
44 School Street, Suite 400
Boston, MA 02108

Kelly M. Dermody, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111

Thomas A. Hefferon, Esq.
Goodwin Procter LLP
Suite 500
1717 Pennsylvania Avenue, N.W.
Washington, DC 20006

Niall P. McCarthy, Esq.
Cotchett, Pitre, Simon & McCarthy LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
San Francisco, CA 94010

Daniel Mulligan, Esq.
Jenkins & Mulligan
660 Market Street, 3rd Floor
San Francisco, CA 94104

Anita Johnson, Esq.
Assistant United States Attorney
Suite 9200 Moakley Courthouse
Boston, MA 02210