UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil Action No. 03-12219-DPW |
| v. | Judge Douglas P. Woodlock |
| FAIRBANKS CAPITAL CORP. and<br>FAIRBANKS CAPITAL HOLDING CORP., | |
| Defendants. | |
| | |
| ALANNA L. CURRY, et al., individually and<br>on behalf of all others similarly situated, | |
| Plaintiffs, | Civil Action No. 034 0895-DPW |
| v. | Judge Douglas P. Woodlock |
| FAIRBANKS CAPITAL CORP. | |
| Defendant. | |

### CERTIFICATE OF GARY COOK

I, Gary Cook, declare and state as follows:

1. I am an attorney with the law firm of Pittman, Alexander & Cook. I have been a member in good standing of the Bar of the State of Ohio since 1976.

2. There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

3. I have reviewed the Local Rules of the United States District Court for the District of Massachussetts and familiarized myself with same;

4. That my application to practice before this Court is on motion of a member of this Court who shall file an appearance.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 8th DAY OF APRIL, 2004.

_____
Gary Cook