UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
    Plaintiff,

v.

FAIRBANKS CAPITAL CORP. and
FAIRBANKS CAPITAL HOLDING CORP.,
    Defendants.

C.A. No. 03-12219-DPW

ALANNA L. CURRY, et al., individually and
on behalf of all others similarly situated,
    Plaintiffs,

v.

FAIRBANKS CAPITAL CORP.,
    Defendant.

C.A. No. 034 0895-DPW

## AFFIDAVIT OF JAMES ALEXANDER, JR.

I, James Alexander, Jr., declare and state as follows:

1. I am an attorney with the law firm of Pittman, Alexander & Cook. I have been a member in good standing of the Bar of the State of Ohio since 1971.

2. There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

3. I have reviewed the Local Rules of the United States District Court for the District of Massachusetts and familiarized myself with same;

4. That my application to practice before this Court is on motion of Harrison A. Fitch, Esquire, BBO#168460, a member of this Court who shall file an appearance.

Signed under the penalties of perjury this 8th day of April, 2004.

*James Alexander, Jr.*
James Alexander, Jr.