UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP. and<br>FAIRBANKS CAPITAL HOLDING CORP.,<br><br>Defendants. | Civil Action No. O3-12219-DPW<br><br>Judge Douglas P. Woodlock |
| ALANNA L. CURRY, et al., individually and<br>on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP.<br><br>Defendant. | Civil Action No. 034 0895-DPW<br><br>Judge Douglas P. Woodlock |

**CERTIFICATE OF JAMES ALEXANDER, JR.**

I, James Alexander, Jr., declare and state as follows:

1. I am an attorney with the law firm of Pittman, Alexander & Cook. I have been a member in good standing of the Bar of the State of Ohio since 1971.

2. There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

3. I have reviewed the Local Rules of the United States District Court for the District of Massachussetts and familiarized myself with same;

4. That my application to practice before this Court is on motion of a member of this Court who shall file an appearance.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 5th DAY OF APRIL, 2004.

James Alexander, Jr.