UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
        Plaintiff,

C.A. No. 03-12219-DPW

v.

FAIRBANKS CAPITAL CORP. and
FAIRBANKS CAPITAL HOLDING CORP.,
        Defendants.

ALANNA L. CURRY, et al., individually and
  on behalf of all others similarly situated,
        Plaintiffs,

C.A. No. 034 0895-DPW

v.

FAIRBANKS CAPITAL CORP.,
        Defendant.

## AFFIDAVIT OF DARRYL E. PITTMAN

I, Darryl E. Pittman, declare and state as follows:

1. I am an attorney with the law firm of Pittman, Alexander & Cook. I have been a member in good standing of the Bar of the State of Ohio since 1973.

2. There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

3. I have reviewed the Local Rules of the United States District Court for the District of Massachussetts and familiarized myself with same;

4. That my application to practice before this Court is on motion of Harrison A. Fitch, Esquire, BBO#168460, a member of this Court who shall file an appearance.

Signed under the penalties of perjury this 8th day of April, 2004.

Darryl E. Pittman