# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
**Plaintiff,**

C.A. No. 03-12219–DPW

v.

FAIRBANKS CAPITAL CORP. and
FAIRBANKS CAPITAL HOLDING CORP.,
**Defendants.**

ALANNA L. CURRY, et al., individually and
on behalf of all others similarly situated,
**Plaintiffs,**

C.A. No. 034 0895-DPW

v.

FAIRBANKS CAPITAL CORP.,
**Defendant**

## NOTICE OF APPEARANCE

To The Clerk,

Please enter my appearance as local counsel for the petitioning intervening parties and objectors represented by attorneys James Alexander, Jr., Darryl E. Pittman and Gary Cook in the above-captioned matter.

Respectfully submitted,

Harrison A. Fitch
BBO #168460
27 School Street
Boston, MA 02108
(617) 523-6663

BBO No 168 460

DATE: April 8, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2004, I served the above NOTICE OF APPEARANCE in

the above referenced matter, by mailing a copy thereof, postage prepaid, United States Mail to

the following attorneys of record:

Gary Klein, Esq.
John Roddy, Esq.
Grant & Roddy
44 School Street, Suite 400
Boston, MA 02108

Kelly M. Dermody, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111

Thomas A. Hefferon, Esq.
Goodwin Procter LLP
Suite 500
1717 Pennsylvania Avenue, N.W.
Washington, DC 20006

Niall P. McCarthy, Esq.
Cotchett, Pitre, Simon & McCarthy LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
San Francisco, CA 94010

Daniel Mulligan, Esq.
Jenkins & Mulligan
660 Market Street, 3rd Floor
San Francisco, CA 94104

Anita Johnson, Esq.
Assistant United States Attorney
Suite 9200 Moakley Courthouse
Boston, MA 02210