UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FAIRBANKS CAPITAL CORP., )<br>a Utah corporation, FAIRBANKS CAPITAL )<br>HOLDING CORP., a Delaware corporation, )<br>and THOMAS D. BASMAJIAN, )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 03-12219-DPW |
| ALANNA L. CURRY, et. al., individually and on )<br>behalf of all others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>FAIRBANKS CAPITAL CORP., )<br>)<br>Defendant. )<br>_____) | Civil Action No.: 03-10895-DPW |

### PRELIMINARY OBJECTIONS TO PROPOSED CLASS ACTION SETTLEMENT AND NOTICE OF INTENT TO APPEAR

**COMES NOW**, OBJECTOR, DEBORAH A. CORBIN, identified Class Member (FTCFBK-156750-3012110) to this action, by and through her undersigned counsel of record, and hereby files these Preliminary Objections to the Proposed Class Action Settlement. In support thereof, she states as follows:

### PROOF OF MEMBERSHIP IN CLASS

1.   Objector, DEBORAH A. CORBIN, received the "NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND SETTLEMENT HEARING" (hereinafter "the Notice").

Accordingly, pursuant to the Notice, DEBORAH A. CORBIN is a member of the Settlement Class defined as:

> All persons whose loans were serviced by Fairbanks during the class period [January 1, 1999 through the date of Preliminary Approval] that meet any one or more of these criteria: (a) the borrowers' loans were in default or Fairbanks treated their loans as in default, and the borrowers were charged late fees and/or default-related fees or were affected by default-related conduct; (b) Fairbanks imposed a prepayment penalty in violation of law or contract; or (c) Fairbanks took other actions affecting the borrowers' loans, such as mailing in tax payments late but charging borrowers a penalty, all as listed in the Consolidated Class Action Complaint.

2. The parties to this cause have entered into a proposed Settlement Agreement and Release (hereinafter "Settlement").

3. Objector DEBORAH A. CORBIN, originally represented by Paul S. Rothstein, Esq. 626 NE 1st Street, Gainesville, FL 32601; Edward W. Cochran, Law Office of Edward W. Cochran, 2872 Broxton Road, Shaker Heights OH 44120; Frank H. Tomlinson, Esq., Pritchard McCall & Jones, LLC, 505 N. 20th Street, Suite 800, Birmingham AL 35203-2605; and, N. Albert Bacharach, Jr., 115 NE 6th Avenue, Gainesville FL 32601; having reviewed the Notice, believes and therefore alleges, through counsel, that the proposed Settlement is not fair, adequate, or reasonable. As a result, Objector CORBIN respectfully submits that this Court should decline to approve the proposed Settlement as currently presented.

4. Objector DEBORAH A. CORBIN now enters her appearance in this cause to participate in further proceedings before this Court and to prosecute this action to the end purpose that any settlement or other resolution proposed or approved by the Court shall be, in all respects, fair, adequate and reasonable.

5. Because of such legal failure and insufficiencies as alleged herein by reference, the Court should withdraw its preliminary approval and Order material to the proposed settlement and enter its supplemental Order requiring further proceedings in this action. By such further proceedings the Court properly should consider and determine the contested and challenged issues raised in these instant Objections.

## NOTICE OF INTENT TO APPEAR

OBJECTOR DEBORAH A. CORBIN, originally represented by Paul S. Rothstein, Esq. 626 NE 1st Street, Gainesville, FL 32601; Edward W. Cochran, Law Office of Edward W. Cochran, 2872 Broxton Road, Shaker Heights OH 44120; Frank H. Tomlinson, Esq., Pritchard McCall & Jones, LLC, 505 N. 20th Street, Suite 800, Birmingham AL 35203-2605; and N. Albert Bacharach, Jr., 115 NE 6th Avenue, Gainesville FL 32601, hereby gives notice that she intends to appear by counsel at the Fairness Hearing that is presently scheduled to be held in this matter on May 12, 2004 before the Honorable Douglas P. Woodlock, United States District Judge, at the United States District Court for the District of Massachusetts, Courtroom One, John Joseph Moakley Courthouse, One Courthouse Way, Boston, Massachusetts.

## OBJECTIONS

The proposed Class Action Settlement is inadequate, unfair and unreasonable for the following reasons:

1. The proposed Settlement fails to meet the legal prerequisites of fairness, adequacy or reasonableness to the members of the class as mandated by law. It is to the alleged failures, insufficiencies, and unreasonable provisions of the proposed Settlement that these Objections are directed.

3

2.  The many and varied, but serious, deficiencies of the proposed Settlement and published Notice include the following:

   a.  The Notice fails to inform class members of the aggregate size of the class or of the sizes of the subclasses.

   b.  The Release is overly broad and knowingly and specifically extinguishes claims that are not part of this litigation and are admittedly unknown to class members and class counsel. The Release consists of language that could essentially releases Defendants from an action, regardless of how remotely related the new action may be. Indeed, given the complete failure of the Settlement to provide any addition to the fund created by the FTC settlement Objector can not understand why class members are being subjected to this Release when the FTC only agreed to releasing class members who have filed a claim.

   c.  In a "claims made" settlement of this nature, it is very possible, if not highly likely, that the actual claims that are paid will total much less than the $40 million settlement fund. In fact, it is not inconceivable that the claims paid could end up being an amount less than the $8.25 million fee requested herein by Plaintiffs' counsel. Accordingly, it would be more fair, adequate and reasonable to defer the Court's consideration of the fee petition of Plaintiffs' counsel until after a determination of the total amount of claims actually paid.

3. The requested attorney's fee of $8.25 million may be excessive and should be held in abeyance until such time as the Court can assess the actual value of the settlement to class members.

4. Objector requests the Court carefully consider the amount of attorneys' fees and expenses requested by Class Counsel, an issue which Objectors expressly reserve for further argument when the matter of fees is considered; and

5. Objector respectfully requests to reserve the right to adopt and incorporate in her Preliminary Objections to the Notice and Proposed Settlement Agreement all other well-taken, timely filed objections.

WHEREFORE, OBJECTOR DEBORAH A. CORBIN, respectfully requests that this Court:

A. Upon proper hearing, sustain these Objections;

B. Upon proper hearing, continue the issue of attorney's fees until such time as it can be ascertained the actual benefit to class members.

C. Upon proper hearing, enter such Orders as are necessary and just to adjudicate these Objections and to alleviate the inherent unfairness, inadequacies and unreasonableness of the proposed settlement.

Respectfully submitted,

_____
RORY A. VALAS, BBO No: 559277
Valas and Associates, P.C.
250 Summer Street
Boston MA 02210
Telephone:   617-399-2200
Facsimile:    617-399-2202

## *CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via United States mail on this 9th day of April, 2004 to:

**Plaintiffs' Counsel:**
Gary Klein, Esq..John Roddy, Esq.
Grant & Roddy
44 School Stret, Suite 400
Boston, MA 02108

**Plaintiffs' Counsel:**
Kelly M. Dermody, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111

**Defendants' Counsel:**
Thomas M. Hefferon, Esq.
Goodwin Procter, LLP
Suite 500
1717 Pennsylvania Ave. N.W.
Washington, DC 20006

**Defendants' Counsel:**
Neall P. McCarthy, Esq.
Cotchett, Pitre, Simon & McCarthy, LLP
San Francisco Airport Office Cntr
840 Malcolm Road, Suite 200
San Francisco, CA 94104

**Defendants' Counsel:**
Daniel Mulligan, Esq.
Jenkins & Mulligan
660 Market Street, 3rd Floor
San Francisco, CA 94104

**FTC Counsel:**
Lucy E. Morris, Esq.
Division of Financial Practices
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Drop NJ-3158
Washington, DC 20580

_____
Rory A. Valas, Mass. BBO No: 559277
Valas and Associates, P.C.
250 Summer Street
Boston MA 02210
Telephone:   617-399-2200
Facsimile:    617-399-2202