April 3, 2004

CERTIFIED MAIL RETURN RECEIPT

Civil Clerk's Office
U.S. District Court for the
District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

> Re: Objection to part of Settlement
> U.S.A. v. Fairbanks Capital Corp.
> Civil Action No. 0312219-DPW

Dear Sir/Ms.:

      Although I am in agreement with this case overall, I do object to a part of the settlement. Specifically, I do not believe that members of the class who must share the first component of the "Redress Fund" are being treated fairly - in fact, one can make an argument for equal protection (14th Amendment)concerns. As you are aware, "Redress Fund" claimants for this component have been told that they would <u>not</u> receive a sum of money equal to their respective losses. Instead, "Redress Fund" component one class members will be paid using a pro rata formula because the component one "Redress Fund" is too small to adequately restore such class members.

      No other class member component of this settlement is receiving less than what they lost. Component two members of the "Redress Fund" are not. "Reverse or Reimburse" members likewise are not. Moreover, it is apparent that plaintiffs' counsel have not agreed to accept a smaller portion of fees and expenses than what was actually incurred - notwithstanding the fact that attorney fees and expenses are being paid separately by Fairbanks.

-2-

In summary, I am requesting that component one of the "Redress Fund" be <u>increased</u> to allow one hundred per cent restoration of improper fees and/or improper prepayment penalties paid by or charged to these class members. As a compromise (if critically necessary), I request that component one "Redress Fund" class members be restored to <u>at least</u> ninety per cent of their losses.

Respectfully submitted,

*Malcolm Scoon, M.D.*

Malcolm Scoon, M.D.

CC (First Class Mail):

Gary Klein, Esq., et. al.
Kelly M. Dermody, Esq., et. al.
Niall P. McCarthy, Esq., et. al.
Daniel Mulligan, Esq., et. al.
Thomas M. Hefferon, Esq., et. al.
Lucy E. Morris, Esq.

N.B. Suggestion: That all members who have submitted claim forms <u>be acknowledged</u> by regular mail or e-mail. Otherwise, class members cannot be sure if such claim forms have been duly received and processed. This would decrease problems arising from non-payment of funds to those who agree to become class members, whose claims forms might have been lost or misplaced and whom later forget/or fail to follow up with the Court or plaintiff's counsel regarding the non-payment.