Dennis McKeon
P.O. Box 131 747
Staten Island, N.Y. 10313

April 5, 2004

The Honorable Douglas P. Woodlock
United States District Court
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Dear Judge Woodlock,

I am involved in the class action suit against Fairbanks Capital Corp.

By the enclosed you can see they are up to their old tactics. I'm not sure what can be done about this but I felt obligated to bring this matter to your attention.

Thank you.

*Dennis McKeon*
Dennis McKeon

**Fairbanks Capital Corp.**
Loan Servicing Center
P.O. Box 551170
Jacksonville, FL 32255-1170

# MORTGAGE LOAN STATEMENT

Statement Date: 03/17/03
Loan Number: 3002949349
Interest Rate: 12.125%

37157-0000661-001
DENNIS MCKEON
89 KENMORE ST
STATEN ISLAND NY 10312-1412

YTD Interest Paid: 1,697.76
YTD Date Taxes Paid: .00
YTD Principal Paid: 433.08
New Principal Balance: 41,734.56
New Escrow Balance: .06
New Unapplied Balance: .00

## ACTIVITY SINCE YOUR LAST STATEMENT

(Payments received after the statement date do not appear.)

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | LATE CHARGE | TOTAL |
|---|---|---|---|---|---|---|---|
| 0/ 0 | PAYMENT | 0.00 | 0.00 | 0.00 | -10.65 | 0.00 | 0.00 |
| 02/24 | PAYMENT | 107.72 | 424.99 | 0.00 | 0.00 | 165.92 | 698.63 |
| 02/24 | PAYMENT | 0.00 | 0.00 | 0.00 | 29.57 | 0.00 | 29.57 |
| 02/24 | PAYMENT | 0.00 | 0.00 | 0.00 | 186.56 | 0.00 | 186.56 |
| 02/24 | PAYMENT | 0.00 | 0.00 | 0.00 | 532.71 | 0.00 | 532.71 |
| 02/24 | PAYMENT | 0.00 | 0.00 | 0.00 | -719.27 | 0.00 | -719.27 |
| 02/24 | PAYMENT | 108.81 | 423.90 | 0.00 | 0.00 | 0.00 | 532.71 |
| 02/24 | PAYMENT | 0.00 | 0.00 | 0.00 | 186.56 | 0.00 | 186.56 |
| 03/10 | PAYMENT | 109.91 | 422.80 | 0.00 | 0.00 | 0.00 | 532.71 |

*[handwritten: RJ 4/1/2003 # 1341]*

## IMPORTANT MESSAGES

This monthly billing statement is not intended to be a payoff quote or a reinstatement figure.

The information on this statement is subject to reversal of previous payments made that may not be honored by your bank. Returned checks/drafts are subject to a processing fee unless prohibited by State Law.

**Fairbanks Capital Corp.**
Loan Servicing Center
P.O. Box 551170
Jacksonville, FL 32255-1170

## MORTGAGE LOAN STATEMENT

| | |
|---|---|
| Statement Date: | 04/16/03 |
| Loan Number: | 3002949349 |
| Interest Rate: | 12.125% |
| YTD Interest Paid: | 2,119.45 |
| YTD Date Taxes Paid: | .00 |
| YTD Principal Paid: | 544.10 |
| New Principal Balance: | 41,623.54 |
| New Escrow Balance: | .06 |
| New Unapplied Balance: | .00 |

40728-0000828-001
DENNIS MCKEON
89 KENMORE ST
STATEN ISLAND NY  10312-1412

## ACTIVITY SINCE YOUR LAST STATEMENT

(Payments received after the statement date do not appear.)

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | LATE CHARGE | TOTAL |
|---|---|---|---|---|---|---|---|
| 04/08 | PAYMENT | 111.02 | 421.69 | 0.00 | 0.00 | 0.00 | 532.71 |

*[handwritten: Pd 5/1/2003 #1356]*

## IMPORTANT MESSAGES

This monthly billing statement is not intended to be a payoff quote or a reinstatement figure.

The information on this statement is subject to reversal of previous payments made that may not be honored by your bank. Returned checks/drafts are subject to a processing fee unless prohibited by State Law.

PERFORATION AND RETURN THIS COUPON WITH PAYMENT ▼

650-0704-0400F



**Fairbanks Capital Corp.**
Loan Servicing Center
P.O. Box 551170
Jacksonville, FL 32255-1170

# MONTHLY MORTGAGE STATEMENT

| | |
|---|---|
| Statement Date: | 05/16/03 |
| Loan Number: | 3002949349 |
| **This Month's Payment** | $532.71 |
| Payment Due Date: | 06/06/03 |
| Late Payment Amount-- *If You Pay Late:* | $543.36 |
| Late Payment Due Date: | 06/21/03 |
| Last Amount Received: | $532.71 |
| Date Amount Received: | 05/09/03 |

*Any payments received after the Statement Date noted above will be reflected on your next statement.*

**Customer Service**         1-800-258-8602
Monday - Friday              7:00AM - 8:00PM ET
Saturday                     8:00AM - 5:00PM ET

*For other important contact information see reverse side.*

44313-0003841-001
DENNIS MCKEON
89 KENMORE ST
STATEN ISLAND NY 10312-1412

## LOAN INFORMATION

Property Address: 89 KENMORE ST
                  STATEN ISLAND NY 10312

| | |
|---|---|
| Interest Rate: | 12.125% |
| YTD Interest Paid: | $2,540.02 |
| YTD Taxes Paid: | $.00 |
| YTD Principal Paid: | $656.24 |
| Current Principal Balance: | $41,511.40 |
| Current Escrow Balance: | $.06 |
| Current Unapplied Balance: | $.00 |

\* *This amount is not a payoff quote or a reinstatement figure. If you want a payoff quote, or a reinstatement figure please see instructions on reverse side.*

## PAYMENT SUMMARY

| | |
|---|---|
| Principal & Interest | $532.71 |
| Escrow | $.00 |
| Optional Insurance | $.00 |
| Other | $.00 |
| Past Due Payments | $.00 |
| **This Month's Payment** | $532.71 |
| Payment Due Date | 06/06/03 |
| Late Payment Amount-- *If You Pay Late:* | $543.36 |
| Late Payment Due Date | 06/21/03 |

*If your last payment was received after the Statement Date noted above, please deduct it from your payment this month.*

**Additional Amounts Owing**
| | |
|---|---|
| Late Charges Due | $.00 |
| Returned Check Fees | $.43 |
| **Total Additional Amounts Owing** | $.43 |

## ACTIVITY THIS PERIOD ( 04/17/03 - 05/16/03 )

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | LATE CHARGE | TOTAL |
|---|---|---|---|---|---|---|---|
| 05/09 | PAYMENT | 112.14 | 420.57 | 0.00 | 0.00 | 0.00 | 532.71 |

## IMPORTANT MESSAGES

The Loan Servicing Center is always seeking ways to improve our service. As a result, we have designed a new statement to ensure that you, our valued customer, remains knowledgable of your loan.

Auto Draft is a convenient payment option. Your loan payment can be automatically deducted from your checking account each month, insuring that your payment is always on time. To set up Auto Draft, please submit your request in writing and send a copy of a voided check or deposit slip to the following address:
Loan Servicing Center
Attn: Customer Advocate Dept
PO Box 551170
Jacksonville, FL 32255-1170

You are hereby notified that this statement is an attempt to collect a debt. All information obtained will be used for that purpose.

You can access your automated loan information 24 hours a day or make a payment online by visiting our web site at http:/www.fairbankscapital.com, or by calling the Loan Servicing Center number listed on your statement.

PLEASE DETACH AT PERFORATION AND RETURN THIS COUPON WITH PAYMENT



**Fairbanks Capital Corp.** Page 1 of 1
Loan Servicing Center
P.O. Box 551170
Jacksonville, FL 32255-1170

## MONTHLY MORTGAGE STATEMENT

| | |
|---|---|
| Statement Date: | 07/17/03 |
| Loan Number: | 3002949349 |
| This Month's Payment | $532.71 |
| Payment Due Date: | 08/06/03 |
| Late Payment Amount-- *If You Pay Late:* | $543.36 |
| Late Payment Due Date: | 08/21/03 |
| Last Amount Received: | $532.71 |
| Date Amount Received: | 07/03/03 |

Any payments received after the Statement Date noted above will be reflected on your next statement.

51376-0001264-001
DENNIS MCKEON
89 KENMORE ST
STATEN ISLAND NY 10312-1412

**Customer Service**  1-800-258-8602
Monday - Friday   7:00AM - 8:00PM ET
Saturday          8:00AM - 5:00PM ET

*For other important contact information see reverse side.*

---

### LOAN INFORMATION

Property Address: 89 KENMORE ST
                  STATEN ISLAND NY 10312

| | |
|---|---|
| Interest Rate: | 12.125% |
| YTD Interest Paid: | $3,377.75 |
| YTD Taxes Paid: | $.00 |
| YTD Principal Paid: | $883.93 |
| Current Principal Balance: | $41,283.71 |
| Current Escrow Balance: | $.06 |
| Current Unapplied Balance: | $.00 |

\* This amount is not a payoff quote or a reinstatement figure. If you want a payoff quote, or a reinstatement figure please see instructions on reverse side.

### PAYMENT SUMMARY

| | |
|---|---|
| Principal & Interest | $532.71 |
| Escrow | $.00 |
| Optional Insurance | $.00 |
| Other | $.00 |
| Past Due Payments | $.00 |
| **This Month's Payment** | **$532.71** |
| Payment Due Date | 08/06/03 |
| Late Payment Amount-- *If You Pay Late:* | $543.36 |
| Late Payment Due Date | 08/21/03 |

If your last payment was received after the Statement Date noted above, please deduct it from your payment this month.

**Additional Amounts Owing**
| | |
|---|---|
| Late Charges Due | $.00 |
| Returned Check Fees | $.43 |
| **Total Additional Amounts Owing** | **$.43** |

---

### ACTIVITY THIS PERIOD ( 06/17/03 - 07/17/03 )

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | LATE CHARGE | TOTAL |
|---|---|---|---|---|---|---|---|
| 06/19 | PAYMENT | 113.27 | 419.44 | 0.00 | 0.00 | 0.00 | 532.71 |
| 07/03 | PAYMENT | 114.42 | 418.29 | 0.00 | 0.00 | 0.00 | 532.71 |

### IMPORTANT MESSAGES

You are hereby notified that this statement is an attempt to collect a debt. All information obtained will be used for that purpose.

You can access your automated loan information 24 hours a day or make a payment online by visiting our web site at http:/www.fairbankscapital.com, or by calling the Loan Servicing Center number listed on your statement.

Auto Draft is a convenient payment option. Your loan payment can be automatically deducted from your checking account each month, insuring that your payment is always on time. To set up Auto Draft, please submit your request in writing and send a copy of a voided check or deposit slip to the following address:
  Loan Servicing Center
  Attn: Customer Advocate Dept
  PO Box 551170
  Jacksonville, FL 32255-1170

*[Handwritten annotations: "1816 7/24/2003 record", "SHIRLEY SMALLS 1258D doesn't know anything regarding 4834", "Pd $532.21 7/25/2003 #1398"]*

PLEASE DETACH AT PERFORATION AND RETURN THIS COUPON WITH PAYMENT

650-0730-0303F

**Fairbanks Capital Corp.**
Loan Servicing Center
P.O. Box 551170
Jacksonville, FL 32255-1170

## MONTHLY MORTGAGE STATEMENT

| | |
|---|---|
| Statement Date: | 08/25/03 |
| Loan Number: | 3002949349 |
| **This Month's Payment** | **$532.71** |
| Payment Due Date: | 09/06/03 |
| Late Payment Amount-- *If You Pay Late:* | $543.36 |
| Late Payment Due Date: | 09/21/03 |
| Last Amount Received: | $532.71 |
| Date Amount Received: | 07/29/03 |

56474-0003730-001
DENNIS MCKEON
PO BOX 131747
STATEN ISLAND NY 10313-1747

*Any payments received after the Statement Date noted above will be reflected on your next statement.*

**Customer Service**    1-800-258-8602
Monday - Friday         7:00AM - 8:00PM ET

*For other important contact information see reverse side.*

### LOAN INFORMATION

Property Address: 89 KENMORE ST
                  STATEN ISLAND NY 10312

| | |
|---|---|
| Interest Rate: | 12.125% |
| YTD Interest Paid: | $3,794.89 |
| YTD Taxes Paid: | $.00 |
| YTD Principal Paid: | $999.50 |
| Current Principal Balance: | $41,168.14 |
| Current Escrow Balance: | $.06 |
| Current Unapplied Balance: | $.00 |

\* *This amount is not a payoff quote or a reinstatement figure. If you want a payoff quote, or a reinstatement figure please see instructions on reverse side.*

### PAYMENT SUMMARY

| | |
|---|---|
| Principal & Interest | $532.71 |
| Escrow | $.00 |
| Optional Insurance | $.00 |
| Other | $.00 |
| Past Due Payments | $.00 |
| **This Month's Payment** | **$532.71** |
| Payment Due Date | 09/06/03 |
| Late Payment Amount-- *If You Pay Late:* | $543.36 |
| Late Payment Due Date | 09/21/03 |

*Handwritten: Pd 9/29/2003  #1439*

*If your last payment was received after the Statement Date noted above, please deduct it from your payment this month.*

**Additional Amounts Owing**
| | |
|---|---|
| Late Charges Due | $.00 |
| Returned Check Fees | $.43 |
| **Total Additional Amounts Owing** | **$.43** |

### ACTIVITY THIS PERIOD ( 07/18/03 - 08/25/03 )

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | LATE CHARGE | TOTAL |
|---|---|---|---|---|---|---|---|
| 07/29 | PAYMENT | 115.57 | 417.14 | 0.00 | 0.00 | 0.00 | 532.71 |

### IMPORTANT MESSAGES

You are hereby notified that this statement is an attempt to collect a debt. All information obtained will be used for that purpose.

You can access your automated loan information 24 hours a day or make a payment online by visiting our web site at http:/www.fairbankscapital.com, or by calling the Loan Servicing Center number listed on your statement.

Auto Draft is a convenient payment option. Your loan payment can be automatically deducted from your checking account each month, insuring that your payment is always on time. To set up Auto Draft, please submit your request in writing and send a copy of a voided check or deposit slip to the following address:
   Loan Servicing Center
   Attn: Customer Advocate Dept
   PO Box 551170
   Jacksonville, FL 32255-1170

650-0730-0303F

**Fairbanks Capital Corp**
Loan Servicing Center
P.O. Box 551170
Jacksonville, FL 32255-1170

# MONTHLY MORTGAGE STATEMENT

| | |
|---|---|
| Statement Date: | 09/23/03 |
| Loan Number: | 3002949349 |
| **This Month's Payment** | **$532.71** |
| Payment Due Date: | 10/06/03 |
| Late Payment Amount-- *If You Pay Late:* | $543.36 |
| Late Payment Due Date: | 10/21/03 |
| Last Amount Received: | $532.71 |
| Date Amount Received: | 09/09/03 |

*Any payments received after the Statement Date noted above will be reflected on your next statement.*

**Customer Service**  1-800-258-3602
Monday - Friday  7:00AM - 8:00PM ET

*For other important contact information see reverse side.*

60645-0003303-001
DENNIS MCKEON
PO BOX 131747
STATEN ISLAND NY 10313-1747

## LOAN INFORMATION

Property Address: 89 KENMORE ST
                  STATEN ISLAND NY 10312

| | |
|---|---|
| Interest Rate: | 12.125% |
| YTD Interest Paid: | $4,210.86 |
| YTD Taxes Paid: | $.00 |
| YTD Principal Paid: | $1,116.24 |
| Current Principal Balance: | $41,051.40 |
| Current Escrow Balance: | $.06 |
| Current Unapplied Balance: | $.00 |

\* *This amount is not a payoff quote or a reinstatement figure. If you want a payoff quote, or a reinstatement figure please see instructions on reverse side.*

## PAYMENT SUMMARY

| | |
|---|---|
| Principal & Interest | $532.71 |
| Escrow | $.00 |
| Optional Insurance | $.00 |
| Other | $.00 |
| Past Due Payments | $.00 |
| **This Month's Payment** | **$532.71** |
| Payment Due Date | 10/06/03 |
| Late Payment Amount-- *If You Pay Late:* | $543.36 |
| Late Payment Due Date | 10/21/03 |

*(handwritten: A/J 11/27/03  #1477  12)*

*If your last payment was received after the Statement Date noted above, please deduct it from your payment this month.*

**Additional Amounts Owing**
| | |
|---|---|
| Late Charges Due | $.00 |
| Returned Check Fees | $.43 |
| **Total Additional Amounts Owing** | **$.43** |

## ACTIVITY THIS PERIOD ( 08/26/03 - 09/23/03 )

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | LATE CHARGE | TOTAL |
|---|---|---|---|---|---|---|---|
| 09/09 | PAYMENT | 116.74 | 415.97 | 0.00 | 0.00 | 0.00 | 532.71 |

## IMPORTANT MESSAGES

If you believe any aspect of this loan is a problem, please call 1-800-258-8602

Auto Draft is a convenient payment option. Your loan payment can be automatically deducted from your checking account each month, insuring that your payment is always on time. To set up Auto Draft, please submit your request in writing and send a copy of a voided check or deposit slip to the following address:
  Loan Servicing Center
  Attn: Customer Advocate Dept
  PO Box 551170
  Jacksonville, FL 32255-1170

You are hereby notified that this statement is an attempt to collect a debt. All information obtained will be used for that purpose.

You can access your automated loan information 24 hours a day or make a payment online by visiting our web site at http://www.fairbankscapital.com, or by calling the Loan Servicing Center number listed on your statement.

PLEASE DETACH AT PERFORATION AND RETURN THIS COUPON WITH PAYMENT

650-0730-0303F

| Fairbanks Capital Corp. | MONTHLY MORTGAGE STATEMENT |
|---|---|
| Loan Servicing Center | |
| P.O. Box 551170 | |
| Jacksonville, FL 32255-1170 | |

| | |
|---|---|
| Statement Date: | 10/22/03 |
| Loan Number: | 3002949349 |
| This Month's Payment | $532.71 |
| Payment Due Date: | 11/06/03 |
| Late Payment Amount-- If You Pay Late: | $543.36 |
| Late Payment Due Date: | 11/21/03 |
| Last Amount Received: | $532.71 |
| Date Amount Received: | 10/06/03 |

Any payments received after the Statement Date noted above will be reflected on your next statement.

65148-0000657-001
DENNIS MCKEON
PO BOX 131747
STATEN ISLAND NY 10313-1747

**Customer Service**   1-800-258-8602
Monday - Friday   7:00AM - 8:00PM ET

*For other important contact information see reverse side.*

## LOAN INFORMATION

Property Address: 89 KENMORE ST
STATEN ISLAND NY 10312

| | |
|---|---|
| Interest Rate: | 12.125% |
| YTD Interest Paid: | $4,625.65 |
| YTD Taxes Paid: | $.00 |
| YTD Principal Paid: | $1,234.16 |
| Current Principal Balance: | $40,933.48 |
| Current Escrow Balance: | $.06 |
| Current Unapplied Balance: | $.00 |

* This amount is not a payoff quote or a reinstatement figure. If you want a payoff quote, or a reinstatement figure please see instructions on reverse side.

## PAYMENT SUMMARY

| | |
|---|---|
| Principal & Interest | $532.71 |
| Escrow | $.00 |
| Optional Insurance | $.00 |
| Other | $.00 |
| Past Due Payments | $.00 |
| This Month's Payment | $532.71 |
| Payment Due Date | 11/06/03 |
| Late Payment Amount-- If You Pay Late: | $543.36 |
| Late Payment Due Date | 11/21/03 |

If your last payment was received after the Statement Date noted above, please deduct it from your payment this month.

**Additional Amounts Owing**

| | |
|---|---|
| Late Charges Due | $.00 |
| Returned Check Fees | $.43 |
| **Total Additional Amounts Owing** | $.43 |

## ACTIVITY THIS PERIOD ( 09/24/03 - 10/22/03 )

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | LATE CHARGE | TOTAL |
|---|---|---|---|---|---|---|---|
| 10/06 | PAYMENT | 117.92 | 414.79 | 0.00 | 0.00 | 0.00 | 532.71 |

## IMPORTANT MESSAGES

If you believe any aspect of this loan is a problem, please call 1-800-258-8602

Auto Draft is a convenient payment option. Your loan payment can be automatically deducted from your checking account each month, insuring that your payment is always on time. To set up Auto Draft, please submit your request in writing and send a copy of a voided check or deposit slip to the following address:
   Loan Servicing Center
   Attn: Customer Advocate Dept
   PO Box 551170
   Jacksonville, FL 32255-1170

You are hereby notified that this statement is an attempt to collect a debt. All information obtained will be used for that purpose.

You can access your automated loan information 24 hours a day or make a payment online by visiting our web site at http:/www.fairbankscapital.com, or by calling the Loan Servicing Center number listed on your statement.

PLEASE D

**Fairbanks Capital Corp.**
Loan Servicing Center
P.O. Box 551170
Jacksonville, FL 32255-1170

# MONTHLY MORTGAGE STATEMENT

| | |
|---|---|
| Statement Date: | 12/19/03 |
| Loan Number: | 3002949349 |
| **This Month's Payment** | **$532.71** |
| Payment Due Date: | 01/06/04 |
| Late Payment Amount— If You Pay Late: | $543.36 |
| Late Payment Due Date: | 01/21/04 |
| Last Amount Received: | $532.71 |
| Date Amount Received: | 12/01/03 |

73755-0003314-001
DENNIS MCKEON
PO BOX 131747
STATEN ISLAND NY 10313-1747

*Any payments received after the Statement Date noted above will be reflected on your next statement.*

**Customer Service**   1-800-258-8602
Monday - Friday        7:00AM - 8:00PM ET

*For other important contact information see reverse side.*

## LOAN INFORMATION

Property Address: 89 KENMORE ST
                  STATEN ISLAND NY 10312

| | |
|---|---|
| Interest Rate: | 12.125% |
| YTD Interest Paid: | $5,451.65 |
| YTD Taxes Paid: | $.00 |
| YTD Principal Paid: | $1,473.58 |
| Current Principal Balance: | $40,694.06 |
| Current Escrow Balance: | $.06 |
| Current Unapplied Balance: | $.00 |

*This amount is not a payoff quote or a reinstatement figure. If you want a payoff quote, or a reinstatement figure please see instructions on reverse side.*

## PAYMENT SUMMARY

| | |
|---|---|
| Principal & Interest | $532.71 |
| Escrow | $.00 |
| Optional Products | $.00 |
| Other | $.00 |
| Past Due Payments | $.00 |
| **This Month's Payment** | **$532.71** |
| Payment Due Date | 01/06/04 |
| Late Payment Amount— If You Pay Late: | $543.36 |
| Late Payment Due Date | 01/21/04 |

*Handwritten: Pd 12/28/03 #1490*

*If your last payment was received after the Statement Date noted above, please deduct it from your payment this month.*

**Additional Amounts Owing**
| | |
|---|---|
| Late Charges Due | $.00 |
| Returned Check Fees | $.43 |
| **Total Additional Amounts Owing** | **$.43** |

## ACTIVITY THIS PERIOD (11/21/03 - 12/19/03)

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | LATE CHARGE | TOTAL |
|---|---|---|---|---|---|---|---|
| 12/01 | PAYMENT | 120.31 | 412.40 | 0.00 | 0.00 | 0.00 | 532.71 |

## IMPORTANT MESSAGES

If you believe any aspect of this loan is a problem, please call 1-800-258-8602

Auto Draft is a convenient payment option. Your loan payment can be automatically deducted from your checking account each month, insuring that your payment is always on time. To set up Auto Draft, please submit your request in writing and send a copy of a voided check or deposit slip to the following address:
  Loan Servicing Center
  Attn: Customer Advocate Dept
  PO Box 551170
  Jacksonville, FL 32255-1170

You are hereby notified that this statement is an attempt to collect a debt. All information obtained will be used for that purpose.

You can access your automated loan information 24 hours a day or make a payment online by visiting our web site at http:/www.fairbankscapital.com, or by calling the Loan Servicing Center number listed on your statement.

PLEASE DETACH AT PERFORATION AND RETURN THIS COUPON WITH PAYMENT

**Fairbanks Capital Corp**
Loan Servicing Center
P.O. Box 551170
Jacksonville, FL 32255-1170

## MONTHLY MORTGAGE STATEMENT

| | |
|---|---|
| Statement Date: | 01/21/04 |
| Loan Number: | 3002949349 |
| This Month's Payment | $532.71 |
| Payment Due Date: | 02/06/04 |
| Late Payment Amount-- *If You Pay Late:* | $543.36 |
| Late Payment Due Date: | 02/21/04 |
| Last Amount Received: | $532.71 |
| Date Amount Received: | 01/05/04 |

*Any payments received after the Statement Date noted above will be reflected on your next statement.*

**Customer Service**     1-800-258-8602
Monday - Friday          7:00AM - 8:00PM ET

*For other important contact information see reverse side.*

78397-0001571-001
DENNIS MCKEON
PO BOX 131747
STATEN ISLAND NY 10313-1747

### LOAN INFORMATION

Property Address: 89 KENMORE ST
STATEN ISLAND NY 10312

| | |
|---|---|
| Interest Rate: | 12.125% |
| YTD Interest Paid: | $411.18 |
| YTD Taxes Paid: | $.00 |
| YTD Principal Paid: | $121.53 |
| Current Principal Balance: | $40,572.53 |
| Current Escrow Balance: | $.06 |
| Current Unapplied Balance: | $.00 |

* This amount is not a payoff quote or a reinstatement figure. If you want a payoff quote, or a reinstatement figure please see instructions on reverse side.

### PAYMENT SUMMARY

| | |
|---|---|
| Principal & Interest | $532.71 |
| Escrow | $.00 |
| Optional Products | $.00 |
| Other | $.00 |
| Past Due Payments | $.00 |
| This Month's Payment | $532.71 |
| Payment Due Date | 3/06/04 ~~02/06/04~~ |
| Late Payment Amount-- *If You Pay Late:* | $543.36 |
| Late Payment Due Date | 3/~~02/21/04~~ |

*If your last payment was received after the Statement Date noted above, please deduct it from your payment this month.*

| | |
|---|---|
| Additional Amounts Owing | |
| Late Charges Due | $.00 |
| Returned Check Fees | $.43 |
| Total Additional Amounts Owing | $.43 |

*(handwritten: 2/21/2004 For March #1522)*

### ACTIVITY THIS PERIOD ( 12/20/03 - 01/21/04 )

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | FEES | TOTAL |
|---|---|---|---|---|---|---|---|
| 01/05 | PAYMENT | 121.53 | 411.18 | 0.00 | 0.00 | 0.00 | 532.71 |

### IMPORTANT MESSAGES

If you believe any aspect of this loan is a problem, please call 1-800-258-8602

Auto Draft is a convenient payment option. Your loan payment can be automatically deducted from your checking account each month, insuring that your payment is always on time. To set up Auto Draft, please submit your request in writing and send a copy of a voided check or deposit slip to the following address:
Loan Servicing Center
Attn: Customer Advocate Dept
PO Box 551170
Jacksonville, FL 32255-1170

You are hereby notified that this statement is an attempt to collect a debt. All information obtained will be used for that purpose.

You can access your automated loan information 24 hours a day or make a payment online by visiting our web site at http://www.fairbankscapital.com, or by calling the Loan Servicing Center number listed on your statement.

PLEASE DETACH AT PERFORATION AND RETURN THIS COUPON WITH PAYMENT

**Fairbanks Capital Corp.**
Loan Servicing Center
P.O. Box 551170
Jacksonville, FL 32255-1170

**MONTHLY MORTGAGE STATEMENT**

| | |
|---|---|
| Statement Date: | 02/19/04 |
| Loan Number: | 3002949349 |
| **This Month's Payment** | **$532.71** |
| Payment Due Date: | 03/06/04 |
| Late Payment Amount-- *If You Pay Late:* | $543.36 |
| Late Payment Due Date: | 03/21/04 |
| Last Amount Received: | $532.71 |
| Date Amount Received: | 01/30/04 |

*Any payments received after the Statement Date noted above will be reflected on your next statement.*

**Customer Service**  1-800-258-8602
Monday - Friday  7:00AM - 8:00PM ET

*For other important contact information see reverse side.*

83038-0001370-001
DENNIS MCKEON
PO BOX 131747
STATEN ISLAND NY 10313-1747

## LOAN INFORMATION

Property Address: 89 KENMORE ST
STATEN ISLAND NY 10312

| | |
|---|---|
| Interest Rate: | 12.125% |
| YTD Interest Paid: | $821.13 |
| YTD Taxes Paid: | $.00 |
| YTD Principal Paid: | $244.29 |
| Current Principal Balance: | $40,449.77 * |
| Current Escrow Balance: | $.06 |
| Current Unapplied Balance: | $.00 |

*\* This amount is not a payoff quote or a reinstatement figure. If you want a payoff quote, or a reinstatement figure please see instructions on reverse side.*

## PAYMENT SUMMARY

| | |
|---|---|
| Principal & Interest | $532.71 |
| Escrow | $.00 |
| Optional Products | $.00 |
| Other | $.00 |
| Past Due Payments | $.00 |
| This Month's Payment | $532.71 |
| Payment Due Date | 03/06/04 |
| Late Payment Amount-- *If You Pay Late:* | $543.36 |
| Late Payment Due Date | 03/21/04 |

*If your last payment was received after the Statement Date noted above, please deduct it from your payment this month.*

**Additional Amounts Owing**

| | |
|---|---|
| Late Charges Due | $.00 |
| Returned Check Fees | $.43 |
| Other Fees | $150.00 |
| Unapplied Balance | $.00 |
| **Total Additional Amounts Owing*** | **$150.43** |

*\*Does not include principal balance*

### ACTIVITY THIS PERIOD ( 01/22/04 - 02/19/04 )

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | FEES | TOTAL |
|---|---|---|---|---|---|---|---|
| 01/23 | INTEREST ON ADV ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | -0.24 | -0.24 |
| 01/30 | INTEREST ON ADV ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | -0.24 | -0.24 |
| 02/06 | INTEREST ON ADV ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | -0.24 | -0.24 |
| 02/13 | INTEREST ON ADV ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | -0.24 | -0.24 |
| 01/30 | PAYMENT | 122.76 | 409.95 | 0.00 | 0.00 | 0.00 | 532.71 |

### IMPORTANT MESSAGES

If you have any questions regarding your loan or this statement, please call 1-800-258-8602.

Auto Draft is a convenient payment option. Your loan payment can be automatically deducted from your checking account each month, insuring that your payment is always on time. To set up Auto Draft, please submit your request in writing and send a copy of a voided check or deposit slip to the following address:
Loan Servicing Center
Attn: Customer Advocate Dept
PO Box 551170
Jacksonville, FL 32255-1170

You are hereby notified that this statement is an attempt to collect a debt. All information obtained will be used for that purpose.

You can access your automated loan information 24 hours a day or make a payment online by visiting our web site at http:/www.fairbankscapital.com, or by calling the Loan Servicing Center number listed on your statement.

**Fairbanks Capital Corp.**  Page 1 of 1
Loan Servicing Center
P.O. Box 551170
Jacksonville, FL 32255-1170

## MONTHLY MORTGAGE STATEMENT

| | |
|---|---:|
| Statement Date: | 03/23/04 |
| Loan Number: | 3002949349 |
| This Month's Payment | $532.71 |
| Payment Due Date: | 04/06/04 |
| Late Payment Amount-- *If You Pay Late:* | $543.36 |
| Late Payment Due Date: | 04/21/04 |
| Last Amount Received: | $532.71 |
| Date Amount Received: | 02/26/04 |

88262-0001122-001
DENNIS MCKEON
PO BOX 131747
STATEN ISLAND NY 10313-1747

*Any payments received after the Statement Date noted above will be reflected on your next statement.*

**Customer Service**  1-800-258-8602
Monday - Friday   7:00AM - 8:00PM ET

*For other important contact information see reverse side.*

### LOAN INFORMATION

Property Address: 89 KENMORE ST
                  STATEN ISLAND NY 10312

| | |
|---|---:|
| Interest Rate: | 12.125% |
| YTD Interest Paid: | $1,229.84 |
| YTD Taxes Paid: | $.00 |
| YTD Principal Paid: | $368.29 |
| Current Principal Balance: | $40,325.77 * |
| Current Escrow Balance: | $.06 |
| Current Unapplied Balance: | $.00 |

*\* This amount is not a payoff quote or a reinstatement figure. If you want a payoff quote, or a reinstatement figure please see instructions on reverse side.*

### PAYMENT SUMMARY

| | |
|---|---:|
| Principal & Interest | $532.71 |
| Escrow | $.00 |
| Optional Products | $.00 |
| Other | $.00 |
| Past Due Payments | $.00 |
| **This Month's Payment** | **$532.71** |
| Payment Due Date | 04/06/04 |
| Late Payment Amount-- *If You Pay Late:* | $543.36 |
| Late Payment Due Date | 04/21/04 |

*If your last payment was received after the Statement Date noted above, please deduct it from your payment this month.*

**Additional Amounts Owing**

| | |
|---|---:|
| Late Charges Due | $.00 |
| Returned Check Fees | $.43 |
| Other Fees | $150.96 |
| Unapplied Balance | $.00 |
| **Total Additional Amounts Owing*** | **$151.39** |

*\*Does not include principal balance*

### ACTIVITY THIS PERIOD ( 02/20/04 - 03/23/04 )

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | FEES | TOTAL |
|---|---|---:|---:|---:|---:|---:|---:|
| 02/20 | INTEREST ON ADV ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | -0.24 | -0.24 |
| 02/26 | PAYMENT | 124.00 | 408.71 | 0.00 | 0.00 | 0.00 | 532.71 |
| 02/27 | INTEREST ON ADV ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | -0.24 | -0.24 |
| 03/05 | INTEREST ON ADV ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | -0.24 | -0.24 |
| 03/12 | INTEREST ON ADV ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | -0.24 | -0.24 |

### IMPORTANT MESSAGES

If you have any questions regarding your loan or this statement, please call 1-800-258-8602.

Auto Draft is a convenient payment option. Your loan payment can be automatically deducted from your checking account each month, insuring that your payment is always on time. To set up Auto Draft, please submit your request in writing and send a copy of a voided check or deposit slip to the following address:
Loan Servicing Center
Attn: Customer Advocate Dept
PO Box 551170
Jacksonville, FL 32255-1170

You are hereby notified that this statement is an attempt to collect a debt. All information obtained will be used for that purpose.

You can access your automated loan information 24 hours a day or make a payment online by visiting our web site at http:/www.fairbankscapital.com, or by calling the Loan Servicing Center number listed on your statement.