# CAROL JEAN HENRY

**19721 St. Louis Street**
**Detroit, Michigan  48234**
**(313) 368-0345**

FILED
IN CLERK'S OFFICE

2004 APR 12  P 3: 23

DISTRICT COURT
DISTRICT OF MASS.

April 2, 2004

Civil Clerk's Office
United States District Court for the
District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA  02210

To Whom It Concerns:

I would like to request that this letter serve as my written objection in the matter of Civil Action No. 03-12219-DPW & Civil Action No. 03-10895-DPW.

I was informed that my account had been sold to Fairbanks Capital Corp. and a few weeks later I was informed that Meritech Mortgage Services, Inc. was handling my account. Both harassed me with phone calls and letters over the course of 4 months. I tried to inform both of the dilemma through countless phone calls with them and through letters I sent to both, but to no avail. Finally, they acknowledged my efforts to correct the problem. Fairbanks sent me a letter stating they would look into it. But I continued to receive disturbing calls from Fairbanks demanding payment. But I continued to send my payments to Meritech Mortgage.

During the time that Fairbanks Capital Corp. handled my account. During the course of 4-6 months I was charged late fees that amounted to $612.27, which Meritech Mortgage charged me. I was also charged $70.29 more on my mortgage for a period of one year. They informed me because Conti-Mortgage did not charge me accordingly during the closing of this loan I was therefore responsible for the "Suspended Balance"

Fairbank's Capital Corp. has caused my condition, Crohns Disease out of its remission state. Therefore causing pain, suffering, and stress.

It is in the best interest of all concerned to solve this matter fairly and timely.

Thank you for your time in matter.

Sincerely,

*Carol J. Henry*
Carol J. Henry

Enclosures

cc

| | | |
|---|---|---|
| Plaintiffs' Co-Lead Counsel: | Gary Klein, Esq.<br>John Roddy, Esq.<br>Grant & Rooddy<br>44 School Street Ste.#400<br>Boston, Ma 0218 | Kelly M. Dermody, Esq<br>Lieff, CabHeimann &<br>Bernstein, LLP<br>275BatteryStreet 30t FL<br>San Francisco,CA94111 |
| Defencant's Counsel: | Thomas M. Hefferon, Esq.<br>Goodwin Procter LLP<br>Suite 500<br>1717 Pennsylvania Avenue, N. W.<br>Washington, DC. 20006 | Niall P. McCarthy, Esq.<br>Cotchett, Pitre, Simon<br>& McCarthy LLP<br>San Francisco Airport<br>Office Center<br>840 Malcolm Road,<br>Suite 200<br>San Francisco, CA<br>94010 |
| (iii) FTC Counsel: | Lucy e. Morris, Esq.<br>Division of financial Practices<br>Bureau of Consumer Protection<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Mail Drop NJ-3158<br>Washington, DC 20580 | |