Request for Exclusion from Class
U.S. v. Fairbanks Capital Corp, Case No 03-12219-DPW; and
Curry v. Fairbanks Capital Corp., Case No. 03-10895-DPW

Charles and Marilyn Pope
318 Lena Vista Blvd
Auburndale, FL. 33823
April 5, 2004

To: Claims Administration Center
Gilardi & Co.., P.O. Box 80811
Petaluma, Ca 94975-8011

To Whom It May Concern:

Please note that I and the other borrowers named on my promissory note wish to be
excluded from the settlement in the above captioned case.

Name: Marilyn & Charles Pope_____
Address: 318 Lena Vista Blvd, Auburndale, FL.
33823_____
Telephone: __863-967-5294_____
Last 4 digits of SSN: __7234____ & 7268 _____
Fairbanks Loan #: _8077055039_____

Borrower

*Marilyn Pope*

Co-Borrower

*Charles W. Pope*

Notes for Use of Exclusion Form

This form is designed to provide all of the information required by Section 7 of the
Notice of Proposed Class Action Settlement you have received if you have been
identified as a member of the class of persons whose mortgage was serviced by
Fairbanks Capital

CC: Gary Klein Esq
    John Roddy Esq
    Grant & Roddy
    44 School Street Ste 400
    Boston, MA   02108

    Kelly M Dermody Esq
    Lieff, Cabraser Heimann &
    Bernstein LLP
    275 Battery Street 30th Floor
    San Francisco , CA 94111

    Thomas M Hefferon Esq
    Goodwin Procter LLP
    Ste 500
    1717 Pennsylvania Ave NW
    Washington, DC 20006

Niall P Mccarthy Esq
Cotchett Pitre Simon & McCarthy LLP
San Francisco Airport Office Center
840 Malcolm Rd Ste 200
San Francisco, CA 94010

Daniel Mulligan Esq
Jenkins &  Mulligan
660 Market St 3rd Floor
San Francisco, CA 94101

Lucy E Morris, Esq
Division of Financial Practices
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Ave NW
Mail Drop NJ-3158
Washington, DC 20580

    Civil Clerk's Office
    United States District Court for the Dis of Mass
    John Joseph Moakley Courthouse
    One Courthouse Way
    Boston, MA 02210