UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,                    CASE NO.: 03-12219-DPW

    Plaintiff,

v.

FAIRBANKS CAPITAL CORP. and
FAIRBANKS CAPITAL HOLDING CORP.

    Defendants.
_____ /

ALANNA L. CURRY, et al. individually and on
Behalf of all others similarly situated,

    Plaintiffs,                              CASE NO.: 03-10895-DPW

v.

FAIRBANKS CAPITAL CORP.,

    Defendant.
_____ /

## REQUEST FOR EXCLUSION

NOTICE IS GIVEN that DENISE FRENCH (SS# _____, 5721 Line Hill Rd.,

Lauderhill, FL 33319-5014: (954) 822-2118, Loan #3066-0000-0003283322, is seeking

EXCLUSION from the above captioned litigation.

Denise French

1

## CERTIFICATE OF SERVICE

    I CERTIFY that a true copy of the foregoing has been sent this *16* day of ~~March,~~ *April* 2004 to:

Gary Klein
John Roddy
Grant & Roddy
44 School Street, Suite 400
Boston, MA  02108

Kelly M. Dermody
Lieff, Cabraser, Heimann &
 Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111

Thomas M. Hefferon
Goodwin Procter, LLP
Suite 500
1717 Pennsylvania Avenue, N.W.

Washington, DC  20006

Niall P. McCarthy
Cotchett, Pitre, Simon & McCarthy LLP
San Francisco Airport Office Center
840 Malcolm Rd., Suite 200
San Francisco, CA  94104

Lucy E. Marris
Division of Financial Practices
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Ave., NW
Mail Drop NJ-3158
Washington, DC 20580

_____
Denise French
5721 Lime Hill Rd.
Lauderhill, Fl. 33319-5014