4-3-04

United States of America
    Plaintiff
  V.
                    Case Action NO: 03-12219-DPW
Fairbanks Capital Corp and
Fairbanks Capital Holding Corp.
    Defendants

Alanna L. Curry, etal, individually and on
Behalf of all others similarly situated
    Plaintiff
  V.
                    Case Action NO: 03-10895-DPW
Fairbank Capital Corp.
    Defendant

John W. Rector
8216 Wooster Pike Apt E
Cincinnati, Ohio 45227
(513) 272-7188
    Plaintiff

To whom it may concern:

    I am very much involved in this case. Everything described in the Notice of proposed class action Settlement, is exactly what I went through. First of all I had a home owners Ins. Policy through Ky, Iam Bureau of Ky. Fairbanks capital do not care, me and you Ins. Company sent Several copys to Fairbank capital.

①

4-3-04

Fairbanks Capital still charged me for Ins. in Escrow in there own company. Escrow Balance of 1,494.08 11-05-2001 Even Know I had my own Ins. Policy. Plus the late Fees. That was just the Beginning

I had a third Party Taking withdrawals out of my checking account of 456.46 every other week to make my House payments for me. But when the Third Party sent in the payment, Fairbank Capital said payment was late, then charged me Late Fees. The third Party told me I was one month ahead on my payments. Third Party collect money out of my checking account for the next month.

Yes, I was one payment behind, which I and third Party agree to add money to my monthly payment too make it up. But, it come time to send in all the money to Fairbank Capital, said I was still one payment behind. Which By Time Fairbanks Capital, now I am Two months behind. Know it come time for the Third Month. Fairbank Capital said it was Late also, now I am Three months behind. I even called Fairbanks Capital to work with me on this matter, for about Three month of talking to Fairbank Capital. Fairbank Capital did not what to work with me, at all. The next thing, I got a letter in the mail on foreclosing on my house.

②

Fairbank Capital foreclosed on my house even know my house was up of sale. Yes I had a realtor who also called Fairbank Capital. It did not matter to Fairbank Capital. So I had to hired a lawyer $500.00 to vy me tine to Sale me house. Price on my house and 10 acres of Land, started at 250,000.00 it was Sold at 170,000.00 I lost alot of mony because for Fairbank Capital. Plus I was paying more in interest than principal at 7.775 percent on 126,000.00. In the foreclose paper Fairbank capital charged me 7.775 percent interest again So that is Twice I have payed 7.775 percent on the money I borrowed. My Lawyer and Realtor did not understand why Fairbank Capital charged me Twice for Interest. Pluse, why, I had to pay for Fairbanks Capital Lawyer Fees of 6,000.00 Dollas. I was reading my Mortage note, it says I pay attorney fees as long as it is reasonable. I do not think 6,000.00 Dollas in attorney fees is reasonable. When all they did was file papers at the court. I payed my attorney only $500.00 Dollas. So how many attorney's did Fairbank Capital have? I did not go to court with Fairbank Capital because I sold me house.

③

4-3-04

Fairbank Capital added there attorney Fees to my payoff of $123,203.12.

When I sold my house Fairbank Capital, added there attorney Fees and interest too my payoff amount which Totaled 132,525.01.

Know after all this, the third Party I had taking my mortage payments every other week which is (Loan Servicing Center) of Economic advantages corporation had sent me a refund check of $990.66 for money that was not sent to Fairbank Capital. The money was my one month payment and Late Fees. This was after Fairbank Capital filed for Foreclosen and I sold my house. Check refuded on 2-04-04. Why did Economic advantages corporation hold my money and not send it to Fairbank Capital?

Please file this letter with Boston massachusetts court for class Action Settlement and Settlement Hearing.

EMILY J. COWEN
Notary Public, State of Ohio
My Commission Expires Mar. 17, 2009

Sincerely;
John W. Rector
John W. Rector

P.S. Now my credit is Bad. Because of this.
I live in an apartment know and
I can't Buy a house because of my bad credit.

(4)