April 6, 2004

Civil Action No. 03-12219-DPW
Claim # 123456-7

Timothy R. Stites
928 S. 18th Street
Manitowoc, WI 54220

To Whom It May Concern:

I have a few objections which need to be registered, in this case against Fairbanks Capital, more specifically, Civil Action N. 03-12219-DPW. Please consider whether they are relevant or not.

1) There was a prepayment penalty charge to my loan #0002671436 of $5,000.00. When I tried to refinance the loan, I discovered that part of the interest I was paying was going onto that money each month, instead of on the principal. Yet, when I signed the loan closing papers, I was reassured that I would not have to pay any of the money, unless I had actually refinanced, prior to 2 years from the date the loan began. As I did not go through with refinancing, I feel that money should have been put onto my principal. I borrowed $70,500.00. I can accept the legal interest charges; but I cannot accept paying an extra $5,000.00 that should have gone onto the principal. I would like to be reimbursed that money.

2) There was no mention of the pain and stress that was placed on me and my family for all the harassing phone calls (days and late nights), threatening to foreclose on my loan because Fairbanks Capital's bookkeeping records showed me late with my payments, when I was not late at all. They screwed up my account, made false accusations, raised their voices to us and verbally threatened us. As an over-the-road semi truck driver, I don't need the added tension that company put upon me. As it is, my blood pressure went dangerously high. It took its toll when I had to stop working, from 11-11-03 to 3-25-04 due to high blood pressure. There should be some kind of monetary recompense for the misery Fairbanks Capital Corp. has caused my family and me. If I had my way, justice would eliminate my debt to Fairbanks Capital, altogether; along with those debts of all the unfortunate other borrowers, who were victimized by Fairbanks Capital Corp.

3) Lastly, the erroneous bookkeeping of Capital Fairbanks Corp. caused my credit to deteriorate considerably. Many promises and several months later, it still wasn't cleared up. I was not able to refinance because of Capital Fairbanks' false report to the credit bureau(s). There should be some kind of monetary recompense for that, too.

4) If it were up to me, Fairbanks Capital would have to do more than just say, "I'm sorry." It is going to take some time for me to rebuild my credit. My bout with high blood pressure did not help. I don't feel that just reimbursing wrongly charged late fees, is enough to erase what they did to me. At this point I wonder if we will get justice for all the trouble Fairbanks Capital Corporation has caused all of us.

5) Why did my principal balance of my loan go from $69,983.78 on 11-12-02 increasing to $70,453.96 on 11-21-02?

Sincerely,

*[signature]*

Timothy R. Stites
(920) 652-0580

```
                         LOAN SERVICING CENTER
                       3815 SOUTH WEST TEMPLE
                             PO BOX 65250
                  SALT LAKE CITY, UTAH  84165-0250


                    CUSTOMER ACCOUNT ACTIVITY STATEMENT           DATE 01/13/03
REQ BY K07                                                           PAGE    1


TIMOTHY STITES                       THIS IS YOUR ACCOUNT ACTIVITY STATEMENT. IF YOU
                                     HAVE ANY QUESTIONS, PLEASE CONTACT THE CUSTOMER
TIMOTHY R STITES                     SERVICE DEPARTMENT AT 1-800-258-8602.
928 S 18TH ST
MANITOCOC          WI 54220

LOAN NUMBER: 0002671436
*************************************************************************
------------------------- CURRENT ACCOUNT INFORMATION ---------------------
   DATE         TOTAL       PRINCIPAL        LOAN
 PAYMENT       PAYMENT      & INTEREST     INTEREST      CURRENT
   DUE         AMOUNT        PAYMENT         RATE       PRINCIPAL        ESCROW
                                                         BALANCE        BALANCE
 02-01-03      618.61        618.61         9.99000     70,288.97         0.00
*************************************************************************

             ACTIVITY FOR PERIOD 01/13/02 - 01/13/03
PROCESS    DUE     TRANSACTION              TRANSACTION               EFFECTIVE DATE
 DATE      DATE       CODE                  DESCRIPTION               OF TRANSACTION
--------------------------------------------------------------------------------
  TRANSACTION   PRIN. PAID/         ESCROW PAID/  -------------OTHER-------------
     AMOUNT      BALANCE    INTEREST   BALANCE      AMOUNT   CODE/DESCRIPTION
--------------------------------------------------------------------------------
01-10-03   02-03   173   PAYMENT
     15.00         0.00       0.00       0.00         15.00  F SPEED PAY FEE
01-10-03   01-03   172   PAYMENT
    618.61        33.18     585.43       0.00
               70,288.97                             NEW PRINCIPAL/ESCROW BALANCES
12-23-02   00-00   766   MISC. REPAYMENT
     20.00         0.00       0.00       0.00
12-06-02   01-03   173   PAYMENT
     15.00         0.00       0.00       0.00         15.00  F SPEED PAY FEE
```

```
                            LOAN SERVICING CENTER
                           3815 SOUTH WEST TEMPLE
                               PO BOX 65250
                      SALT LAKE CITY, UTAH  84165-0250


                      CUSTOMER ACCOUNT ACTIVITY STATEMENT                DATE 01/13/03
REQ BY K07                                                                   PAGE    2


TIMOTHY STITES
LOAN NUMBER: 0002671436

                 ACTIVITY FOR PERIOD 01/13/02 - 01/13/03
PROCESS    DUE     TRANSACTION           TRANSACTION               EFFECTIVE DATE
DATE       DATE    CODE                  DESCRIPTION               OF TRANSACTION
-----------------------------------------------------------------------------------
  TRANSACTION   PRIN. PAID/        ESCROW PAID/       ------------OTHER------------
    AMOUNT       BALANCE   INTEREST   BALANCE      AMOUNT    CODE/DESCRIPTION
-----------------------------------------------------------------------------------
12-06-02   12-02   172   PAYMENT
     618.61        32.90     585.71      0.00
                70,322.15                           NEW PRINCIPAL/ESCROW BALANCES
12-05-02   12-02   132   LATE CHARGE ADJUSTMENT
       0.00         0.00       0.00      0.00       30.93  1 LATE CHARGE
11-22-02   12-02   173   PAYMENT
     523.40         0.00       0.00      0.00      523.40     SUSPENSE
11-22-02   12-02   175   PRINCIPAL PAYMENT
       0.00         1.86       0.00      0.00        1.86-   SUSPENSE
                70,355.05                           NEW PRINCIPAL/ESCROW BALANCES
11-22-02   11-02   173   PAYMENT
       0.00        32.62     585.99      0.00
                70,356.91                           NEW PRINCIPAL/ESCROW BALANCES
11-22-02   10-02   173   PAYMENT
       0.00        32.35     586.26      0.00
                70,389.53                           NEW PRINCIPAL/ESCROW BALANCES
11-22-02   09-02   173   PAYMENT
       0.00        32.08     586.53      0.00     1,855.83-  SUSPENSE
                70,421.88                           NEW PRINCIPAL/ESCROW BALANCES
11-21-02   09-02   147   MISAPPLICATION REVERSAL
       0.00         0.00       0.00      0.00      399.08     SUSPENSE
```

```
                    LOAN SERVICING CENTER
                    3815 SOUTH WEST TEMPLE
                         PO BOX 65250
               SALT LAKE CITY, UTAH  84165-0250


                  CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 01/13/03
REQ BY K07                                                         PAGE    3

TIMOTHY STITES
LOAN NUMBER: 0002671436

                  ACTIVITY FOR PERIOD 01/13/02 - 01/13/03
PROCESS    DUE     TRANSACTION         TRANSACTION                 EFFECTIVE DATE
DATE       DATE    CODE                DESCRIPTION                 OF TRANSACTION
---------------------------------------------------------------------------------
  TRANSACTION    PRIN. PAID/           ESCROW PAID/    -----------OTHER-------------
    AMOUNT        BALANCE    INTEREST    BALANCE     AMOUNT   CODE/DESCRIPTION
---------------------------------------------------------------------------------
11-21-02  09-02   147  MISAPPLICATION REVERSAL
    0.00           399.08       0.00        0.00
               70,453.96                              NEW PRINCIPAL/ESCROW BALANCES
11-21-02  09-02   147  MISAPPLICATION REVERSAL
    0.00           35.40-      583.21-      0.00      618.61    SUSPENSE
               70,054.88                              NEW PRINCIPAL/ESCROW BALANCES
11-21-02  10-02   147  MISAPPLICATION REVERSAL
    0.00           35.70-      582.91-      0.00      618.61    SUSPENSE
               70,019.48                              NEW PRINCIPAL/ESCROW BALANCES
11-21-02  11-02   147  MISAPPLICATION REVERSAL
    0.00            0.00        0.00        0.00       19.70-*  PMT SHORTAGE ADVANCE
                                                       19.70    SUSPENSE
11-21-02  00-00   745  CORP. ADVANCE ADJUSTMENT
   19.70            0.00        0.00        0.00
11-13-02  11-02   170  INTEREST OR ESCROW ONLY PAYMENT                   11-08-02
    0.00            0.00        0.00        0.00        9.85 *  PMT SHORTAGE ADVANCE
                                                        9.85-   SUSPENSE
11-13-02  00-00   745  CORP. ADVANCE ADJUSTMENT
    9.85-           0.00        0.00        0.00
11-12-02  10-02   173  PAYMENT                                           11-08-02
  618.61           35.70      582.91        0.00
               69,983.78                              NEW PRINCIPAL/ESCROW BALANCES
```

*Handwritten note:* why did the loan amount of 69,983.78 go up to 70,288.97 from 11/12/02 to 1/10/03. Shouldn't the loan amount be going down? T.S.

*Handwritten annotation near 582.91- line:* 582.91

```
                        LOAN SERVICING CENTER
                       3815 SOUTH WEST TEMPLE
                           PO BOX 65250
                   SALT LAKE CITY, UTAH  84165-0250


                       CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 01/13/03
REQ BY K07                                                          PAGE    4

TIMOTHY STITES
LOAN NUMBER: 0002671436

              ACTIVITY FOR PERIOD 01/13/02 - 01/13/03
 PROCESS    DUE     TRANSACTION           TRANSACTION                    EFFECTIVE DATE
  DATE      DATE       CODE               DESCRIPTION                    OF TRANSACTION
---------------------------------------------------------------------------------------
  TRANSACTION    PRIN. PAID/        ESCROW PAID/  -------------OTHER--------------
     AMOUNT        BALANCE    INTEREST    BALANCE    AMOUNT    CODE/DESCRIPTION
---------------------------------------------------------------------------------------
 11-06-02  00-00   633   MISC. F/C AND B/R EXPENSES
       9.85          0.00       0.00       0.00
 10-23-02  00-00   601   MISC. CORPORATE DISBURSEMENT
       0.00          0.00       0.00       0.00
 10-10-02  10-02   170   INTEREST OR ESCROW ONLY PAYMENT                   10-07-02
       0.00          0.00       0.00       0.00        9.85 *  PMT SHORTAGE ADVANCE
                                                       9.85-   SUSPENSE
 10-10-02  00-00   745   CORP. ADVANCE ADJUSTMENT
       9.85-         0.00       0.00       0.00
 10-10-02  10-02   170   INTEREST OR ESCROW ONLY PAYMENT                   10-07-02
       0.00          0.00       0.00       0.00        0.61 *  PMT SHORTAGE ADVANCE
                                                       0.61-   SUSPENSE
 10-10-02  00-00   745   CORP. ADVANCE ADJUSTMENT
       0.61-         0.00       0.00       0.00
 10-09-02  09-02   173   PAYMENT                                           10-07-02
     620.00         35.40     583.21       0.00        1.39    SUSPENSE
                70,019.48                             NEW PRINCIPAL/ESCROW BALANCES
 10-04-02  00-00   633   MISC. F/C AND B/R EXPENSES
       9.85          0.00       0.00       0.00
 09-16-02  09-02   152   LATE CHARGE ASSESSMENT
       0.00          0.00       0.00       0.00       30.93-1  LATE CHARGE
```

Case 1:03-cv-12219-DPW   Document 27-7   Filed 04/28/2004   Page 6 of 11

```
                        LOAN SERVICING CENTER
                        3815 SOUTH WEST TEMPLE
                            PO BOX 65250
                    SALT LAKE CITY, UTAH  84165-0250


                     CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 01/13/03
REQ BY K07                                                            PAGE    5


TIMOTHY STITES
LOAN NUMBER: 0002671436

                  ACTIVITY FOR PERIOD 01/13/02 - 01/13/03
PROCESS    DUE     TRANSACTION                TRANSACTION              EFFECTIVE DATE
 DATE      DATE       CODE                    DESCRIPTION              OF TRANSACTION
------------------------------------------------------------------------------------
   TRANSACTION   PRIN. PAID/         ESCROW PAID/ --------------OTHER--------------
     AMOUNT       BALANCE   INTEREST    BALANCE    AMOUNT   CODE/DESCRIPTION
------------------------------------------------------------------------------------
 09-12-02  09-02   172   PAYMENT
      220.00        0.00       0.00       0.00     220.00    SUSPENSE
 08-29-02  09-02   173   PAYMENT
        0.00        0.00       0.00       0.00       0.31  5 INTEREST ON ADVANCES
                                                     0.31-   SUSPENSE
 08-29-02  09-02   175   PRINCIPAL PAYMENT
        0.00      399.08       0.00       0.00     399.08-   SUSPENSE
                70,054.88                                  NEW PRINCIPAL/ESCROW BALANCES
 08-28-02  09-02   172   PAYMENT
      400.00        0.00       0.00       0.00     400.00    SUSPENSE
 08-06-02  08-02   171   PAYMENT
      618.61       31.82     586.79       0.00
                70,453.96                                  NEW PRINCIPAL/ESCROW BALANCES
 07-10-02  07-02   172   PAYMENT
      618.00       31.55     587.06       0.00       0.61-* PMT SHORTAGE ADVANCE
                70,485.78                                  NEW PRINCIPAL/ESCROW BALANCES
 07-10-02  00-00   745   CORP. ADVANCE ADJUSTMENT
        0.61        0.00       0.00       0.00
 06-19-02  07-02   170   INTEREST OR ESCROW ONLY PAYMENT
        0.00        0.00       0.00       0.00
 06-19-02  07-02   142   LOAN SETUP
        0.00   70,517.33-      0.00       0.00
                70,517.33                                  NEW PRINCIPAL/ESCROW BALANCES
```

RE:   USA v. Fairbanks Capital Corp./Alanna L. Curry, et al. v. Fairbanks Capital Corp.

Dear Consumer:

If you didn't receive a notice or claim forms, and you would like to make a claim under the redress fund for the Fairbanks Capital Settlement, we ask that you provide the information requested below so that we can search our records for your loan(s). Following this cover letter are the three claim forms you may need. You may fill out one or more of the enclosed claim forms, but please remember that we'll need to verify your claim(s) before you can receive a settlement payment.

BORROWER'S NAME: _Timothy R. Stites_

OTHER NAMES USED (if any): _None_

YOUR MAILING ADDRESS: _928 S. 18th Street, Manitowoc, WI 54220_
_Since June 1999 →_

PREVIOUS MAILING ADDRESS: _E 4492 Co Trk F, Kewaunee, WI_

LAST FOUR DIGITS OF
SOCIAL SECURITY NUMBER: _1180_

LOAN NUMBER: _0002671436_

DATE OF LOAN: _6/19/02_

CO-BORROWER NAME (if any): _None_

Also, if you are able to locate documentation that supports your claim, please send a copy of the document(s) with your response. This documentation could be your original mortgage note, a specific statement or letter that you have received from Fairbanks, or evidence of a foreclosure sale.

Your response must be postmarked by **April 24, 2004**. Responses postmarked after this date will not be considered. Once we receive this information, we will research our records and respond. Thank you for your cooperation.

Sincerely,

Gilardi & Co., LLC

**PRIVACY ACT NOTICE:** This information is being collected in order to make a distribution of funds paid to the Federal Trade Commission in connection with an order entered by the United States District Court for the District of Massachusetts pursuant to 15 U.S.C. §§ 45(a) and 53(b). This information may also be disclosed to the counsel listed in the court's preliminary approval order in the related class action. In addition, this information may be disclosed for other purposes authorized by the Privacy Act, 5 U.S.C. § 552a and 47 Fed. Reg. 32,622, including disclosure to other government agencies. Submission of the requested information is voluntary, but failure to provide the requested information could delay processing or, in some cases, make it impossible for us to process your claim.

Alanna L. Curry, et al. v. Fairbanks Capital Corp.
Claims Administration Center, c/o Gilardi & Co. LLC
P.O. Box 808054, Petaluma, CA 94975-8054

## CLAIM FORM - FORECLOSURE

Please Do Not Use Red Ink, Pencil or Staples

////////////////

Name: TIMOTHY R. STITES
Address: 928 S. 18TH STREET
City, State, Zip Code: MANITOWOC, WI 54220

Claim No.: 123456-7

According to its records, Fairbanks foreclosed on your home at some time on or after January 1, 1999. You may be eligible for an extra payment from the settlement fund if you believe the foreclosure was improper. As the Notice of Proposed Class Action Settlement explains, the court has not yet given final approval to the settlement; if the court does not approve the settlement, there will be no refunds issued.

**If you believe that your foreclosure was improper, you should submit this claim form and the other claim form we sent you.** If you believe you paid certain illegal fees, but the foreclosure was proper, you should only return the other claim form, designated "CLAIM FORM –LATE S/DEAULT REATB FS."

An improper foreclosure may mean that any one or more of the following things happened:

(1) you tried to make your payments, but Fairbanks lost them or refused them;
(2) Fairbanks said you owed money that you did not owe and foreclosed on you because of that; or
(3) you tried to sell the property yourself before the foreclosure sale, but Fairbanks did not accept the loan payoff or caused you to lose out on the sale for some other reason.

To make a claim for an improper foreclosure, you and any co-borrowers on the loan(s) must sign this form below. **In addition, you must return this form to the Claims Administration Center at the above address, postmarked no later than April 24, 2004.** A return envelope is enclosed for your convenience. The amount you will receive will depend on the number of claim forms submitted.

You may be asked to provide further information in order to establish that you were subject to an improper foreclosure. In addition, even if your claim of wrongful foreclosure is accepted, you may not receive payment for all of your losses. If you believe that you have substantial losses, you may wish to opt-out of the Settlement and bring your own action [See Section 7 of the Notice sent to you] We suggest you consult an attorney before making this decision.

---

By signing below, you and any co-borrowers on your loan(s) affirm that you believe that the foreclosure that Fairbanks completed on your home was improper, and that you would like to receive a settlement payment. As consideration for a settlement payment, you and any co-borrowers on your loan(s) agree to release Fairbanks and related entities from all claims with respect to the servicing of your loan through December 10, 2003, as set forth in the Settlement Agreement in the *Curry* action.

**IMPORTANT: You and all co-borrowers on the loan(s) must sign here to make a claim.**

_____
(Signed)

_____
(Signed)

**IMPORTANT INFORMATION ON THE OTHER SIDE OF THIS DOCUMENT.**

*Claim #123456-7*

If your address is different from what appears on the other side of this document, please write any changes in the boxes provided below. **PLEASE DO NOT USE RED INK OR PENCIL.**

Address:

[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

City                                                                                     State    Zip Code

[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]    [ ][ ]    [ ][ ][ ][ ][ ]-[ ][ ][ ][ ]

If you have any questions regarding the claims process, please call Gilardi toll-free at 800-377-1287, or visit its website at www.gilardi.com/fairbanks.

Reminder Checklist:

1. Keep a copy of your claim form for your records.
2. If you desire an acknowledgment of receipt of your claim form, please send it Certified Mail, Return Receipt Requested.
3. If you move, please send us your new address.

**PRIVACY ACT NOTICE**

This information is being collected in order to make a distribution of funds paid to the Federal Trade Commission in connection with an order entered by the United States District Court for the District of Massachusetts pursuant to 15 U.S.C. §§ 45(a) and 53(b). This information may also be disclosed to the counsel listed in the court's preliminary approval order in the related class action. In addition, this information may be disclosed for other purposes authorized by the Privacy Act, 5 U.S.C. § 552a and 47 Fed. Reg. 32,622, including disclosure to other government agencies. Submission of the requested information is voluntary, but failure to provide the requested information could delay processing or, in some cases, make it impossible for us to process your claim.

USA v. Fairbanks Capital Corp.

Alanna L. Curry, et al. v. Fairbanks Capital Corp.
Claims Administration Center, c/o Gilardi & Co. LLC
P.O. Box 808054, Petaluma, CA 94975-8054

## CLAIM FORM – LATE FEES/DEFAULT RELATED FEES

Please Do Not Use Red Ink, Pencil or Staples

307815    FTCFBK-10412711-2

TIMOTHY STITES
928 S 18TH ST
MANITOWOC WI 54220-5054

Claim No.: 10412711
Fairbanks has charged you $17.25
for late fees and certain other
default-related fees

As described in the Notice of Proposed Class Action Settlement, you are eligible to receive a settlement payment that will refund some of the late fees and other default-related fees you paid in connection with your mortgage loan(s) serviced by Fairbanks on or after January 1, 1999. As the Notice explains, the court has not yet given final approval to the settlement; if the court does not approve the settlement, there will be no refunds issued.

The amount shown above is the total amount of late fees and other default-related fees Fairbanks has charged you in this time period, less the amount of any refunds of those fees. Not all of these fees were illegal, but the lawsuits alleged that some of the fees were illegal. For example, Fairbanks allegedly charged late fees even when borrowers made their mortgage payments on time, or charged duplicative or unnecessary default-related fees. Your settlement payment will be a portion of the total amount Fairbanks has charged you. The amount you will receive will depend on the number of claim forms submitted and will reflect a percentage of the amount you paid.

To receive a settlement payment, you and any co-borrowers on the loan(s) must sign this form below. **In addition, you must return this form to the Claims Administration Center at the above address, postmarked no later than April 24, 2004.** A return envelope is enclosed for your convenience.

By signing below, you and any co-borrowers on your loan(s) affirm that you believe that some of the late fees or other default-related fees that Fairbanks charged you were improper, and that you would like to receive a settlement payment. As consideration for a settlement payment, you and any co-borrowers on your loan(s) agree to release Fairbanks and related entities from all claims with respect to the servicing of your loan(s) through December 10, 2003, as set forth in the Settlement Agreement in the *Curry* action.

**IMPORTANT:** You and all co-borrowers on the loan(s) must sign here to make a claim.

_____
(Signed)

_____
(Signed)

If your address is different from what appears above, please write any changes in the boxes provided below:

Address

City                                    State    Zip Code

If you have any questions regarding the claims process, please call Gilardi toll-free at 800-377-1287, or visit its website at www.gilardi.com/fairbanks.

**IMPORTANT INFORMATION ON THE OTHER SIDE OF THIS DOCUMENT.**

# State of Wisconsin
*Department of Financial Institutions*

Jim Doyle, **Governor**　　　　　　　　　　　　　　　　　　　　　Lorrie Keating Heinemann, **Secretary**

March 25, 2004

Mr. Timothy Stites
928 S. 18th St.
Manitowoc, WI 54220

Re:　Fairbanks Capital Corp

Dear Mr. Stites:

You previously filed a complaint with our Department against Fairbanks Capital Corp. We believe the enclosed information concerning a settlement reached between Fairbanks, the Federal Trade Commission and the Department of Housing and Urban Development may be of interest to you.

If you believe you are eligible to participate in the FTC settlement, but did not receive a notice in the mail, you may, as provided in the enclosed information, download a claim form or call the Redress Program Administrator's support line at 1-800-377-1287. According to the information provided, if you are eligible and want to participate in the settlement, you will have to sign and return the claim form(s) to the designated address *by April 24, 2004.*

Over the past several months, Fairbanks has taken corrective action to resolve and correct operating difficulties that have occurred in its servicing operation including but not limited to a review by outside counsel, entering into settlement agreements and implementation of a new management team.

Sincerely,

John D. Walrath, Director
Mortgage Banking Section