# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FAIRBANKS CAPITAL CORP. and<br>FAIRBANKS CAPITAL HOLDING CORP.,<br><br>　　　　Defendants. | Civil Action No. 03-12219-DPW |
| ALANNA L. CURRY, *et al.*, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FAIRBANKS CAPITAL CORP.,<br><br>　　　　Defendant. | Civil Action No. 03-10895-DPW |

4-5-04

My objections

Dear Sirs,

I have received your settlement proposal. I have been victimized for over 4 years and charged numerous unwarranted penalties.

My credit has been ruined by Fairbanks improper reporting of late payments.

Their predatory practices continue (See Feb. 2004 letter, even though payment was timely made.)

I object to any settlement that does not immediately stop all charges until the servicing department has been totally revamped to insure correct servicing.

I object to any settlement that does not restore my credit.

If you cannot restore my credit, I wish exclusion so that I may persue this matter myself.

RE: LOAN # 2071749721        CLAIM NO: 14142741

JACK L. HOSTERMAN
3210 NE 9th ST.
OCALA FL. 34470

Jack L. Hosterman