UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ALANNA L. CURRY, et al., )
)
individually and on behalf of all others )
similarly situated, )
)
      Plaintiffs, )
) Civil Action No. 03-10895-DPW
v. )
)
FAIRBANKS CAPITAL CORPORATION, )
)
      Defendant. )
)

OBJECTION TO THE SETTLEMENT

Class member Marcus Cleveland and co-borrower and class member Colaine Curtis ("Class members") object in part to the proposed settlement. The basis for their objection is as follows.

Class Members executed a mortgage serviced by Defendant, and Defendant unlawfully subjected them to various supposed late payments, interest and penalties. Class members objected to the imposition of these unlawful charges, but their objections were rebuffed by Defendant. In order to profit from its unlawful scheme, Defendant, among other things, made false reports to credit bureaus disparaging Class members' creditworthiness. Those false reports remain on Class members' credit reports, and have caused, and will continue to cause if not remedied, either the inability of Class members to obtain new loans at appropriate interest rates or their inability to obtain certain loans at all.

This harm to Class members is a greater harm than the $421.95 or so in late fees and certain other default-related fees unlawfully charged by Defendant. See attached "Claim Form -

Late Fees/Default Related Fees." However, because these Class members no longer have a loan serviced by Defendant, the settlement, as described in the "Notice of Proposed Class Action Settlement and Settlement Hearing" entered herein on December 10, 2003 ("Notice"), provides no relief for this continuing and serious harm. That is, the Practice Changes to be put into effect are to "apply to all borrowers whose loans are serviced by Fairbanks," not those whose loans were serviced by Fairbanks during the Class Period but are no longer.

Appendix 1 to the proposed Settlement Agreement and Release, at ¶ II (F), requires Defendant to "correct any adverse credit reporting, to the extent required by FCRA" after reversing and reapplying payments as a result of a dispute about a delinquency, but that provision appears to pertain only to Defendant's servicing of existing loans. Similarly, ¶ 2.13 of Appendix 2 to the proposed Settlement Agreement and Release only requires Defendant to "implement a quality audit process that reviews *planned* credit bureau reporting prior to submission to the credit reporting agencies." (Emphasis added.)

The proposed Settlement Agreement and Release is inadequate to the Class members who have had loans serviced by Defendant, unlawful late charges and other fees imposed by Defendant, and false credit reports made by Defendant in an effort to compel Class members to pay the unlawful charges in fruition of Defendant's scheme. Class members therefore object to the proposed settlement to the extent that it does not require Defendant to correct Defendant's adverse credit reporting as to those whose loans were, but no longer are being, serviced by Defendant.

Respectfully submitted,

*Marcus Cleveland*
Marcus Cleveland
2113 Culpepper Lane
Farmington, NM 87401
(505) 325-5986

*Colaine Curtis*
Colaine Curtis
2113 Culpepper Lane
Farmington, NM 87401
(505) 325-5986

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Objection were served on the following by first-class mail, postage prepaid and addressed as follows, this 8th day of April, 2004:

Gary Klein, Esq.
John Roddy, Esq.
Grant & Roddy
44 School Street, Suite 400
Boston, MA 02108

Kelly M. Dermody, Esq.
Lieff, Cabraser, Heimann &
 Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111

Thomas M. Hefferon, Esq.
Goodwin Procter LLP
Suite 500
1717 Pennsylvania Ave., N.W.
Washington, D.C. 20006

Niall P. McCarthy, Esq.
Cotchett, Pitre, Simon & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
San Francisco, CA 94010

Daniel Mulligan, Esq.
Jenkins & Mulligan
660 Market Street, 3rd Floor
San Francisco, CA 94104

Lucy E. Morris, Esq.
Division of Financial Practices
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Ave. N.W., Mail Drop NJ-3158
Washington, D.C. 20580

_____
Colaine Curtis