# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Civil Action No. 03-12219-DPW |
| FAIRBANKS CAPITAL CORP. and FAIRBANKS CAPITAL HOLDING CORP., | |
| Defendants. | |
| ALANNA L. CURRY, et al., individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | Civil Action No. 03-10895-DPW |
| FAIRBANKS CAPITAL CORP., | |
| Defendant. | |

### NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND SETTLEMENT HEARING

TO: CERTAIN PERSONS WHOSE MORTGAGE ... ICED BY FAIRBANKS CAPITAL CORP.

I want to file my claim. I wish to be included.

There was no claim form w/ Notice. Requested claim form 3/3/04. Have not rec'vd form to date 4-13-04.

ph# 317-722-9083

Vivian Upshaw
6722 Gateshead Lane
Apt 2A
Indpls, IN 46220

Vivian R. Upshaw 4-13-04

Re: Request for Claim form          3/3/04

There was no claim form attached or enclosed

Need claim form sent to

Ms. Vivian Upshaw
6722 Gateshead Ln. Apt. 2A
Indianapolis, IN 46220-1453

Re: United States
     vs
   Fairbanks Capital Corp
     Civil Action # 03-12219-DPW

Alanna L. Curry et al
     vs
   Fairbanks Capital Corp
     Civil Action # 03-10895DPW

Vivian Upshaw