# RICHARD J. HUBENY

326 E Lincoln
Onarga, IL 60955
Phone 815-268-4104

Civil Clerks Office
United States District Court for the District of Massachusetts
John Joseph Moakley Courthouse
One Court House Way
Boston, MA 02210

Gary Klein, Esq.
John Roddy, Esq.
Grant & Roddy
44 School Street, Suite 400
Boston, MA 02108

Thomas M. Hefferon, Esq.
Goodwin Procter LLP
Suite 500
1717 Pennsylvania Avenue, N.W.
Washington, DC 20006

Lucy E. Morris, Esq.
Division of Financial Practices
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Avenue, NW Mail Drop NJ-3158
Washington, DC 20580

April 3, 2004

RE: FAIRBANKS CAPITAL CORP.
    LETTER OF OBJECTION
    *Civil Action # 03-10895 DPW*
    *Civil Action # 03-12219 DPW*

I am writing to object to the propose settlement for the following reasons:

1. Ruined credit report

2. All interest paid from beginning of loan (August 27, 1998) applied to principal.

3. All lawyers fees returned

4. Interest rate reduced by sixty percent for remainder of loan

5. Letters sent to all credit bureaus
   A: Copy sent to me
   B: Copy sent to the Clerk of the circuit court, Iroquois County Court House Watseka, Illinois 60970

6. A physical address with at least two contact persons for my account

I feel the amount of 2,958.26 is not a fair amount. I have been through so much with this company, 2,958.26 does not even come close to the amount of pain and suffering this company has cause my family and I. I am currently fighting foreclosure and the fees for that are over 1200.00 and still climbing.

Richard J Hubeny

*[signature]*

# RICHARD J. HUBENY

326 E Lincoln
Onarga, IL 60955
Phone 815-268-4104
Fax    815-268-4104
DutchessDog1@aol.com

April 3, 2004

Civil Clerks Office
United States District for the District of Massachusetts
John Joseph Moakley Courthouse
One Court House Way
Boston, MA 02210

RE: FAIRBANKS CAPITAL. CORP.
    CIVIL ACTION # 03-10895-DPW
    CIVIL ACTION # 03-12219-DPW

Dear Sir or Madam:

I would like to file this letter of objection with the above mentioned cases. Thank you.

Richard J. Hubeny

*[signature]*

PLEASE FILE AS SOON AS POSSIBLE
APRIL 09, 2004 IS DEADLINE