February 25, 2004

Civil Clerk's Office
United States District Court for the District of Massachusetts, John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Dear Sirs:

We received notification of the Civil Action No. 03-12219-DPW and Civil Action No. 03-10895-DPW involving Fairbanks Capital Corporation stating that if we want to be considered in this "Notice of Proposed Class Action Settlement and Settlement Hearing, to complete "the attached claim form". With the notification from United States District Court for the District of Massachusetts, we DID NOT receive an attached claim form.

This notification also stated we have until April 24, 2004 to "file the claim". Can you please forward the information required to be a participant in the aforementioned issue.

Respectfully,

Dale and Jo Meier
13150 Illinois Route 16
Irving, IL 62051