*Received in Chambers*
*3/8/04*

# STAN-JOSEPH JENNINGS
*909 Eagles Landing Parkway*
*Suite 140; MB-144*
*Stockbridge, Georgia 30281*

*(678) 432-2851*
*Mon-Fri: 10 a.m.-12 Noon EST*

3 March 2004

**OFFICIAL FOR ONLY**:
The Honorable Douglas P. Woodlock
United States District Judge
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

*03cv10895 DPW*

Dear Judge Woodlock:

Please include me in this law suite settlement. I have been fighting Fairbanks Capital Corp to regain my rights concerning my original contract with American Equity Mortgage since Fairbanks purchased my loan from them. Due to the fact that my rights were violated, my home is now in foreclosure and the approximate arrears in payments is $21,000.00.

Additionally, I was denied a 3.95% interest rate several times while trying to refinance due to what Fairbanks Capital Corp did.

Good attorneys in this area, I have discovered, virtually do not exist; therefore, I have contacted everyone seeking help with this situation, including the Federal Trade Commission and the U.S. Department of Justice. I have provided copies of the responses I received. And, you will notice that the U. S. Department of Justice states that the practice that violated my rights is known as "bait and switch."

Anything that you can do at this point will be most appreciated. And, if you know of a good attorney in this area, please let me know or refer my case to him/her. However, please keep in mind that I am completely out of funds.

Again, thank you; and I look forward to hearing from you.

Sincerely,

S. J. JENNINGS

w/encls

**USA v. Fairbanks Capital Corp.**

Alanna L. Curry, et al. v. Fairbanks Capital Corp.
Claims Administration Center, c/o Gilardi & Co. LLC
P.O. Box 808054, Petaluma, CA 94975-8054

## CLAIM FORM – LATE FEES/DEFAULT RELATED FEES

Please Do Not Use Red Ink, Pencil or Staples

187379    FTCFBK-14608331-B

STANLEY J JENNINGS
190 WILLOW WAY
STOCKBRIDGE GA 30281-5100

Claim No.: 14608331

Fairbanks has charged you $2,996.36 for late fees and certain other default-related fees

As described in the Notice of Proposed Class Action Settlement, you are eligible to receive a settlement payment that will refund some of the late fees and other default-related fees you paid in connection with your mortgage loan(s) serviced by Fairbanks on or after January 1, 1999. As the Notice explains, the court has not yet given final approval to the settlement; if the court does not approve the settlement, there will be no refunds issued.

The amount shown above is the total amount of late fees and other default-related fees Fairbanks has charged you in this time period, less the amount of any refunds of those fees. Not all of these fees were illegal, but the lawsuits alleged that some of the fees were illegal. For example, Fairbanks allegedly charged late fees even when borrowers made their mortgage payments on time, or charged duplicative or unnecessary default-related fees. Your settlement payment will be a portion of the total amount Fairbanks has charged you. The amount you will receive will depend on the number of claim forms submitted and will reflect a percentage of the amount you paid.

To receive a settlement payment, you and any co-borrowers on the loan(s) must sign this form below. **In addition, you must return this form to the Claims Administration Center at the above address, postmarked no later than April 24, 2004.** A return envelope is enclosed for your convenience.

By signing below, you and any co-borrowers on your loan(s) affirm that you believe that some of the late fees or other default-related fees that Fairbanks charged you were improper, and that you would like to receive a settlement payment. As consideration for a settlement payment, you and any co-borrowers on your loan(s) agree to release Fairbanks and related entities from all claims with respect to the servicing of your loan(s) through December 10, 2003, as set forth in the Settlement Agreement in the *Curry* action.

**IMPORTANT: You and all co-borrowers on the loan(s) must sign here to make a claim.**

(Signed)

(Signed)

If your address is different from what appears above, please write any changes in the boxes provided below:

Address: 909 Eagles Landing Parkway
Suite 140; M-B: 144
City: Stockbridge
State: GA
Zip Code: 30281-

If you have any questions regarding the claims process, please call Gilardi toll-free at 800-377-1287, or visit its website at www.gilardi.com/fairbanks.

**IMPORTANT INFORMATION ON THE OTHER SIDE OF THIS DOCUMENT.**