03-10895 DPW

MARCH 2ND., 2004

NOTICE OF APPEARANCE

I INTEND TO APPEAR AT COURT ON THE DATES SET FOR THE FAIRBANKS CAPITAL CASE

THANK YOU,

*[signature: Linda A. Latorre]*

LINDA A. LATORRE
8301 GALE RD. SW.
HEBRON, OH 43025
740-928-2665
614-668-2141
FAX: 740-928-0133
SS#4 DIGITS 3166

MARCH 2ND., 2004

CIVIL CLERKS OFFICE
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY COURTHOUSE
ONE COURTHOUSE WAY
BOSTON, MA  02210


TO WHOM IT MAY CONCERN:

THIS IS MY WRITTEN OBJECTION TO THE SETTLEMENT AGREEMENT FOR THE FAIRBANKS CAPITAL PRACTICES SUIT.

FAIRBANKS HARASSED, LIED, AND MADE MY LIFE A LIVING NIGHTMARE FOR OVER 3 YEARS NOW.  I HAVE ATTORNEY FEE'S OF WELL OVER $24,000 AND MY HOME HAS BEEN PLACED ON SHERIFFS SALE ABOUT 4 TIMES IN THAT PERIOD.  I HAD TO FILE bankruptcy AGAIN TO KEEP IT AND BECAUSE OF THE OVER $100,000 IN FEE'S AND CHARGES ADDED TO MY MORTGAGE BECAUSE OF THEIR BUSINESS PRACTICES I WILL NEVER BE ABLE TO PAY OFF THIS HOME THAT I PERSONALLY BUILT.

I SOLD THE PROPERTY 3 TIMES IN ORDER TO PAY IT OFF AND SAVE MY CREDIT BUT FAIRBANKS REFUSED TO GIVE ME CORRECT PAYOFF FIGURES AND AFTER WAITING ANYWHERE FROM 3-6 MONTHS EACH TIME THE BUYERS WALKED AWAY FROM THE SALE.  THE PAYMENTS AND INTEREST KEPT ACCUMMULATING AS DID THE EXTRA INSURANCE THEY ADDED ON AND THOUSANDS OF DOLLARS OF OTHER FICTICIOUS FEE'S AND CHARGES.  NOT TO MENTION ALL THE INTEREST BECAUSE THEY REFUSED TO ACCEPT PAYMENTS.

I AM AN APPRAISER AND HAVE FROM 3 OTHER REPUTABLE APPRAISERS VALUE OPINIONS ON MY PROPERTY IN THE $375,000 RANGE DURING THE PAST 4 YEARS.  YET, WHEN IT WENT ON SHERIFF SALE THE AMOUNT IT APPRAISED AT WAS ONLY $175,000 TOTAL, NOT THE REDUCED AMOUNT TYPICAL AT SHERIFF SALES WHICH IS REDUCED BY 1/3, BUT THE APPRAISED FULL VALUE.  AS YOU KNOW FAIRBANKS WOULD BID THE PROPERTY UP TO THE ORIGINAL PAYOFF AT THE SALE AND WHEN NO ONE ELSE BOUGHT IT THEY WOULD END UP OWNING THE PROPERTY.

BEFORE THE STOCK MARKET FELL ONE MAY HAVE BEEN CORRECT IN assuming THAT LENDERS DO NOT WANT THE REAL ESTATE BACK, HOWEVER, NOW IN TODAYS WORLD THE BEST INVESTMENT GOING IS REAL ESTATE, AND I BELIEVE THAT BANKS KNEW THIS AND TOOK ADVANTAGE OF THE UNSUSPECTING PUBLIC TO STEAL THEIR PROPERTIES FROM THEM BY ADDING THE FITICIOUS FEE'S AND CHARGES TO THEIR LOAN AND PEOPLE WOULD JUST GIVE UP AND LET THE LENDERS TAKE THEIR HOMES BECAUSE THEY COULD NO LONGER AFFORD THEM.

THE ONLY REASON I AM STILL IN MY HOME IS BECAUSE I JUST FILED A CHAPTER 13. AFTER THE LAST BUYER CONTRACT FELL IN NOVEMBER, IT WAS SCHEDULED TO SELL AT AUCTION 2/27/04 FOR THE 4TH TIME. I HAVE MANAGED AGAIN TO BLOCK THE SALE BUT MY PAYMENTS WILL BE $4800/MO. AND THEY WERE ORIGINALLY ONLY $1969/MO. NOW WITH ARREARAGES OF APPX. $100,000 TO FAIRBANKS. I CANNOT PAY $4800/MO FOR LONG IF AT ALL AND WILL MOST LIKELY HAVE TO CONVERT TO A CHAPTER 7 AT WHICH POINT FAIRBANKS WILL TAKE MY HOME OF THE PAST 14 YEARS.

I REALIZE THAT ON THE SURFACE THE SETTLEMENT AGREEMENT LOOKS GOOD, BUT TO WHOM? DID THE ATTORNEYS BUILT AND DESIGN MY HOME? DID THEY RAISE MY 4 CHILDREN AND NOW 10 GRANDCHILDREN HERE? NO I BELIEVE THAT WAS ME; AND IT WAS ME WHO HAD TO GO TO THE HOSPITAL WITH A HEART ATTACK BECAUSE OF ALL THE STRESS. AND IT'S ME THAT HAS BEEN WORKING 15-18 HOURS A DAY FOR THE PAST 3 YEARS TO TRY AND SAVE THE HOUSE ONLY TO BE TOLD IT NOT ENOUGH, IT'S NEVER ENOUGH.

I HAVE ABOUT 6 FILE BOXES OF PAPERWORK AND DOCUMENTS FROM FAIRBANKS, MY ATTORNEY, AND THE COURTS. THERE IS NO WAY I CAN COPY ALL THAT TO FORWARD TO THE ATTORNEYS INVOLVED IN THIS LAWSUIT. I WILL MAKE ALL THE DOCUMENTS AVAILABLE TO ANY COURT OFFICIAL OR ATTORNEY TO EXAMINE AT thieve EXPENSE UPON WRITTEN REQUEST AND NOTICE.

FAIRBANKS REFUSED TO WORK WITH ME AT ALL TO FIGURE A SOLUTION TO THIS NIGHTMARE. IF I LOOSE MY HOME I AM GOING TO SUE THEM FOR ITS FULL VALUE, MY ATTORNEY FEES, ALL THEIR ILLEGAL FEES AND MY DAMAGES TO MY HEALTH FOR ALL THEIR TRICKERY AND LIES.

HOW MUCH IS 4 YEARS OF A PERSON'S LIFE WORTH? THEY HAVE ALMOST DESTROYED ME AND MY FAMILY. NO, THEY NEED TO PAY EVERY DIME TO ALL THE PEOPLE THEY PUT THROUGH THIS NIGHTMARE.

I REALIZE TO THEM, AS I WAS TOLD, THAT THIS IS SIMPLY THEIR WAY OF RESTRUCTURING, AND THE BILLIONS OF DOLLARS HAS LITTLE CONSEQUENCE TO A COMPANY OF THEIR SIZE. I CAN ONLY SAY HERE THAT MY HOME IS ALL I HAVE LEFT AND NOW THEY WANT IT TOO. I AM 52 YRS. OLD, I CANNOT PHYSICALLY BUILD IT AGAIN, ALL I CAN DO AT THIS POINT IS KEEP TELLING THE TRUTH. THEY'RE TRYING TO STEAL MY HOME.

SINCERELY,

*[signature]*

LINDA A. LATORRE
8301 GALE RD. SW
HEBRON, OH 43025
740-928-2665

March 2nd., 2004

Claims Administration Center
Gilardi & Co.
P.O. Box 808011
Petaluma, Ca 94975-8011

TO WHOM IT MAY CONCERN:

I AM HEREBY MAKING MY REQUEST FOR EXCLUSION FROM THE FAIRBANKS CAPITAL SETTLEMENT.

PLEASE EXCLUDE ME FROM YOUR CLASS ACTION SUIT.

I INTEND TO FILE MY OWN LAWSUIT FOR AGAINST FAIRBANKS.

THANK YOU,
LINDA A. LATORRE
8301 GALE RD. S.W.
HEBRON, OHIO 43025
740-928-2665
614-866-4000
614-668-2141
FOUR DIGITS OF MY SOCIAL SECURITY NUMBER ARE: 3166
MY FAIRBANKS LOAN NUMBER IS: 2072687250

*[signature: Linda A. Latorre]*