03-15-04

To:
Civil Clerk's Office,
United States District Court for the District of Massachusetts,
John Joseph Moakley Courthouse,
One Courthouse Way,
Boston, Ma. 02210

From:
Fernando & Kathy Hernandez
532 West St.  #8
Lockport, Il. 60441
815-838-4009

Re: USA v. Fairbanks Capital Corp. and Fairbanks Capital Holding Corp. Civil Action No. 03-12219-DPW
And
Alanna L. Curry, et al., individually and on behalf of all others similarly situated, v. Fairbanks Capital Corp. Civil Action No. 03-10895-DPW

<u>Our Written Objections to the Settlement:</u>
We lost our home of 24 years due to the illegal actions of Fairbanks capital corp.
1- We object to the foreclosure of our home due to illegal action from Fairbanks Capital Corp. This should be deleted from our credit file.

2- We had a forbearance agreement with GRP Financial Services Corp. and Fairbanks Capital Corp. didn't honor it.
We had a chance to sell the house but Fairbanks Capital Corp. wouldn't give us a breakdown on what we owed and why.
First they said we owe $20,637.52 in arrears. Then they said we owed $27,180.50 in arrears. Then they said we owed $33,532.57 in arrears. We could of sold the house at $163,000 with a payout of $143,00 and made a profit of $20,000. The house is worth $200,000.

3- We sent them a certified letter disputing these charges and we never received a reply. this was illegal also. We also sent them proof of homeowners insurance.

4- Our Mortgage payment was $1,158.69 and I was paying $1,200.00 what happen to the $41.31 extra that I was paying.

5- Because we thought we had saved our home we put a new roof on the house.

6- My wife and I are on Social Security Disability and my 16

P.1

year old daughter has Hepatitis C that she got from tainted blood at birth.

7- These are only a few things that Fairbanks Capital Corp. did to us not included is the pain and suffering and humiliation that we endured also my wife had a stroke. that is why we are objecting to this settlement. If you need any information feel free to call at 815-838-4009.

Fernando Hernandez

*Fernando Hernandez* (signature)

Kathy Hernandez

*Kathy Hernandez* (signature)

Enclosures:
1- Letter dated December 11, 2001 from GRP Financial Services.
2- Letter dated January 24, 2002 from Grp Financial Services.
3- Letter dated July 23, 2002 from Fairbanks Capital Corp.
4- Letter dated July 26, 2002 from Fairbanks Capital Corp.
5- Letter dated August 08, 2002 from Fairbanks Capital Corp.
6- letter dated August 13, 2002 from Fernando Hernandez plus copy of certified receipt.
7- Letter dated August 15, 2002 from Fairbanks Capital Corp.
8- Copies of certified receipts address to Fairbanks Capital Corp..

Copies Of Objection Letter Sent To:
**(1) Plaintiff's Co-lead Counsel:**
Gary Klein, Esq.
John Roddy, Esq.
Grant & Roddy
44 School St., Suite 400
Boston, Ma 02108

Kelly M. Dermody, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery St. 30th floor
San Francisco, Ca 94111

**(2) Defendant's Counsel:**
Thomas M. Hefferon, Esq.
Goodwin Procter LLP
Suite 500
1717 Pennsylvania Ave. N.W.
Washington, DC 20006

Niall P. McCarthy, Esq.
Cotchett, Pitre, Simon & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Rd. Suite 200
San Francisco, CA 94010

Daniel Mulligan, Esq.
Jenkins & Mulligan
660 Market St. 3rd floor
San Francisco, CA 94104

**(3) FTC Counsel:**
Lucy E. Morris, Esq.
Division of Financial Practices
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Ave., NW, Mail Drop NJ-3158
Washington, DC 20580

P.2

GRP Financial Services Corp.

360 Hamilton Avenue, 5th Floor
White Plains, New York 10601

Telephone: (914) 397-7500
Facsimile: (914) 397-7550

December 11, 2001

Fernando Hernandez
Katherine Hernandez
14619 S. Pebble Creek
Lockport, IL 60441

Re:   GRP No. 6872- DMI Loan No. 0013980297

Dear Mortgagor(s):

This will serve to acknowledge our telephone conversation of December 11th. As discussed, we are aware that you have, in the past, made a concentrated effort to make payments. As such, we would like to afford you one more opportunity. We would be receptive to the following temporary payment arrangements:

> - Commencing on or before the **January 15, 2002**, and each month thereafter on or before the **15th of each month**, a monthly payment of **$1,200.00**. {1}
>
> {1} =This arrangement will be for an initial **period of six (6) months**. At the end of that period, we will re-evaluate your situation as to a continued repayment arrangement and adjusted payment amount.

Naturally, we believe this would afford you the opportunity of re-establishing your self and, if necessary or financially reasonable, allow you time to contemplate other possible options such as the sale of your home or seeking new financing with another lender.

We understand the time, effort and monies that you, as a homeowner, have invested in your property. We certainly want to do all we can to help you help yourself in retaining your home.

Should you have any questions, please contact this writer at the number(s) listed below. Also, in order to make sure that repayment term payments are properly applied, remittance should be directed to our White Plains Office.

Hernandez/GRP 6872/Repayment/December 11, 2001

Copy

Lastly, we will require your acknowledgement of these terms by signing the copy of this letter and returning it to us in the enclosed self-addressed envelope.

Sincerely,

Alberto Medina
Asset Manager
(914) 397-7544
Toll Free: (877) 473-3618, ext. 7544

**SPECIAL NOTICE IF YOU LOAN HAS BEEN REFERRED TO ONE OF OUR FORECLOSURE ATTORNEYS AND/OR A FORECLOSURE SALE DATE HAS BEEN SCHEDULED.**

*UPON RECIPT OF BOTH THE INITIAL OR FIRST REQUIRED PAYMENT AND YOUR SIGNED ACKNOWLEDGMENT, WE WILL NOTIFY OUR RESPECTIVE ATTORNEY TO POSTPONE ANY PROJECTED SALE DATE AND HOLD ALL FORECLOSURE PROCEEDINGS IN ABEYANCE. NATURALLY, ANY DEFAULT IN THE AGREED TO REPAYMNET TERMS WILL RESULT IN RE-ACTIVATION OF ANY AND ALL LEGAL PROCEEDINGS.*

Sign & Return

AGREED TO: _Fernando Hernandez_ DATE: 01/10/2002
Fernando Hernandez

AGREED TO: _Katherine Hernandez_ DATE: 01/10/2002
Katherine Hernandez

**GRPFS**

GRP Financial Services Corp.

360 Hamilton Avenue, 5th Floor
White Plains, New York 10601

Telephone: (914) 397-7500
Facsimile: (914) 397-7550

January 24, 2002

Fernando Hernandez
Katherine Hernandez
14619 S. Pebble Creek
Lockport, IL 6041

Re:   GRP No. 6872- Loan No. 0013980297
      Property: 14619 S. Pebble Creek, Lockport, IL

Dear Mortgagors:

In reference to our recent conversations, we received your initial repayment installment of $1,200.00 on January 15th and your next installment will be due on or before February 15th. As such and as stipulated in the Repayment Letter, we have notified our Attorneys, the Firm of Robert Treman & Associates, to cancel the scheduled foreclosure sale of March 6, 2002. This was further confirmed by telephone as of today: Attorney status is " <u>Foreclosure Sale cancelled/Foreclosure on hold pending Repayment Terms</u>".

Trusting this information will be helpful.

Sincerely,

Alberto Medina
Asset Manager
**(914) 397-7544**
**Toll Free: (877) 473-3618, Ext. 7544**
**E-Mail: Amedina@grpfs.com**

# FAIRBANKS CAPITAL CORP.

July 23, 2002

Fernando Hernandez
Katherine Hernandez
Fernando Hernandez
14619 S Pebble Creek
Lockport, IL 60441

RE: Loan Number 0002713063

Dear Borrower:

We recently provided you with a letter advising you that Fairbanks Capital Corp. ("Fairbanks") has acquired the servicing rights to your mortgage loan effective July 17, 2002. That letter also advised you that as of July 17, 2002 your mortgage payments should be sent to Fairbanks at the following address:

> Fairbanks Capital Corp.
> P.O. Box 79157
> Phoenix, AZ 85062-9157

Our records reflect that as of the servicing transfer date your mortgage payments that were due from April 01, 2001 forward have not been received. As of the date of the servicing transfer, the total amount to bring your account current was $ 20,637.52 including principal, interest, escrows and applicable fees. If your payment has been sent, please accept our thanks.

Please note that these amounts do not include unbilled fees or costs, if any, such as attorney's fees. Please also note that the information regarding your account is based on information provided to us by your prior mortgage servicer as of the date of the servicing transfer.

Unless you notify us in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion of the debt, we will assume that it is valid. If you do notify us in writing within 30 days that you dispute the debt, or any part of the debt, we will provide you with verification of the debt by mail. If you request the name and address of the original creditor in writing within 30 days after receiving this notice, we will provide you with that information.

If you have any questions you may contact us at (800) 258-8602.

This letter is an attempt to collect a debt and any information obtained may be used for that purpose.

Fairbanks Capital Corp.

AQ003 015/CPI

3815 SOUTH WEST TEMPLE • SALT LAKE CITY, UTAH 84115-4412
P.O. BOX 65250 • SALT LAKE CITY, UTAH 84165-0250
TELEPHONE (801) 293-1883 • FAX (801) 293-1297

# FAIRBANKS CAPITAL CORP.

July 26, 2002

Fernando Hernandez
Katherine Hernandez
Fernando Hernandez
14619 S Pebble Creek
Lockport, IL 60441

RE: Loan Number 0002713063
Real Property Located at: 14619 S Pebble Creek Lockport IL 60441

Dear Mortgage Holder:

    We are pleased to inform you that the servicing of your mortgage loan, that is, the right to collect payments from you, has been assigned, sold or transferred from GRP Financial Services Corp. to Fairbanks Capital Corp. effective July 17, 2002.  Fairbanks Capital Corp. began accepting payments on your loan effective July 17, 2002.  Questions regarding your loan should be directed to:

        Fairbanks Capital Corp., Loan Servicing Center
        P.O. Box 551170
        Jacksonville, FL 32255-1170
1-800-258-8602 from 7:00am-8:00pm EST Mon-Fri, or 8:00am-5:00pm EST Sat

Please send your payments to:
        Fairbanks Capital Corp.
        P.O. Box 79157
        Phoenix, AZ 85062-9157

    If you have any questions relating to the transfer of servicing from your prior servicer you may contact their Customer Service Department at: GRP Financial Services Corp., 360 Hamilton Ave., 5th Floor., White Plains, NY 10601 or call toll-free 1-877-473-3618 between the hours of 8:30am and 5:30pm, Monday-Friday; EST.

    In the event your loan is more than thirty (30) days past due, or involved in a bankruptcy, please contact our Customer Service Department prior to making any payments.  Fairbanks will provide you with a monthly statement. Until you receive the monthly statement, however, please include your current mortgage coupon with your monthly mortgage payment, and reference your Fairbanks loan number on your check.  The assignment, sale or transfer of the servicing of your mortgage loan does not affect any term or condition of the security instruments other than the terms directly related to the servicing of your loan.

AQ008 095/KS2

# FAIRBANKS CAPITAL CORP.

Page 2
RE: Loan Number 0002713063

    Fairbanks does not offer mortgage life or disability or any other type of optional insurance. If you were provided these by or through your prior servicer and wish to continue them, you will need to contact your private insurer.

    If you were participating in an automatic payment program through your prior servicer, this program will not be continued. If you wish to initiate an automatic payment program with Fairbanks, please contact our Customer Service Department.

    Pursuant to the terms of the loan, you are required to provide Fairbanks with a copy of the insurance policy protecting the real property securing the loan. Please instruct your insurance agent to send a copy of this insurance coverage to:

                Fairbanks Capital Corp.
                Insurance Service Center
                P.O. Box 7041
                Pasadena, CA 91109-7041

    Fairbanks Capital Corp., its successors and/or assigns should be designated as the new mortgagee under the mortgagee clause. Please ask your insurance agent to reference our loan number. Fairbanks must receive proof of insurance within 30 days from the date of this letter, in the event proof of insurance is not received by this date, Fairbanks will place a policy on the property and the premium will be added to your loan balance.

    Please also provide us with a copy of your most recent property tax billing statement and if you have an escrow account for payment of taxes send all future billing statements to us for payment. If your property taxes are past due, please provide us with copies of the past due billings. Property tax documents should be mailed to:

                Fairbanks Capital Corp.
                P.O. Box 410453
                Salt Lake City, UT  84141

    Fairbanks is dedicated to providing the highest quality service and will make every effort to make this transition a smooth one. We look forward to working with you.

                Very truly yours,


                Fairbanks Capital Corp.


AQ009 018/KS2

# FAIRBANKS CAPITAL CORP.

Page 3
RE: Loan Number 0002713063

Disclosures Pursuant to Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 USC 2605);

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 USC 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgement within 20 business days of receipt of your request. A "qualified written request" is a written correspondance, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 60 Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.
☐
Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that section. You should seek legal advice if you believe your rights have been violated.

AQ010 007/KS2

PO Box 1900
Hatboro PA 19040

08/08/2002



0002713063CC005

\*\*\*\*AUTO\*\*MIXED AADC 852  5-248 - 1
FERNANDO HERNANDEZ
KATHERINE HERNANDEZ
14619 S PEBBLE CREEK DR
HOMER GLEN, IL 60441-9359

DEMAND LETTER - YOU COULD LOSE YOUR HOME!

Re: Loan No: 0002713063 secured by real property located at
14619 S PEBBLE CREEK
LOCKPORT IL 60441

Dear FERNANDO HERNANDEZ,

This letter constitutes formal notice of default under the terms of the Note and Deed of Trust or Mortgage because of failure to make payments required by the Note, Mortgage or Deed of Trust. On 05/01/2001 amount due and owing is $27,180.50.

This letter is formal demand to pay the amount due. In event that these sums are not paid to Fairbanks Capital Corp. "Fairbanks" within 30 days of this letter the entire unpaid balance, together with accrued interest, legal fees and expenses, WILL BE ACCELERATED and foreclosure proceedings will be instituted. You have the right to reinstate the loan, even after acceleration, if on or before the reinstatement period ends, you do the following:

1. Pay Fairbanks all installments and late charges due on your loan.
2. Pay all reasonable expenses, including, but not limited to attorneys' fees, trustee's fees and expenses Fairbanks has incurred in enforcing its remedies.
3. Cure all breaches of any other covenants or agreements made by you in the Note, Deed of Trust or Mortgage.
4. Pay any fees required under the terms of your Note and Deed of Trust or Mortgage.
5. Take such action which Fairbanks may reasonably require to assure that its lien and interest in the property is protected.

You have the right to bring a court action if you claim that the loan is not in default or if you believe that you have any other defense to the acceleration and sale. We are also required by law to inform you that if you notify us in writing that you do not wish for us to contact you by telephone at your place of employment, then no such contact by telephone shall be made. However, you will need to provide us with a telephone number where you can be reached.

IF YOU HAVE BEEN DISCHARGED IN BANKRUPTCY - Please be advised that if the mortgage loan referenced has been discharged in a bankruptcy case, this statement does not represent and is not intended to be a demand for payment.

This statement is provided for informational purposes only. You should consult legal counsel regarding your obligation, if any, to pay on the mortgage loan.

If you elect to pay prior to the date set forth above, please contact the undersigned at 1-800-635-9698 to determine the exact amount due and to arrange for payment. Fairbanks requires all delinquent installments to be paid by CASHIER'S CHECK OR MONEY ORDER.

Home ownership counseling may be available to you by contacting a HUD-approved housing counseling agency. Call 1(800) 569-4287 or TDD 1(800) 877-8339 for the housing counseling agency nearest you.

Sincerely,

LOAN SERVICING CENTER
Fairbanks Capital Corp.

This letter is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

5

08-13-2002


TO: Fairbanks Capital Corp.
    Loan Servicing Center
    P.O. Box 551170
    Jacksonville, Fl. 32255-1170


FROM: Fernando Hernandez
      14619 S. Pebble Creek DR.
      Lockport, Il. 60441

# GRP 6872 - DMI Loan #0013980297

To Whom It May Concern
Dear Mr./Ms. I have received three letters from your company
one dated July 23, 2002 stating that I owe $20,637.52 I DISPUTE
this DEBT.
The second letter is dated July 26, 2002 stating the my mortgage
had been transfered to Fairbanks Capital Corp.
The third Letter has no date but a envelope postmark July 30,
2002. I have home insurance with Stringham Insurance Agency
19646 S. Wolf Rd. P.O. Box 45, Mokena, Il. 60448-0045
Policy Number 59-11-98-03
Phone 708 479-2526  Fax 708-479-2533
I will send a letter to the address above and to Ms. Leilini
Kinikini Loan Servicing Center 3815 South West Temple Salt Lake
City, Utah 84115-4412. P.O. Box 65250 Salt Lake City, Utah 84165-
0250.

# 3063 - 0000 - 0002713063

Fernando Hernandez

*[signature]*

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Fairbanks Capital Corp
   Loan Servicing Center
   P.O. Box 551170
   Jacksonville, FL.
   32255-1170

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature  *[signature: Sanford]*
   X  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

   *[postmark: AUG 2002 JACKSONVILLE FL]*

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
   7000 - 0520 - 0013 - 7465 - 1766

**Fairbanks Capital Corp.**
P.O. Box 7041
Pasadena, CA 91109-7041

08/15/2002

*** Insurance Notice ***

0003362 - 0006759 LC07924

FERNANDO HERNANDEZ
KATHERINE HERNANDEZ
14619 S PEBBLE CREEK
LOCKPORT, IL      60441-9359

Re: 14619 S PEBBLE CREEK
LOCKPORT IL           60441

Loan # 3063-0000-0002713063

** Important Insurance Notification **

We at FAIRBANKS CAPITAL CORP.         believe our customers are the most important asset and our relationship with each is the key to our success.

We recently reviewed your loan file and determined that we do not have a current hazard insurance policy for the property referenced above. As you are aware, you are required under the terms of your Deed of Trust/Mortgage to obtain hazard insurance coverage to protect both your property and our security interest.

Please help us update our records by completing this form and returning it to us at the address referenced above. The information we are requesting can be found on your insurance policy, or your insurance agent can provide you with the information. It is important that you return this form to us within 14 days. We appreciate your prompt response.

Please be advised, if we do not receive evidence of the required coverage, it may be necessary for us to obtain hazard insurance coverage to protect our interest in the property. You will be billed for the cost of any hazard insurance purchased. The coverage may be more expensive and may provide less coverage than you could obtain from an insurance agent of your choice. However, if you do not have insurance or do not supply us with evidence of insurance, your insurance will be placed through Balboa Insurance Company or Meritplan Insurance Company.

If you have any questions about this matter, please write to us at the address above and we will be happy to assist you.

Insurance Information:

STRINgHaM INS.
Insurance Agent's Name

(708) 479-2526
Insurance Agent's Phone Number

EMC INS. CO.
Insurance Company's Name

59H-11-98-03
Policy Number

03/04/02 - 03/04/03
Effective Date of Policy

$ 145,000
Dwelling Coverage

03/04/03
Expiration Date of Policy

$ 491.00
Premium Amount

Is FAIRBANKS CAPITAL CORP.        named as the mortgagee (yes or no) _NO_

Do you pay your insurance premium or does your mortgage company?
Check One:   I do ___✓___    or mortgage company _____

If FAIRBANKS CAPITAL CORP.        is not named as the mortgagee, please contact your insurance company and request the change. The mortgagee for your policy should be FAIRBANKS CAPITAL CORP.    , Its Successors and/or Assigns, PO Box 7041, Pasadena, CA 91109-7041.   will do

_____                      08/26/02
Your Signature                                  Date

I Had given you THIS INformation beFoRe
Enclosed Letter Dated 08/13/02 Sent To Two Locations

**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Fairbanks Capital Corp
P.O. Box 79157
Phoenix, AZ 85062
9157

2. Article Number (Copy from service label):
7000-0520-0013-7465-2053

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): [illegible]    B. Date of Delivery: AUG 17 2002
C. Signature: X [signature]
   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☒ No
   If YES, enter delivery address below:

3. Service Type:
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

**Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Fairbanks Capital Corp
P.O. Box 79157
Phoenix, AZ 85062
9157
Attn: Mr. Medina

2. Article Number (Copy from service label):
7000-0520-0013-7465-1711

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): FRANKIE VONDRA    B. Date of Delivery: JUL 22 2002
C. Signature: X Frankie Vondra
   ☐ Agent  ☒ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☒ No
   If YES, enter delivery address below:

3. Service Type:
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes