Pauline Rowl/Pearlie Rowl
P.O Box 222022  Charlotte
N.C 28222
March 21, 2004

704-598-4796

03-12219-DPW

Civil Clerk's Office
United States District Court
District of Massachusetts,
John Joseph Moakley Courthouse,
One Courthouse Way, Boston
MA 02210.

In response to the letter mail at our residence regarding the settlement, We repudiate against such settlement. Reasons are as follow: Fairbanks overcharged us in interest rate and late fees. Fairbanks charged interest but it does not reflect the principal and the interest. We need to know what happen to the money, because it does not reflect the principal and the interest. Fairbanks report wrong statement (interest) to the IRS.

Pauline Rowl

Pearlie Rowl

CC: Plaintiffs Co-Lead Counsel: Gary Klein,Esq. John Roddy,Esq. Grant and Roddy. Kelly M. Dermody,Esq. Lieff, Cabraser,Heimann and Bernstein,LLP

CC:Defendant's Counsel: Thomas M. Hefferon,Esq. Goodwin Procter LLP. Niall P.McCarthy,Esq. Cotchett, Pitre, Simon and McCarthy LLP. Daniel Mulligan,Esq. Jenkins and Mulligan.

CC: FTC Counsel: Lucy E. Morris, Esq. Division of Financial Practices