

March 9, 2004

Claims Administration Center
c/o Gilardi & Co.
P.O. Box 808011
Petaluma, CA 94975-8011

Re: United States of America vs. Fairbanks Capital Corp and Fairbanks Capital Holding Corp.
Alanna L. Curry, et al. v. Fairbanks Capital Corp.

03-12219DPW

Dear Sirs:

I received a Notice of Proposed Class Action Settlement and Settlement Hearing informing me that I can participate in this settlement offer once I have filed the attached Claim Form(s). Unfortunately, you neglected to include the Claim Form. I have to wonder how many others have not received claim forms.

Please send me the above mentioned Claim Form so I may file it in a timely manner before April 24, 2004.

Thank you.

Very truly yours,

Theresa Marino

Cc: The Honorable Douglas P. Woodlock
United States District Judge
Boston, Massachusetts

NYA 661179.1