# Accounting, TAXES & Mortgages, Inc.

311 Xanadu Place, Jupiter, FL 33477-6453

561-747-1176 (phone & fax)

*Joanne Pafford, BA, BVS, LMB, QecoA1, EA*
Enrolled to practice before the **INTERNAL REVENUE SERVICE**

April 23, 2004

The Honorable Douglas P. Woodlock
United States District Court
District of Massachusetts
Courtroom One
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

RE: USA vs Fairbanks Capital Corp.
Civil Action No. 03-12219-DPW

Dear Judge Woodlock:

I am a member of the Class Action Settlement pending regarding the above civil action. I respectfully request to be excluded from the terms of the settlement which will prevent me from bringing my own law suit against Fairbanks. I realize the April 9th deadline has passed, but I did not get notice of same until today, April 23rd. In support of my request, attached is my Affidavit detailing my reasons for exclusion.

Respectfully submitted,

*Joanne Pafford*

Joanne Pafford

AFFIDAVIT IN SUPPORT OF REQUEST FOR EXCLUSION

USA v. Fairbanks Capital Corp.
Claim No. 15088331 for $16,150.67
Addressed to Joanne Pafford

I, JOANNE PAFFORD, hereby affirm the following:

1) I am the sole owner of title to real property known municipally as 311 Xanadu Place, Jupiter, FL 33477-6453. My phone number is 561-747-1176.

2) I am included in the Class Action Settlement with Fairbanks Capital Corp. under loan number 0001731058 that was secured by my home.

3) Our community has a large, metal type mail facility wherein the mail is placed in our numbered slots. We have had several changes of postal carriers in the last few months, carriers filling in for vacations, etc. and as a result, many times neighbors get each other's mail.

4) Approximately Tuesday or Wednesday of the week of April 16, 2004, a neighbor gave me some mail that had been put in her mail slot instead of mine. I am a tax accountant, sole practitioner, and it was deadline time so I did not open the misdirected mail until today. The mail did not say urgent or time sensitive and it was given to me with a lot of junk mail. I did not have the opportunity to even open it until today, because as well as April 15th tax deadlines, my son was in the hospital, four times in three different hospitals from January 19, 2004 through March 23rd; he is bi-polar and schizophrenic and often has dystonic reactions to the medicines, which are life threatening. If the claim letter was not part of this junk mail, then it could have been sent certified during the months of January, February and March, since being licensed directly by IRS, I receive many certified notices and only those marked IRS get immediate attention. During tax season, it is common to receive 20-30 items of mail daily. With my son so ill, requiring my time for meetings with psychiatrists and other medical staff in the daytime, I often worked through the night, averaging three hours sleep, in order to keep my business commitments. I was under extreme stress and still am, so my short term memory fails me at this time to be exact on the facts. In any event, time was prioritized and mail that appeared unimportant did not get opened until today, April 23rd.

5) Upon reading the settlement notice, it stated that the deadline for excluding myself from the settlement was April 9, 2004. Even if I had opened the mail when received on approximately April 13th or 14th, I still would have missed the April 9th deadline, through no fault of my own. Alternatively, if I received it earlier, I would have scanned it, realized it was not a lawsuit against me, and would not have had the time to read through all the fine print which explained the case

settlement, and on page 4, in bold print, item 6, "What do I need to do..." the date of April 24th is in bold print. The exclusion date of April 9th was in the following paragraph, not in bold print, so if I did scan it quickly, the date of April 24th would have motivated me to set it aside until after April 15th. Again, I was under extreme duress for time and had to prioritize.

6) I wish to be excluded from this settlement so that I can file my own lawsuit individually against Fairbanks, which I intended to do after tax season. Not only was I overcharged on late fees that were unwarranted, but in 2002 Fairbanks filed foreclosure proceedings stating I was several months in arrears, which I was not. We went to mediation and fortunately, I had every single cash receipt verifying timely payments, and eventually Fairbanks filed corrections with the credit bureaus. In fact, they corrected it four or five times. One department in one state would clear it up, then the following month another department in another state would file me in arrears again. It was a nightmare of trying to continuously clear my credit. During one month of 'clear' credit showing no late payments, I applied and was approved for a new refinance loan with another bank at an interest rate of (6%) six percent for 30 years. A few days before the closing, as is customary, they pulled my credit again, and again Fairbanks had reported me in arrears. It took more months to get it clear, but each time they wrongfully reported, it kept knocking down my credit scores. Since loan approval is conditional on a credit score, my score dropped below the 6% range and I finally had to take the loan at 8 ½% for 30 years, with a 5-year prepayment penalty, because any more wrongful reporting by Fairbanks would have dropped my scores below any approval rating. I was forced to take the higher rate just to get away from Fairbanks and their inept accounting and reporting methods.

6) My payment for P&I went from $1,400 to $1,874.29 because of Fairbanks' actions and I have enough documentation to prove my case for more damages than the $16,150 in overcharges as shown in the settlement claim. It would be grossly unfair to penalize me for not meeting a deadline I did not have notice of until after the time had lapsed.

8) This Affidavit is submitted in support of my request to exclude me from the settlement terms so that I can pursue legal action against Fairbanks individually.

7) It is 9:45 p.m. on Friday, April 23rd, so it is impossible to get this Affidavit notarized before mailing by April 24th, a Saturday, the other deadline. Therefore, I sign this Affidavit under the pains and penalty of perjury.

SIGNED AND DATED this 23rd day of April, 2004.

*Joanne Pafford* (signature)
Joanne Pafford