Apr 16/04

To Whom It May Concern!

In reference to this letter, my husband responded and we have nothing to date on this class act law suit against Fairbanks Mtg.

Please give us some follow up information since I responded 3 mos. ago.

Thanks
Mrs. Gabriel Bryant
2300 Nancy Dr
Mercury, La
70615

Civil action
03-12219-DPW

Former address
2521 Gallo Dr
Chalmette, La
70043