APR   2004

Cheryl Rucker
15491 Cherrylawn ST
Detroit MI 48238

The Honorable Douglas P. Woodlock
United States District Judge
Boston, Massachusetts
RE: Claim No: 17013623

Dear Honorable Douglas P, Woodlock,

I'm writing this letter in reference to the case of the United States Of America (plaintiff), v. Fairbanks Capital Corp. and Fairbanks Capital Holding Corp (defendants). I understand that I have no say so in the case but would like to know will the foreclosure be removed form my credit report. Will the court help with this at all or the Lawyers or Fairbanks so that I can buy a home in the future. With a foreclosure on my credit record I will not be able to buy a home again. Please help me your honor and thank you for taking your time to read this letter.

Sincerely yours,

Cheryl Rucker