To;                                                                04-19-04

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Dear, ladies and Gentlemen,

Wouldn't you know it, after mailing the form you sent and letter, I found the letter that Fairbanks Capitol Corporation mailed advising me that they had force placed an insurance policy costing $1,284.00.

I am sending to you a copy of the letter Fairbanks sent to me stating, they would send a refund okay to me once they received a copy of my new insurance policy.

Please add this letter to the information I had already sent you.

Any questions, please call me at h 850-421-6292 or w 850-222-0100.

Thank You,

Charles C. Marsh Jr.

501 Red Rose Ln.

Tallahassee, Fla. 32305

Copy To:
Claims adjuster
Dilardi + Co.
P.O Box 808054
Petaluma, Ca,
94975-8054

**Fairbanks Capital Corp.**
P.O. Box 7041
Pasadena, CA 91109-7041

FILED
IN CLERKS OFFICE

2004 APR 26  P 1:08

DISTRICT COURT
DISTRICT OF MASS.

04/25/2003

CERTIFICATE OF COVERAGE PLACEMENT
Re: 501 RED ROSE LANE
TALLAHASSEE FL          32305

CHARLES MARSH JR
RUTH MARSH
501 RED ROSE LANE
TALLAHASSEE, FL
              32305-1314

Loan # 3063-0000-0002130482

Master Policy #:        5889-0002
Certificate Number:     B5663512
Insurance Company:      BALBOA INSURANCE CO      Effective Date: 02/02/2003
Residential Deductible: $500 (except GU, NM, OK, VT, WV - Deductible $250)
Commercial Deductible: (except CA, GU, NM, WV - Deductible $1,000)      Expiration Date: 02/02/2004
Vandalism & Malicious Mischief Deductible:  $250.00
(Deductibles may change if occupancy changes.)

Dear Valued Customer:

We are writing to let you know that in order to protect our security interest in your property, under the terms of your Deed of Trust/Mortgage, we have purchased hazard insurance coverage.

Since we did not receive a response from you after notifying you that hazard insurance was required on your property, we have purchased hazard insurance coverage in the amount of $70,000. The annual premium of $1,284.00, for this insurance will be charged to your account monthly, and your mortgage payment will increase substantially.

We would like to remind you that the coverage we purchase is usually considerably more expensive than a policy supplied through your own agent, since our insurer has no information about your insurance history. Also, since we have limited knowledge of the present value of your property, this policy may provide less than full coverage. And finally, this certificate does not provide coverage for loss or damage to personal property, additional living expense, or loss from theft. This coverage does not include any liability coverage for claims made against you and will not satisfy any mandatory insurance or financial responsibility law of this or any other state. No coverage for loss due to earthquake or flood is provided.

If you decide that you would prefer to obtain hazard insurance on your own, or have already purchased your own policy, please contact your agent today and request a policy be mailed to us at the address referenced above. If you prefer, you or your agent may fax a copy of the requested policy to us at (626) 927-4521.

The policy you provide must be written through an insurance company whose rating is at least a "B+" according to the Best Rating Guide or a Demotech rating of "A" or better. The deductible clause must not exceed the higher of $1,000.00 or 1% (one percent) of the policy coverage amount. The mortgagee clause must read exactly as follows:

    FAIRBANKS CAPITAL CORP.
    ITS SUCCESSORS AND/OR ITS ASSIGNS
    LOAN NUMBER 0000-0002130482
    P.O. BOX 7041
    PASADENA, CA               91109-7041

An additional resource to assist in obtaining the appropriate insurance coverage on your home is DirectNet Insurance Agency, Inc., a licensed service provider that works with a network of top-rated insurance carriers. A licensed sales agent may be reached at 1-800-610-0579, Monday through Friday, from 7 a.m. to 5:15 p.m. Pacific Standard Time.

FILED
IN CLERKS OFFICE

2004 APR 26   P 1:08

U.S. DISTRICT COURT
DISTRICT OF MASS.

Page 2

CHARLES MARSH JR
RUTH MARSH
LOAN NUMBER 0000-0002130482

Once we receive proof of insurance, we will refund to your account the unused portion of the premium for the coverage we purchased. If you have any questions, please call, toll-free, (800) 641-2754, Monday through Friday, 6:00 am - 5:00 pm (PST). Calls to our insurance center may be monitored for quality of service.

THE ABOVE INSURANCE CHARGES INCLUDE THE FOLLOWING SURCHARGE(S):
EMPATF                          $2.00

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP. and<br>FAIRBANKS CAPITAL HOLDING CORP.,<br><br>Defendants. | Civil Action No. 03-12219-DPW |
| ALANNA L. CURRY, et al., individually and on behalf<br>of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP.,<br><br>Defendant. | Civil Action No. 03-10895-DPW |

FILED
CLERK'S OFFICE

2004 APR 26  P 1:08

U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND SETTLEMENT HEARING

TO: CERTAIN PERSONS WHOSE MORTGAGE LOANS WERE SERVICED BY FAIRBANKS CAPITAL CORP.

**THIS NOTICE MAY AFFECT YOUR RIGHTS. PLEASE READ IT CAREFULLY!**

Usted puede ser elegible para recibir una compensacion.
Para obtener informacion en espanol, llame sin cargo al 877-377-1267

| | | | |
|---|---|---|---|
| 1. | Why should I read this Notice? | 9. | Who represents the Plaintiffs? |
| 2. | What are these lawsuits about? | 10. | What are the Counsels' reasons for Settlement? |
| 3. | Who is covered by the proposed Settlement? | 11. | Will Plaintiffs' Counsel or Other Borrowers Receive Compensation? |
| 4. | What are the terms of the proposed Settlement? | 12. | What claims will be released under the Settlement? |
| 5. | How will the Settlement Fund be Distributed? | 13. | What if the Settlement is not approved by the Court? |
| 6. | What do I need to do to participate in the Settlement? | 14. | Where do I get additional information? |
| 7. | Can I exclude myself from the Settlement? | 15. | What are the relevant dates? |
| 8. | Why, when and where will a Fairness Hearing be held? | | |

### 1. WHY SHOULD I READ THIS NOTICE?

This Notice has been mailed to you because Fairbanks' records show that you had a home mortgage loan that was serviced by Fairbanks between January 1, 1999 and December 10, 2003 (the "class period"), and that you fall within the proposed class of consumers in this case. The proposed class of consumers is further discussed in Section 3 of this Notice. Therefore, you (and any co-borrowers on your loans) may be eligible to receive money from a proposed settlement (the "Settlement") of a Federal Trade Commission (the "FTC") lawsuit and class action lawsuit filed against Fairbanks. Please share this Notice with any co-borrowers on your loans.

This Notice describes the FTC and private lawsuits against Fairbanks, your rights under the proposed Settlement, and the date and time of a public Fairness Hearing that will be held by the United States District Court in Boston to consider the fairness of the proposed Settlement. Although the Fairness Hearing will be held in a Massachusetts court, the proposed Settlement covers persons nationwide.