**USA/Fairbanks Capitol Corp.**

7643 Madison Drive
Biloxi, MS 39532
United States

Phone (228) 392-6716
Fax NA

FILED
CLERKS OFFICE

2004 APR 26  P 12: 52

DISTRICT COURT
DISTRICT OF MASS.

March 29, 2004

Civil Clerk's Office
United States District Court for the District of Massachusetts
John Joseph Weekly Courthouse
One Courthouse Way
Boston, MA 02210

Dear Sir/ Madam ,

Enclosed you will find some information I have sent to Fairbanks on the on going class action lawsuit and some payment history reports they sent me back in response. I have highlighted most everything that was of concern to me that I did not think was right to be added to my payment , but they did not have a response for me. I have also circled all over charged items like, property preservation, which I thought was my responsibility to keep up , not Fairbanks. So far I can add up to $1,804.50 plus all the charges they have added in the bankruptcy and other charges after the bankruptcy was closed.   SEE ATTACHMENT II

    I told my attorney I would not allow another charge or sign another form for any more charges to be added to my bankruptcy from Fairbanks. The letter from Morris and Associations is what I am talking about , them adding more charges to my account. I am enclosing check copies, originals can be obtained from the bank if needed. The first payment due after the bankruptcy was filed June 13 , 2002 was due July 30 2002. Please see check list or The Peoples Bank check no.1315-458.38 dated August 3, 2002, stamped by Fairbanks as received August 14, 2002 this was the July 30, 2002 payment. The second payment was due August 30, 2002, check written on September 4,2002 check no.1334-458.38 stamped by Fairbanks as received September 15, 2002 , this payment was the August 30, 2002 payment. The third payment was check no.1361-458.38 dated October 6,2002, stamped as received by Fairbanks October 11,2002 due September 30, 2002. Fourth payment check no.1379-458.38 due October 30, 2002 the date on check is November 4,2002. Now tell me why I should allow Morris and Associates to charge me $1,833.52 more for some payments already paid and have the receipts of. The total comes to $1,833.52. My objections is to all these false charges Fairbanks capital wants to add to my mortgage. Just think if I had allowed these charges to be added to my bankruptcy, what an injustice that would have been. Since I have receipts for all the charges they wanted to add, I can not understand why they wanted to do this to me, but I guess I am one of the few others that were done harm to.

    ATTACH 1

They have already added the charges listed in the customer account activity statement dated May 1, 2002. These were included in my bankruptcy of June 13, 2002. Which I am now paying for. These are the current fee charges they keep adding to my mortgage.   ATTACH II

Here is a monthly mortgage statement stating I have $1,909.00 due in current fee balance, also as of January 30 a payment of $118.29. This is not a payment. Why are they charging this amount to me?                                                                                            ATTACH III

This demand letter was before I went into bankruptcy June 13, 2002. At this time I was two payments behind and my lawyer filed this bankruptcy for me. In the bankruptcy three payments were filed which were $1,375.14, but Fairbanks said that I owed $4,866.93. So this amount was added to the bankruptcy, this was before I found out about all the fees I had to pay for property preservation and all these charges you see listed on attachment two. ATTACH IV

Enclosed is a bankruptcy summary from the trustee which shows the date the bankruptcy was filed, June 13, 2002. This summary shows the amount Fairbanks said I owed, a total of $4,866.93. That was the third payment my Attorney, Mr. James Gardner added to the bankruptcy. I only owed these three payments, they charged me $3,491.79 more for what? I want to know. So far I have not been told why. This is the most disturbing news I have gotten from Fairbanks yet.                                                                                            ATTACH V

I am a widow, on Social Security and Retirement. I am 67 years old. I do no need a mortgage company who will continue to send me letters of default and adding more charges.

How can I ever trust anyone who keeps adding money to my mortgage and how can I every pay off my home if they keep making me go bankrupt. I thought when I bought a home I would make a monthly payment until I would have it paid off in thirty years. I make my payment then I find out that my mortgage company has added some more fees for who knows what, then I find myself not able to catch up.

P.S. $1804.50 FOR FEES LISTED IN ATTH II

$1833.52 FOR JULY 02 TO OCT 30, 02 IN ATTH I

$1909 Current FEE Balance LISTED IN ATTH III

3491.79 FOR BANKRUPTCY when only 3 payments were Put in amount 458.38 ea in ATTH V

Sincerely,

*Mrs. Mary J. Stabler*

Mrs. Mary J. Stabler