TO: CIVIL COURT OFFICE
UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY COURTHOUSE
ONE COURTHOUSE WAY, BOSTON, MA.02210

FROM: PATRICIA A. BROOKS

SUBJECT: FILING AN OBJECTION

DATE: 04/14/04

Dear Mr. John Joseph Moakley,

This letter is in regards, Civil Aaction No. 03-12219-DPW vs Civil Action NO. 03-10895-DPW in putting in an objection. My objection is that Fairbank Capital Corp/Holding Corp. did cause harm to me. The harm thatn Fairbank Capital did send me letters to foreclosure on my house, due to their reasons of delinquency. Fairbank Capital did come to my house (a man) with threats to foreclosure. I did informed Fairbanks Capital representative that he had no reason to come to my house with threats of foreclosure, because I was not behind in my mortgage, and there is a grace period, therefore; why are you here threatening to foreclosure. It cause me a great deal of stress. I became very nervous, couldn't sleep, waiting to here if the representative was foreclosing on my home. I didn't hear from the representative, anymore. I did have letters and personal cards that were left in my doorway,by the representatives. Granted, I was late paying my payments, but did't pass the grace period.

Secondly, when the mortgage was refinance, the rate of payment stayed the same. According to my paperwork, my mortgage payments should have been less than what I'm paying. Therefore; I find Fairbank did not adjust my account from 521.63 to $484.00 a month. I really don't understand , why my payments wasn't adjusted. I do have paperwork showing the lesser amount. I find this to be unfair that Fairbank didn't ajust my account. Harm is still being done to me because of the difference in payment.

Thank you for your attention on this matter.

Sincerely,

Patricia A. Brooks
204-C Highland Blvd
Burn Brae
New Castle, Delaware 19720

cc.kelly M. Dermody, Esq.