

**USA v. Fairbanks Capital Corp.**

Alanna L. Curry, et al. v. Fairbanks Capital Corp.
Claims Administration Center, c/o Gilardi & Co. LLC
P.O. Box 808054, Petaluma, CA 94975-8054

CLAIM FORM – LATE FEES/DEFAULT RELATED FEES

Please Do Not Use Red Ink, Pencil or Staples

285189       FTCFBK-12354471-8

```
********************AUTO**3-DIGIT 476
JOYCE L HARBISON            T1394  P1
RR 1 BOX 48
FRANCISCO IN 47649-9717
```

Claim No.: **12354471**
Fairbanks has charged you **$267.07**
for late fees and certain other
default-related fees

As described in the Notice of Proposed Class Action Settlement, you are eligible to receive a settlement payment that will refund some of the late fees and other default-related fees you paid in connection with your mortgage loan(s) serviced by Fairbanks on or after January 1, 1999. As the Notice explains, the court has not yet given final approval to the settlement; if the court does not approve the settlement, there will be no refunds issued.

The amount shown above is the total amount of late fees and other default-related fees Fairbanks has charged you in this time period, less the amount of any refunds of those fees. Not all of these fees were illegal, but the lawsuits alleged that some of the fees were illegal. For example, Fairbanks allegedly charged late fees even when borrowers made their mortgage payments on time, or charged duplicative or unnecessary default-related fees. Your settlement payment will be a portion of the total amount Fairbanks has charged you. The amount you will receive will depend on the number of claim forms submitted and will reflect a percentage of the amount you paid.

To receive a settlement payment, you and any co-borrowers on the loan(s) must sign this form below. **In addition, you must return this form to the Claims Administration Center at the above address, postmarked no later than April 24, 2004.** A return envelope is enclosed for your convenience.

By signing below, you and any co-borrowers on your loan(s) affirm that you believe that some of the late fees or other default-related fees that Fairbanks charged you were improper, and that you would like to receive a settlement payment. As consideration for a settlement payment, you and any co-borrowers on your loan(s) agree to release Fairbanks and related entities from all claims with respect to the servicing of your loan(s) through December 10, 2003, as set forth in the Settlement Agreement in the *Curry* action.

**IMPORTANT: You and all co-borrowers on the loan(s) must sign here to make a claim.**

*Joyce L. Harbison*
(Signed)

_____
(Signed)

If your address is different from what appears above, please write any changes in the boxes provided below:

Address

City                State    Zip Code

If you have any questions regarding the claims process, please call Gilardi toll-free at 800-377-1287,
or visit its website at www.gilardi.com/fairbanks.

**IMPORTANT INFORMATION ON THE OTHER SIDE OF THIS DOCUMENT.**





February 09, 2004

Joyce Harbison
RR 1 BOX 48
FRANCISCO, IN  47649

Loan Number: 338060

Property Address:  Rr 1 Box 48; Francisco, IN

Dear Customer:

Approximately 20 days ago, we notified you that we do not have any evidence of an in-force hazard/fire insurance policy for the above-referenced property.

If your hazard/fire insurance is in force, please contact your agent or company immediately and have them send us a copy of your current insurance policy. The policy must confirm that there has been no lapse in coverage, and must reflect you as the insured and list "Wilshire Credit Corporation, Its Successors and/or Assigns", as the mortgagee. Please send or fax proof of insurance to the address listed below:

Wilshire Credit Corporation       3611 SW Hood Ave.   Fax # (503) 294-0263
Attention: Insurance Department   Portland, OR 97239

If we do not receive a replacement or renewal policy within the next 10 days, we will order six-months of hazard/fire coverage on your behalf to protect the security of our loan. The insurance may provide less coverage than your old policy and may be more costly. It does not cover, among other things, the replacement cost of your structure; worker's compensation; injuries to person(s) or property for which you may be liable; or damages due to flood or earthquake. If we have to issue this policy, the premium and a $15.00 non-refundable placement fee will be added to your loan with interest.

Coverage will be placed effective on the date your previous policy canceled or expired. The annual premium plus any applicable fees will be your expense and will need to be paid with your next loan payment or in conjunction with your escrow impound account.

Please remind your insurance agent or company that, in the future, we must receive a copy of your hazard/fire insurance policy each year. All insurance policies must reflect you as the insured and list "Wilshire Credit Corporation, Its Successors and/or Assigns" as the mortgagee.

If you have any questions regarding this matter, please do not hesitate to contact our Insurance Department at 800-611-9925. Thank you for your prompt attention to this matter.

Sincerely,
Wilshire Credit Corporation
Insurance Department

YOU SHOULD CONSIDER THIS LETTER AS COMING FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. ANY INFORMATION PROVIDED BY YOU WILL BE USED TO COLLECT THIS DEBT. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. **COLORADO:** In Colorado, the Colorado Collection Agency Board, 1525 Sherman Street, Denver, CO 80203, licenses collection agencies. Payments should not be sent to the Board. **IDAHO:** If you have been advised that your creditor is Wilshire Funding Corporation, First Bank of Beverly Hills, or an affiliate thereof, the majority shareholder of Wilshire Credit Corporation owns the stock of these creditors. **TENNESSEE:** This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance. NYC License: 1032551.
Wilshire's office hours are Monday - Friday 7:00 AM to 5:00 PM Pacific Standard Time.

Rev. 8/03    W 1023

# WILSHIRE CREDIT CORPORATION

Dear Customer:

Our records currently indicate that we still have not been provided with any evidence of an in-force hazard/fire insurance policy. Therefore, it has been necessary for us to obtain hazard/fire insurance coverage on your behalf **and at your expense** to protect the security of your loan. A copy of this policy is enclosed for your records.

This insurance **protects your interest** providing **fire/structural coverage for the building only. It does not cover, among other things, the replacement cost of your structure; worker's compensation; injuries to person(s) or property for which you may be liable or damages due to flood or earthquake. Due to varying construction costs, the insurance limits provided by the policy may not be sufficient to restore the property in the event of a total loss.** The premium may also be significantly higher than the premiums you may be able to obtain through an insurance agent or company.

**The cost of this policy is $352.00 semi-annually which does not include a policy placememt fee of $15.00.**

**This policy period is 10/01/2003 to 04/01/2004.**

The annual premium for this coverage has been charged to an escrow account, **and is repayable in monthly installments, fully amortized over the next twelve months. Should the advance of premium create an escrow deficiency, interest will be charged at your note rate. The policy placement fee has been charged to your loan and is due and payable with your next scheduled principle and interest payment.**

If you have or wish to purchase your own replacement insurance, we will cancel this coverage as of the effective date of your policy. This policy must reflect you as the insured and list "Wilshire Credit Corporation, Its Successors and/or Assigns", as the mortgagee. A pro rata earned premium will be charged if there is a lapse in coverage. Please send or fax proof of insurance to the address listed below.

Wilshire Credit Corporation<br>
Attention: Insurance Department<br>
3611 SW Hood Ave<br>
Portland, OR 97239<br>
Fax# (503) 294-0263

If you have any questions regarding this matter, please do not hesitate to contact our Insurance Department at 800-611-9925.

Sincerely,

Wilshire Credit Corporation
Insurance Department

YOU SHOULD CONSIDER THIS LETTER AS COMING FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. ANY INFORMATION PROVIDED BY YOU WILL BE USED TO COLLECT THIS DEBT. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. **COLORADO:** In Colorado, the Colorado Collection Agency Board, 1525 Sherman Street, Denver, CO 80203, licenses collection agencies. Payments should not be sent to the Board. **IDAHO:** If you have been advised that your creditor is Wilshire Funding Corporation, First Bank of Beverly Hills, or an affiliate thereof, the majority shareholder of Wilshire Credit Corporation owns the stock of these creditors. **TENNESSEE:** This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243.

Wilshire's office hours are 7:00 AM to 5:00 PM Pacific Standard Time.

**NOTICE OF INSURANCE**  GP56392

**AGRICULTURAL INSURANCE COMPANY**
49 E. FOURTH STREET  CINCINNATI, OH 45202

THIS INSURANCE IS NON-TRANSFERABLE

ISSUE DATE: 02/19/2004

ITEM 1: Borrower Name and Mailing Address

Insured (Lender) and Address

Joyce Harbison
RR 1 BOX 48
FRANCISCO, IN 47649

Wilshire Credit Corporation
Wilshire Credit Corporation
14523 SW Millikan Way, Ste 200
Beaverton, OR 97005

ITEM 2: Coverage Period

From: 10/01/2003  To: 04/01/2004

Master Policy #: 1035174    02310421923

Loan Number: 338060

| ITEM 3: COVERAGE TYPE | AMOUNT OF INSURANCE | PREMIUM |
|---|---|---|
| RESIDENTIAL (Dwelling) | 76,183.00 | 352.00 |
| COMMERCIAL OCCUPIED | | |
| COMMERCIAL VACANT | | |

ITEM 4: Property Address

Rr 1 Box 48; Francisco, IN 100

**This is not a Homeowner's Policy:** This insurance provides dwelling protection against loss to the property from perils including but not limited to fire, lightning, explosion, vandalism and riot, subject to the terms, conditions and exclusions set forth in the lender's policy. This coverage may not meet the borrower's insurance needs. There is no liability, contents, additional living expenses, flood or earthquake coverage. In the event of a total loss, the limits provided above may not be adequate to restore the property.

**Deductible:** In the event of loss, this policy shall be subject to a deductible as defined in the policy Declarations of the lender's policy. If more than one dwelling is insured and is damaged by the same occurrence, the deductible shall apply separately to each dwelling.

**This Notice of Insurance is for information only. It neither amends, extends nor alters the coverage afforded by the lender's master policy which it describes.**

ACF-3010 (8/99)