Michigan City Indiana
207 East Eight St
3   2004

To Whom it may Consurn
I am writing in reguard to the
mortg that I have with with

Lond service center
Jacksonville Florida. I have
had a problum with them from
the start I got the Lond on
June 1999. and the Lond said
June 2008 I Be paid in full
from the start they signed me on
with a crucked Lond out in
illinoise gave me a false insurence
they had to meet coort in
about that then they signed me
own with a nother crucked Lond
out in Soult Lake City trying get
money out me fartop that I
had already paid, they Been
sending me from one cruck to
another. I have not missed a
payment I always send it over
night from the Post office
once I tried fot it to them and they

said they didnt know me & got the western union paper the people out in indonopilos got the papers and knows Ben sending my morty Nates on time these are the crooks that Louisiona sent to indiona for the FBI and policies had a meeting in L-port court house worning us about they are really crooks and Louis vill Contucky and Soult Lake City is Bold with what they Do & quit talking with them all togother and Just send my money to Jackson ville Florida and keep the receats all of crooks But Soult Lake and Louis ville is the worst and then that was in illinoise I only got 4 more years is the Contract sais on the paper I got OK from Mrs Ora Robinson lost number Social Security no 15H1