RE: Request for Exclusion from Class
U.S. v. Fairbanks Capital Corp., Case No. 03-12219-DPW; and
Curry v. Fairbanks Capital Corp. Case No. 03-10895-DPW

To Whom It May Concern:

Please note that I wish to be excluded from the settlement mentioned above.
Consider this an official "opt-out" notice.

We have suffered greatly by the hands of Fairbanks Capital and we do not believe this proposed settlement is fair.

Fairbanks Capital has successfully stolen the "American Dream" from tens of thousands of families. They have taken homes from innocent families that made the simple mistake of not being able to afford to defend themselves against a very rich, very fraudulent mortgage servicer.

Fairbanks has successfully stolen homes from the elderly, families with young children, and the disabled. All of which depended on the equity in their homes to retire, send children to college, or receive medical care.

Fairbanks Capital served us foreclosure papers days before Christmas in 2002. We had never missed a payment, our mistake was refusing to pay for force-placed Hazard Insurance even after we had provided Fairbanks with proof of insurance eleven times in a six week period.

At first we thought it was just a horrible mistake, and Fairbanks would correct it.
That year, instead of Christmas cards, we received a mailbox full of advertisements from lawyers and investors that promised to "bail us out" and avoid foreclosure.

My fiance was forced to quit her job as dealing with Fairbanks and trying to save our home became a full time job. She spent eight hours a day on the phone with them many times, only to be cursed at, hung up on, and threatened.
After weeks of this abuse, my fiance told a Fairbanks representative that we would retain a lawyer to settle this, the Fairbanks representative laughed at her and said " Go ahead and sue us, we have more money then God, we will get your house".

The proposed settlement is not fair and just. This settlement could never repair us and make us whole, nor could it repair the thousands of families that were ripped out of their homes and robbed of their equity. What happened here is illegal and should be treated as a crime.

This proposed settlement is nothing more then a slap on the wrist, and if it is approved, many other Mortgage Servicers that engage in these same business practices will have the "go ahead" to continue business as usual.... Stealing the American Dream.

Please reconsider the terms of this settlement.

Sincerely,

*Joseph Concannon*
Joseph Concannon

Please note that I wish to be excluded from the above mentioned settlement (Fairbanks Capital)

Joseph F. Concannon

*Joseph F. Concannon*

3370 Beau Rivage Drive #B-1
Pompano Beach, FL 33064

954-943-5584

SS # (last 4 digits) : 1604

Fairbanks loan # 0002655108

To: Claims Administration Center
Gilardi & Co. ..P.O. Box 80811
Petaluma, CA 94975-8011

Gary Klein, Esq.
John Roddy, Esq.
Grant & Roddy
44 School Street, Suite 400
Boston, MA 02108

Kelly M. Dermody, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battert Street, 30th Floor
San Francisco, CA 94111

Thomas M. Hefferon, Esq.
Goodwin Proctor LLP
Suite 500
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Niall P. McCarthy, Esq.
Cotchett, Pitre, Simon & McCarthy LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
San Francisco, CA 94010

Daniel Mulligan, Esq.
Jenkins & Mulligan
660 Market Street, 3rd Floor
San Francisco, CA 94104

Lucy Morris, Esq.
Division of Financial Practices
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Ave, NW Mail Drop NJ-3158
Washington, DC 20580

Civil Clerks Office
The Honorable Douglas P. Woodlock
United States District Court for the District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210