## LEVI BUTLER

1870 New Hope Rd. SW
Atlanta, Georgia 3033-7743
Phone/ Fax (404 349-5566
lvbtl@aol.com

April 6, 2004

The Civil Clerk's Office
United States District Court for Massachusetts
John Joseph Moakley
One Courthouse Way
Boston MA 02210

Reference: Civil Action no. 03-12219-DPW
           Civil Action no. 03-10895-DPW

Dear Mr. Moakley:

Pursuant to the above civil actions and Notice Of Proposed Class Action Settlement and Settlement Hearing. Please accept this letter as my objection to the proposed settlement.

I object on the grounds I have paid $4,561.18 billed in error in a payoff statement when I refinanced my loan, $641.00 in hazardous insurance that should have been credited, $3,0297.57 for mortgage payments that were paid but not due and excessive legal fees that was claimed when I filed for bankruptcy in January 1999.

My allegations are outlined in the attached letters dated July 21, 2003 to Fairbanks Capital, and August 26, 2003 to Jay Meyerson . Further you will find an enclosed copy of statement dated February 22, 2004 showing hazard insurance that was billed in error in the amount of $641.00 Enclosed you will find also other letters and related documentation that I hope will further clarify my allegations.

Your assistance would be greatly appreciated. Thank You.

Sincerely,

*[signature]*
Levi Butler

cc: Gary Klein, Esq.           FTC Counsel                              Thomas M Hefferon Esq.
    John Roddy, Esq.            Lucy E. Morris Esq.                      Goodwin Procter LLP
    Grant & Roddy               Division of Financial Practices          Suite 500
    44 School Street, Suite 400 Bureau of Consumer Protection            1717 Pennsylvania Ave.
    Boston   MA 02108           Federal Trade Commission                 Washington, DC 2008
                                600 Pennsylvania Ave Mail Drop NJ-3158
                                Washington DC 20580

enclosures

# LEVI BUTLER

1870 New Hope Rd. SW
Atlanta, Georgia 3033-7743
Phone/ Fax 404 349-5566
lvbtl@aol.com

August 24, 2003

Banking & Finance
Attn: Legal & Consumers Affairs Department
2990 Brandywine Road, Suite 200
Atlanta, Georgia 30341.5565

Reference: Loan # 0030055347
        Fairbanks Capital Corp. formerly Aames Home Loan
        Phone 1 800.258.8602 Customer Service.
        Corporate Offices 323.210.5311 Fax 323.210.5551

Dear Commissioner:

I sorely seek your help. I want a corrected payoff from this company no later than September 19, 2003 reflecting the proper credits. During the course of this loan I have repeatedly have had questions and invariably I would reach a recording. I left messages but rarely would I receive a return phone call. If I were fortunate enough to speak with an administrator, my questions were never fully answered, if at all.

Currently Fairbanks Capital Corp., formerly Aames Home Loan holds the mortgage on my home.
I refinanced my home with this company in June of 1996. I now have learned that the interest rate of 12 3/4% was excessive. In my opinion it appears that this mortgage Company engages in what I believe to be "predatory lending practices. My claim is supported in summary in my letter to A. Jay Meyerson, Chief Executive, dated 8/ 25 /03 (copy enclosed).

Though I did receive a payoff quote from Fairbanks Capital Corp. (copy attached). It is not correct. Subsequently, I requested in writing (letter attached) an explanation for unexplained charges in this quote. To date I have received no reply. Further, I'm seeking a detail explanation and a refund for double payments made while I was in bankruptcy. When ask this question was completely ignored by the law firm representing Aames.

It is my intent to refinance my home with a reputable company while the rates are at an all time historical low. Of course indications are that these rates will most assuredly go up and they have. The rates continue to increase. Time is of the essence. Currently I have a GFE pending with a reputable mortgage company. I intend to close by September 30, 2003. More importantly I want to free myself form a company who's business practices I believe to be suspect.

Sincerely,

*Levi Butler*

Levi Butler

# LEVI BUTLER

1870 New Hope Rd. SW
Atlanta, Georgia 3033-7743
Phone/ Fax (404 349-5566)
lvbtl@aol.com

August 26, 2003

Mr. A. Jay Meyerson                                                                 Express Certified Mail
Chief Executive Office
Aames Financial Corporation
350 South Grand Avenue 43thFlor
Los Angeles, California 90071

Mortgage Loan: #0030055347 Aames Home Loan/ Fairbanks Capital Corp

Dear Mr. Meyerson:

Consider this yet another request for a loan payoff effective 09/14/03 and with a full explanation of accounting for charges outside the principle balance of $81,071.74. It was my hope to have refinanced my loan while interest rates are at historic lows. Your company's delay in handling my request thwarts my efforts of refinancing my loan and is having a negative financial impact. **Interest rates have increased and will continue to climb**.

Throughout the course of this loan your firm have engaged in what some would allege to be "predatory lending practices" or at best, poor administrative and accounting procedures while servicing my loan. I have been more than just inconvenienced. I've been wronged. Your firm has levied "fees", "fines", "charges" and "loan advances" that appear to be suspect.

I hope you can restore my confidence in your product and service by addressing the following:

- Your letter dated 01/06/99 the tone of the letter suggested possible help. I was then three months late with my payment. Per your letter I remitted a financial statement with a repay plan and my intent to pay. It was completed ignored, you never responded and my calls were never returned. The next month you demanded full payment and threaten me with foreclosure. You then initiated foreclosure procedures.
- I felt I was forced to file bankruptcy. From the onset your firm claim I owed monies that I did not owe, in the excess of $20,000.00. Extortion. I along with my lawyers challenged that claim. You withdrew that claim (the judge rule in our favor), yet you reduce the claim to only $11,000.00. Per the attached statement your claim still appears to be in error (see attached).
- Correct your files. My bankruptcy was discharged on 07/22/03 (copy attached).
- Your letter dated June 11, 2003 and your statement dated 07/17/03 both reflects no mortgage due for three months. Hence I did not remit a payment for three months. Later your lawyers file a motion claiming my loan to be in default. My lawyers challenge this claim; your attorneys ignored the statement and my attorney's letter. The judge reset my court date on three separate occasions awaiting your response. None came. Then I was ordered to pay. $3,3029.57 in installments and an additional $1,000.00 at the hearing. Why? How did you arrive at this amount? What happen to

2

the credit that was reflected on **YOUR** statement (See attached) letter dated November 14, 2002, Consent order of 01/28/03.

- I received a check #637226-dated 08/08/03 in the amount of $1,645.46 presumably for misapplication of funds. You failed to address the $2,176.99 for invalid late charges, see my letter dated July 21, 2003. You can not access post petition bankruptcy charges unless you go through the courts.
- Your insurance department charged my account for hazardous insurance. I have had no laps in coverage. See attached insurance declaration. Please credit the same.

**Any good faith** effort to address my concerns would be a vast improvement. I'm seeking a finite resolution that can be mutually agreed upon. If not, I feel I will have no other recourse but to pursue all legal avenues open to me to recover what monies may be due me.

Respectfully,

*Levi Butler*

Levi A. Butler, Jr.

cc: Banking & Finance
    Legal & Consumers Affairs Department
    2900 Brandywine Road, Suite 200
    Atlanta, Georgia 30341-5565

    Customer Advocate
    Consumers Affairs Department
    10401 Deerwood Park Blvd.
    Jacksonville, Fla. 32256

    Investors Relations
    Aames Financial Corporation
    350 South Grand Avenue 43 Floor
    Los, Angeles, California 90071

3




Aames Funding
Corporation

01/05/99

*This is a debt-collection effort*

LEVI  BUTLER JR.

1870 NEW HOPE ROAD
ATLANTA                GA 30331

Re:  Loan no. 0003005534
     Property Address:  1870 NEW HOPE ROAD
                       ATLANTA              GA    30331

Dear Borrower(s):

Helping you maintain homeownership is our primary goal at Aames Home Loan. Therefore, please complete the enclosed Income and Expense Statement and return it to our Default Alternatives Department. Along with the Income and Expense Statement please include a letter indicating your reason for hardship on your home loan. The Income and Expense Statement along with your Reason for Hardship Letter must be received in our office within ten (10) days from the date of this letter. If your loan is in foreclosure status, the Income and Expense Statement along with your Reason for Hardship letter must be received within five (5) days of this letter. This information will help us gain a better understanding of your financial situation. Which in turn, will allow us to explore possible reinstatement options which may be available to assist you. Furthermore, a property valuation may be needed in order to fully analyze your financial condition. If a valuation is deemed necessary, a nominal fee will be charged to your loan.

If you are behind in your loan payments, you should make every effort to continue making payments. Please note that during the processing of your request for assistance, you will be responsible for any late charges that may be assessed for late payments. Also, any collection/foreclosure activities that may have already begun will continue during this review period.

We will make every effort to assist you during this time of hardship. Our Loss Mitigation Officer will contact you within three days of your completed Income and Expense Statement. A self-addressed envelope is enclosed for your convenience. Should you have any questions, please contact the Loss Mitigation Representative, using our toll free number (800) 805-6515,

Mailing Address: P.O. Box 76930, Los Angeles, CA 90076



January 10, 1999


Aames Home Loan
Special Assets Group
P.O. Box 76930,
Los Angeles, California 90076


Reference: Loan No: 0003005534


Dear Mr. Alvare


I received your letter and appreciate your efforts to assist me with my loan. But I regret to inform you that I will not be able to pay the entire over due amount at present.

I was diagnosed with cancer and did have surgery but have been unable to work. I am very happy to report the surgery was a success and there will be no need for subsequent radiation or chemo-therapy. I will be returning to work in February or March 1999.

During the past few months my focus has been on my health. Now having recovered from surgery I can redirect my focus toward my personal fiances. I am asking that you please work with me in my efforts to bring my mortgage current.

Enclosed is the Income and Expense Statement you requested. For your information I have also enclosed a letter from my Doctor. This is a confidential letter but it may prove helpful in that it addresses my health status.

Thank you for your farsightedness in this credit matter.


Sincerely

*Levi Butler*

Levi Butler