03-12219-DPW

March 23, 2004

Dear Sirs,

Fairbanks Capital Corporation appears today to be doing business as usual, but I believe, are still continuing to carry out deceptive & fraudulent mortgage practices even while they have recently agreed to clean up their inappropriate business practices on mortgages with the USA vs. Fairbanks suit & other Class Case suits that are currently going on. I believe Fairbanks thinks they can recoop their losses from those settlements, & continue to foreclosure, in a fraudulent way & get by with it, for a time. I know of 3 Fairbanks foreclosures in Washington in process, being undertaken in a deceptive way. I acquired full title on my home in 1992, but I have lived in the house 20 yrs. I am an elementary schoolteacher & have learned, three holding full title on the home over 13 years, much about home mortgages. I refinanced my home 7 years ago

and lowered my house payment to $588.01. I am a single woman. It is my only asset. My home is at 1268 South Geiger, Tacoma, Washington, 78465. The Deed of Trust was transferred or sold 5 or 6 times since 1992. My house is around 2800 square feet & is in a prime well-established neighborhood overlooking the water. It was valued with a residential appraisal at around $330,000. I never had a late payment or problem with my mortgage payment until Fairbanks acquired it around 2 years ago. I sent Fairbanks a number of correspondences over the past years to get some explanation on problems that they claimed were on the mortgage payments. It didn't take them long to start the default process on me. A number of correspondences I sent Fed. Ex. with a signed receipt to show they had accepted those. I never got any explanation of anything. I did call & talk to Wes Workman in their mortgage department. They sent me forebearance agreements, more than one, but I told myself I should


3

have an attorney examine these agreements. I had 2 attornies look at them. I was advised not to sign them. You will note their are some significant money amount differences on these documents. They first one they sent me, asked for $42,728.20 to reinstate the loan. The $21,173.44 figure — where they got that — they never would explain. I had informed them by June 27th, 2004 an attorney was examining their figures, the figures on the forebearance agreement. They removed a $16,307.63 amount charged P.d of the agreement. I have documented copies of all the house payments I made to Fairbanks. My attorney, Milnor-Lewis & Associates in Seattle never got any answers from Fairbanks on his inquiries on money amounts on the agreements. On July 8th, 2003 monies ^was paid to Fairbanks to reinstate the loan, $42,733.82. Fairbanks reinstated the loan, but did not deduct the amount from the total mortgage loan amount. Any statements you need from the attorneys that handled

4

that portions of the Fairbanks matter I will provide. That lawyer, Milnor-Lewis & Associates is not handling the current situation with Fairbanks for me. I currently do have legal counsel. The $42,733.82 was paid to stop a trustee sale on the home not as part of any forebearance agreement. All 3 forebearance agreements had differing money amounts & what 2 attorneys said were tricky payment dates, one agreement in particular, dated June 24, 2003 & due dates that weren't correct, consistent, I was told if I signed those, & sent the money with the agreement, they could be declared null & void by Fairbanks, & they could proceed with a foreclosure. Fairbanks refuses to deduct the $42,733.82 on the loan after many requests on my part, & the attorneys, to do so. I am objecting to the current USA vs. Fairbanks settlement until additional time is taken & more cases like mine investigated. I knew of 3 just here in my area. Many Fairbanks mortgage holders have not been aware of the FTC investigation & other, Baltimore, Maryland, California, etc & are close to losing their homes to Fairbanks in a foreclosure. The $42,733.82 needs to be deducted on my home loan amount to Fairbanks & put down on paper. I am sure there are still many consumers who are not

of what's going on with them nationally with the FTC & other class action litigation. Once again, I am objecting to a current settlement USA vs. Fairbanks until further investigation in <u>other states</u> where Fairbanks is moving swiftly manipulating & foreclosing in a fraudulent manner while leading the government to think they are truly cleaning up their act. I understand the parties want to settle, the FTC & Fairbanks, but I believe further investigation needs to be done in <u>other states</u>. Maryland & California were responsive quickly on a consumer & state rep. level, to look into Fairbanks practices with their loan servicing. I am unable to refinance my home as Fairbanks has not provided a current balance, minus the $42,733.82 paid on the mortgage on July 8, 2003. I have lots of equity on my home. Fairbanks will go to Court at the state level to finalize their foreclosure claim for me. They have "succeeded" with no written documentation of accurate

6

figures of what is truly owed on my loan, and in the process perjured themselves at the State court level with lots of lies. They are seeking to recover their financial losses by currently following their illegal foreclosure practices while they still can get away with it. My loan & property falls in that category. I am requesting an investigation of my current Fairbanks situation by the FTC if possible. Your assessment of what they are doing on my mortgage loan would be greatly appreciated. I have a 30 yr. fixed loan.

Sincerely,
Laura E. Crosetto
1268 South Giger
Tacoma, Washington
98465