03CV12219DPW

April 5, 2004

Civil Clerks Office
United States District Court for the District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

Gordon & Marcia Luzo
347 Gladwin
Clawson, MI 48017
248-577-5935

I would like to object to the settlement claim of United States of America v. Fairbanks Capital Corp. and Fairbanks Capital Holding Corp.

I would like to object because fees that I was totally unaware of for the year 2002 are now showing up on my February 2004 and March 2004 statements. When I contacted Fairbanks Capital Corp. today I was told that these charges are for attorney fees due to foreclosure in 2002. The "foreclosure" was due to forced placed insurance. If I sign the settlement claim I will be unable to make any new claims for the new charges that I was never told about until today. Please see the enclosed statement that I have included with this objection. I feel that there are many others receiving these new charges as well. I also feel that there are reasons only known to Fairbanks why I was not informed of these charges earlier. I believe Fairbanks wants to settle because they know that the settlement is only a small portion of the actual fees that were charged.

[signature] & Marcia Luzo    4-5-04

April 5, 2004

Civil Clerks Office
United States District Court for the District of Massachusetts
John Joseph Maokley Courthouse
One Courthouse Way
Boston, MA 02210


Gordon & Marcia Lupo
347 Gladwin
Clawson, MI  48017

248-577-5935


I would like to object to the settlement claim of United States of America v. Fairbanks Capital Corp. and Fairbanks Capital Holding Corp.


I would like to object because fees that I was totally unaware of for the year 2002 are now showing up on my February 2004 and March 2004 statements. When I contacted Fairbanks Capital Corp., today I was told that these charges are for attorney fees due to foreclosure in 2002. The "foreclosure" was due to forced placed insurance. If I sign the settlement claim I will be unable to make any new claim for the new charges that I was never told about until today. Please see the enclosed statement that I have included with this objection. I feel that there are many others receiving these new charges as well. I also feel that there are reasons only known to Fairbanks why I was not informed of these charges earlier. I believe Fairbanks wants to settle because they know that the settlement is only a small portion of the actual fees that were charged.

*[signatures]*

4-5-04

USA v. Fairbanks Capital Corp.

Alanna L. Curry, et al. v. Fairbanks Capital Corp.
Claims Administration Center, c/o Gilardi & Co. LLC
P.O. Box 808054, Petaluma, CA 94975-8054

### CLAIM FORM – LATE FEES/DEFAULT RELATED FEES

Please Do Not Use Red Ink, Pencil or Staples

286745    FTCFBK-13307161-8

GORDON LUPO
347 GLADWIN AVE
CLAWSON MI 48017-2206

Claim No.: 13307161

Fairbanks has charged you $683.63 for late fees and certain other default-related fees

As described in the Notice of Proposed Class Action Settlement, you are eligible to receive a settlement payment that will refund some of the late fees and other default-related fees you paid in connection with your mortgage loan(s) serviced by Fairbanks on or after January 1, 1999. As the Notice explains, the court has not yet given final approval to the settlement; if the court does not approve the settlement, there will be no refunds issued.

The amount shown above is the total amount of late fees and other default-related fees Fairbanks has charged you in this time period, less the amount of any refunds of those fees. Not all of these fees were illegal, but the lawsuits alleged that some of the fees were illegal. For example, Fairbanks allegedly charged late fees even when borrowers made their mortgage payments on time, or charged duplicative or unnecessary default-related fees. Your settlement payment will be a portion of the total amount Fairbanks has charged you. The amount you will receive will depend on the number of claim forms submitted and will reflect a percentage of the amount you paid.

To receive a settlement payment, you and any co-borrowers on the loan(s) must sign this form below. In addition, you **must return this form to the Claims Administration Center at the above address, postmarked no later than April 24, 2004.** A return envelope is enclosed for your convenience.

By signing below, you and any co-borrowers on your loan(s) affirm that you believe that some of the late fees or other default-related fees that Fairbanks charged you were improper, and that you would like to receive a settlement payment. As consideration for a settlement payment, you and any co-borrowers on your loan(s) agree to release Fairbanks and related entities from all claims with respect to the servicing of your loan(s) through December 10, 2003, as set forth in the Settlement Agreement in the *Curry* action.

**IMPORTANT: You and all co-borrowers on the loan(s) must sign here to make a claim.**

_____
(Signed)

_____
(Signed)

If your address is different from what appears above, please write any changes in the boxes provided below:

Address

City                                State    Zip Code

If you have any questions regarding the claims process, please call Gilardi toll-free at 800-377-1287, or visit its website at www.gilardi.com/fairbanks.

**IMPORTANT INFORMATION ON THE OTHER SIDE OF THIS DOCUMENT.**

USA v. Fairbanks Capital Corp.

Alanna L. Curry, et al. v. Fairbanks Capital Corp.
Claims Administration Center, c/o Gilardi & Co. LLC
P.O. Box 808054, Petaluma, CA 94975-8054

## CLAIM FORM – LATE FEES/DEFAULT RELATED FEES

Please Do Not Use Red Ink, Pencil or Staples

286750    FTCFBK-14095471-6

GORDON LUPO
347 GLADWIN AVE
CLAWSON MI 48017-2206

Claim No.: 14095471

Fairbanks has charged you $1,615.56 for late fees and certain other default-related fees

As described in the Notice of Proposed Class Action Settlement, you are eligible to receive a settlement payment that will refund some of the late fees and other default-related fees you paid in connection with your mortgage loan(s) serviced by Fairbanks on or after January 1, 1999. As the Notice explains, the court has not yet given final approval to the settlement; if the court does not approve the settlement, there will be no refunds issued.

The amount shown above is the total amount of late fees and other default-related fees Fairbanks has charged you in this time period, less the amount of any refunds of those fees. Not all of these fees were illegal, but the lawsuits alleged that some of the fees were illegal. For example, Fairbanks allegedly charged late fees even when borrowers made their mortgage payments on time, or charged duplicative or unnecessary default-related fees. Your settlement payment will be a portion of the total amount Fairbanks has charged you. The amount you will receive will depend on the number of claim forms submitted and will reflect a percentage of the amount you paid.

To receive a settlement payment, you and any co-borrowers on the loan(s) must sign this form below. In addition, you **must return this form to the Claims Administration Center at the above address, postmarked no later than April 24, 2004.** A return envelope is enclosed for your convenience.

By signing below, you and any co-borrowers on your loan(s) affirm that you believe that some of the late fees or other default-related fees that Fairbanks charged you were improper, and that you would like to receive a settlement payment. As consideration for a settlement payment, you and any co-borrowers on your loan(s) agree to release Fairbanks and related entities from all claims with respect to the servicing of your loan(s) through December 10, 2003, as set forth in the Settlement Agreement in the *Curry* action.

IMPORTANT: You and all co-borrowers on the loan(s) must sign here to make a claim.

_____
(Signed)

_____
(Signed)

If your address is different from what appears above, please write any changes in the boxes provided below:

Address

City    State    Zip Code

If you have any questions regarding the claims process, please call Gilardi toll-free at 800-377-1287. or visit its website at www.gilardi.com/fairbanks.

**IMPORTANT INFORMATION ON THE OTHER SIDE OF THIS DOCUMENT.**

**Fairbanks Capital Corp.**
Loan Servicing Center
P.O. Box 551170
Jacksonville, FL 32255-1170

Page 1 of 1

## MONTHLY MORTGAGE STATEMENT

| | |
|---|---|
| Statement Date: | 01/30/04 |
| Loan Number: | 2066037991 |
| **This Month's Payment** | **$746.10** |
| Payment Due Date: | 01/15/04 |
| Late Payment Amount -- *If You Pay Late:* | $764.75 |
| Late Payment Due Date: | 01/30/04 |



79977-0000583-001
GORDON LUPO
MARCIA LUPO
347 GLADWIN AVE
CLAWSON MI 48017-2206

*Any payments received after the Statement Date noted above will be reflected on your next statement.*

**Customer Service**         **1-800-258-8602**
Monday - Friday              7:00AM - 8:00PM ET

*For other important contact information see reverse side.*

### LOAN INFORMATION

Property Address: 347 GLADWIN
                  CLAWSON MI 48017

| | |
|---|---|
| Interest Rate: | 12.050% |
| YTD Interest Paid: | $.00 |
| YTD Taxes Paid: | $.00 |
| YTD Principal Paid: | $.00 |
| Current Principal Balance: | $25,188.75 |
| Current Escrow Balance: | $157.70 |
| Current Unapplied Balance: | $159.66 |

\* This amount is not a payoff quote or a reinstatement figure. If you want a payoff quote, or a reinstatement figure please see instructions on reverse side.

### PAYMENT SUMMARY

| | |
|---|---|
| Principal & Interest | $373.05 |
| Escrow | $.00 |
| Optional Products | $.00 |
| Other | $.00 |
| Past Due Payments | $373.05 |
| **This Month's Payment** | **$746.10** |
| Payment Due Date | 01/15/04 |
| Late Payment Amount -- *If You Pay Late:* | $764.75 |
| Late Payment Due Date | 01/30/04 |

If your last payment was received after the Statement Date noted above, please deduct it from your payment this month.

**Additional Amounts Owing**

| | |
|---|---|
| Late Charges Due | $74.60 |
| Returned Check Fees | $.00 |
| **Total Additional Amounts Owing** | **$74.60** |

### ACTIVITY THIS PERIOD ( 12/31/03 - 01/30/04 )

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | FEES | TOTAL |
|---|---|---|---|---|---|---|---|
| 01/30 | LT CHG ASSESSMT | 0.00 | 0.00 | 0.00 | 0.00 | -18.65 | 0.00 |

### IMPORTANT MESSAGES

*If you believe any aspect of this loan is a problem, please call 1-800-258-8602*

*You can access your automated loan information 24 hours a day or make a payment online by visiting our web site at http:/www.fairbankscapital.com, or by calling the Loan Servicing Center number listed on your statement.*

You are hereby notified that this statement is an attempt to collect a debt. All information obtained will be used for that purpose.

650-0730-0303H

*PLEASE DETACH AT PERFORATION AND RETURN THIS COUPON WITH PAYMENT*

*[handwritten notations:]* 291.70    373.05 / 74.60 / 447.65

**Fairbanks Capital Corp.**
Loan Servicing Center
P.O. Box 551170
Jacksonville, FL 32255-1170

Page 1 of 1

## MONTHLY MORTGAGE STATEMENT

| | |
|---|---|
| Statement Date: | 01/30/04 |
| Loan Number: | 2066037819 |
| **This Month's Payment** | |
| Payment Due Date: | $2,039.80 |
| | 01/15/04 |
| Late Payment Amount-- *If You Pay Late:* | $2,087.47 |
| Late Payment Due Date: | 01/30/04 |

79977-0000582-001
GORDON LUPO
MARCIA LUPO
347 GLADWIN AVE
CLAWSON MI 48017-2206

*Any payments received after the Statement Date noted above will be reflected on your next statement.*

**Customer Service**  1-800-258-8602
Monday - Friday    7:00AM - 8:00PM ET

*For other important contact information see reverse side.*

### LOAN INFORMATION

Property Address: 347 GLADWIN
CLAWSON MI 48017

Interest Rate:  8.500%

YTD Interest Paid:  $.00
YTD Taxes Paid:  $.00
YTD Principal Paid:  $.00

Current Principal Balance:  $117,661.62
Current Escrow Balance:  $4,555.46-
Current Unapplied Balance:  $.00

* This amount is not a payoff quote or a reinstatement figure. If you want a payoff quote, or a reinstatement figure please see instructions on reverse side.

### PAYMENT SUMMARY

| | |
|---|---|
| Principal & Interest | $953.46 |
| Escrow | $132.88 |
| Optional Products | $.00 |
| Other | $.00 |
| Past Due Payments | $953.46 |
| **This Month's Payment** | $2,039.80 |
| Payment Due Date | 01/15/04 |
| Late Payment Amount-- *If You Pay Late:* | $2,087.47 |
| Late Payment Due Date | 01/30/04 |

if your last payment was received after the Statement Date noted above, please deduct it from your payment this month.

**Additional Amounts Owing**
| | |
|---|---|
| Late Charges Due | $47.67 |
| Returned Check Fees | $.00 |
| **Total Additional Amounts Owing** | **$47.67** |

---

### ACTIVITY THIS PERIOD ( 12/31/03 - 01/30/04 )

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | FEES | TOTAL |
|---|---|---|---|---|---|---|---|
| 01/30 | LT CHG ASSESSMT | 0.00 | 0.00 | 0.00 | 0.00 | -47.67 | 0.00 |

### IMPORTANT MESSAGES

If you believe any aspect of this loan is a problem, please call 1-800-258-8602

You can access your automated loan information 24 hours a day or make a payment online by visiting our web site at http:/www.fairbankscapital.com, or by calling the Loan Servicing Center number listed on your statement.

You are hereby notified that this statement is an attempt to collect a debt. All information obtained will be used for that purpose.

**Fairbanks Capital Corp.**　　　Page 1 of 1

Loan Servicing Center
P.O. Box 551170
Jacksonville, FL 32255-1170

## MONTHLY MORTGAGE STATEMENT

| | |
|---|---|
| Statement Date: | 03/01/04 |
| Loan Number: | 2066037991 |
| **This Month's Payment** | **$1,119.15** |
| **Payment Due Date:** | **01/15/04** |
| Late Payment Amount-- *If You Pay Late:* | $1,137.80 |
| Late Payment Due Date: | 01/30/04 |



84890-0001512-001
GORDON LUPO
MARCIA LUPO
347 GLADWIN AVE
CLAWSON MI 48017-2206

*Any payments received after the Statement Date noted above will be reflected on your next statement.*

**Customer Service**　　　**1-800-258-8602**
Monday - Friday　　　7:00AM - 8:00PM ET

*For other important contact information see reverse side.*

### LOAN INFORMATION

Property Address: 347 GLADWIN
　　　　　　　　　CLAWSON MI 48017

| | |
|---|---|
| Interest Rate: | 12.050% |
| YTD Interest Paid: | $.00 |
| YTD Taxes Paid: | $.00 |
| YTD Principal Paid: | $.00 |
| Current Principal Balance: | $25,188.75 * |
| Current Escrow Balance: | $157.70 |
| Current Unapplied Balance: | $159.66 |

* *This amount is not a payoff quote or a reinstatement figure. If you want a payoff quote, or a reinstatement figure please see instructions on reverse side.*

### PAYMENT SUMMARY

| | |
|---|---|
| Principal & Interest | $373.05 |
| Escrow | $.00 |
| Optional Products | $.00 |
| Other | $.00 |
| Past Due Payments | $746.10 |
| **This Month's Payment** | **$1,119.15** |
| **Payment Due Date** | **01/15/04** |
| Late Payment Amount-- *If You Pay Late:* | $1,137.80 |
| Late Payment Due Date | 01/30/04 |

If your last payment was received after the Statement Date noted above, please deduct it from your payment this month.

**Additional Amounts Owing**

| | |
|---|---|
| Late Charges Due | $93.25 |
| Returned Check Fees | $.00 |
| Other Fees | $1,050.32 |
| Unapplied Balance | $159.66- |
| **Total Additional Amounts Owing*** | **$983.91** |

*Does not include principal balance



### ACTIVITY THIS PERIOD ( 01/31/04 - 03/01/04 )

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | FEES | TOTAL |
|---|---|---|---|---|---|---|---|
| 02/06 | INTEREST ON ADV ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | -1.98 | -1.98 |
| 02/13 | INTEREST ON ADV ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | -1.98 | -1.98 |
| 02/20 | INTEREST ON ADV ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | -1.98 | -1.98 |
| 02/27 | INTEREST ON ADV ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | -1.98 | -1.98 |
| 03/01 | LT CHG ASSESSMT | 0.00 | 0.00 | 0.00 | 0.00 | -18.65 | -18.65 |

### IMPORTANT MESSAGES

*You are hereby notified that this statement is an attempt to collect a debt. All information obtained will be used for that purpose.*

*You can access your automated loan information 24 hours a day or make a payment online by visiting our web site at http:/www.fairbankscapital.com, or by calling the Loan Servicing Center number listed on your statement.*

*Your account is now 60 days past due. To arrange a reinstatement, please contact the Loan Servicing Center at: 1-800-635-9698.*

650-0730 0303F

PLEASE DETACH AT PERFORATION AND RETURN THIS COUPON WITH PAYMENT

**Fairbanks Capital Corp.**  Page 1 of 1

Loan Servicing Center
P.O. Box 551170
Jacksonville, FL 32255-1170

## MONTHLY MORTGAGE STATEMENT

| | |
|---|---|
| Statement Date: | 03/01/04 |
| Loan Number: | 2066037819 |
| This Month's Payment | $2,172.68 |
| Payment Due Date: | 02/15/04 |
| Late Payment Amount-- If You Pay Late: | $2,220.35 |
| Late Payment Due Date: | 03/01/04 |
| Last Amount Received: | $1,134.01 |
| Date Amount Received: | 02/13/04 |

84890-0001511-001
GORDON LUPO
MARCIA LUPO
347 GLADWIN AVE
CLAWSON MI 48017-2206

*Any payments received after the Statement Date noted above will be reflected on your next statement.*

**Customer Service**  1-800-258-8602
Monday - Friday   7:00AM - 8:00PM ET

*For other important contact information see reverse side.*

### LOAN INFORMATION

Property Address: 347 GLADWIN
                  CLAWSON MI 48017

| | |
|---|---|
| Interest Rate: | 8.500% |
| YTD Interest Paid: | $833.44 |
| YTD Taxes Paid: | $.00 |
| YTD Principal Paid: | $120.02 |
| Current Principal Balance: | $117,541.60 * |
| Current Escrow Balance: | $4,374.91 |
| Current Unapplied Balance: | $.00 |

\* *This amount is not a payoff quote or a reinstatement figure. If you want a payoff quote, or a reinstatement figure please see instructions on reverse side.*

### PAYMENT SUMMARY

| | |
|---|---|
| Principal & Interest | $953.46 |
| Escrow | $132.88 |
| Optional Products | $.00 |
| Other | $.00 |
| Past Due Payments | $1,086.34 |
| This Month's Payment | $2,172.68 |
| Payment Due Date | 02/15/04 |
| Late Payment Amount-- If You Pay Late: | $2,220.35 |
| Late Payment Due Date | 03/01/04 |

*If your last payment was received after the Statement Date noted above, please deduct it from your payment this month.*

**Additional Amounts Owing**

| | |
|---|---|
| Late Charges Due | $95.34 |
| Returned Check Fees | $.00 |
| Other Fees | $249.14 |
| Unapplied Balance | $.00 |
| **Total Additional Amounts Owing*** | **$344.48** |

*\*Does not include principal balance*

### ACTIVITY THIS PERIOD ( 01/31/04 - 03/01/04 )

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | FEES | TOTAL |
|---|---|---|---|---|---|---|---|
| 02/13 | PAYMENT | 120.02 | 833.44 | 180.55 | 0.00 | 0.00 | 1,134.01 |
| 02/06 | INTEREST ON ADV ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | -7.44 | -7.44 |
| 02/13 | INTEREST ON ADV ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | -7.44 | -7.44 |
| 03/01 | LT CHG ASSESSMT | 0.00 | 0.00 | 0.00 | 0.00 | -47.67 | -47.67 |

### IMPORTANT MESSAGES

*If you have any questions regarding your loan or this statement, please call 1-800-258-8602.*

*You can access your automated loan information 24 hours a day or make a payment online by visiting our web site at http:/www.fairbankscapital.com, or by calling the Loan Servicing Center number listed on your statement.*

*You are hereby notified that this statement is an attempt to collect a debt. All information obtained will be used for that purpose.*

**Fairbanks Capital Corp.**
Loan Servicing Center
P.O. Box 551170
Jacksonville, FL 32255-1170

Page 1 of 1

# MONTHLY MORTGAGE STATEMENT

| | |
|---|---|
| Statement Date: | 03/31/04 |
| Loan Number: | 2066037991 |
| **This Month's Payment** | **$1,119.15** |
| **Payment Due Date:** | **02/15/04** |
| Late Payment Amount-- *If You Pay Late:* | $1,137.80 |
| Late Payment Due Date: | 03/01/04 |
| Last Amount Received: | $447.65 |
| Date Amount Received: | 03/04/04 |

*Any payments received after the Statement Date noted above will be reflected on your next statement.*

89489-0003301-001
GORDON LUPO
MARCIA LUPO
347 GLADWIN AVE
CLAWSON MI 48017-2206

**Customer Service**    **1-800-258-8602**
Monday - Friday    7:00AM - 8:00PM ET

*For other important contact information see reverse side.*

## LOAN INFORMATION

Property Address: 347 GLADWIN
CLAWSON MI 48017

| | |
|---|---|
| Interest Rate: | 12.050% |
| YTD Interest Paid: | $252.94 |
| YTD Taxes Paid: | $.00 |
| YTD Principal Paid: | $120.11 |
| Current Principal Balance: | $25,068.64 * |
| Current Escrow Balance: | $157.70 |
| Current Unapplied Balance: | $234.26 |

* *This amount is not a payoff quote or a reinstatement figure. If you want a payoff quote, or a reinstatement figure please see instructions on reverse side.*

## PAYMENT SUMMARY

| | |
|---|---|
| Principal & Interest | $373.05 |
| Escrow | $.00 |
| Optional Products | $.00 |
| Other | $.00 |
| Past Due Payments | $746.10 |
| **This Month's Payment** | **$1,119.15** |
| **Payment Due Date** | **02/15/04** |
| Late Payment Amount-- *If You Pay Late:* | $1,137.80 |
| Late Payment Due Date | 03/01/04 |

*If your last payment was received after the Statement Date noted above, please deduct it from your payment this month.*

**Additional Amounts Owing**

| | |
|---|---|
| Late Charges Due | $111.90 |
| Returned Check Fees | $.00 |
| Other Fees | $1,069.63 |
| Unapplied Balance | $234.26- |
| **Total Additional Amounts Owing*** | **$947.27** |

*Does not include principal balance

## ACTIVITY THIS PERIOD ( 02/28/04 - 03/31/04 )

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | FEES | TOTAL |
|---|---|---|---|---|---|---|---|
| 03/01 | LT CHG ASSESSMT | 0.00 | 0.00 | 0.00 | 0.00 | -18.65 | -18.65 |
| 03/04 | PAYMENT | 120.11 | 252.94 | 0.00 | 74.60 | 0.00 | 447.65 |
| 03/05 | INTEREST ON ADV ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | -1.98 | -1.98 |
| 03/12 | INTEREST ON ADV ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | -1.98 | -1.98 |
| 03/16 | PROP INSPECTION ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | -11.35 | -11.35 |
| 03/26 | INTEREST ON ADV ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | -4.00 | -4.00 |
| 03/30 | LT CHG ASSESSMT | 0.00 | 0.00 | 0.00 | 0.00 | -18.65 | -18.65 |

## IMPORTANT MESSAGES

*You are hereby notified that this statement is an attempt to collect a debt. All information obtained will be used for that purpose.*

*You can access your automated loan information 24 hours a day or make a payment online by visiting our web site at http:/www.fairbankscapital.com, or by calling the Loan Servicing Center number listed on your statement.*

*Your account is now 60 days past due. To arrange a reinstatement, please contact the Loan Servicing Center at: 1-800-635-9698.*

650-0730-0303F

PLEASE DETACH AT PERFORATION AND RETURN THIS COUPON WITH PAYMENT

**Fairbanks Capital Corp.**  Page 1 of 1
Loan Servicing Center
P.O. Box 551170
Jacksonville, FL 32255-1170

## MONTHLY MORTGAGE STATEMENT

| | |
|---|---|
| Statement Date: | 03/31/04 |
| Loan Number: | 2066037819 |
| This Month's Payment | $2,172.68 |
| Payment Due Date: | 03/15/04 |
| Late Payment Amount-- *If You Pay Late:* | $2,220.35 |
| Late Payment Due Date: | 03/30/04 |
| Last Amount Received: | $1,134.01 |
| Date Amount Received: | 03/31/04 |

*Any payments received after the Statement Date noted above will be reflected on your next statement.*

89489-0003300-001
GORDON LUPO
MARCIA LUPO
347 GLADWIN AVE
CLAWSON MI 48017-2206

| **Customer Service** | **1-800-258-8602** |
|---|---|
| Monday - Friday | 7:00AM - 8:00PM ET |

*For other important contact information see reverse side.*

### LOAN INFORMATION

Property Address: 347 GLADWIN
                  CLAWSON MI 48017

| | |
|---|---|
| Interest Rate: | 8.500% |
| YTD Interest Paid: | $1,666.03 |
| YTD Taxes Paid: | $.00 |
| YTD Principal Paid: | $240.89 |
| Current Principal Balance: | $117,420.73 * |
| Current Escrow Balance: | $4,242.03- |
| Current Unapplied Balance: | $47.67 |

\* *This amount is not a payoff quote or a reinstatement figure. If you want a payoff quote, or a reinstatement figure please see instructions on reverse side.*

### PAYMENT SUMMARY

| | |
|---|---|
| Principal & Interest | $953.46 |
| Escrow | $132.88 |
| Optional Products | $.00 |
| Other | $.00 |
| Past Due Payments | $1,086.34 |
| **This Month's Payment** | **$2,172.68** |
| Payment Due Date | 03/15/04 |
| Late Payment Amount-- *If You Pay Late:* | $2,220.35 |
| Late Payment Due Date | 03/30/04 |

*If your last payment was received after the Statement Date noted above, please deduct it from your payment this month.*

**Additional Amounts Owing**

| | |
|---|---|
| Late Charges Due | $143.01 |
| Returned Check Fees | $.00 |
| Other Fees | $249.14 |
| Unapplied Balance | $47.67- |
| **Total Additional Amounts Owing*** | **$344.48** |

*\*Does not include principal balance*

### ACTIVITY THIS PERIOD ( 02/28/04 - 03/31/04 )

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | FEES | TOTAL |
|---|---|---|---|---|---|---|---|
| 03/01 | LT CHG ASSESSMT | 0.00 | 0.00 | 0.00 | 0.00 | -47.67 | -47.67 |
| 03/30 | LT CHG ASSESSMT | 0.00 | 0.00 | 0.00 | 0.00 | -47.67 | -47.67 |
| 03/31 | PAYMENT | 120.87 | 832.59 | 132.88 | 0.00 | 0.00 | 1,086.34 |
| 03/31 | PAYMENT | 0.00 | 0.00 | 0.00 | 47.67 | 0.00 | 47.67 |

### IMPORTANT MESSAGES

*If you have any questions regarding your loan or this statement, please call 1-800-258-8602.*

*You can access your automated loan information 24 hours a day or make a payment online by visiting our web site at http://www.fairbankscapital.com, or by calling the Loan Servicing Center number listed on your statement.*

*You are hereby notified that this statement is an attempt to collect a debt. All information obtained will be used for that purpose.*