March 26, 2004

Claims Administration Center
Gilardi & Co.,
P.O. Box 808011
Petaluma, CA  94975-8011

To whom it may concern;

On March 1, 2004, I requested a "Claims Form" which was never included with the "NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND SETTLEMENT HEARING" form that was sent to me at the end of February (see attached).  Since a whole month has gone by, I'm concerned that your firm is not going to follow through with my request.

Since it's getting near the deadline date to file the claim, I'm am making another attempt to acquire this form.

Respectfully yours,

Stephen J. Bobala

Please mail to:     Stephen Bobala
                    28 Essex St., 3D
                    Hartford, CT  06114-1086

Cc:
        The Honorable Douglas P. Woodlock
        United States District Judge
        John Joseph Moakley U.S. Courthouse
        One Courthouse Way
        Boston, MA  02210

```
FTCFBK-15571100-B
019876  STEPHEN BOBALA
        28 ESSEX ST # 3D
        HARTFORD CT 06114-1086
```

3-1-04

To whom it may concern,

    I received your letter informing me that I am a participant in a class action law suit against Fairbanks Capital Corp. but you did <u>not</u> include the <u>Claims Form</u> for me to sign and return. I understand the Deadline date is April 24, 2004. Would you please send me a Claims form in order for me to persue this action.

Respectfully Yours,

Mail to: →

Stephen J. Bobala

28 Essex St, ste. 3D
Hartford, CT 06114-1086