

**USA v. Fairbanks Capital Corp.**

Alanna L. Curry, et al. v. Fairbanks Capital Corp.
Claims Administration Center, c/o Gilardi & Co. LLC
P.O. Box 808054, Petaluma, CA 94975-8054

## CLAIM FORM – LATE FEES/DEFAULT RELATED FEES

Please Do Not Use Red Ink, Pencil or Staples

036611         FTCFBK-16322571-0

ANTHONY L HICKS
312 MERRIMACK ST
MANCHESTER NH 03103-4723

Claim No.: 16322571

Fairbanks has charged you $977.51 for late fees and certain other default-related fees

As described in the Notice of Proposed Class Action Settlement, you are eligible to receive a settlement payment that will refund some of the late fees and other default-related fees you paid in connection with your mortgage loan(s) serviced by Fairbanks on or after January 1, 1999. As the Notice explains, the court has not yet given final approval to the settlement; if the court does not approve the settlement, there will be no refunds issued.

The amount shown above is the total amount of late fees and other default-related fees Fairbanks has charged you in this time period, less the amount of any refunds of those fees. Not all of these fees were illegal, but the lawsuits alleged that some of the fees were illegal. For example, Fairbanks allegedly charged late fees even when borrowers made their mortgage payments on time, or charged duplicative or unnecessary default-related fees. Your settlement payment will be a portion of the total amount Fairbanks has charged you. The amount you will receive will depend on the number of claim forms submitted and will reflect a percentage of the amount you paid.

To receive a settlement payment, you and any co-borrowers on the loan(s) must sign this form below. **In addition, you must return this form to the Claims Administration Center at the above address, postmarked no later than April 24, 2004.** A return envelope is enclosed for your convenience.

By signing below, you and any co-borrowers on your loan(s) affirm that you believe that some of the late fees or other default-related fees that Fairbanks charged you were improper, and that you would like to receive a settlement payment. As consideration for a settlement payment, you and any co-borrowers on your loan(s) agree to release Fairbanks and related entities from all claims with respect to the servicing of your loan(s) through December 10, 2003, as set forth in the Settlement Agreement in the Curry action.

**IMPORTANT: You and all co-borrowers on the loan(s) must sign here to make a claim.**

_Anthony L Hicks_ (Signed)    603-799-7474

_____ (Signed)

If your address is different from what appears above, please write any changes in the boxes provided below:
Address

City                                    State    Zip Code

If you have any questions regarding the claims process, please call Gilardi toll-free at 800-377-1287, or visit its website at www.gilardi.com/fairbanks.

**IMPORTANT INFORMATION ON THE OTHER SIDE OF THIS DOCUMENT.**


Alanna L. Curry, et al. v. Fairbanks Capital Corp.
Claims Administration Center, c/o Gilardi & Co. LLC
P.O. Box 808054, Petaluma, CA 94975-8054

## CLAIM FORM - PREPAYMENT PENALTY

Please Do Not Use Red Ink, Pencil or Staples

36611

FTCFBK-16322572-9

ANTHONY L HICKS
312 MERRIMACK ST
MANCHESTER NH 03103-4723

Claim No.: 16322572

Prepayment penalty you paid: $3,731.81

According to its records, Fairbanks charged you a prepayment penalty on your mortgage loan(s) at some time on or after January 1, 1999. A prepayment penalty is a fee that a mortgage company charges when you pay off your loan early.

The amount shown above is the total amount of the prepayment penalty Fairbanks has charged you, less the amount of any refund of the penalty to you. It is lawful to charge a prepayment penalty if it is in accordance with the Note you signed with your loan and with the law in your state. You are eligible for a payment from the settlement fund if the prepayment penalty that Fairbanks charged was unlawful. As the Notice of Proposed Class Action Settlement explains, the court has not yet given final approval to the settlement; if the court does not approve the settlement, there will be no refunds issued.

To find out if your prepayment penalty was proper, review your Note and any rider (or addendum) to the Note. If those documents do not allow the prepayment penalty that Fairbanks charged you, you should make a claim. If you do not have your Note or you cannot find the relevant part of your Note, or if you would like to find out if your state has any legal restrictions on prepayment penalties (such as in Massachusetts, Alabama and West Virginia), you may call Fairbanks at 1-866-775-5686 for this information.

To make a claim for an unlawful prepayment penalty, you and any co-borrowers on the loan(s) must sign this form below. **In addition, you must return this form to the Claims Administration Center at the above address, postmarked no later than April 24, 2004.** A return envelope is enclosed for your convenience. Please enclose copies of your Note, and any rider (or addendum) to your Note, if you have them.

Please understand that your claim will be subject to verification, such as by reviewing your Note and the laws in your state. If your claim is accepted, the amount you will receive will depend on the number of claim forms submitted, but it will be at least $200 (or the amount that you paid for your prepayment penalty, if it is less than $200).

If your claim is accepted, you may not receive payment for your entire prepayment penalty. If you believe that you have substantial losses, you may wish to opt-out of the Settlement and bring your own action [See Section 7 of the Notice sent to you]. We suggest you consult an attorney before making this decision.

---

By signing below, you and any co-borrowers on your loan(s) affirm that you believe that the prepayment penalty that Fairbanks charged you was unlawful, and that you would like to receive a settlement payment. As consideration for a settlement payment, you and any co-borrowers on your loan(s) agree to release Fairbanks and related entities from all claims with respect to the servicing of your loan through December 10, 2003, as set forth in the Settlement Agreement in the *Curry* action.

**IMPORTANT: You and all co-borrowers on the loan(s) must sign here to make a claim.**

_Anthony L Hicks_
(Signed)

_____
(Signed)

**IMPORTANT INFORMATION ON THE OTHER SIDE OF THIS DOCUMENT.**