To whom it may concern:

Regarding: Anita Cunningham
4428 Cary Dr.
Snellville, Ga, 30039
Claim # 14773491

I, Anita Cunningham, as of Oct. 4, 1999 filed for bankruptcy. I have paid several Thousands of dollars and still paying as of this date. A claim with Fairbanks is Stating that I owe $ 12,649.44. I was not in arrears at all until recently. As of now I am four months in arrears I will owe my settlement to Fairbanks. Please read attached Letter that was mailed to my attorney. I would like to know if I have any options at this point. Should I contact my own attorney regarding this matter. Please feel free to contact me by phone @ 404-712-5703 or in writing at the above Address. Thank you for your assistance.

Anita Cunningham
4.05.04

Michael O. Haugerud, Atty.
2754 North Decatur Road
Suite 114
Decatur, Ga. 30033-0000

Regarding Loan: 3007409364
Anita Cunningham

To Whom It May Concern:

This Letter is in regards to the amount that is currently due. I will be able to make a payment including late charges by feb. 1st. I am currently having financial difficulties. Mr. Starkweather that was renting from the current residence has moved since July of 03. I had surgery and was on medical leave for two months without pay during the months of September and October. My current deductions for the bankrupty Is an overwhelming amount of Four hundred and ninty dollars per month. I also need to request that the attorney fees from the last court date would be assessed. I presented to the bankrupty court proof of the monthly payments that were in questioned by Fairbanks Capital. I am requesting a possible change in my deductions or a date that my bankrupty will be discharged.

If you could assist me in any way, Please feel free to contact me at your convenience.

Thank you,

Anita Cunningham

*Correction RE: deductions*
*532.00 monthly*



USA v. Fairbanks Capital Corp.

Alanna L. Curry, et al. v. Fairbanks Capital Corp.
Claims Administration Center, c/o Gilardi & Co. LLC
P.O. Box 808054, Petaluma, CA 94975-8054

**CLAIM FORM – LATE FEES/DEFAULT RELATED FEES**

Please Do Not Use Red Ink, Pencil or Staples

465489

ANITA CUNNINGHAM
4428 CARY DR
LITHONIA GA 30058

Claim No.: 14773491

Fairbanks has charged you $3,795.89 for late fees and certain other default-related fees

As described in the Notice of Proposed Class Action Settlement, you are eligible to receive a settlement payment that will refund some of the late fees and other default-related fees you paid in connection with your mortgage loan(s) serviced by Fairbanks on or after January 1, 1999. As the Notice explains, the court has not yet given final approval to the settlement; if the court does not approve the settlement, there will be no refunds issued.

The amount shown above is the total amount of late fees and other default-related fees Fairbanks has charged you in this time period, less the amount of any refunds of those fees. Not all of these fees were illegal, but the lawsuits alleged that some of the fees were illegal. For example, Fairbanks allegedly charged late fees even when borrowers made their mortgage payments on time, or charged duplicative or unnecessary default-related fees. Your settlement payment will be a portion of the total amount Fairbanks has charged you. The amount you will receive will depend on the number of claim forms submitted and will reflect a percentage of the amount you paid.

To receive a settlement payment, you and any co-borrowers on the loan(s) must sign this form below. In addition, you **must return this form to the Claims Administration Center at the above address, postmarked no later than April 24, 2004.** A return envelope is enclosed for your convenience.

By signing below, you and any co-borrowers on your loan(s) affirm that you believe that some of the late fees or other default-related fees that Fairbanks charged you were improper, and that you would like to receive a settlement payment. As consideration for a settlement payment, you and any co-borrowers on your loan(s) agree to release Fairbanks and related entities from all claims with respect to the servicing of your loan(s) through December 10, 2003, as set forth in the Settlement Agreement in the *Curry* action.

IMPORTANT: You and all co-borrowers on the loan(s) must sign here to make a claim.

_Anita Cunningham_
(Signed)

_____
(Signed)

If your address is different from what appears above, please write any changes in the boxes provided below:

Address

City                                State   Zip Code

If you have any questions regarding the claims process, please call Gilardi toll-free at 800-377-1287, or visit its website at www.gilardi.com/fairbanks.

**IMPORTANT INFORMATION ON THE OTHER SIDE OF THIS DOCUMENT.**



# Case Status Report

In Re:  
ANITA L. CUNNINGHAM  
4428 CARY DRIVE  
LITHONIA, GA  
30058-6510  

Date: 1/28/2004  
Case No: 99-74686  
Current Status of Case: ACTIVE  
Date Petition Filed: Monday, October 04, 1999  
341 Meeting Date: Monday, November 15, 1999  
Claims Bar Date: Monday, February 14, 2000  
Balance on Hand: $735.01  
Div to Unsecured: 100%  
Confirmation Date: Wednesday, December 15, 1999  

Our records indicate the following:

Through the above date, the debtor has paid the Trustee a total of $15,186.40.

The monthly plan payments are $532.00.

The most recent debtor payments have been:

| | | | |
|---|---|---|---|
| Tuesday, January 27, 2004 | $245.00 | Monday, January 12, 2004 | $245.00 |
| Tuesday, January 06, 2004 | $245.00 | Monday, December 15, 2003 | $245.00 |
| Wednesday, December 03, 2003 | $245.00 | Monday, November 17, 2003 | $245.00 |
| Monday, November 03, 2003 | $245.00 | Monday, October 20, 2003 | $245.00 |

The plan balances are as follows:

| Creditor | Type | Claim Amount | Principal Paid | Interest Paid | Interest Rate | Total Paid | % to Pay | Balance Owed |
|---|---|---|---|---|---|---|---|---|
| MICHAEL O. HAUGERUD, ATTY | ATTORNEY | $1,050.00 | $1,050.00 | $0.00 | 0% | $1,050.00 | 100% | $0.00 |
| CLERK OF COURT FOR FILING FEES | FILING FEES | $0.00 | $0.00 | $0.00 | 0% | $0.00 | 100% | $0.00 |
| CLERK OF COURT NOTICING FEES | NOTICE FEES | $0.00 | $0.00 | $0.00 | 0% | $0.00 | 100% | $0.00 |
| SCHEDULED CREDITOR | TAXES (PNB) (ARC) | $0.00 | $0.00 | $0.00 | 0% | $0.00 | 100% | $0.00 |
| SCHEDULED CREDITOR | UNSECURED | $0.00 | $0.00 | $0.00 | 0% | $0.00 | 100% | $0.00 |
| FAIRBANKS CAPITAL CORP. | MORTGAGE ARREARS | $12,649.44 | $8,575.76 | $0.00 | 0% | $8,575.76 | 100% | $4,073.68 |
| GENERAL MOTORS ACCEPTANCE CORP | SECURED | $3,868.17 | $3,441.37 | $0.00 | 0% | $3,441.37 | 100% | $426.80 |
| GWINNETT CO. TAX COMMISSIONER | SECURED TAXES | $1,821.87 | $747.31 | $0.00 | 0% | $747.31 | 100% | $0.00 |
| TRUSTEE FEE | TRUSTEE FEES | $911.52 | $636.95 | $0.00 | 0% | $636.95 | 100% | $274.57 |

Do not attempt to prepay or make lump sum payments to your Chapter 13 case without first consulting your attorney.

The Debtor's Attorney is: **MICHAEL O. HAUGERUD, ATTY**  
**2754 NORTH DECATUR ROAD**  
**SUITE 114**  
**DECATUR, GA**  
**30033-0000**  
**(404) 297-0344**