Ms. Zenobia Weber
676 Dryden Street
Westbury NY 11590



Re: Fairbanks Loan #4001014960
Notice of Appearance

*03 cv 12219 DPW*

Dear Sirs:

I would like to inform the court that I intend to appear for the hearing scheduled to be held on May 12th 2004.

Sincerely,

*Zenobia Weber*
Zenobia Weber