3-30-2004



Civil Clerk's Office
United States District Court for the District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way
Boston, Ma 02210

Wanda Thompson-Goff
18 W. 125th 63rd St., Apt #208A
Westmont, IL 60651
630-310-1024
630-206-5707

RE: Written Objection reimbursement amount for property located @ 4506 W. Thomas, Chgo IL 60651. Loan # 8047042422.

I object to the payment Fairbanks implied I should receive. Please see attachments

Sincerely,
Wanda Thompson-Goff.

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
9-21-63
630-964-2084

March 30, 2004

Wanda Thompson-Goff
18 W. 125th 63rd St.
Westmont, IL 60559



My apartment building, located @ 4506 W. Thomas, Chicago, IL 60651, was foreclosed on August 9, 2002.  This all began because Fairbanks did not properly apply funds to my account. My loan #**804704222** it was treated as being in default. I am seeking reimbursement of monthly payments, I am entitled to for **_$1,010.40_** made over a period of 22 months A grand total **_of $22,228.00,_** this in addition to the personal loss of an apartment building, where I resided over 13 years. . (enclosed see #3).

Fairbanks assessed late fees, engaged in improper collection practices, and foreclosed on my property @ 4506 W. Thomas, Chicago, IL 60651, without warrant by law or contract.

**_Fairbanks has violated Section 5 of the Federal Trade Commission Act and has engaged in other wrongdoing in loan servicing_**.  In addition, an Attorney, . Mr. Sharp, informed me that I was charged up to $300.00 a month for maintenance of the property without my consent.  This service was never preformed.
 I was constantly making individual improvements towards this property..

**Fairbanks was taking 2002 payments and applying it to the back end of 1999 from EquiCredit with out my knowledge but never applying these funds to my current account.**

1) Property address
2) U.S.A v. Fairbanks Capital Corp. forms
2) Payment History
3) Internal Revenue Department (IRS).  Monies paid
4) Sold date to David Azaran, 535 N. Michigan Ave. for only ($80, 954.81) on August 9, 2002, in cash.  I was still unaware, Chgo Bar Assoc. informed I he does this for a living that he was considered s scavenger and did this for.  I was also informed that he was politically connected because till this day, the City of Chgo continuously send me letters regarding, the water bill that's I canceled, the light bill, and the water bill.  All of these I have canceled.  **He had them reversed back into my name.**

See current Peoples Engergy Gas bill is included. The property was sold in 2002. Why am I still receiving current bills? Dated in 2004. This is not a past due bill, this is current. (Enclosed) I'm waiting in response from the light, gas and water companies.

**Police Reports:**

I contacted Deceptive Bills of the Police Dept. I filed 5 police reports. He was in charge of florente investigations and criminal activity, 312-746-8253 reports enclosed. **(See #4 police reports that I was never composted for)**
**12/2002 kitchen sink stolen, @ $600.00., 2 refrigerators $2,000.00, 2 furnaces $4,000.00, 1 dishwasher $740.00. Jewelry/clothes, $2,000.00 loss of chandelier $1,200.00 (It was still there but they broke it try to dismantle) water 2 new water heaters $1,000.00, $200.00 sheets/blanket and food, $200.00 Total $11,204.00. Listing price of building $159.000.00 _Grand Total: $277,40.00_**

(That bldg. was worth over $200,000.) David Azaron, the buyer, I tried to reach him; he never contacted me. I believe he was the one that the neighbors claimed took numerous pictures of my home.

5) **CAM Report** (shows that the buildings in the area, sold for $160,00 in 2001, they were 2 flats, not a 3 flat. They were frame not brick, my former bldg. was which sold for only $80,000 in a Sheriff sale while I was inside asleep. This means the Chicago Bar Assoc. was right, he bought it for rock bottom.

6) **Zoning See documents** I had the bldg. re-zoned. I was informed by a City Attorney, that it was rare that re-zoning was issued. My Alderman helped me with this.procedure This was not been attempted since the bldg. was built in the 60's. I had to pay $2,500,00 for architectural designs. Building permits and court cost and Plat of Survey to have this performed to Mapping and Geographic Information Service, 629 Fifth Ave., Pelham, N.Y. 10803 (904-738-1649).

#7 **Addendum A"** Building improvements

#8 **Architectural designs**

#9 Chemical **Mortgage**: beginning balance In _1994_ I was only paying $589.00 in mortgage fees. Calculated with insurance and taxes it totaled up to $775.44 monthly payment. Brought property for $_67,000.00_

**10) Affidavit of Fair Market value**: In *1997* the value of the bldg. was worth $78,000. This is before I began any internal and external work. This is in addition to installing an entire new floor, approved by the City Chicago's Inspectors. Three inspectors came out on numerous basis: plumbing, contraction and electrical. See Zoning 6.

In 1997 when I refinanced I also was told **numbers falsehoods**, not only was I paying 12.100 percent interest, I had to come up with a final balloon payment of *$92,1899.12. By Oct. of 2007! If I would have known this I never would have refinanced, there is no way in the world that I could have come up with this large sum of money. They know that, that's why they made out checks directly toward to bld. I never would have discovered this until I started requesting additional information over a year ago. To add insult to injury, It was still required that I pay the $1,010.40 monthly for 13 years and at he high interest rate of 12%. They saw me coming See NOTE #10*

I am appalled that Fairbanks and their affiliates preyed on me, passing personal information that I was a minority female, bankruptcy status (due to my divorce). This had absolutely nothing with me making my payments.

11) I paid to the **County Clerk of Cook County** Pin # 166-03-304-014-0000. In *Oct 2002, $4,475.95* but a Certificate of Deposit for Redemption said I owed this money in 1999. I had been told that my insurance was part of my new monthly payments of $1,010.40.

For over 10 years taxes and insurance were included in my mortgage payments. Latter on, I found out that the City did not contact me because when I refinanced, someone was making payments towards my taxes. I asked the City why be I not informed?  Patiently, I was told, "Your taxes were being paid and someone wants your property really bad and were just waiting for the opportunity to take it from you. I t happens all the time". That's why the $20,000, when I refinanced, I was told that this money will go directly to the improvement of the bldg. After only purchasing a used car for #4,000 the purchase the car (They allowed me this because I really needed it to go back and forth to to work @ the time I was planning to leave this to my children and knew this would be an excellent investment for them.)

City Clerks wished me good luck.  But informed me that I still had to pay the above amount. I one day before Oct3rd.  That was my deadline.  I had to come up with this amount within 1 month.

I started working overtime, working up to 16 hours a day for 7 days a week! That's an enormous amount of money to obtain in cash, on so short notice.

**12) Also, in 1999,** The value of the property had increased *to $97, 500.00* by the Fair Debit Collection Practices Act. My mortgages payments were still being paid but it was only until I had to frequently visit the City of Chicago, that was when I found out it was for taxes.

That's when I was told that It should be now worth over $200,000. The property value increased tremendously due to the new floor addition and the re-zoning and new iron fences purchased and installed in the front and back from THE IRON SHOP located directly across the street, $*400,00*. I had worked hard on obtain through, Aldermen, City Offices and City Inspectors.

**13) In year 2002** the listing price was *$159.000*
See #1 copy of pictures from Real-estate Agents attempting tosell/ and or buy from me themselves. Also see CMA Report #5 Surrounding areas were only 2 flats and frame bldgs. Mine was brick and a legal 3-story bldg.

**14) Urgent: Univocally notified and informed that The Law firm of Codilis & Associates had put my held up for Sheriff's Sale. This is how I first found out my property was in jeopardy, I was still continuing to make my payments of! 010.40.**

**15) Deceit:  Cordilis & Assoc.  Never notified me personally that there was a problem.  I t was performed with deceit.  Letters were sent to me under the proper address but not in my name.  The Judicial Sales Corporation sent to me on April 16, 2002 letters made out to: Danny Smith, and Unknown see copies of envelopes.  Nothing was certified or registered mail. I never had a tenant or know anyone by that name and the previous owners were named Andre Katreel.  I had lived at the address for 13 years.  No one on the block was known by that name.**

**16) Codilis & Associates & Associates P. C** . Claimed on Aug 9, 2002 I owed for non- payment from 7/01 to 6/02 (they claimed I owed them -47,325.20 for their fraudulent fees on behalf of Fairbanks). Attorney's Coddles & Associates P.C. @ Assoc. 630-241-4300 Case 99Ch11408 File #14994247.

I could not figure out what was wrong and a friend of mine how worked at City Hall said go look it up and I discovered that Codilis & Associates P.C. & Assoc. had *racked up charges against me since 1999.*

I still have no clue, which was receiving my payments since 1999 and not applying them to my account. Where were my $1010.40 payments going?

**(7) United States Bankruptcy Court**: I was informed that Codilis & Assoc. were able to put a lean on new husband's home.

We both had to file joint bankruptcy, by doing so, this messed his excellent rating up for 10 years it was in excellent standing. He was very frustrated) We paid $3,000 to have this performed.

**18) Chapter 13** when I contacted Fairbanks, I was told that my prior bankruptcy due to my former husband from 7 years ago had something to do with this. No it did not. I have enclosed a copy of a Chapter 13 case. #01-01048 in year 2001. This had nothing to do with my monthly payments. The payments were made out to the Trustee for $505.00 ach month. EquiCredit/Fairbanks did not entail this My bankruptcy was in 2001, not 1999.

**19) Closed accounts**: Yes you can write a check on a closed account. My ex-husband signed an Antenuptial Agreement stating that I was the sole owner. (See non-marital property. The reason I am having difficulty of proof of payment because I shut down all my banking accounts. A letter from the Chicago Police Dept that I saved states that he had a warrant for his arrest and he ran off with an additional $10,000 from our joint retirement fund. Yes, yes you can do this as well. Now that he had left the Country and everything was in my name, I was forced to file bankruptcy and refinance for enormous rates. An Attorney informed me that it was fruitless to find him, it would open up another can of worms. May he rest somewhere in peace?

**20)   Bankruptcies due to no-location of ex-husband & High interest & penalties:**

Peter Francis Greasy Case #94-56-38 Phone 312-739-2177 or   1800-401-4010
A. Neil Fells Case #02-441-90
   B. Thomas Mace Case #01-010-48 (Jan 11, 2001, monthly paid to court $505 1st payment Feb 11, 2001 did not include the 1010.40 mortal payment.)   Dismissed in 2002.  415-956-1000. (United States Bankruptcy form)
United States Bankruptcy Court (Discharge of Joint Debtors, Feb 21, 2003) enclosed

\*None of these included my mortgage payment"
\*Payments were all separate\*
\* I wanted to ensure that nothing stopped my direct payments to the \*mortgage co.\*

21) **Payment history Fairbanks. Copies from Fairbanks, Loan Service Center of Customer Activity: misc. repayments, misapplied payments, statutory expenses, hazard insurance, adjustments, repayments, property preservation. Attorney Sharp Law Offices, P. C., 180 N. Michigan Ave. Chgo, and IL 312-596-0283 also reviewed (this. He informed me was a charged different amount just to be charged. Fairbanks was taking Feb 1st payments and applying it to June 2000, when the loan was 1st transferred.**

He could not figure a a lot of this, he did it for me for free because he said it was his pet peeve.) Homeowners fire insurance, escrow advance and their version of payment history.

22) **Western Union receipts waiting: 1999, April, May June, July (N0), Aug. then something happened and they could not find any thing from Aug till Jan. I had to have paid by currency exchange or Harris hank. I knew I made my payments. If I had vacancy I would double up on my payments the next month.**

**Harris Bank Loan # 9510285256 dated 1//25/2000**

23) **IRS history: Includes and awaking for 1999**

24) **Cordilis & Assoc. P.C.:** Court dates against Fairbanks/ Cordilis Nov 15, 2002 Case 99Ch11408 A copy that I filed with The Circuit Court of Cook Count, Illinois. Informed to do this per Chgo. Bar Assoc. To request a 30 day extension so that I could hire them. See \* 16 Codilis \* Assoc. went from stating that I owned them $33,957.15 in May 2002 and then in Aug. 2002 $47,325.20. This was the difference. $13,368.05. I was supposed to pay for this without my consent that this was being done. This service was not on my behalf. Just pure greed, they never showed up in court, so I had to file bankruptcy again!

Cordilis failed to show up to all of the following below:

<u>1st Court</u>: Judge Lott 8/10/02 this was my original courtroom. Now he is no longer a Judge found out through Chicago bar Association he no longer resides on the bench 312-603-6041 his former secretary's number

<u>2nd Court:</u> <u>Judge</u> William G. Pileggi 10/18/02, no ever showed up or I was given the wrong room.

3rd) Judge Schillar 10/18/02 said my hearing was sent to another court room, room 2402, secretary's # 312-603-5432 (employed him to let me have 30 days to obtain an attorney per Chgo. Bar Assoc. Stayed in court from 9:00 till 2:00, even saw him after chambers.

4th Judge William G. Pileggi 10/18/02. I never showed up on this date. Notification was sent under false names.

4th) Judge Foreman room 2308 **11/15/02 on my own accord, I filed. The Cityof Chicago sent to, in the correct name, that I had abandonment per Fairbanks CapitalCorp dated 8/9/02. I was still making my mortgage payments,** I tried my best to contact Fairbanks at least 3 times each day, but no one would return mycalls. I want getting any responses on my behalf. The date was 11/15/02.

He did not want to hear my claim. Or even hear my case, although I had payment receipts directly in my Poisson. An attorney from Cordilis was present representing another case. She told my husband and myself that she was going to call her office and find out what was going on and then she made sure she stood on the Plaintiff's side not the Defendants. My own Attorney denied him the additional 30 days for representation. I even waited outside his chambers and requested the he please review my case and look at my payment receipts. He told me to get an Attorney; I informed him that was I had to do but that day was the last day to have an extenuation. He still refused to even sign the paperwork, one piece of paper that Chgo. Bar told me he must sign it or they could not represent me. He still denied it.

Several letters enclosed about how I myself was treated as well as others wait ahead of me.

Copies of complaints I made from:

**State of Illinois Circuit of Cook County**
**Office of States Attorney (See enclosures)**

**Payments:**

A) Harris Bank /transaction Receipt # 071025661 Acct 9510285256 closed due to divorce but it was last dated Jan of 2000, 773-637-5900, 545 w. A North Ave. (The IRS told me how to find this one. (Waiting
B) Currency Exchange, 759 N. Cicero, Cho, 60644, Acct #8047042422 (made in the order to EquiCredit 2001 enclosed, Barbara waiting to discover addition receipts from 1999.)
C) TCF Bank loan # 00-823-2265  (closed but still waiting, before 1997)
D) Western Union 1800-325-6000
E) EquiCredit Nation Credit Loans (1877-240-5563 you have received this) documentation (1877-240-5563 Kim fax 904-987-9891 research dept)
F) Midwest Title Company (when I refinanced, you can see copies of all checks that went directly into bldg. improvement) "Addendum A". See #7.

**Additional contacts about wrongful doings**

1) Office of Banks and Real Estate 1-312-793-3977 (enclosed)
2) I contacted The Federal Trade Commission
3) I contacted HUD (Still waiting for forms)
4) State Bar Association (still waiting for forms)
5) Housing of Urban Development, WA, (still waiting for forms)
7) Dept of Financial Banking, (312-814-5146 or 312 793-3000 Eva) Utah 80138-8854)
8) EquiCredit Nation Credit Loans (1877-240-5563 you have received this) documentation (1877-240-5563 Kim fax 904-987-9891 research dept)
9) Midwest Title Company (when I refinanced, you can see copies of all checks went into bldg. improvement) "Addendum A".
10) Chicago Tribune (Kenneth R. Harvey, independent writer waiting on additional info)


**P.E.R.S.O. N. A. L.  Pain and surrfering:**

I would like to be compensated for loss of my home that I resided in for over 13 years and for pain a suffering.  It was appraised at over $200,000. **I still have not replaced all my personal belongings and it's been over a year. Due to the falsehood that I was properly covered incase of theft, fire or water damage.**

**For the life of me I can not comprehend how an individual or** individuals can rob someone of their home, especially while they were still paying over $1000.

This is where this whole ordeal originated.  Fairbanks has caused a grave injustice to the community in the 37th Ward. The bldg. has now suffered water damage,

vandalism, fire damage that destroyed this bldg. and caused fire damage to the next door neighbors to the left and right (**See CMA for location of former landlords neighbors**). Till this day the building still remains vacant and remains an eyesore, an open place for squatters, where illegal activity is performed. It remains a content nuance to the environment due to abandonment of the new owner.

I was supposed to leave this estate for my children. The only serendipity that I encountered other than finding out about a Class Action Lawsuit was contacting the IRS to prove that I was making payments. They even discovered that A check enclosed in # 7 was not cashed and will provide me with reimbursement minus penalties and late fees. If the IRS can do this, I request the same from Fairbanks and it's affiliates.

I am requesting the amount of $ in this settlement for all harm rendered.

Sincerely,

*[signature]*
Wanda Thompson-Goff

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
9-21-63