March 23, 2004

BRENDA manson
865 Herron Dr
Waterloo 53594
1-608-698-8038
1-608-251-2115
x3306

FILED
CLERKS OFFICE
2004 APR -9 P 12: 44
DISTRICT COURT
DISTRICT OF MASS.

Re:
Fairbanks Capitol Law suite
Fairbanks Capitol Payments

I object to this settlement!

Claim # 1234567
# 1470456/

I have provided you with all of the supporting paperwork please call with any questions.

**USA VS Fairbanks Capitol**

As requested by the filers of the lawsuit I have included all information regarding this loan since 1999. My mortgage loan has been serviced under three names with the entire same pattern of record keeping on the part of the loan servicing.

During the entire time of this loan the following has occurred:
- Payments were not posted to my account at all
- Payments were posted several days after received
- Payments were escrowed and not posed to the account
- Payments were accumulated at the office of the lender and returned to myself uncashed stating partial payments were not allowed, personal checks were not allowed, or account was past due and now requiring a cashier check for past due amounts including additional service charges.
- Forced insurance was placed on property several times while full force of insurance was in place charges have never been returned to date.
- Statements of accounts were not provided even upon request
- Yearly charges would appear for home assessments when none were done.
- Additional charges have been applied under current fee balance with no explanations
- Interest have been changed outside the scope of the loan in violation of the contract with no refund of dollars
- Payments have always been made in excess of required dollar amount each month

The following has accrued during the past six years that has caused the filing of foreclosure:

November 1999 with fees not associated to late fees and payments due.

October 2000 the foreclosure process was set in place with once again an additional fees not associated to late fees and payments due.

July 2002 foreclosure process was once again set in place with additional fees not associated to late fees and payments due.

I have enclosed copies of payments, cashiers checks and additional information for proof of payment.

Due to personal frustrations during this process documents have been missed placed and there may have been other attempts of foreclosure.

**Fairbanks Payment:**
All are enclosed. No accurate statements have been provided from Fairbanks regarding their claims.

Once again please find all documents enclosed and contact me with next steps.

Sincerely,

*Brenda P Manson*

Brenda K. Manson
865 Herron Drive Waterloo WI
53594