UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　Plaintiff<br><br>-vs-<br><br>FAIRBANKS CAPITAL CORP. and<br>FAIRBANKS CAPITAL HOLDING<br>CORP.<br>　　　　　　　Defendants | CIVIL ACT. NO. 03-12219-DPW |

| | |
|---|---|
| ALANNA L. CURRY, et.al.<br>individually and on behalf of all others<br>similarly situated,<br>　　　　　　　Plaintiffs<br><br>-vs-<br><br>FAIRBANKS CAPITAL CORP.<br>　　　　　　　Defendant | CIVIL ACT. NO. 03-10895-DPW |

### REQUEST FOR EXCLUSION
### FOR POTENTIAL CLASS MEMBERS
### OPTING OUT OF SETTLEMENT AGREEMENT

TO:  Claims Administration Center (Class Action Claims Administrator)
　　　Gilardi & Company
　　　P.O. Box 808011
　　　Petaluma, California 94975-8011

　　　Mr. L. Stephen Tilghman (Settlement Administrator)
　　　Tilghman, Tilghman & Associates
　　　3419 Independence Drive
　　　Suite 102
　　　Birmingham, Alabama 35209

　　　Now comes the undersigned, **DAVID T. STEPHENS**, a potential class action

## REQUEST FOR EXCLUSION FOR POTENTIAL CLASS MEMBERS OPTING OUT OF SETTLEMENT AGREEMENT

member in the above-styled civil actions, and gives notice and files this his "Request for Exclusion" and declaration to "opt out" (and be excluded) as a class action plaintiff in the above-styled cases, stating as follows:

### Name of Person Requesting Exclusion:

DAVID T. STEPHENS
c/o Rachel Glover
1174 Andrews Road
Murphy, North Carolina 38906
PH: (828) 837-6311 (mother's place of employment)
Last 4 Digits of Social Security No: 8576
Fairbanks' Loan Number: 2077369375

David T. Stephens desires to be excluded from the class generally [including regarding all such claims as stated for reconveyance of title, compensatory and other damages and other relief as set forth in Civil Action No. 3:02-CV-132 (DF), as previously filed and pending in the United States District Court, Middle District of Georgia, Athens Division], and he is the only named borrower on such loan (however, his wife and son are also seeking exclusion regarding their own claims as stated in the same case identified above)].

_____
DAVID T. STEPHENS
Individual Making
Request for Exclusion

Sworn to and subscribed
before me, on this the 12th
day of March, 2004:

_____
Notary Public (Affix Seal)
State of North Carolina
My Commission Expires:
Notary Public, Greene County, Georgia
My Commission Expires Feb. 22, 2007

Page 2 of 2