UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff | : | CIVIL ACT. NO. 03-12219-DPW |
| -vs- | : | |
| FAIRBANKS CAPITAL CORP. and<br>FAIRBANKS CAPITAL HOLDING<br>CORP.<br>　　　　Defendants | : | |

| | | |
|---|---|---|
| ALANNA L. CURRY, et.al.<br>individually and on behalf of all others<br>similarly situated,<br>　　　　Plaintiffs | : | CIVIL ACT. NO. 03-10895-DPW |
| -vs- | : | |
| FAIRBANKS CAPITAL CORP.<br>　　　　Defendant | : | |

**REQUEST FOR EXCLUSION
FOR POTENTIAL CLASS MEMBERS
OPTING OUT OF SETTLEMENT AGREEMENT**

TO:  Claims Administration Center (Class Action Claims Administrator)
　　　Gilardi & Company
　　　P.O. Box 808011
　　　Petaluma, California 94975-8011

　　　Mr. L. Stephen Tilghman (Settlement Administrator)
　　　Tilghman, Tilghman & Associates
　　　3419 Independence Drive
　　　Suite 102
　　　Birmingham, Alabama 35209

Now come the undersigned, **GLENDA M. STEPHENS**, as a potential class

## REQUEST FOR EXCLUSION FOR POTENTIAL CLASS MEMBERS OPTING OUT OF SETTLEMENT AGREEMENT

member in the above-styled civil actions, and gives notice and files this her "Request for Exclusion" and declaration to "opt out" (and be excluded) as a class action plaintiff in the above-styled cases, stating as follows:

### Name of Persons Requesting Exclusion:

**GLENDA M. STEPHENS**
5041 Penfield Road
Greensboro, Georgia 30642
PH: (706) 453-0682
Last 4 Digits of Social Security No: 3610
Fairbanks' Loan Number: 2077369375 (Loan of Husband, David T. Stephens)

Glenda M. Stephens desires to be excluded from the class generally [including such claims as stated for interference with possession, compensatory and other damages and other relief as set forth in Civil Action No. 3:02-CV-132 (DF), as previously filed and pending in the United States District Court, Middle District of Georgia, Athens Division].

*Glenda M. Stephens*
**GLENDA M. STEPHENS**
Individual Making
Request for Exclusion

Sworn to and subscribed
before me, on this the 12TH
day of March, 2004:

Notary Public (Affix Seal)
My Commission Expires:
Notary Public, Greene County, Georgia
My Commission Expires Feb. 22, 2007