UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** <br> **Plaintiff** | : <br> : <br> : | CIVIL ACT. NO. 03-12219-DPW |
| -vs- | : <br> : | |
| **FAIRBANKS CAPITAL CORP. and** <br> **FAIRBANKS CAPITAL HOLDING** <br> **CORP.** <br> **Defendants** | : <br> : <br> : <br> : | |
| **ALANNA L. CURRY, et.al.** <br> individually and on behalf of all others <br> similarly situated, <br> **Plaintiffs** | : <br> : <br> : <br> : <br> : | CIVIL ACT. NO. 03-10895-DPW |
| -vs- | : <br> : | |
| **FAIRBANKS CAPITAL CORP.** <br> **Defendant** | : <br> : | |

**REQUEST FOR EXCLUSION**
**FOR POTENTIAL CLASS MEMBERS**
**OPTING OUT OF SETTLEMENT AGREEMENT**

TO: Claims Administration Center (Class Action Claims Administrator)
Gilardi & Company
P.O. Box 808011
Petaluma, California 94975-8011

Mr. L. Stephen Tilghman (Settlement Administrator)
Tilghman, Tilghman & Associates
3419 Independence Drive
Suite 102
Birmingham, Alabama 35209

Now come the undersigned, **THOMAS COLE STEPHENS b/n/f GLENDA M.**

Page 1 of 2

## REQUEST FOR EXCLUSION FOR POTENTIAL CLASS MEMBERS OPTING OUT OF SETTLEMENT AGREEMENT

**STEPHENS**, a minor child, as a potential class member in the above-styled civil actions, and gives notice and files this his "Request for Exclusion" and declaration to "opt out" (and be excluded) as a class action plaintiff in the above-styled cases, stating as follows:

### Name of Persons Requesting Exclusion:

**THOMAS COLE STEPHENS**, a Minor Child ( _13_ Years Old)
b/n/f **GLENDA M. STEPHENS**, His Natural Mother
5041 Penfield Road
Greensboro, Georgia 30642
PH: (706) 453-0682
Last 4 Digits of Social Security No: 7644
Fairbanks' Loan Number: 2077369375 (Loan of Father, David T. Stephens)

Thomas Cole Stephens desires to be excluded from the class generally [including such claims as stated for interference with possession, compensatory and other damages and other relief as set forth in Civil Action No. 3:02-CV-132 (DF), as previously filed and pending in the United States District Court, Middle District of Georgia, Athens Division].

The undersigned signs this request and document on behalf of the minor child, as his natural mother and natural guardian.

_Glenda M. Stephens_
**GLENDA M. STEPHENS**
As Next Friend of **THOMAS COLE STEPHENS**, a Minor
Request for Exclusion

Sworn to and subscribed
before me, on this the _12TH_
day of _March_, 2004:

_Laura S. Brinda_
Notary Public (Affix Seal)
My Commission Expires:
Notary Public, Greene Co...
My Commission Expires Feb. 22, 2007

Page 2 of 2