UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Civil Action No. 03-12219-DPW

FAIRBANKS CAPITAL CORP. and
FAIRBANKS CAPITAL HOLDING CORP.,

    Defendants.

---

ALANNA L. CURRY, et al.
individually and on behalf of all others
similarly situated,

    Plaintiffs,

v.                                                    Civil Action No. 03-10895-DPW

FAIRBANKS CAPITAL CORP.,

    Defendants.

---

### NOTICE OF FILING APPLICATIONS FOR INCENTIVE AWARD

PLEASE TAKE NOTICE that the undersigned hereby files the attached Applications for Incentive Award of Sara Koffler and Elaine Fonseca, named plaintiffs in the Florida action styled *Sara Koffler and Elaine Fonseca, on behalf of themselves and as representatives of all others similarly situated, v. Fairbanks Capital Corp.*, pending in the Circuit Court of the Eleventh Judicial Circuit, In and For Miami-Dade County, Florida, Case No. 02-12557-CA-01.

                                              **Respectfully submitted,**

                                              Tod Aronovitz
                                              Florida Bar No. 186430
                                              Steven R. Jaffe
                                              Florida Bar No. 390770
                                              ARONOVITZ TRIAL LAWYERS
                                              150 W. Flagler Street
                                              Suite 2700 - Museum Tower
                                              Miami, Florida 33130
                                              Tel: 305.372.2772

DEVINE GOODMAN PALLOT & WELLS, P.A.
777 Brickell Avenue, Suite 850
Miami, Florida 33131
Tel: 305.374.8200
Fax: 305.374.8208
Email: lgoodman@devinegoodman.com

By: _____
Lawrence D. Goodman
Florida Bar No. 712647

**Attorneys for Sara Koffler and Elaine Fonseca**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice and attachments was served via U.S. Mail this 28th day of April, 2004 upon counsel of record listed below:

Gary Klein, Esq.
John Roddy, Esq.
Grant & Roddy
44 School Street, Suite 400
Boston, MA 02108

Thomas A. Hefferon, Esq.
Goodwin Procter LLP
Suite 500
1717 Pennsylvania Avenue, NW
Washington, DC 20006

Anita Johnson, Esq.
Assistant U.S. Attorney
Suite 9200 Moakley Courthouse
Boston, MA 02210

Niall P. McCarthy, Esq.
Cotchett, Pitre, Simon & McCarthy LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
San Francisco, CA 94010

Kelly M. Dermody, Esq.
Lieff, Casbraser, Heimann & Bernstein, LLP
275 Battery St., 30th Floor
San Francisco, CA 94111

Daniel Mulligan, Esq.
Jenkins & Mulligan
660 Market Street, 3rd Floor
San Francisco, CA 94104

Lucy E. Morris, Esq.
Eric Imperial, Esq.
Allison I. Brown, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580

John C. Englander
Brooks R. Brown
Brett C. Gerry
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

_____
Lawrence D. Goodman

2