UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                  Civil Action No. 03-12219-DPW

FAIRBANKS CAPITAL CORP. and
FAIRBANKS CAPITAL HOLDING CORP.,

    Defendants.

---

ALANNA L. CURRY, et al.
individually and on behalf of all others
similarly situated,

    Plaintiffs,

v.                                                                                                  Civil Action No. 03-10895-DPW

FAIRBANKS CAPITAL CORP.,

    Defendants.

---

### SARA KOFFLER'S APPLICATION FOR INCENTIVE AWARD IN THE CURRY ACTION

Sara Koffler ("Koffler"), a named plaintiff, in the Florida action described below, hereby requests payment of the $3500 incentive award pursuant to Paragraph 20 of the Order Preliminarily Approving Class Action Settlement, Conditionally Certifying Class for Settlement Purposes, and With Respect to Notice, Settlement Hearing and Administration in Each Case entered December 10, 2003 ("December Order"), entered in the above-styled action, and states as follows:

    1.    Koffler is a named plaintiff in the case styled *Sara Koffler and Elaine Fonseca, on behalf of themselves and as representatives of all others similarly situated, v. Fairbanks*

**Sara Koffler**
**Fairbanks Account No. 0001651512**

*Capital Corp.*, pending in the Circuit Court of the Eleventh Judicial Circuit, In and For Miami-Dade County, Florida, Case No. 02-12557-CA-01.

2. Pursuant to Paragraph 6 of the December Order, the Court appointed Koffler as a Class Representative in the above-described action as well.

3. As a named plaintiff, Koffler is entitled to be paid the maximum named plaintiff incentive fee in the amount of $3,500 provided for in Paragraph 11 of the Notice of Proposed Class Action Settlement and Settlement Hearing or such larger amount as Plaintiff agrees to pay to each Class Representative.

By: _____
SARA KOFFLER
10916 SW 135th Court Circle
Miami, FL 33186
Telephone: 305 382-2277