UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>FAIRBANKS CAPITAL CORP.,<br>FAIRBANKS CAPITAL HOLDING CORP., and<br>THOMAS D. BASMAJIAN,<br><br>         Defendants. | Civil Action No. 1-03-CV-12219-DPW |
| ALANNA L. CURRY *et al.*,<br>individually and on behalf of all others<br>similarly situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>FAIRBANKS CAPITAL CORP.,<br><br>         Defendant. | Civil Action No. 1-03-CV-10895-DPW |

## FAIRBANKS' ASSENTED-TO MOTION TO IMPOUND

Defendant Fairbanks Capital Corp. ("Fairbanks") hereby moves, in accordance with

Local Rule 7.2 to impound its Memorandum in Support of Motion to Invalidate Certain Requests

for Exclusion and exhibits thereto.  In support, Fairbanks states as follows:

1.      Fairbanks has this date filed a Motion to Invalidate Certain Requests for

Exclusion ("Motion").

2.      Fairbanks has prepared a Memorandum supporting its Motion.  The

Memorandum attaches and discusses a letter from a Mississippi law firm, which counsel for

Fairbanks and counsel for the Plaintiffs both have received, seeking to solicit opt outs from the class action settlement based on misleading and inaccurate information.

3.      Fairbanks does not believe that the letter is privileged, and believes that if the letter is privileged, the crime fraud exception may apply, and that any privilege has been waived. However, out of an abundance of caution, Fairbanks files this motion to impound its Memorandum and exhibits thereto.

4.      Fairbanks has contacted Co-Lead Counsel with respect to this motion and they assent to the relief requested.

Respectfully submitted,

Thomas M. Hefferon (BBO #548289)
Joseph F. Yenouskas (*pro hac vice*)
GOODWIN PROCTER LLP
1717 Pennsylvania Avenue, N.W.
Suite 500
Washington, D.C. 20006
(202) 974-1000

Brooks R. Brown (BBO # 634144)
GOODWIN PROCTER LLP
Exchange Place
Boston MA 02109
(617) 570-1000

Counsel for Defendant
Fairbanks Capital Corp.

Dated: May 3, 2004

LIBW/1100807.1

<u>CERTIFICATE OF SERVICE</u>

I, Brooks R. Brown, do hereby certify under the penalties of perjury, that on May 3, 2004, I arranged for the service by the means indentified below of a copy of the foregoing on the following counsel of record:

**<u>By U.S. Mail, postage pre-paid</u>:**

Gary Klein, Esq.
John Roddy, Esq.
Grant, Klein & Roddy
727 Atlantic Avenue, 2nd Floor
Boston, MA  02111

Niall P. McCarthy, Esq.
Cotchett, Pitre, Simon & McCarthy LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
San Francisco, CA  94010

Kelly M. Dermody, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111

Daniel Mulligan, Esq.
Jenkins & Mulligan
660 Market Street, 3rd Floor
San Francisco, CA  94104

**<u>By Federal Express:</u>**

Don O. Gleason, Jr., Esq.
Michael B. McHenry, Esq.
Gleason & McHenry
88 Clark Boulevard
Tupelo MS  388094

Brooks R. Brown