UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,　　　　　　　　CASE NO.: 03-12219-DPW

    Plaintiff,

v.

FAIRBANKS CAPITAL CORP. and
FAIRBANKS CAPITAL HOLDING CORP.

    Defendants.
_____/

ALANNA L. CURRY, et al. individually and on
Behalf of all others similarly situated,

    Plaintiffs,　　　　　　　　　　　　　　　CASE NO.: 03-10895-DPW

v.

FAIRBANKS CAPITAL CORP.,

    Defendant.
_____/

## REQUEST FOR EXCLUSION

NOTICE IS GIVEN that JAMES E. MARTIN (SS# 8617) and ELIZABETH W. MARTIN (SS# -8380), 916 Gardenia Drive, Delray Beach, Fl. 33483, TEL: (954) 972-5200, Loan #0002248755, are seeking EXCLUSION from the above captioned litigation.

_____　　　　　　　　_____
James E. Martin　　　　　　　　　　　　　　Elizabeth W. Martin

1

## CERTIFICATE OF SERVICE

I CERTIFY that a true copy of the foregoing has been sent this 10TH* day of March, 2004 to:

Gary Klein
John Roddy
Grant & Roddy
44 School Street, Suite 400
Boston, MA 02108

Kelly M. Dermody
Lieff, Cabraser, Heimann &
 Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111

Thomas M. Hefferon
Goodwin Procter, LLP
Suite 500
1717 Pennsylvania Avenue, N.W.
Washington, DC 20006

Niall P. McCarthy
Cotchett, Pitre, Simon & McCarthy LLP
San Francisco Airport Office Center
840 Malcolm Rd., Suite 200
San Francisco, CA 94104

Lucy E. Marris
Division of Financial Practices
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Ave., NW
Mail Drop NJ-3158
Washington, DC 20580

/s/ James E. Martin

James E. Martin
916 Gardenia Drive
Delray Beach, Fl. 33483