**Washington Mutual Bank, FA**
Anthony Corona

FEBRUARY 10, 2004

CARMEN ZAPATER
1195 MARSEILLES DR #5
MIAMI BEACH , FLORIDA 33141

RE:   Loan Number:      0082998576
      Property Address: 1195 MARSEILLES #5
                        MIAMI BEACH , FLORIDA 33141

Dear CARMEN ZAPATER,

We are pleased to inform you that your application for a mortgage loan on the above referenced property has been approved.

Enclosed for your information is the Commitment Letter outlining the terms and conditions of your loan. Please read this document carefully and address any outstanding conditions with your loan officer.

Before we can close your loan, we must verify that Homeowner's Insurance is in force on your property. If you have not already been contacted for this information, a form is enclosed to assist you in arranging adequate coverage with your insurance agent.

When all of the conditions of your loan have been satisfied, your loan file will be forwarded to our closing department. We will then notify you to arrange a closing date.

If you have any questions, please contact me at _____

Thank you for giving us this opportunity to serve you. We look forward to meeting more of your financial needs in the future.

Enclosures

375 (10-96)

DocMagic eForms 800-649-1362
www.docmagic.com

March 10, 2004

USA vs. Fairbanks Capital Corp
Alanna L Curry, et al vs. Fairbanks Capital Corp.
Civil Action No: 03-12219-DPW
Civil Action No: 03-10895-DPW
Claims Administration Center
P O Box 808054
Petaluma, CA. 94975-8054

TO WHOM IT MAY CONCERN:
RE: Loan No# 8087127117

## OPPOSITION TO SETTLEMENT, DISPUTE AS TO AMOUNTS OWED TO FAIBANKS AND WRITTEN COMPLAINT TO THE FLORIDA INSURANCE COMMISSIONER

ONE MORE WRITTEN DISPUTE AGAINST FAIRBANKS:

*AFTER HAVING SUCCESFULLY DELAYED MY CLOSING DATE A NUMBER OF TIMES WITH WASHINGTON MUTUAL BECAUSE FAIRBANKS REFUSED TO ACKNOWLEDGE RECEIPT OF A REQUESTED PAYOFF FIGURE, IT FINALLY ARRIVED WITH FAIRBANKS CHARGING ME ALMOST TWICE THE AMOUNT OF INTERESTS FOR A MONTH, THAN I HAVE BEEN PAYING A MONTH FOR THE LAST THREE YEARS. FAIRBANKS INTENDS TO CHARGE ME MORE THAN $800.00 IN INTERESTS FOR A 25 DAY PERIOD WHILE I CLOSE MY REFINANCE WITH WASHINGTON MUTUAL, WHEREAS MY MONTHLY MORTGAGE PAYMENT IS $498.00 A MONTH, INTERESTS AND PRINCIPAL INCLUDED.*

*FAIRBANKS NEEDS TO BE PUNISHED FOR THEY HAVE CERTAINLY NOT LEARNED THE LESSONS OF THIS CLASS ACTION FOR THEY ARE TURNING AROUND AND DOING EXACTLY THE SAME THING AGAIN THAT THEY ARE BEING SUED FOR. FAIRBANKS NEEDS TO BE TAUGHT A LESSON FOR THEY DO NOT RESPECT THIS HONORABLE COURT, NOR THE HONORABLE JUDGE PRESIDING IN THIS CASE, NOR THEY SHOW ANY RESPECT WHATSOEVER TO THEIR CUSTOMERS, FOR THEY ARE SHOWING A TREMENDOUS AMOUNT OF INSOLENCE AND CONTEMPT TOWARDS EVERYBODY.*

THIS CLASS ACTION IS MEANINGLESS IF YOU ARE TO ALLOW FAIRBANKS TO CONTINUE OPERATING WITH THE SAME ABUSIVE MODUS OPERANDI.

YET, ONE MORE WRITTEN DISPUTE AGAINST FAIRBANKS:

*IT SEEMS TO ME THAT FAIRBANKS NEVER GETS TIRED OF OVERCHARGING ME, THEIR PERSEVERANCE IS QUITE OVERWHELMING AND ENDEARING, AND I BELIEVE THAT FAIRBANKS HAS TURNED ITSELF INTO THE PROVERBIAL SHAKESPEREAN MERCHANT OF VENICE. AS I WAS FINISHING WRITTING THIS WRITTEN DISPUTE, TODAY'S MAIL ARRIVED WITH ONE MORE ATTEMPT FROM FAIRBANKS TO OVERCHARGE ME FOR FICTICIOUS "PRIOR SERVICER FEES" AND "LOAN SERVICING FEES",(SEE ATTACHED DOCUMENTS) CHARGING ME FOR FANTHOM EXPENSES. IT IS RIDICULOUS AND PREPOSTEROUS WHAT FAIRBANKS IS TRYING TO DO. THEY ARE ACTUALLY ATTEMPTING TO SETTLE A MULTIMILLION DOLLAR CLASS ACTION AND*

– 2 –                                                                                                         March 10, 2004

AT THE SAME TIME THEY PERSIST IN DOING AGAIN AND AGAIN WHAT OCCASIONED THIS LAW SUIT IN THE FIRST PLACE. THIS IS A CONCERTED ILLEGAL ACTION BY THE DEFENDANTS AND THEIR LAWYERS TO CIRCUMVENT THE LAW, AND THIS MUST NOT BE ALLOWED TO HAPPEN.

AFTER ALL THESE YEARS OF ABUSES BY FAIRBANKS WE FINALLY HAVE THEM IN COURT, WHERE THEY BELONG, AND IN THEIR CONTEMPT FOR COMMON DECENCY AND RESPECT, THEY HAVE ACTUALLY OFFERED TO SETTLE ALL THE MONEYS THEY HAVE ARBITRARILY OVERCHARGED ME FOR AN INSULTING AMOUNT OF $104.94, WHEREAS THEY ACTUALLY OWE US MORE THAN $1500.00 JUST IN OVERCHARGES AND THEIR FAMOUS PHANTOM FEES.

I REFUSE TO SETTLE THIS LAW SUIT FOR SUCH LUDICROUS AMOUNTS, AND IF PLAINTIFF'S LAWYERS CANNOT COME WITH A BETTER OFFER FOR THE WHOLE CLASS THEY ARE ATTEMPTING TO REPRESENT, THEN THEY ARE NOT FIT TO REPRESENT THE CLASS, AND SHOULD STEP ASIDE. WE HAVE FAIRBANKS IN THE COURT SYSTEM NOW, WE HAVE THEM IN THE WITNESS CHAIR, DO NOT LET THEM GET AWAY, BECAUSE I CERTAINLY WON'T.

Sincerely,

Fernando A Zapater and Carmen Zapater
1195 Marseilles Dr. # 5
Miami Beach, FL. 33141
(305) 866- 4828

March 1, 2004

USA vs. Fairbanks Capital Corp
Alanna L Curry, et al vs. Fairbanks Capital Corp.
Civil Action No: 03-12219-DPW
Civil Action No: 03-10895-DPW
Claims Administration Center
P O Box 808054
Petaluma, CA. 94975-8054

TO WHOM IT MAY CONCERN:

RE: Loan No# 8087127117

**OPPOSITION TO SETTLEMENT, DISPUTE AS TO AMOUNTS OWED TO FAIBANKS AND WRITTEN COMPLAINT TO THE FLORIDA INSURANCE COMMISSIONER**

My wife and I just received a settlement offer which does not reflect amounts that Fairbanks Capital Corp has overcharged us in the past and is not even close to amounts that they are illegally trying to attach to our account presently.

We could certainly say that Fairbanks Capital has been the mortgage company from hell!

This is the most abusive, arbitrary, obtuse, unfair, unjust mortgage company I have ever dealt with. For some unknown reason at one time they imposed unneeded forced-placed insurance upon my property, which in turn convoluted my account, and for some unexplained reason payments on my mortgage became delinquent, it took us many months and countless hours on the telephone dealing with the most arrogant and abusive lying employees I have ever had to deal with. Every step of the way, they intended to lie to me, refused to acknowledge phone conversations, receipt of letters, even though I had sent them certified mail they still pretended to tell me that they had not received the certified letters, when in fact I had confirmation of receipt. More than two years later they finally recognized that they were wrong and issued the corresponding letter of "Removal of Delinquencies", directed at all the reporting Credit Agencies, (see attached letter) and removed the forced-placed insurance. At that time I was told by various Fairbanks's employees that all charges that had been assessed against my account would be waived, amongst those employees there's a Mr. George Hale, there's a Mr. Richard, there's a Kimberly, a Chris H. there's a Mr Roberts from the Executive Response Team, plus there's countless other personnel that I spoke with and assured me that those assessments would be waived. Then one day they appeared again, (please see attached monthly statement), unexplainably, along with the Settlement Offer. It does not make any sense that I'm being offered a settlement as to what Fairbanks owes me, and at the same time, Fairbanks is

-2-                                                                                              March 2, 2004

imposing an arbitrary assessment on my account of more than three times the settlement offer. It's Preposterous! It offends the sense of dignity and fairness.

We tried to talk to Fairbanks on the issue but they remained adamant, that we must pay the $345.23 of something they call "Unapplied Balance", I presented Fairbanks with names and dates of some of their own personnel that I had spoken with about those assessments but as usual they always find a subterfuge to impose the assessment no matter what proof you give them, or they will simply disconnect the conversation so you need to call and start all over again, they finally told me that those assessments being imposed now were there when they bought my mortgage note, therefore I have to pay them, finally we called the Mortgage Department of the Florida Insurance Commissioner's office, with the intention of filing a verbal complaint on the situation, I was told to file a written complaint, which is what I'm doing now with this letter, and they referred us to a telephone number given to them by Fairbanks themselves supposedly to a Mr. Phillip Pay 1-801-574-6127, but the truth is the telephone belongs to a lady (named Kerry) from Idaho or Ohio or Oregon who has no relation whatsoever with Fairbanks.

One last thing that Fairbanks is doing to us is that they have purposely delayed a request for a pay-off figure just long enough to be able to charge me another month's interest rates at 11.71% when right now we have a commitment letter from Washington Mutual (please see attached document) for a refinancing deal and they offer us a 5.0% charge, which expires tomorrow March 2, 2004.

I certainly agree with the class action for it was high time that Fairbanks was stopped on it's track, what my spouse and I don't agree with is the amounts of the settlements being offered, therefore we will not sign it and if need be we reserve the right to intervene on our own in this civil matter, for we feel that plaintiffs counsel are not defending properly our rights, therefore are not quite suitable to defend the rights of the whole class.

Sincerely,

Fernando A Zapater and Carmen Zapater
1195 Marseilles Dr. # 5
Miami Beach, FL. 33141
(305) 866-4828

CC:
1) US District Court for the District of Massachusetts
2) Fairbanks Capital Corp
3) Florida Insurance Commissioner
4) Gary Klein, Esq. for the plaintiffs
5) Kelly M Dermody, Esq. for the plaintiffs
6) Thomas M Hefferson Esq. for the defendants
7) Lucy E Morris, FTC counsel

**Fairbanks Capital Corp.**

July 3, 2003

Carmen Zapater
1207 Marseille Drive Unit 5
Miami Beach, FL 33141

Re: Account Number: 8087127117

Dear Carmen Zapater:

Thank you for contacting Fairbanks Capital Corp. about information contained in your credit bureau report that was provided by Fairbanks Capital Corp. We have reviewed your account information, and we have requested that each credit bureau reporting agency to which we report (Transunion, Experian, Equifax, and Innovis) update your file as follows:

Remove delinquencies for October 2002 through June 2003

Please allow 30 to 60 days for the corrected information to reflect on your credit bureau file. Please keep this letter for your file. If the need arises, this letter may be shown to a prospective lender to confirm the correction to the above referenced account number being taken by Fairbanks Capital Corp. Fairbanks Capital Corp. does business as the Loan Servicing Center and LSC and reports to the three major reporting agencies using the trade line The Loan Servicing Center or LSC. If you have further questions or need assistance, please send inquiry to Fairbanks Capital Corp. at the address below.

Sincerely,
Victoria Redden
Credit Bureau Liaison

10401 Deerwood Park Blvd
Jacksonville, FL 32256
1-800-258-8602

**Washington Mutual Bank, FA**
Anthony Corona

FEBRUARY 10, 2004

CARMEN ZAPATER
1195 MARSEILLES DR #5
MIAMI BEACH, FLORIDA 33141

RE:   Loan Number:        0082998576
      Property Address:   1195 MARSEILLES #5
                          MIAMI BEACH, FLORIDA 33141

Dear CARMEN ZAPATER,

We are pleased to inform you that your application for a mortgage loan on the above referenced property has been approved.

Enclosed for your information is the Commitment Letter outlining the terms and conditions of your loan. Please read this document carefully and address any outstanding conditions with your loan officer.

Before we can close your loan, we must verify that Homeowner's Insurance is in force on your property. If you have not already been contacted for this information, a form is enclosed to assist you in arranging adequate coverage with your insurance agent.

When all of the conditions of your loan have been satisfied, your loan file will be forwarded to our closing department. We will then notify you to arrange a closing date.

If you have any questions, please contact me at _____

Thank you for giving us this opportunity to serve you. We look forward to meeting more of your financial needs in the future.

Enclosures

375 (10-96)

DocMagic eForms 800-649-1362
www.docmagic.com

**Fairbanks Capital Corp.**
Loan Servicing Center
P.O. Box 551170
Jacksonville, FL 32255-1170

*Phillip Pay*
*1-801-574-6127*



82352-0024280-005
CARMEN ZAPATER
1195 MARSEILLE DR APT 5
MIAMI BEACH FL 33141-2832

*801-574-6127*

Page 1 of 2

## MONTHLY MORTGAGE STATEMENT

| | |
|---|---|
| Statement Date: | 02/13/04 |
| Loan Number: | 8087127117 |
| This Month's Payment | $596.24 |
| Payment Due Date: | 03/01/04 |
| Late Payment Amount-- *If You Pay Late:* | $621.15 |
| Late Payment Due Date: | 03/16/04 |
| Last Amount Received: | $596.24 |
| Date Amount Received: | 02/04/04 |

*Any payments received after the Statement Date noted above will be reflected on your next statement.*

**Customer Service**      1-800-944-1212
Monday - Friday           7:00AM - 8:00PM ET

*For other important contact information see reverse side.*

### LOAN INFORMATION

Property Address: 1207 MARSEILLE DR
                  MIAMI BEACH FL 33141

| | |
|---|---|
| Interest Rate: | 11.710% |
| YTD Interest Paid: | $954.05 |
| YTD Taxes Paid: | $.00 |
| YTD Principal Paid: | $42.23 |
| Current Principal Balance: | $48,852.34 |
| Current Escrow Balance: | $2,252.58- |
| Current Unapplied Balance: | $.00 |

* This amount is not a payoff quote or a reinstatement figure. If you want a payoff quote, or a reinstatement figure please see instructions on reverse side.

### PAYMENT SUMMARY

| | |
|---|---|
| Principal & Interest | $498 |
| Escrow | $98.10 |
| Optional Products | $.00 |
| Other | $.00 |
| Past Due Payments | $.00 |
| This Month's Payment | $596.24 |
| Payment Due Date | 03/01/04 |
| Late Payment Amount-- *If You Pay Late:* | $621.15 |
| Late Payment Due Date | 03/16/04 |

If your last payment was received after the Statement Date noted above, please deduct it from your payment this month.

| | |
|---|---|
| Additional Amounts Owing | |
| Late Charges Due | $.00 |
| Returned Check Fees | $.00 |
| Other Fees | $345.23 |
| Unapplied Balance | $.00 |
| Total Additional Amounts Owing* | $345.23 |
| *Does not include principal balance | |

### ACTIVITY THIS PERIOD (01/17/04 - 02/13/04)

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | FEES | TOTAL |
|---|---|---|---|---|---|---|---|
| 02/04 | PAYMENT | 21.22 | 476.92 | 98.10 | 0.00 | 0.00 | 596.24 |
| 01/23 | INTEREST ON ADV ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | -0.61 | -0.61 |
| 01/30 | INTEREST ON ADV ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | -0.61 | -0.61 |
| 02/06 | INTEREST ON ADV ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | -0.61 | -0.61 |
| 02/13 | INTEREST ON ADV ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | -0.61 | -0.61 |

### IMPORTANT MESSAGES

If you have any questions regarding your loan or this statement, please call 1-800-944-1212.

You can access your automated loan information 24 hours a day or make a payment online by visiting our web site at http://www.fairbankscapital.com, or by calling the Loan Servicing Center number listed on your statement.

Auto Draft is a convenient payment option. Your loan payment can be automatically deducted from your checking account each month, insuring that your payment is always on time. To set up Auto Draft, please submit your request in writing and send a copy of a voided check or deposit slip to the following address:
Loan Servicing Center
Attn: Customer Advocate Dept
PO Box 551170
Jacksonville, FL 32255-1170

*April                              Jacksonville fl*