013095 ESSIE B WILLIAMS
10065 LAMBERT DR
MASON TN 38049-8313

FTCFBK-15676540-3

Yes I agree Fairbank treated me unfair Charged late fees and Prepayment penalty

Essie B Williams

By order of the court
The Honorable Douglas P. Woodlock
United States District Judge
Boston Massachusetts

The Honorable Douglas P. Woodlock
United States District Judge
Boston Massachusetts