SCANNED
DA  3-15-04

BY:                M

Dexter K. Case, Esquire
CASE & DIGIAMBERARDINO, P.C.
541 Court Street
Reading PA 19601
610-372-9900
610-372-5469 fax
dkc@cdbankrlaw.com
Attorney ID #52815
Attorney for Mary L. Hornberger

FILED
IN CLERK'S OFFICE

2004 MAR 12 P 2:36

U.S. DISTRICT COURT
DISTRICT OF MASS

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff | : <br> : <br> : |
| vs. | : Civil Action No. 03-12219-DPW <br> : |
| FAIRBANKS CAPITAL CORP. and<br>FAIRBANKS CAPITAL HOLDING CORP.,<br>　　　　Defendants | : <br> : <br> : <br> : |
| ALANNA L. CURRY, et al, individually and on<br>behalf of all other similarly situated,<br>　　　　Plaintiff | : <br> : <br> : <br> : |
| vs. | : Civil Action No. 03-10895-DPW <br> : |
| FAIRBANKS CAPITAL CORP.,<br>　　　　Defendant | : <br> : |

### NOTICE OF BANKRUPTCY STAY

*PLEASE TAKE NOTICE* that any action in connection with the proposed class action settlement

in this matter (Notice Dated: December 10, 2003) which proposes to bind the below named debtor, will

violate 11 U.S.C. § 362 and will be void as to the debtor (Notice of Bankruptcy Case Filing attached):

Mary L. Hornberger, Debtor
United States Bankruptcy Court for the Eastern District of Pennsylvania
Chapter 13 Bankruptcy No. 03-26426

Case & DiGiamberardino, P.C.

March 9, 2004                    By:    _____

Dexter K. Case, Esquire

## United States Bankruptcy Court
## Eastern District of Pennsylvania

### Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 12/04/2003 at 09:00 AM and filed on 12/04/2003.

**Mary L. Hornberger**
50 East Wyomissing Avenue
Mohnton, PA 19540
SSN: xxx-xx-5888



The case was filed by the debtor's attorney:

**DEXTER K. CASE**
Case & DiGiamberardino, P.C.
541 Court Street
Reading, PA 19601
(610) 372-9900

The bankruptcy trustee is:

**FREDERICK L. REIGLE**

Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606
(610)779-1313

The case was assigned case number 03-26426 to Judge Thomas M. Twardowski.

The filing of a bankruptcy case automatically stays certain actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.paeb.uscourts.gov or at the Clerk's Office, 400 Washington Street, Suite 300, Reading, PA 19601.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Joseph Simmons**
**Clerk, U.S.**
**Bankruptcy Court**

*Dexter K. Case, Esquire*
*CASE & DIGIAMBERARDINO, P.C.*
*541 Court Street*
*Reading PA 19601*
*610-372-9900*
*610-372-5469 fax*
*dkc@cdbankrlaw.com*
*Attorney ID #52815*
*Attorney for Mary L. Hornberger*

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | : | |
| | : | |
| vs. | : | Civil Action No. 03-12219-DPW |
| | : | |
| FAIRBANKS CAPITAL CORP. and<br>FAIRBANKS CAPITAL HOLDING CORP.,<br>Defendants | : | |

--------------------------------------------------------------------

| | | |
|---|---|---|
| ALANNA L. CURRY, et al, individually and on<br>behalf of all other similarly situated,<br>Plaintiff | : | |
| | : | |
| vs. | : | Civil Action No. 03-10895-DPW |
| | : | |
| FAIRBANKS CAPITAL CORP.,<br>Defendant | : | |

## CERTIFICATE OF SERVICE

I, Dexter K. Case, Esquire, attorney for debtor Mary L. Hornberger, hereby certify that I served a true and correct copy of the **Notice of Bankruptcy Stay,** filed in the above matter, to the interested parties listed below, by first-class mail, this 9th day of March, 2004.

Case & DiGiamberardino, P.C.

By:  _____
Dexter K. Case

**Interested Parties:**

- see attached list -

*plaintiffs' co-lead counsel:*

Gary Klein, Esquire
John Roddy, Esquire
GRANT & RODDY
44 School Street, Suite 400
Boston MA 02108

Niall P. McCarthy, Esquire
COTCHETT PITRE SIMON & McCARTHY LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
San Francisco CA 94010

Kelly M. Dermody, Esquire
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
275 Battery Street, 30th Floor
San Francisco CA 94111

Daniel Mulligan, Esquire
JENKINS & MULLIGAN
660 Market Street, 3rd Floor
San Francisco CA 94104

*defendant's counsel:*

Thomas M. Hefferon, Esquire
GOODWIN PROCTER LLP
Suite 500
1717 Pennsylvania Avenue, N.W.
Washington DC 20006

*FTC counsel:*

Lucy E. Morris, Esquire
Division of Financial Practices
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Avenue N.W., Mail Drop NJ-3158
Washington DC 20580