## Exhibit A

**USA v. Fairbanks Capital Corp.**
**Alanna L. Curry, et al. v. Fairbanks Capital Corp.**
**Requests for Exclusion**

| REC | NAME |
|-----|------|
| 1 | AARON T HARRIS |
| 2 | ABRAHAM LAMOURT JR |
| 3 | ABRAHAM MONROE |
| 4 | AGIN MUHAMMAD |
| 5 | ALAN ECKSTIEN |
| 6 | ALAN WALLACE |
| 7 | ALBERT BOWENS * |
| 8 | ALBERT HOLLAND * |
| 9 | ALBERT PEEBLES |
| 10 | ALBERT SHAMBURGER |
| 11 | ALBERT L WEST |
| 12 | ALEXANDER WILSON |
| 13 | ALFRED R LAWSON |
| 14 | ALFREDA BECK |
| 15 | ALGER LASTER |
| 16 | ALICE GALLMAN |
| 17 | ALICE JOHNSON |
| 18 | ALICE S KING |
| 19 | ALLEN HUNTER |
| 20 | ALLEN J WOODS |
| 21 | ALMA J TROTTER |
| 22 | ALONZO MAYNOR |
| 23 | ALTHEA HEMPHILL * |
| 24 | ALVIN JOHNSON |
| 25 | ALVIN R SMITH |
| 26 | ALVONIA L FOUCHE |
| 27 | AMANDA JOHNSON |
| 28 | ANDREA Y RICHMOND |
| 29 | ANDREW BELL |
| 30 | ANDREW PETERS |
| 31 | ANGELA CLAY |
| 32 | ANGELA SPRUILL FUTCH |
| 33 | ANGIE SHANNON |
| 34 | ANNETTE HARRISON |
| 35 | ANNETTE H IVY |
| 36 | ANNIE ANDERSON |
| 37 | ANNIE B STAPLETON |
| 38 | ANNIE L MCCOY |
| 39 | ANNIE MAE SCOTT |
| 40 | ANNIE R THOMAS |
| 41 | ANNIE W ROBBINS |
| 42 | ANTHONY FUNCHESS |
| 43 | ANTHONY HOLLIDAY |
| 44 | ANTHONY MANSOOR |
| 45 | ANTHONY WILLIAMS |

46      ARLENE  MAGEE *
47      ARLISA L ARMSTRONG
48      ARNOLD H ROTHSCHILD
49      ARTHUR  ABRAHAM
50      ARTHUR  DOUGLAS
51      ARTHUR L STANLEY
52      ATLEAN  THOMPSON *
53      AUBRA ANNE WILLIS
54      AUDREY HOLDEN
55      AUDRY  GREEN
56      AUNDRA & ZINA  WILLIAMS
57      AUTHER L FLOYD
58      BALBINA  NEPOMUCENO
59      BARBARA  MILES
60      BARBARA  STURDIVAN
61      BARBARA JEAN SMITH
62      BEATRICE  IVORY
63      BEATRICE H HUTSON *
64      BERNADINE J BUCKNER
65      BERNARD H TURNER
66      BERTHA  GRANT
67      BERTHA  HUNTER
68      BERTHA  MCRAE
69      BERTHA  POWELL
70      BERTHA  ROLLINS
71      BERTHA  ROLLINS
72      BERTHA M THURMAN
73      BETTY  JIMMERSON
74      BETTY  TISDALE
75      BETTY A EVANS
76      BETTY GEAN BOLES
77      BETTY J STEVENS
78      BETTY J TILLMAN
79      BETTY JEAN  GRAYSON
80      BETTYE  MASON
81      BEVERLY  BRADLEY
82      BEVERLY  KING
83      BEVERLY  WELLS
84      BILLIE  BEAMER
85      BILLIE J MEDCAFE *
86      BILLY J JONES
87      BILLY L HEKTOR
88      BILLY L PRENTISS
89      BILLY R JACKSON
90      BLAIR  BAILEY
91      BOB  DAVIDSON
92      BOBBI  MOSLEY
93      BOBBIE J BEALE *
94      BOBBY  GAUTHIER
95      BOBBY C TYER
96      BONIFACIO V CORPUZ
97      BONITA  BAITY

| 98  | BONNIE KALIN |
|-----|--------------|
| 99  | BOOKER COLE |
| 100 | BOOKER T JOHNSON |
| 101 | BOYD JONES |
| 102 | BRADLEY J CARVER SR |
| 103 | BRENDA WASHINGTON |
| 104 | BRENDA WEST ANDERSON |
| 105 | BRENDA WILEY |
| 106 | BRETT A DENISON |
| 107 | BRIAN J MCCREEDY |
| 108 | BRUCE ALLEN |
| 109 | BRUCE L BAKER |
| 110 | BRYAN HAMILTON |
| 111 | CALLIE M CARROLL |
| 112 | CALVIN BUSH |
| 113 | CALVIN EMMONS |
| 114 | CALVIN THOMPSON |
| 115 | CALVIN TYLER |
| 116 | CALVIN F BARBOUR |
| 117 | CAMERON R MIKHAILI |
| 118 | CANDACE TAYLOR |
| 119 | CARL ARNOLD |
| 120 | CARL WATKINS |
| 121 | CARL E. BEARD |
| 122 | CARL V NICHOLS |
| 123 | CARL V PATTON |
| 124 | CARLIN S MARLETT |
| 125 | CARLOS MERINO |
| 126 | CARMEN ZAPATER |
| 127 | CAROL BOYKIN |
| 128 | CAROL DOUGLAS |
| 129 | CAROL LEON |
| 130 | CAROL R TURNAGE |
| 131 | CAROL T JENNINGS |
| 132 | CAROLINE PAYNE |
| 133 | CAROLYN DAVIS |
| 134 | CAROLYN GARY |
| 135 | CAROLYN IANNCELLI |
| 136 | CAROLYN WILLIAMS |
| 137 | CAROLYN & RAY GARDNER |
| 138 | CAROLYN D GRAY |
| 139 | CARRIE L MCCALL |
| 140 | CARRONE J PAGE |
| 141 | CASTELLA HARRIS |
| 142 | CATHERINE BOWDITCH |
| 143 | CATHERINE CARTER |
| 144 | CATHERINE L HAYNESWORTH |
| 145 | CATHY SUSAN HOLLER |
| 146 | CECIL N BASSHAM |
| 147 | CHANDRA HARDAWAY |
| 148 | CHARLENE RAY |
| 149 | CHARLENE WASHINGTON |

| | |
|---|---|
| 150 | CHARLENE S GILL |
| 151 | CHARLES ELKINS SR |
| 152 | CHARLES GALLAGHER |
| 153 | CHARLES SWAIN |
| 154 | CHARLES WHISNER |
| 155 | CHARLES E MCCASKILL |
| 156 | CHARLES E NEWTON |
| 157 | CHARLES L STANFORD |
| 158 | CHARLES M KYSER |
| 159 | CHARLES R HUSBAND |
| 160 | CHARLEZETT PONDS |
| 161 | CHARLIE W TATE |
| 162 | CHARLOTTE H MARTIN |
| 163 | CHERYL BLACKMON |
| 164 | CHIQUITA Y HARRIS |
| 165 | CHRISTIE B CALLENDER |
| 166 | CHRISTINE PARKER |
| 167 | CHRISTINE SULLIVAN |
| 168 | CHRISTINE TATE |
| 169 | CHRISTOPHER PERKINS |
| 170 | CLARA POPE |
| 171 | CLARENCE WILLIAMS |
| 172 | CLARENCE E ROBINSON |
| 173 | CLARENCE E SIMMONS |
| 174 | CLARENCE E THOMAS |
| 175 | CLAUDE R BOSARGE |
| 176 | CLAYTON HARMON |
| 177 | CLEMORA W ALLISON |
| 178 | CLINT BONNEY |
| 179 | CLYDE GILL |
| 180 | CLYDE D DANIEL |
| 181 | COLBY FISHER |
| 182 | CONNIE NORRIS |
| 183 | CONSTANCE ZANNIS |
| 184 | CORA L COOPER |
| 185 | COREY WASHINGTON |
| 186 | CORNELIUS CHEEKS |
| 187 | CRITTIE J SHOALS |
| 188 | CRUZ MARTINEZ |
| 189 | CURTIS YOUNG |
| 190 | CURTIS D BAILEY |
| 191 | CYNTHIA CUMMINGS |
| 192 | CYNTHIA MCDUFFIE |
| 193 | CYNTHIA SMITH |
| 194 | CYNTHIA S DICKASON |
| 195 | DAFPHINE M EDWARDS |
| 196 | DAINTRY MCFADDEN |
| 197 | DAISY KEYS |
| 198 | DALE M HUBBARD |
| 199 | DALE R MERCER |
| 200 | DALFRED HYPOLITE |
| 201 | DALTON ELLIS |

| | |
|---|---|
| 202 | DANIEL  TEELE |
| 203 | DANIEL A DAVENPORT |
| 204 | DANIEL R HECT |
| 205 | DANIELLE A SAWKINS |
| 206 | DANNY  MCGILL |
| 207 | DANNY  NUNLEY * |
| 208 | DANNY  SCHIELE |
| 209 | DANNY L DENDY |
| 210 | DARLENE  SMITH |
| 211 | DARLENE B MATTHEWS |
| 212 | DARNELL  FORD |
| 213 | DARRYL  GILLESPIE |
| 214 | DARYCK  BROWN |
| 215 | DAVID  ATKINS |
| 216 | DAVID  BEAZLEY |
| 217 | DAVID  BELL |
| 218 | DAVID  BENJAMIN |
| 219 | DAVID  BLEVINS |
| 220 | DAVID  HAMILTON |
| 221 | DAVID  LEWIS |
| 222 | DAVID  MUNCE |
| 223 | DAVID  PERRY |
| 224 | DAVID  PICKENS |
| 225 | DAVID H MUNCE |
| 226 | DAVID T STEPHENS |
| 227 | DAWN L GROVES |
| 228 | DEB L RILEY |
| 229 | DEBBIE  NOLEN * |
| 230 | DEBBIE DONALD CHAPMAN |
| 231 | DEBORAH  COLE |
| 232 | DEBORAH  ROBINSON * |
| 233 | DEBORAH E SPRINGFIELD |
| 234 | DEBRA  SANTIAGO |
| 235 | DEBRA  SCHMIEDT |
| 236 | DEBRA E SIMMONS |
| 237 | DEIDRE  CHAPMAN |
| 238 | DELANOIA  GIBSON |
| 239 | DELIA E ALUPAY |
| 240 | DELL B WHITE |
| 241 | DELLA B COLEMAN |
| 242 | DEMETRIA  KARAGIANNIS |
| 243 | DEMETRIC  THOMAS * |
| 244 | DEMETRICE  CHEEKS |
| 245 | DENISE C PRICE |
| 246 | DENISE C PRICE |
| 247 | DENNIS J HAVEN |
| 248 | DENNIS J JOHNSON |
| 249 | DENNIS R BUSCHMOHLE |
| 250 | DENNY  MILES |
| 251 | DERYL  WILLIAMS |
| 252 | DEXTURE  APPLEWHITE |
| 253 | DIANA  BRYANT |

| | |
|---|---|
| 254 | DIANE BERNARD |
| 255 | DIANE DELANEY |
| 256 | DIANE M GALLAGHER |
| 257 | DIANN M CREEL |
| 258 | DIANNA ROBERTS |
| 259 | DIANNE SMITH |
| 260 | DIANNE C BUSBY |
| 261 | DIEDRA M BURR |
| 262 | DOBBY HENDERSON |
| 263 | DOLORES R OLLIE |
| 264 | DOMINIC FICHERA |
| 265 | DOMINIC J RAFFANIELLO |
| 266 | DON WADE |
| 267 | DONALD ABNER |
| 268 | DONALD MATTHEWS |
| 269 | DONALD MCCAFFETY |
| 270 | DONALD O'KELLEY |
| 271 | DONALD TYSAR |
| 272 | DONALD J VAN ETTEN |
| 273 | DONNA CARTER |
| 274 | DONNA J STAFFORD |
| 275 | DORIAN ALLRED |
| 276 | DORIS WALL |
| 277 | DORIS H MURRAY |
| 278 | DOROTHY BURDETTE * |
| 279 | DOROTHY KINSEY |
| 280 | DOROTHY MCLAURIN |
| 281 | DOROTHY WASHINGTON |
| 282 | DOROTHY G MCCLAIN |
| 283 | DOROTHY H BRIDGES |
| 284 | DOROTHY J PLANT * |
| 285 | DOROTHY J THOMAS |
| 286 | DOROTHY JONES MOORE |
| 287 | DOUGLAS ROBINSON |
| 288 | DOUGLAS A BUCKETT |
| 289 | DOYLE VANDIVER |
| 290 | DWAIN CHARLES TONEY |
| 291 | E GENE POULSEN |
| 292 | EARL WILLIAMS |
| 293 | EARL D BOCOOK |
| 294 | EARLINE MCCLARY |
| 295 | EARLY GRAHAM |
| 296 | EARLY GRAHAM |
| 297 | EARNESTINE BLAIR * |
| 298 | EARNESTINE HOOTEN |
| 299 | EARNESTINE SNELL |
| 300 | EARNESTINE B MILLER |
| 301 | ED BLEMEL |
| 302 | EDDIE MCDONALD |
| 303 | EDDIE D PORTER |
| 304 | EDDIE F SMITH |
| 305 | EDDIE M CALDWELL |

306    EDDIE M PRATHER
307    EDNA MCCOY
308    EDNA E HARPER
309    EDNA M HARRIS
310    EDNA MAE EDWARDS
311    EDWARD FREEMAN
312    EDWARD ODUM *
313    EDWARD VENSON *
314    EDWARD D COMER
315    EDWARD E DEASON
316    EDWARD F TAUMOEPEAU
317    EDWARD L MCCOY
318    EILEEN A KLINE
319    ELBERT TOBIOS
320    ELIJAH BALDWIN
321    ELIZABETH BENSON
322    ELIZABETH D POOL
323    ELIZABETH S GORDON
324    ELLA D TOWNES *
325    ELLIOT EVANS
326    ELLIOTT PARKER
327    ELOIS C ROBINSON
328    ELOISE L WILLIAMS
329    ELOY HERAS
330    ELSA J MARLAR
331    ELTHEL MAY WILSON *
332    EMILY H JACKSON
333    EMMA SMITH
334    EMMA L STOWER
335    EMMA M HOLDER
336    ERCEL PLACIDE
337    ERIC HICKS
338    ERIC SMITH
339    ERIC B LUNSFORD
340    ERMA J GRAHAM
341    ERMA J JACKSON
342    ERNEST STALLINGS
343    ERNEST WIGGINS JR
344    ERNEST E CAPPS JR
345    ERNESTINE REGAN GORE
346    ERNESTO HABERER
347    ESSIE R HUNTER
348    ESTABELLE LINEBERRY
349    ESTAL ALLEN
350    ESTATE DAVE WASH
351    ESTELLE TYSON
352    ETHEL GRIFFIN *
353    ETHEL S FOSTER
354    EUNICE SMITH
355    EUTENA M LATHAN
356    EVELENA STOCK
357    EVELYN L THOMPSON

| 358 | EVERETT CLOUD |
| 359 | EVON APPLEWHITE |
| 360 | EVON ECTOR |
| 361 | EZELDIA M ROBERTS |
| 362 | FANNIE JOHNSON |
| 363 | FANNIE MCWRIGHT |
| 364 | FANNIE WHITFIELD |
| 365 | FANNIE G GAYLOR |
| 366 | FAYE ADAMS |
| 367 | FELICIA MATHIS |
| 368 | FELLONEASE S WOODS |
| 369 | FLIO MUCILLI |
| 370 | FLOREAN WALTON |
| 371 | FLORINE NOLAN |
| 372 | FLOYD SMITH |
| 373 | FLOYD TROUT |
| 374 | FLOYD E BLISSETT |
| 375 | FRANCES WALLACE |
| 376 | FRANCIS HILL |
| 377 | FRANK FREUDBERG |
| 378 | FRANK RUNCK |
| 379 | FRANK L KING |
| 380 | FRANK L WILCOX |
| 381 | FRANK N EGGER |
| 382 | FRANKLIN COX |
| 383 | FRANKLIN D MILLS |
| 384 | FRED L BAPTIST |
| 385 | FREDDIE C HALL |
| 386 | FREDERICO 0 LAGON |
| 387 | FREEMAN APPLON * |
| 388 | FREEMAN JONES |
| 389 | GABRIEL BANGUELA |
| 390 | GALVIN TAYLOR * |
| 391 | GARFIELD PAYTON |
| 392 | GARRISON LADNER |
| 393 | GARRY CRAWFORD |
| 394 | GARY JENKINS |
| 395 | GARY A STARKEY |
| 396 | GARY A TROUT |
| 397 | GARY D RAY |
| 398 | GENE A STEWART |
| 399 | GENE H ALTEMUS |
| 400 | GEORGE ANDERS |
| 401 | GEORGE JARRELL |
| 402 | GEORGE OLDING |
| 403 | GEORGE PHILLIPS |
| 404 | GEORGE A DELORME |
| 405 | GEORGE A EMERY |
| 406 | GEORGE C SMITH |
| 407 | GEORGE O LAMBUS |
| 408 | GEORGE R KIMBALL |
| 409 | GEORGE R MCGUIRE |

| | |
|---|---|
| 410 | GEORGE S COOLEY |
| 411 | GEORGIA PRICE |
| 412 | GERALD NARRO |
| 413 | GERALDINE MOORE |
| 414 | GLADYS SAMUELS |
| 415 | GLADYS H GUYNES |
| 416 | GLENDA HARRIS |
| 417 | GLENDA A GRANT |
| 418 | GLORIA COX |
| 419 | GLORIA HOUSETON |
| 420 | GLORIA HUDSON |
| 421 | GLORIA STEVENS |
| 422 | GLORIA THOMAS |
| 423 | GLORIA WIGLEY |
| 424 | GRACIE WILLIAMS |
| 425 | GREG WILSON |
| 426 | GREGORY LINDLEY |
| 427 | GREGORY WARD |
| 428 | GREGORY WEEKS * |
| 429 | GREGORY A DISHMON |
| 430 | GUSSIE T WILSON |
| 431 | GWENDOLYN CLARY |
| 432 | GWENDOLYN L SCOTT |
| 433 | H BERNARD PETERS |
| 434 | HAIKAS MATZAGANIAN |
| 435 | HARLEY SWINEHART |
| 436 | HAROLD LIVINGSTON |
| 437 | HARRY MAYO |
| 438 | HARRY SAMPLEN |
| 439 | HARRY B COCKRELL |
| 440 | HATTIE JORDAN |
| 441 | HATTIE B BROWN |
| 442 | HAVER LENE LEACH |
| 443 | HELEN FARRIOR |
| 444 | HELEN R GUNN |
| 445 | HELENE C SEGAL |
| 446 | HENRIENE MONROE |
| 447 | HENRY BRANDON |
| 448 | HENRY GOLDMAN |
| 449 | HENRY JONES |
| 450 | HENRY PATTERSON |
| 451 | HENRY E MCNEESE |
| 452 | HERMAN WOOD |
| 453 | HERMANELL SMITH |
| 454 | HILDA M PEART |
| 455 | HOLLIS HALL |
| 456 | HOWARD SHELTON |
| 457 | HOWARD E SAUCIER |
| 458 | IDA ROBY |
| 459 | IGNACIO MORENO |
| 460 | IKE BROWN |
| 461 | IKE MEPHORS |

| | |
|---|---|
| 462 | IKE  WASHINGTON |
| 463 | INEZ  HOOKER |
| 464 | IRA  BANKS |
| 465 | IRBY  BARBER |
| 466 | IRENE I KISTLER |
| 467 | IRMA J JONES |
| 468 | IRMARIE  DONALDSON |
| 469 | ISAAC  NORMAN |
| 470 | ISAAC  SMALLS |
| 471 | ISAAC  STEGALL JR |
| 472 | ISAAC J DAVIS |
| 473 | IVERY K WILSON |
| 474 | IVON  CARTER |
| 475 | IZISH  HAYS |
| 476 | J B JOHNSON |
| 477 | J T JONES * |
| 478 | JACK  BEACH |
| 479 | JACK L EDWARDS |
| 480 | JACQUELINE  HARRIS |
| 481 | JACQUELYN  DOWDY * |
| 482 | JAMES  BOLDEN |
| 483 | JAMES  COSMAN |
| 484 | JAMES  CROFTJR |
| 485 | JAMES  DENT |
| 486 | JAMES  DRAIN |
| 487 | JAMES  ECHOLS |
| 488 | JAMES  GILLUM |
| 489 | JAMES  HULTMAN |
| 490 | JAMES  JONES |
| 491 | JAMES  MARTIN |
| 492 | JAMES  SELLERS |
| 493 | JAMES  SHOWS * |
| 494 | JAMES  SIMS |
| 495 | JAMES  STEGALL |
| 496 | JAMES  TUGGLE |
| 497 | JAMES ARTHUR HAHN |
| 498 | JAMES B REED |
| 499 | JAMES C CONNER |
| 500 | JAMES C KEENUM |
| 501 | JAMES E CLEVELAND |
| 502 | JAMES E JACKS |
| 503 | JAMES E SMITH |
| 504 | JAMES G JONES |
| 505 | JAMES H CHAMPLUVIER * |
| 506 | JAMES H WHITE * |
| 507 | JAMES I DEVENDORF |
| 508 | JAMES K RENFROE |
| 509 | JAMES L CROWELL |
| 510 | JAMES M REEVES |
| 511 | JAMES R BALL |
| 512 | JAMES R CARLEY |
| 513 | JAMES R SISK |

| | |
|---|---|
| 514 | JAMES W NICHOLS |
| 515 | JAMES W WIDEMAN |
| 516 | JAN G FORYSTEK |
| 517 | JANICE E MASSEY |
| 518 | JANIE B GORDON |
| 519 | JANYTH THOMPSON |
| 520 | JASON PAUL FLINT |
| 521 | JASPER S LUSK |
| 522 | JEAN MARIE ANGELL |
| 523 | JEANETTE WILEY |
| 524 | JEFF JORDON |
| 525 | JEFF WHATLEY JR |
| 526 | JEFFERY K OSWALT |
| 527 | JEFFREY BROCHARD |
| 528 | JEFFREY HALL |
| 529 | JEFFREY MILLER |
| 530 | JEFFREY L CUMMINS |
| 531 | JENNIE L MYERS * |
| 532 | JENNIFER DURDEN * |
| 533 | JENNIFER SCRUGGS * |
| 534 | JENNIFER F DUREN |
| 535 | JEROME DRAKE |
| 536 | JERRY BEATTIE |
| 537 | JERRY COOPER |
| 538 | JERRY KEYES |
| 539 | JERRY G ALLEN |
| 540 | JERRY WAYNE DANIEL * |
| 541 | JESSE TERRY |
| 542 | JESSIE GRAYSON |
| 543 | JESSIE WHITE * |
| 544 | JESSIE A COX |
| 545 | JESSIE MAE JONES |
| 546 | JILL E BRADLEY |
| 547 | JIMMIE J HARRIS |
| 548 | JIMMY CANNON * |
| 549 | JIMMY HARRIS |
| 550 | JIMMY MCCANN |
| 551 | JIMMY L TRAVIS |
| 552 | JIMMY LEE NEELY * |
| 553 | JOANNE HEARD |
| 554 | JODI AHLMAN |
| 555 | JOE HAUTZINGER |
| 556 | JOE MCCOOL |
| 557 | JOE B BROOKS JR |
| 558 | JOE E SIMPSON |
| 559 | JOE G BOATWRIGHT |
| 560 | JOE L HOPKINS |
| 561 | JOEANN MOORE * |
| 562 | JOEL L. SIEGEL |
| 563 | JOHN COLETTE |
| 564 | JOHN FITZGERALD |
| 565 | JOHN SELDON |

| | |
|---|---|
| 566 | JOHN  WHITEHEAD |
| 567 | JOHN  WILLIAMS |
| 568 | JOHN A CARRILLO |
| 569 | JOHN A MCLEOD |
| 570 | JOHN A MCMILLIAN |
| 571 | JOHN A MONTGOMERY |
| 572 | JOHN A O PRY |
| 573 | JOHN F. SCHOETTLIN III |
| 574 | JOHN K REED |
| 575 | JOHN M SLEDD |
| 576 | JOHN MARK MABE |
| 577 | JOHN T ENTREKIN JR |
| 578 | JOHN T SMITH |
| 579 | JOHN W BARBER  SR |
| 580 | JOHN W FUNCHESS |
| 581 | JOHN W ORWICK |
| 582 | JOHNNIE  LEWIS |
| 583 | JOHNNIE  OVERSTREET |
| 584 | JOHNNIE  PARTRIDGE |
| 585 | JOHNNIE R KEMP |
| 586 | JOHNNIE W KYLES |
| 587 | JOHNNY  HOBBS |
| 588 | JOHNNY  JOHNSON |
| 589 | JOHNNY  OSWALT |
| 590 | JOHNNY  TILGHMAN |
| 591 | JOHNNY  WILLIAMS |
| 592 | JOHNNY C MATHIS |
| 593 | JOHNNY D SALTER * |
| 594 | JOHNNY L KELLY |
| 595 | JOHNNY L POUNDS |
| 596 | JOHNNY LEE JONES |
| 597 | JOHNNY R PITTS |
| 598 | JOSEPH  COLLINS |
| 599 | JOSEPH  CONCANNON |
| 600 | JOSEPH  HUDSON |
| 601 | JOSEPH  HUGHES |
| 602 | JOSEPH  SQUIRE |
| 603 | JOSEPH  TEDFORD |
| 604 | JOSEPH  ZIEGLER |
| 605 | JOSEPH A FARACE |
| 606 | JOSEPH B LOTT |
| 607 | JOSEPH E CAPARUOLO |
| 608 | JOSEPH F KLEIN JR |
| 609 | JOSEPH G KUNKEL |
| 610 | JOSEPH O DIXON |
| 611 | JOSEPH RALPH KEHOE |
| 612 | JOSEPH T AYCOCK |
| 613 | JOSEPHINE  SPANN |
| 614 | JOSIEPHENE  COURSE |
| 615 | JOYCE  BEADLE |
| 616 | JOYCE  LUCIANO |
| 617 | JOYCE A PARKER |

| | |
|---|---|
| 618 | JOYCE YVONNE HALL |
| 619 | JUANITA GOBELI |
| 620 | JUANITA POPE BALDWIN |
| 621 | JULIA CRADDLER * |
| 622 | JULIAN CAUDILLO JR |
| 623 | JULIE FOSHEE * |
| 624 | KAREN & MICHAEL SMITH |
| 625 | KAREN F SLOAN |
| 626 | KAREN K MAURER |
| 627 | KAREN S ZENZ |
| 628 | KARL FENDLER |
| 629 | KARL W CAMPBELL |
| 630 | KATHALINE DEAN * |
| 631 | KATHERINE L SANDIFER |
| 632 | KATHERINE W POUNDERS |
| 633 | KATHLEEN J PARNELL |
| 634 | KATHY JONES |
| 635 | KATHY SMITH |
| 636 | KATIE G MCMILLIANNICHOL |
| 637 | KATTIE M LYLES |
| 638 | KAYE MILLER |
| 639 | KEITH CARTY |
| 640 | KEITH ROBB |
| 641 | KEITH SCALES |
| 642 | KENNETH BROWN |
| 643 | KENNETH A CAIN |
| 644 | KENNETH H WARFIELD |
| 645 | KENNETH J DEAN |
| 646 | KENNETH W TURNER |
| 647 | KERRY L STEVENSON |
| 648 | KEVIN GOOCH |
| 649 | KEVIN M WATRING |
| 650 | KIM ADAMS |
| 651 | KIM KERR |
| 652 | KIM D BAKER |
| 653 | KIMBERLY ALLEN * |
| 654 | KIMBERLY KING |
| 655 | KIMBERLY M MOFFITT |
| 656 | KIMBERLYN D PRESTON |
| 657 | KIMROY WILLIAMS |
| 658 | KRISTEN HOLDAWAY |
| 659 | KRYSTI RANDALL |
| 660 | L FULTZ |
| 661 | LAERCIO R GUIMARAES |
| 662 | LANNIE R SPREITZER |
| 663 | LARRY CONWAY |
| 664 | LARRY CRIM |
| 665 | LARRY DOSS |
| 666 | LARRY HAGGARD |
| 667 | LARRY D CHRISTMAS |
| 668 | LARRY D PATTERSON |
| 669 | LARRY J TERRY |

| | |
|---|---|
| 670 | LATRICE JESSUP-SIMPSON |
| 671 | LAURA WASHINGTON |
| 672 | LAVERN KELLY |
| 673 | LAVETA GLASS |
| 674 | LAWANDA ELLIS * |
| 675 | LAWANDA WILLIAMSON |
| 676 | LAWRENCE TOVER |
| 677 | LEA P SENIUK |
| 678 | LEANDER WILSON |
| 679 | LEDORA DUNCAN |
| 680 | LEE BEBLEY |
| 681 | LEE PICKENS |
| 682 | LEE & MARIE FELKER |
| 683 | LEE A JACKSON |
| 684 | LEE C BURNETT |
| 685 | LEE D WILSON |
| 686 | LEIF LEDBETTER |
| 687 | LELA SIMS BUIE |
| 688 | LEMMIE G JACKSON |
| 689 | LEON HINES |
| 690 | LEON LUCKETT |
| 691 | LEON PATTERSON |
| 692 | LEONARD K COOPER |
| 693 | LESLIE R OTT |
| 694 | LESTE JONES |
| 695 | LESTER FORD |
| 696 | LETTIE B MONTGOMERY |
| 697 | LEVI, JR MILLER |
| 698 | LILIANA PERRY |
| 699 | LILLIAN AUTMAN |
| 700 | LILLIE BELL BARNUM |
| 701 | LINDA EVANS |
| 702 | LINDA GANDY |
| 703 | LINDA A LATORRE |
| 704 | LINDA C WEBB |
| 705 | LINWOOD ABBOTT |
| 706 | LISA HUTCHESON |
| 707 | LISA ROBB |
| 708 | LISA RUTLEDGE |
| 709 | LISA WILLIS |
| 710 | LISA L ZIOL |
| 711 | LIZZIE POWELL |
| 712 | LIZZIE MAE MULLEN |
| 713 | LODENA RILEY HOLIFIELD |
| 714 | LOIS A MCMILLIAN |
| 715 | LOIS G MITCHELL |
| 716 | LOIS L BURKHOLDER |
| 717 | LOLA SAMPLEN |
| 718 | LONGINO S DAVIS * |
| 719 | LORI L RICHARDS |
| 720 | LOUIS F RUGGIERO |
| 721 | LOUIS JR FRANKS |

| | |
|---|---|
| 722 | LOUISE  TUTWILER * |
| 723 | LOVIE D JONES |
| 724 | LUCILLE  BONNEY |
| 725 | LUCILLE  DOWDEN |
| 726 | LUCY  MORRIS |
| 727 | LUETENA  HERRING |
| 728 | LUKE  ROBINSON |
| 729 | LYNN  HUBBARD |
| 730 | LYNNE  ECENBARGER |
| 731 | M PAUL DOZIER JR |
| 732 | MABLE  YOUNG |
| 733 | MACAJOU SAINT PREUX |
| 734 | MACK  BONNER |
| 735 | MADONNA J HATHCOCK |
| 736 | MAMIE CLARK * |
| 737 | MAMIE L EATMON * |
| 738 | MANDY  WILSON |
| 739 | MANUEL  BAZAN |
| 740 | MANUEL  CORTEZ |
| 741 | MARCE LYN  VANETTEN |
| 742 | MARGARET  RICHMOND |
| 743 | MARGARET J BENTLEY |
| 744 | MARGIE R GILBERT * |
| 745 | MARIA P BACA |
| 746 | MARILYN  LOTT |
| 747 | MARILYN S POPE |
| 748 | MARK  JONES |
| 749 | MARK  RANDOLPH |
| 750 | MARK  SCHULTES |
| 751 | MARK A BRADLEY |
| 752 | MARK D SKILES |
| 753 | MARK R KAPP * |
| 754 | MARNIE  CARTER |
| 755 | MARSHA  WOODARD |
| 756 | MARTHA T CARLISLE |
| 757 | MARTIN  KELLY |
| 758 | MARVIN  FURR |
| 759 | MARVIN D PARKER |
| 760 | MARVIN L WAREHIME |
| 761 | MARY  BROADAWAY |
| 762 | MARY  DORSEY |
| 763 | MARY  HEATH |
| 764 | MARY  SMITH |
| 765 | MARY  VENCE * |
| 766 | MARY  WALKER |
| 767 | MARY A GAMBITTA |
| 768 | MARY A TACKETT |
| 769 | MARY ALICE HARVIN |
| 770 | MARY ANN  OLIVE |
| 771 | MARY B CORKREN |
| 772 | MARY CLARA  MANN |
| 773 | MARY E ROBINSON |

| | |
|---|---|
| 774 | MARY L KELLY |
| 775 | MARY L LEWIS |
| 776 | MARY L TYSON |
| 777 | MARY L TYSON |
| 778 | MARY P LUMPKIN * |
| 779 | MATHEW  GRUENDER |
| 780 | MATILDA H LOWRY |
| 781 | MATTHEW C JOHNSON |
| 782 | MATTHEW S ZALESKI |
| 783 | MATTIE B WATTS |
| 784 | MAURY  DMITCHNER |
| 785 | MAXINE  WILSON |
| 786 | MELANIE  PEIRCE |
| 787 | MELINDA  MOORE |
| 788 | MELISSA  KISHPAUGH |
| 789 | MELVIN  FLEMING |
| 790 | MELVIN  HOLLAND SR |
| 791 | MELVIN  JOHNSON |
| 792 | MERLE D VANOVER |
| 793 | MICHAEL  DILLON |
| 794 | MICHAEL  MORRISSEY |
| 795 | MICHAEL  PARKER |
| 796 | MICHAEL  PELZER |
| 797 | MICHAEL  STARKS |
| 798 | MICHAEL  WHITE |
| 799 | MICHAEL  WILLIAMS |
| 800 | MICHAEL A CARLISLE |
| 801 | MICHAEL C GORE |
| 802 | MICHAEL G GALLIGAN |
| 803 | MICHAEL R HOERSTER |
| 804 | MICHAEL R MCLEAN |
| 805 | MICHAEL RYDELL STARKS |
| 806 | MICHAEL S BUTERA |
| 807 | MICHAEL S MCDONALD |
| 808 | MICHAEL W ANDREWS |
| 809 | MICHEAL  BASKERVILLE |
| 810 | MICHEAL  ROSSEN |
| 811 | MICHELLE  BOLAN |
| 812 | MICHELLE  SANDERS |
| 813 | MICHELLE  ZEIGLER |
| 814 | MIGUELINA  CAZEAU |
| 815 | MIKE & BRENDA  BAIN |
| 816 | MIKE H YETSICK |
| 817 | MILAGROS  ARCEO |
| 818 | MILDRED  LESE |
| 819 | MILDRED E HEDGEPETH |
| 820 | MILDRED H COLE |
| 821 | MILDRED W GREEN |
| 822 | MILLIE  OWENS |
| 823 | MINNIE  MCCRAY |
| 824 | MINNIE B WHITE |
| 825 | MINNIE L STEVENS |

| | |
|---|---|
| 826 | MIRAEA  GAVIN |
| 827 | MOHAN R JAIN |
| 828 | MONICA  RAY |
| 829 | MONTY S MAULDIN |
| 830 | MORRIS B HOLLEY |
| 831 | MR & MRS RAY R SMITH |
| 832 | MURRAY  RELIFORD |
| 833 | MYRTLE  SCOTT |
| 834 | NANCY  BERGESON |
| 835 | NANCY  SILVAS |
| 836 | NAPOLEAN  MOORE |
| 837 | NAPOLEAN  MOORE |
| 838 | NAPOLEON  PARKER |
| 839 | NATALIE  SUBER |
| 840 | NATHANIEL  BATTLE |
| 841 | NELSON  DORSEY |
| 842 | NOEL  THOMPSON |
| 843 | NOLAN  BALL |
| 844 | NORMA  HOLMES |
| 845 | NORMAN  STANLEY |
| 846 | NORMAN D HAWS |
| 847 | ODEAN V JOHNSON |
| 848 | OLETA G FITZGERALD |
| 849 | OLIVER  ELLIS |
| 850 | OLIVIA  COPELAND |
| 851 | ORA L PHINISEE |
| 852 | OSCAR  LOVE JR |
| 853 | OTHA  FOSTER * |
| 854 | OTIS C GOAD |
| 855 | PAMELA G SERTICH |
| 856 | PAT A MCLELLAN HARRIS |
| 857 | PATRICIA  BIRTS |
| 858 | PATRICIA  FRAZIER |
| 859 | PATRICIA  MACBLANE |
| 860 | PATRICIA  STEPHENS |
| 861 | PATRICIA D SPECK |
| 862 | PATRICK  CHALMERS |
| 863 | PAUL  DOWLING |
| 864 | PAUL  MALIGNAGGI |
| 865 | PAUL  MILLER |
| 866 | PAULINE C FAGGS |
| 867 | PEARL  TURNER |
| 868 | PEARLIE  FREEMAN |
| 869 | PEARLIE MAE  MCCLELLAN |
| 870 | PEGGY  GRICE |
| 871 | PERRY A REED |
| 872 | PETER  GULLO |
| 873 | PHILIP R OBACH |
| 874 | PHILLIP M MILAN |
| 875 | PHYLISS  MCDANIEL |
| 876 | PHYLLIS  FLOWERS |
| 877 | PIER L MINGHETTI |

| | |
|---|---|
| 878 | PRECIOUS THOMAS * |
| 879 | PRECIOUS & CRYSTAL MARTIN |
| 880 | QUINTELLA M JONES |
| 881 | RALPH PRESTWOOD |
| 882 | RAMIRO PENA |
| 883 | RANDAL SHARP |
| 884 | RANDI WATERS |
| 885 | RANDY BANKS * |
| 886 | RANDY LADNER |
| 887 | RANDY M MCDONALD |
| 888 | RAYMOND JONES |
| 889 | RAYMOND D BRACEY |
| 890 | RAYMOND J DUBACK |
| 891 | REBECCA DELORME |
| 892 | REBECCA J DELORME |
| 893 | REGINALD COLBERT |
| 894 | REMELL TOWNES |
| 895 | RICARDO M MARTIN |
| 896 | RICHARD AKERHOLM |
| 897 | RICHARD CEASER |
| 898 | RICHARD DEFAUW |
| 899 | RICHARD HOLTZ |
| 900 | RICHARD MANNING |
| 901 | RICHARD REESE * |
| 902 | RICHARD WILSON |
| 903 | RICHARD C ELLIS |
| 904 | RICHARD J FULLER |
| 905 | RICHARD L KNUDSON |
| 906 | RICHARD M ARMSTRONG |
| 907 | RICHARD M DELORME |
| 908 | RICHMOND ZEIGLER |
| 909 | RICK PUDOKA |
| 910 | RICKEY HOGAN |
| 911 | RICKEY HUTCHESON |
| 912 | RICKY JEFFRIES * |
| 913 | ROBERT BOYKINS |
| 914 | ROBERT BULLINS |
| 915 | ROBERT DAVIS * |
| 916 | ROBERT EZELL |
| 917 | ROBERT GROSS |
| 918 | ROBERT HARBISON |
| 919 | ROBERT LARRY |
| 920 | ROBERT MITCHELL |
| 921 | ROBERT NEELY * |
| 922 | ROBERT ROBINSON |
| 923 | ROBERT & GINA SEVILLA |
| 924 | ROBERT C BALMAIN |
| 925 | ROBERT E MASON JR |
| 926 | ROBERT G PELLETIER |
| 927 | ROBERT H KING |
| 928 | ROBERT J MCDANIEL |
| 929 | ROBERT L LIVINGSTON |

| | |
|---|---|
| 930 | ROBERT L PHILLIPS |
| 931 | ROBERT L WHITE * |
| 932 | ROBERT M HOLMES JR |
| 933 | ROBERT M MILLER |
| 934 | ROBERT S MASSARI |
| 935 | ROBERT T DAVIS III |
| 936 | ROBERT W BENNETT |
| 937 | ROBERT W GRIGGS |
| 938 | ROBERT W HOWELL |
| 939 | ROBERT W HOWELL |
| 940 | ROBERTTA WINFORD |
| 941 | ROBIN BREWSTER |
| 942 | ROBIN HILL |
| 943 | RODGER HAFT STOLPEN |
| 944 | ROGER JENNINGS |
| 945 | ROGER OLIVE |
| 946 | ROGER M LEE |
| 947 | ROGERS DOUGLAS ESTATE OF |
| 948 | RONALD F CLOWERS |
| 949 | RONALD LEON BOOTH |
| 950 | RONALD M. MARTIN |
| 951 | RONALD S SUTLIFFE |
| 952 | ROOSEVELT LANDRUM |
| 953 | ROSE M GARLAND |
| 954 | ROSEBORO COLE |
| 955 | ROSEMARY C RILEY |
| 956 | ROSIE L JOHNSON |
| 957 | ROSIE S TURNER |
| 958 | ROWLAND CAROTHERS * |
| 959 | ROWLAND G GARRETT |
| 960 | ROY CARBAJAL |
| 961 | ROY GOODMAN |
| 962 | ROY HOEY * |
| 963 | ROY PRICE |
| 964 | ROY SIMPSON |
| 965 | ROY WOOTEN |
| 966 | ROZELL JACKSON |
| 967 | RUBY LOTT |
| 968 | RUBY SHEPARD |
| 969 | RUBY N HOWELL |
| 970 | RUBY N HOWELL |
| 971 | RUFUS D MARSHALL |
| 972 | RUTH MONTANO |
| 973 | SADIE JORDAN |
| 974 | SADIE B LUCKETT |
| 975 | SALLY L MORRISON |
| 976 | SAM MULLINS |
| 977 | SAMMIE BOLTON |
| 978 | SAMUEL COLE III |
| 979 | SAMUEL MORRISON |
| 980 | SAMUEL STEVENSON |
| 981 | SAMUEL & BARBARA BALDWIN |

| | |
|---|---|
| 982 | SAMUEL D SHANKLIN |
| 983 | SANDRA  PERKINS |
| 984 | SANDY  SMITH |
| 985 | SARAH A HANEY * |
| 986 | SARAH L RATLIFF |
| 987 | SARKIS  VARTANIAN |
| 988 | SCHERREL B STURDIVANT |
| 989 | SHARON A HILL |
| 990 | SHAWN  CHAMBERS |
| 991 | SHAWNA  ROMO |
| 992 | SHEILA  FREED |
| 993 | SHEILA  HILTON |
| 994 | SHERI  DUNN |
| 995 | SHERRIE L SMITH * |
| 996 | SHERRYLL A MILLER |
| 997 | SHIRLEY  GREEN |
| 998 | SHIRLEY  KALLENBACH |
| 999 | SHIRLEY  MIMS |
| 1000 | SHIRLEY A AVERY |
| 1001 | SHIRLEY A CLEVELAND |
| 1002 | SHIRLEY J HALL |
| 1003 | SHIRLEY RAE TILLERY |
| 1004 | SOLEDAD  RANGEL |
| 1005 | SONDRA M HOWARD |
| 1006 | SONDRA WATKINS SHAMBURGER |
| 1007 | SONIA A FULLER |
| 1008 | STANFORD  HAWKINS |
| 1009 | STANLEY F GRIGITIS |
| 1010 | STEPHEN  KERNAN |
| 1011 | STEPHEN  WOOD |
| 1012 | STEVE  URIOSTE |
| 1013 | STEVE H SCHNIPER |
| 1014 | STEVEN  HARRISON |
| 1015 | STEVEN  HARVEY |
| 1016 | STEVEN  KIRBOS |
| 1017 | STEVEN  SCRUGGS * |
| 1018 | STEVEN A JOHNSON |
| 1019 | STEVEN A PHILLIPS |
| 1020 | STEVEN L FLANSBURG |
| 1021 | SUE A LADNER |
| 1022 | SULYN  SALINAS |
| 1023 | SUNDAY  BRIGGS JR |
| 1024 | SUSAN  DACOSTA |
| 1025 | SUSAN  RANDALL |
| 1026 | SYLVIA  BOUNDS |
| 1027 | SYLVIA  BOUNDS |
| 1028 | SYLVIA  MCGEERICHA |
| 1029 | SYLVIA  WASHINGTON |
| 1030 | TAMARA M WEBB |
| 1031 | TAMIKA  NARAYAN |
| 1032 | TAMMY L CAKSACKKAR |
| 1033 | TARA D SMALLWOOD |

| | |
|---|---|
| 1034 | TED WYBERANEC |
| 1035 | TERESIA N TATUM |
| 1036 | TERRENCE E CUMMINGS |
| 1037 | TERRIE SARTIN |
| 1038 | TERRY KILPATRICK * |
| 1039 | TERRY TROY |
| 1040 | TERRY L SMITH * |
| 1041 | THELMA WILLIAMS |
| 1042 | THEODORE LAPIER |
| 1043 | THEODORE M BOWSER |
| 1044 | THERESA DUREN |
| 1045 | THERESA C SIMS |
| 1046 | THERESA G CAMPBELL |
| 1047 | THOMAS NESBITT |
| 1048 | THOMAS THOMPSON |
| 1049 | THOMAS B KELLUM |
| 1050 | THOMAS C FRIEDHOFF |
| 1051 | THOMAS D HALL |
| 1052 | THOMAS E BRADY |
| 1053 | THOMAS E FRIEND |
| 1054 | THOMAS J BENNETT |
| 1055 | THOMAS N DOLES |
| 1056 | THOMAS N NESBITT |
| 1057 | TIMOTHY DALLAS |
| 1058 | TIMOTHY LINK |
| 1059 | TIMOTHY WILBER |
| 1060 | TIMOTHY A WYATT * |
| 1061 | TINA M. AGEE |
| 1062 | TOM BOOTH |
| 1063 | TOMMY L COLLINS * |
| 1064 | TORRENCE SHOEMAKE |
| 1065 | TRACY WILLIAMS |
| 1066 | TRACY M NICKLESON |
| 1067 | TRINA PATTON |
| 1068 | TROY ANDERSON |
| 1069 | TROY LINEBERRY |
| 1070 | TUCKER CORA ESTATEOF |
| 1071 | TY MITCHELL |
| 1072 | TYRONE COLLINS |
| 1073 | TYSON L SIMPSON |
| 1074 | TYWANIA COMPTON |
| 1075 | VANESSA COSBY |
| 1076 | VANESSA MOUTRY |
| 1077 | VELMA CLAY |
| 1078 | VELMA JONES |
| 1079 | VERA BURNSIDE |
| 1080 | VERA D MILLER |
| 1081 | VERA H PARKER |
| 1082 | VERGIE L YOUNG |
| 1083 | VERMA L JONES |
| 1084 | VERNON MEEKS |
| 1085 | VERONICA R GOLDEN |

| | |
|---|---|
| 1086 | VERVALINE YOUNG |
| 1087 | VICENTE YONG |
| 1088 | VICKEY L WILLIAMS |
| 1089 | VICTOR RANDLE |
| 1090 | VICTOR THOMPSON |
| 1091 | VICTORIA BARKER |
| 1092 | VIOLA SANDERS |
| 1093 | VIRGINIA BYERS |
| 1094 | VIRGINIA PATE |
| 1095 | VIRGINIA B TAYLOR |
| 1096 | VIRGINIA D GILBERT |
| 1097 | VIVIAN S CAMPBELL |
| 1098 | WALT FORSHEE |
| 1099 | WALTER ESTEP |
| 1100 | WAMON C BUGGS |
| 1101 | WANDA FRAZIER |
| 1102 | WAYNE CURTIS |
| 1103 | WESLEY WALKER |
| 1104 | WILBERT E MINOR |
| 1105 | WILBUR L KIRKLAND * |
| 1106 | WILIAM A MARION |
| 1107 | WILLIAM CAMPBELL * |
| 1108 | WILLIAM CONLEY |
| 1109 | WILLIAM ROLLINS |
| 1110 | WILLIAM ROLLINS |
| 1111 | WILLIAM SPANN |
| 1112 | WILLIAM SPRULL |
| 1113 | WILLIAM TUCKER |
| 1114 | WILLIAM A HAYES SR * |
| 1115 | WILLIAM B NELSON |
| 1116 | WILLIAM B TIGUE * |
| 1117 | WILLIAM D JONES |
| 1118 | WILLIAM DAVID GOLDSTEIN |
| 1119 | WILLIAM E JONES |
| 1120 | WILLIAM F ALEXANDER |
| 1121 | WILLIAM F MITCHELL |
| 1122 | WILLIAM G WALLER |
| 1123 | WILLIAM R FRERS |
| 1124 | WILLIAM R LEWIS |
| 1125 | WILLIE & REBECCA MATTOX |
| 1126 | WILLIE A HENDERSON |
| 1127 | WILLIE ANN HOWARD |
| 1128 | WILLIE B HART |
| 1129 | WILLIE B STUBBS |
| 1130 | WILLIE C ALLISON |
| 1131 | WILLIE D WINTERS |
| 1132 | WILLIE E GRIFFIN, JR |
| 1133 | WILLIE J MCCOVERY |
| 1134 | WILLIE L COLEMAN |
| 1135 | WILLIE L HINES |
| 1136 | WILLIE L KILLINGSWORTH |
| 1137 | WILLIE L PERRYMAN |

| | |
|---|---|
| 1138 | WILLIE LEE W SMITH |
| 1139 | WILLIE W GUNN |
| 1140 | WILMA THARP-ROBINSON * |
| 1141 | WILMA J BALL |
| 1142 | YOLANDA BRINSTON |
| 1143 | YVONNE ROBERTSON |
| 1144 | ZENOBIA WEBER |
| 1145 | ZONA J STEFFEN |

**Total: 1145**

**\*An asterik indicates that a Request For Exclusion was
submitted by a Bankuptcy Trustee for a Class member.**