UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs | ) | Civil Action No. 1:03-cv-12219-DPW |
| v. | ) | |
| | ) | |
| FAIRBANKS CAPITAL CORP., | ) | |
| FAIRBANKS CAPITAL HOLDING CORP) | | |
| and THOMAS D. BASMAJIAN, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| ALANNA L. CURRY ET AL, | ) | |
| Individually and on behalf of all | ) | |
| Others similarly situated, | ) | |
| | ) | |
| Plaintiffs | ) | Civil Action No. 1:03-cv-10895-DPW |
| v. | ) | |
| | ) | |
| FAIRBANKS CAPITAL CORP. | ) | |
| | ) | |
| Defendants | ) | |

MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Fed.R Civ.P. 11, Donald R. Grady, Jr., Sheff Law Offices, P.C., counsel for interested party the Mississippi law firm of Gleason & McHenry, moves for the admission pro hace vice of Marc Boutwell, of the Law Office of Marc Boutwell, PLLC. In support of this motion, the movant states:

1.   I am a member in good standing of the bar of the United States District Court of Massachusetts and the Commonwealth of Massachusetts.

2.   I am counsel for Gleason & McHenry in the above-captioned matter.

3.   Pursuant to Local Rule 83.5.3, Marc Boutwell has filed his declaration dated May 6, 2004, a copy of which is attached as Exhibit A, which certifies to Mr. Boutwell's standing for admission.

4.    My clients desire Marc Boutwell and his law firm act as co-counsel in this matter.

Accordingly, the movant requests that this Court admit Marc Boutwell, pro hac vice for the purpose of acting as Plaintiffs' co-counsel in connection with this matter.

Respectfully Submitted,

Donald R. Grady, Jr.
SHEFF LAW OFFICES, P.C.
10 Tremont Street
Daniel Webster Suite
Boston, MA  02108
(617) 227-7000
BBO # 544841B

## CERTIFICATE OF SERVICE

This is to certify that I have this 12th day of May, 2004 served the foregoing upon the following by placing a true and accurate copy of same in the United States Mail, properly addressed, and with adequate postage thereon:

Thomas M. Hefferson
Joseph F. Yenouskas
Goodwin Proctor, LLP
1717 Pennsylvania Avenue, N.W.
Suite 500
Washington, DC  20006

Donald R. Grady, Jr.