UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 13  A 8: 28

U.S. DISTRICT COURT
DISTRICT OF MASS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 1:03-cv-12219-DPW |
| V. | ) | |
| | ) | |
| FAIRBANKS CAPITAL CORP., | ) | |
| FAIRBANKS CAPITAL HOLDING CORP., | ) | |
| and    THOMAS D. BASMAJIAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ALANNA L. CURRY ET AL., | ) | |
| individually and on behalf of all | ) | |
| others similarly situated, | ) | Civil Action No. 1:03-cv-10895-DPW |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FAIRBANKS CAPITAL CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:    Thomas M. Hefferson
Joseph F. Yenouskas
GOODWIN PROCTER, LLP
1717 Pennsylvania Avenue, N.W.
Suite 500
Washington, D.C.  20006

PLEASE TAKE NOTICE that the undersigned will bring on the foregoing MOTION

FOR *PRO HAC VICE* for hearing before this Honorable Court as soon as counsel may be heard.

Respectfully submitted,

Donald R. Grady, Jr.
Ten Tremont Street, 7th Floor
Boston, MA 02108
Phone No.: 617-227-7000
Fax No.: 617-227-8833

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing upon the following by placing a true and accurate copy of same in the United States Mail, properly addressed, and with adequate postage thereon:

Thomas M. Hefferson
Joseph F. Yenouskas
GOODWIN PROCTER, LLP
1717 Pennsylvania Avenue, N.W.
Suite 500
Washington, D.C.  20006

This the _____ day of May, 2004.

Donald R. Grady, Jr., Attorney for Plaintiffs

2