UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 1:03-cv-12219-DPW |
| V. | ) | |
| | ) | |
| FAIRBANKS CAPITAL CORP., | ) | |
| FAIRBANKS CAPITAL HOLDING CORP., | ) | |
| and    THOMAS D. BASMAJIAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ALANNA L. CURRY ET AL., | ) | |
| individually and on behalf of all | ) | |
| others similarly situated, | ) | Civil Action No. 1:03-cv-10895-DPW |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FAIRBANKS CAPITAL CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF MARC BOUTWELL**

STATE OF MISSISSIPPI

COUNTY OF HOLMES

MARC BOUTWELL being first duly sworn, deposes and states the following:

1.     My name is Marc Boutwell. I am a citizen of the United States and a resident of

the State of Mississippi.

2.     I am an attorney practicing in the area of civil litigation. I have been practicing in

the area of civil litigation since April of 1992. I am a member of the Mississippi Bar. I am

admitted to practice before the United States Fifth Circuit Court of Appeals, the United States

District Courts for the Northern and Southern Districts of Mississippi, and all Courts of the State

of Mississippi.  I am requesting admittance *pro hac vice* in above captioned case.  Attached

hereto is my Certificate of Good Standing for the United States District Court for the State of

Mississippi as Exhibit A and the State of Mississippi as Exhibit B.

3.        No disciplinary or grievance proceedings have been filed or are pending against

me in any jurisdiction in which I am admitted to practice.

4.        This Affidavit is executed in connection with the motion, by and through Don

Grady to admit me *pro hac vice* for the purpose of arguing the defendants' motions filed against

clients represented by the Mississippi law firm of Gleason & McHenry and the Law Firm of

Gleason & McHenry.

The foregoing is true and correct to the best of my knowledge, information and belief.


_____
Marc Boutwell

Sworn to and subscribed before me this the 6ᵗʰ day of May, 2004.


_____
Notary Public

My commission Expires:
Notary Public State of Mississippi At Large
My Commission Expires: November 5, 2007
Bonded Thru Heiden, Brooks & Garland, Inc.

2

✎ AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

SOUTHERN                    **DISTRICT OF**                    MISSISSIPPI

**CERTIFICATE OF
GOOD STANDING**

*I,*                    J. T. NOBLIN                    *, Clerk of this Court,*

*certify that*     Marc L. Boutwell     *, Bar #*          9263          ,

*was duly admitted to practice in this Court on*

April 30, 1992                    *, and is in good standing*

DATE

*as a member of the Bar of this Court.*

*Dated at*     Jackson, Mississippi     *on*     May 6, 2004     .

LOCATION                                        DATE

J. T. NOBLIN                              *Katherine H. Alexander*

CLERK                                        *DEPUTY CLERK*



THE MISSISSIPPI BAR

Post Office Box 2168
Jackson, Mississippi 39225-2168
Telephone (601) 948-4471
Fax (601) 355-8635
E-Mail info@msbar.org
Website www.msbar.org

# Certificate of Good Standing

TO WHOM IT MAY CONCERN:

This is to certify that the attorney named is a member in good standing of The Mississippi Bar on **Active** status.

**Marc L. Boutwell** (Mississippi Bar Identification Number **9263**) was admitted to practice law on **April 13, 1992** and has not been the subject of any public disciplinary actions.

_Theresa Smith Robinson_
_Membership Records Administrator_

05/06/2004
Date

Official Seal of
The Mississippi Bar