UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP.,<br>FAIRBANKS CAPITAL HOLDING CORP., and<br>THOMAS D. BASMAJIAN,<br><br>      Defendants. | Civil Action No. 1-03-CV-12219-DPW |
| ALANNA L. CURRY *et al.*,<br>individually and on behalf of all others<br>similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP.,<br><br>      Defendant. | Civil Action No. 1-03-CV-10895-DPW |

### JOINT MOTION TO MODIFY INJUNCTION TO EFFECTUATE SETTLEMENT

Defendant Fairbanks Capital Corp. ("Fairbanks") and Objectors Mary Keys et al. ("Objectors") respectfully request an Order modifying the injunction contained in this Court's "Final Order Certifying Settlement Class and Approving Settlement" dated May 13, 2004 ("Final Order") to effectuate a Stipulation between Fairbanks and Objectors. As grounds therefore, Fairbanks and Objectors state as follows:

1. Objectors filed "Objections to Proposed Settlement Agreement" ("Objections"), as well as a "Motion to Intervene" and a "Motion to Extend Opt Out Deadline" (collectively, "Motions"), in this action.

2. Fairbanks and Objectors resolved the Objections and Motions prior to the final hearing held on May 12, 2004, and stated their agreement on the record at the hearing.

3. The parties repeated and memorialized their agreement in a "Stipulation Withdrawing Motions and Objections" ("Stipulation"), filed May 26, 2004.

4. Among other things, the Stipulation provides that Objectors and certain Represented Class Members (as defined in the Stipulation) may pursue claims and litigation against Fairbanks in accordance with the conditions specified in the Stipulation.

5. This Court has entered a permanent injunction barring all Class Members who have not timely excluded themselves from the Class from "filing, commencing, prosecuting, intervening in, or participating as class members in" any lawsuit against Fairbanks or Fairbanks-Related Parties that is within the scope of the Released Claims or related to the claims, facts or circumstances in the Curry Action. Final Order at ¶ 16.

6. Fairbanks and Objectors respectfully request that the Court modify the injunction to permit Objectors and the Represented Class Members to pursue litigation against Fairbanks consistent with the Stipulation. The requested relief is consistent with the last sentence of Paragraph 16 of the Final Order, which provides that "[t]his Injunction shall not apply to . . . any action taken to consummate or implement any settlement of any formal or informal lawsuit, claim or dispute involving a Class Member."

7. Accordingly, the parties request that the Court modify the injunction so that it shall not apply to the following individuals: Mary Keys, Jimmie Pegler, Hilton and Dolores

Smith, Rosemarie Roberts, Charese Moreland, Jermaine Howard, Linda Scott, Anthony and Doris Doughty, Vanessa McGhee, Rick and Lisa Pudoka, Robert Masseri, Lisa Anderson, Crystal Wilson, Lovie Jones, Rebecca Tabb, Donald Harrison, Bessie Carpenter, Mohain Jain, Jolal Williams, Rose Marie Roberts, William Joseph, Roosevelt Sumpter, Louis Wiggins, Tommie Jones and Robin Addie.

Respectfully submitted,

/s/ James Alexander, Jr./BRB (with permission)
Gary Cook (*pro hac vice*)
James Alexander, Jr. (*pro hac vice*)
Pittman, Alexander, Cook and Associates
2940 Noble Road, Suite 202
Cleveland Heights, OH  44121
(216) 382-8586

Counsel for Objectors

/s/ Brooks R. Brown
Thomas M. Hefferon (BBO #548289)
Joseph F. Yenouskas (*pro hac vice*)
GOODWIN PROCTER LLP
1717 Pennsylvania Avenue, N.W.
Suite 500
Washington, DC  20006
(202) 974-1000

Brooks R. Brown (BBO # 634144)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
(617) 570-1000

Counsel for Defendant
Fairbanks Capital Corp.

Dated: June 2, 2004

CERTIFICATE OF SERVICE

I, Brooks R. Brown, do hereby certify under the penalties of perjury, that on June 2, 2004, I arranged for the service by the means identified below of a copy of the foregoing on the following counsel of record:

**By ECF and U.S. Mail, postage pre-paid**:

Gary Klein, Esq.
John Roddy, Esq.
Grant, Klein & Roddy
727 Atlantic Avenue, 2nd Floor
Boston, MA  02111

**By Federal Express:**

Gary Cook, Esq.
Darryl E. Pittman, Esq.
Pittman, Alexander, Cook & Associates
2940 Noble Road, Suite 202
Cleveland Heights, OH  44121

**By U.S. Mail, postage pre-paid**:

Niall P. McCarthy, Esq.
Cotchett, Pitre, Simon & McCarthy LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
San Francisco, CA  94010

Kelly M. Dermody, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111

Daniel Mulligan, Esq.
Jenkins & Mulligan
660 Market Street, 3rd Floor
San Francisco, CA  94104


/s/ Brooks R. Brown
Brooks R. Brown


LIBW/1101038.1

4