```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,
     Plaintiff,

          v.                              CIVIL ACTION NO.
                                          03-12219-DPW
FAIRBANKS CAPITAL CORP. AND
FAIRBANKS CAPITAL HOLDING CORP.,
     Defendants.

---------------------------------------------------------------

ALANNA L. CURRY, ET AL.,
INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY SITUATED,
     Plaintiffs,

          v.                              CIVIL ACTION NO.
                                          03-10895-DPW
FAIRBANKS CAPITAL CORP.,
     Defendants.
```

### ORDER GRANTING JOINT MOTION TO MODIFY
### INJUNCTION TO EFFECTUATE SETTLEMENT
June 2, 2004

On consideration of the Joint Motion to Modify Injunction to Effectuate Settlement ("Motion") filed by Defendant Fairbanks Capital Corp. and Objectors Mary Keys et al., and the entire record herein, and finding that good cause exists, it is

ORDERED that the Motion be and it hereby is GRANTED; and it is

FURTHER ORDERED that the injunction in paragraph 16 of the Court's Final Order Certifying Settlement Class and Approving Settlement, dated May 13, 2004, is modified to permit

Objectors and Represented Class Members Mary Keys, Jimmie Pegler, Hilton and Dolores Smith, Rosemarie Roberts, Charese Moreland, Jermaine Howard, Linda Scott, Anthony and Doris Doughty, Vanessa McGhee, Rick and Lisa Pudoka, Robert Masseri, Lisa Anderson, Crystal Wilson, Lovie Jones, Rebecca Tabb, Donald Harrison, Bessie Carpenter, Mohain Jain, Jolal Williams, Rose Marie Roberts, William Joseph, Roosevelt Sumpter, Louis Wiggins, Tommie Jones and Robin Addie to pursue litigation against Fairbanks consistent with the "Stipulation Withdrawing Motions and Objections," filed May 26, 2004.

IT IS SO ORDERED.

/s/ Douglas P. Woodlock

DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE