UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 03-12219-DPW<br>) |
| FAIRBANKS CAPITAL CORP. and<br>FAIRBANKS CAPITAL HOLDING CORP.,<br>　　　　Defendants. | )<br>)<br>)<br>) |
| ALANNA L. CURRY, et al.,<br>individually and on behalf of all others<br>similarly situated,<br>　　　　Plaintiffs, | )<br>)<br>)<br>)<br>) |
| v. | ) Civil Action No. 03-10895-DPW<br>) |
| FAIRBANKS CAPITAL CORP.<br>　　　　Defendant. | )<br>)<br>) |

**NOTICE OF APPEAL**

Notice is hereby given in the above-captioned proceeding that the objectors, Jack Overbaugh, Danny and Constance VanDale, and others represented by class counsel Daniel F. Hedges, hereby appeal to the United States Court of Appeals for the First Circuit the Final Order Certifying Settlement Class And Approving Settlement entered in the District Court, Woodlock, J., on May 17, 2004.

Dated this 8th day of June, 2004.

//S//Jessica D Hedges_____
Jessica D. Hedges (BBO No. 645847)
Hrones & Garrity
Lewis Wharf Bay 232
Boston, MA 02110
T)617/227-4019
FX)617/227-3908

//S//Daniel F Hedges_____
Daniel F. Hedges (WV State Bar ID #1660)
Mountain State Justice, Inc.
922 Quarrier St., Ste. 525
Charleston, WV 25301
T)304/344-5564
FX)304/344-3145

## CERTIFICATE OF SERVICE

I, Daniel F Hedges, hereby certify that on this 8th day of June, 2004, I served a true and correct copy of the foregoing NOTICE OF APPEAL via United States First-Class Mail, postage prepaid, where not electronically noticed, as follows:

Joseph F Yenouskas, Esq.
Thomas A. Hefferon, Esq.
Brooks R Brown, Esq.

Goodwin Procter LLP, Ste 500
1717 Pennsylvania Avenue, N.W.
Washington, DC 20006

Anita Johnson, AUSA
United States Attorney Office
Moakley United States Cths, 9thFL
1 Courthouse Way
Boston, MA 02210

Lucy E. Morris, Esq.
Eric Imperial, Esq.
Allison I. Brown, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580

Darryl E Pittman, Esq.
Gary Cook, Esq.
James Alexander, Jr., Esq.
PITTMAN ALEXANDER COOK
2940 Noble Rd, #202
Cleveland Heights, OH 44121

T William Veach, Esq.
3826 Atlanta Rd
Smyrna, GA 30080-5936

John J Pentz, Esq.
Class Action Fairness Grp
2 Clock Tower Plz
Maynard, MA 01754

Harrison A Fitch, Esq.
LAW OFFC HARRISON A FITCH
160 Federal St, 4thFL
Boston, MA 02110

Rory A Valas, Esq.
VALAS & ASSOC
250 Summer St
Boston, MA 02210

Donald R Grady, Jr., Esq.
SHEFF LAW OFFCS
10 Tremont St, 7thFL
Boston, MA 02108

//S// Daniel F Hedges_____
Daniel F. Hedges