UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUN -8  P 12: 46
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CIVIL ACTION NO. 03-12219-DPW |
| Plaintiff, | § | |
| v. | § | |
| FAIRBANKS CAPITAL CORP. and FAIRBANKS CAPITAL HOLDING CORP. | § | |
| Defendants, | § | |

| | | |
|---|---|---|
| ALAINNA L. CURRY, *et al.*, individually and on behalf of all others similarly situated, | § | CIVIL ACTION NO. 03-10895-DPW |
| Plaintiffs, | § | |
| v. | § | |
| FAIRBANKS CAPITAL CORP., | § | |
| Defendant. | § | |

### NOTICE OF OPTING OUT

Please take notice that Kristy Towery exercises her right to "opt out" of the settlement class. Having filed for protection under the Bankruptcy Code on January 23, 2004, the automatic stay has stopped the time in which her actions were required to be taken. Consequently, her notice of opting out is timely.

Respectfully submitted,

John A. Leonard, Esquire
RUSSELL, LEONARD & KEY PLLC
900 Eighth Street, Suite 320
Post Office Box 8385

Wichita Falls, Texas 76307-8385<br>
Telephone: 940/322-5217<br>
Facsimile: 940/322-3381

By: _____
John A. Leonard
Texas State Bar No: 12209600
Attorney for Kristy Towery

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of June 2004, via first class mail, postage prepaid, the above Notice of Opting Out was served upon the following:

United States Trustee
1100 Commerce Street
Room 9–C–60
Dallas, Texas 75242

Walter O'Cheskey
Office of the Standing Chapter 13 Trustee
2575 South Loop 289 - Suite 103
Lubbock, Texas 79423

Gary Klein, Esq.
John Roddy, Esq.
Grant & Roddy
44 School Street, Suite 400
Boston, MA 02108

Kelly M. Dermody, Esq.
Lieff, Cabraser, Heimann &
Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111

Thomas Hefferon, Esq.
Goodwin Procter LLP
Suite 500
1717 Pennsylvania, N.W.
Washington, DC 20006

Notice of Opting Out
Page 2

Niall P. McCarthy, Esq.
Cotchett, Pitre, Simon & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
San Francisco, CA 94010

Daniel Mulligan, Esq.
Jenkins & Mulligan
660 Market Street, 3rd Floor
San Francisco, CA 94104

Lucy E. Morris, Esq.
Division of Financial Practices
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Ave., NW, Mail Drop NJ-3158
Washington, DC 20580

_____
John A. Leonard