To:
The office of the Civil Clerk
1 Court House Way
United States District Court
Boston Mass
John Joseph Mobley
Boston, Mass 02210

6/7/04

FILED
IN CLERKS OFFICE
2004 JUN 10, A 11: 28
U.S. DISTRICT COURT
DISTRICT OF MASS

Regarding: United States of America
Plaintiff,

Fairbanks Capital Corp, and
Fairbanks Capital Holding Corp,

ALANNAL CURRY, et al,
individually and on behalf
of all others Similarly Situated,

Plaintiffs,

FAIRBANKS CAPITAL CORP.,

Defendant

Civil Action No. 03-12219-DPW
Civil Action No. 03-10895-DPW

From: Vickie L. Boddie
426 Burman Ave.,
Trotwood, OH 45426
SS# 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
My phone: 937-854-8321

Please Send my Copies of
(Above Civil Action Settlement (HC)
Approved 5/17/04

I Submitted my Claim before
4/24/04

I Should recieve a percentage 16,000 or
more depending on the Amount of
people who file their claim


Please please call me or
write me back on the date
I'll get my monies I need it
very Badly!
            THAnks

                    Vickie L. Boddie