7 June 2004

Dear Sir;

I am writing to an update on this matter.

Has anything been approved? Will there be any kind of a Settlement?

I am requesting information on Civil Action No. 03-12219-DPW or Civil Action No. 03-10895-DPW.

Thank you for your assistance.

Sincerely,
Catherine H. Green