June 7, 2004

Honorable, Judge Douglas Woodlock
District of Massachusetts

Att: Customer Service
Records office

Sir,

I am a member/participant in the class action suit.

United States v Fairbanks Capital Corporation
and
Alanna L. Curry v Fairbanks Capital Corporat.
Docket # 03-12219-DPW And 03-10895-DPW.
filed in the United States District Court for the District of Massachusetts.
Consequently, I would appreciate, being able to obtain, your ruling. Please forward transcripts and financial considerat. to my attention.

Ms Carolyn Kelley
104 Vassar Avenue
Newark, New Jersey 07112
Tele # 973-926-5562
Fax # 973-926-5640

LAW OFFICE OF

# MARK B. JOHNSON
12 Chestnut Street
Andover, Massachusetts 01810-3706

---

(978) 475-4488
Telecopier: (978) 475-6703

|  |  |
|---|---|
| MARK B. JOHNSON (MA, NH, DC) | **Paralegals** |
| DONALD F. BORENSTEIN (MA, ME) | KATHRYN M. MORIN |
| JAMES BONFANTI (MA) | LIANNE CRISTALDI |
| MARK A. MEROLLI (MA, IL) | MICHELE C. JONIKAS |
| JOHN G. LAMB (MA) | KATHLEEN H. HARBER |
|  | KAREN P. EHRAMJIAN |
|  | DAWN MARIE WALKER |

Date: June 7, 2004

## FACSIMILE TRANSMISSION COVER SHEET

To:  Clerk's Office

U.S. District Court

Re:  Tennessee Gas/CTL, Inc.

Receiving Facsimile Number:  617.748.9096

From: Donald F. Borenstein, Esquire    /KLB

Sending Facsimile Number:  (978) 475-6703

Number of Pages being transmitted
(including this cover sheet):  4

Message:

*This telecopy is attorney-client privileged and contains confidential information intended only for the person(s) named above. Any other distribution, copying or disclosure is strictly prohibited. If you have received this telecopy in error, please notify us immediately by telephone, and return the original transmission to us by mail without making a copy.*

If problems in transmission are encountered, please contact sender at (978) 475-4488.