Steven J. Sannini
1822 Tree Street
Philadelphia Pa 19145

June 3, 2004

Kelly M. Dermody, Esq
Lieff, Cabraser, Heimann &
Bernstein, LLP
275 Battery Street 30th Fl
San Francisco, CA 94111

Please be advised that since my claim form was mailed to be included with the class settlement, I have not received any updated information as to this mailing. Please advise when settlement will be made to each of the class. I have also forward letters to the following but have not had any response.

Steven J. Sannini

cc: Honorable Douglas P. Woodlock, United States District Judge

```
              PENN CENTER
        PHILADELPHIA, Pennsylvania
                191029997

05/17/2004      (800)275-8777      01:56:01 PM
              ─── Sales Receipt ───
Product         Sale   Unit          Final
Description     Qty    Price         Price

Single           1     $0.90         $0.90
Certificate
                                    ════════
Total:                               $0.90

Paid by:
Cash                                 $1.00
Change Due:                         -$0.10


Bill#:  1000301351937
Clerk:   02

  — All sales final on stamps and postage. —
    Refunds for guaranteed services only.
         Thank you for your business.
               Customer Copy
```



```
             PENN CENTER
         PHILADELPHIA, Pennsylvania
                191029997

05/17/2004      (800)275-8777      09:16:03 AM
_____
               ---- Sales Receipt ----
Product        Sale   Unit           Final
Description    Qty    Price          Price

Single          1     $0.90          $0.90
Certificate
37c Paul        1     $0.37          $0.37
Robeson PSA
                                    ========
Total:                               $1.27

Paid by:
Cash                                 $1.50
Change Due:                         -$0.23

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.
Bill#:  1000500845119
Clerk:  20

-- All sales final on stamps and postage. --
    Refunds for guaranteed services only.
        Thank you for your business.
              Customer Copy
```



entitled to attorneys' fees and, if so, how much, and (d) whether the Final Order and Judgment should be entered dismissing the National Class Case with prejudice and on the merits against the Plaintiffs and all Class Members of the Class (except for those persons who timely and properly request to be excluded from the settlement).

The Court has the power to adjourn or reschedule the Fairness Hearing from time to time without further notice of any kind.

At the hearing, the Court will consider the statements of the parties and the FTC, and any objections that have been made. Any Class Member who has not filed a timely written Request for Exclusion has the right to object to the proposed Settlement. If you want to object, you must file a written objection with the Court not later than April 9, 2004 with the Civil Clerk's Office, United States District Court for the District of Massachusetts, John Joseph Moakley Courthouse, One Courthouse Way, Boston, MA 02210. All persons wishing to object must also send a copy of their written objection to Plaintiffs' Co-Lead Counsel, Defendants' Counsel, and FTC Counsel (listed below). The objection must contain your name, address and telephone number; a statement that you object; a specific statement explaining why you object to the Settlement; and copies of all documents you wish the Court to consider.

Any Class Member or his/her attorney intending to appear at the Fairness Hearing must (i) file a notice of appearance with the Clerk of Court no later than April 9, 2004, and (ii) serve same on Plaintiffs' Co-Lead Counsel, Defendants' Counsel, and FTC Counsel. Any subjects to be raised at the Hearing must also be contained in a written objection that has been filed with the Court.

More than twenty-five law firms and organizations are counsel in the National Class Case, as set forth in First Amended and Consolidated Complaint filed with the Court. The pertinent addresses for those lawyers who need to receive copies from you of anything you file in court are as follows: [NO Address listed with Phone Company]

(i) Plaintiffs' Co-Lead Counsel:

Gary Klein, Esq.
John Roddy, Esq.
Grant & Roddy
44 School Street, Suite 400
Boston, MA 02108

Kelly M. Dermody, Esq.
Lieff, Cabraser, Heimann &
Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111

Niall P. McCarthy, Esq.
Cotchett, Pitre, Simon & McCarthy LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
San Francisco, CA 94010

Daniel Mulligan, Esq.
Jenkins & Mulligan
660 Market Street, 3rd Floor
San Francisco, CA 94104

(ii) Defendant's Counsel:

Thomas M. Hefferon, Esq.
Goodwin Procter LLP
Suite 500
1717 Pennsylvania Avenue, N.W.
Washington, DC 20006

(iii) FTC Counsel:

Lucy E. Morris, Esq.
Division of Financial Practices
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Ave., NW, Mail Drop NJ-3158
Washington, DC 20580

Any Class Member who does not comply with these requirements shall be deemed to have waived such objection and shall be forever foreclosed from making any objection to the proposed Settlement.

### 9. WHO REPRESENTS THE PLAINTIFFS?

The Class is represented by Co-Lead Counsel and a number of other attorneys. The FTC is a federal law enforcement agency acting in the public interest.

### 10. WHAT ARE COUNSELS' REASONS FOR SETTLEMENT?

The FTC and Plaintiffs' Counsel have agreed to the Settlement after considering, among other things, (i) the substantial benefits available to the Class under the terms of the FTC Order and the Settlement Agreement; (ii) the attendant risks and uncertainty of litigation, especially in complex litigation such as this, as well as the difficulties and delays inherent in such litigation; and (iii) the desirability of consummating the Settlement promptly to provide effective relief to the Class. The FTC and Plaintiffs' Counsel also believe that the practice changes in the Settlement should provide substantial ongoing benefits to consumers.

The Court has not ruled on the merits of the claims or defenses in this case, and Fairbanks has denied and continues to deny each and all of the claims and contentions alleged by the FTC and by Plaintiffs. Fairbanks has denied and continues to deny all charges of wrongdoing or liability against it arising out of or relating to any of the conduct, statements, acts or omissions alleged, or that could have been alleged. Nonetheless, Fairbanks has concluded that further litigation would be protracted and expensive and would not be in the best interest of Fairbanks, and that it is

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP. and<br>FAIRBANKS CAPITAL HOLDING CORP.,<br><br>Defendants. | Civil Action No. 03-12219-DPW |
| ALANNA L. CURRY, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP.,<br><br>Defendant. | Civil Action No. 03-10895-DPW |

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND SETTLEMENT HEARING**

TO:   CERTAIN PERSONS WHOSE MORTGAGE LOANS WERE SERVICED BY FAIRBANKS CAPITAL CORP.

**THIS NOTICE MAY AFFECT YOUR RIGHTS. PLEASE READ IT CAREFULLY!**

Usted puede ser elejible para recibir una compensacion.
Para obtener informacion en espanol, llame sin cargo al 877-377-1287.

| | | | |
|---|---|---|---|
| 1. | Why should I read this Notice? | 9. | Who represents the Plaintiffs? |
| 2. | What are these lawsuits about? | 10. | What are the Counsels' reasons for Settlement? |
| 3. | Who is covered by the proposed Settlement? | 11. | Will Plaintiffs' Counsel or Other Borrowers Receive Compensation? |
| 4. | What are the terms of the proposed Settlement? | 12. | What claims will be released under the Settlement? |
| 5. | How will the Settlement Fund be Distributed? | 13. | What if the Settlement is not approved by the Court? |
| 6. | What do I need to do to participate in the Settlement? | 14. | Where do I get additional information? |
| 7. | Can I exclude myself from the Settlement? | 15. | What are the relevant dates? |
| 8. | Why, when and where will a Fairness Hearing be held? | | |

**1. WHY SHOULD I READ THIS NOTICE?**

This Notice has been mailed to you because Fairbanks' records show that you had a home mortgage loan that was serviced by Fairbanks between January 1, 1999 and December 10, 2003 (the "class period"), and that you fall within the proposed class of consumers in this case. The proposed class of consumers is further discussed in Section 3 of this Notice. Therefore, you (and any co-borrowers on your loans) may be eligible to receive money from a proposed settlement (the "Settlement") of a Federal Trade Commission (the "FTC") lawsuit and class action lawsuit filed against Fairbanks. Please share this Notice with any co-borrowers on your loans.

This Notice describes the FTC and private lawsuits against Fairbanks, your rights under the proposed Settlement, and the date and time of a public Fairness Hearing that will be held by the United States District Court in Boston to consider the fairness of the proposed Settlement. Although the Fairness Hearing will be held in a Massachusetts court, the proposed Settlement covers persons nationwide.