Robbie E. Jones
2830 E. 127th St. down
Cleveland Ohio 44120
Phone number 216-752-3718

FILED IN CLERKS OFFICE
2004 JUN 15 P 12: 12
U.S. DISTRICT COURT
DISTRICT OF MASS

To whom it may concern;

I listen to the telephone support line about the settlement for Fairbanks and they said that there are no forms for the part about the insurance part of the settlement and in some states that are already receiving refunds from this part of the settlement, if I'm part of this about the insurance, please let me know my address is 2830 E. 127th Street down Cleveland Ohio 44120 my phone number is 216-752-3718 my loan number is

000 220 8296

at Fairbanks Capital.

The program name is call reverse and remembursment    Thank You.