June 3, 04

Dear Honorable Douglas P. Woodstock

Enclosed you will find three letters we have received from Fairbanks Capital. As you Notice one letter states Next payment is Due 7/4/04, The Latest shown is Due on the 6/5/04.

We thought since the hearing and settlement that the First letter we received would be the Complete arrangements, But Fairbanks has Crossed up somewhere. Judge Woodstock — Please let us know what to do. They are trying to Foreclose on us and we have tried to do our Best with them — Please help us, We sure did hate to bother you about this matter.

Sincerly
Mr. & Mrs. P.B. & Kathy Powell

Judge Please return the paperwork to us, We will appreciate it so very much. Thank —

# FAIRBANKS CAPITAL CORP.

May 11, 2004



P B McConnell Jr
Kathy McConnell
4707 Riverwood Circle
Decatur, GA 30035 0000

RE: Loan Number 8785270698

The terms of your Adjustable Rate Note provide for possible interest rate and principal and interest payment adjustments. In accordance with the provisions of the Adjustable Rate Note, you are hereby notified that effective 06-04-04 the new interest rate will be 9.25000%. Beginning with the payment due 07-04-04 the new principal and interest payment will be $ 855.58

To assist you in understanding this change and the effect it will have on your monthly mortgage payment, the following information is provided:

Previous interest rate:      9.25000%   Index Value:              1.23000%
New interest rate:           9.25000%   Index Value:              1.38000%
Fully calculated rate (no cap limitations):                       6.87500%
Interest rate is rounded to the nearest .12500 %

Projected principal balance for calculation:   $        101,338.05

Next interest rate adjustment date:                     12-04-04
Next payment adjustment date:                           01-04-05

Margin:                                                  5.50000%

Remaining term:                                              318

Index:     WALLSTREET JOURNAL LIBOR 6 MONTH/1ST BUS DAY

If you have questions or concerns regarding this information please contact our Customer Service Department at (800) 258-8602.

Sincerely,

Special Loan Administrator

AW001

P.O. Box 65250
Salt Lake City, UT 84165-0250

May 27, 2004



878527069810FB

P B MCCONNELL JR
KATHY MCCONNELL
4707 RIVERWOOD CIR
DECATUR, GA 30035-2940

RE: 8785270698

Dear P B MCCONNELL JR,

This is a reminder that your forbearance payment in the amount of $1,349.61 is due on 06/05/2004. If your payment has been sent, please accept our thanks. If payment will not be remitted as scheduled, please contact our office today to make arrangements. Our toll free number is 1-888-818-6032.

In the future, please ensure that your payments are sent with sufficient time to be processed on or before the forbearance due date.

You may make your payment by detaching the coupon below and sending it in the enclosed envelope. You may also send your payment via Western Union at code city: OWL & code state: UTAH.

Failure to maintain your payments as scheduled in the forbearance agreement may result in the termination of the agreement and continuance of the foreclosure action.

Sincerely,

Fairbanks Capital Corp.
The Loan Servicing Center

This letter is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

---

## PAYMENT COUPON

| | | |
|---|---|---|
| **LOAN NUMBER** | 8785270698 | **Fairbanks Capital Corp.** |
| **PAYMENT DUE DATE** | 06/05/2004 | P B MCCONNELL JR |
| **TOTAL PAYMENT DUE** | $1,349.61   $_____ | KATHY MCCONNELL |

Fairbanks Capital Corp.
Attn: Remittance Processing
PO BOX 65250
SALT LAKE CITY, UT 84165-0250

10FB 000078

**Fairbanks Capital Corp.**
Loan Servicing Center
P.O. Box 551170
Jacksonville, FL 32255-1170

**MONTHLY MORTGAGE STATEMENT**

Statement Date: 05/19/04
Loan Number: 8785270698

97088-0005495-002
P B MCCONNELL JR
KATHY MCCONNELL
4707 RIVERWOOD CIR
DECATUR GA 30035-2940

**For questions about your Forbearance Plan, contact:** 1-888-818-6032
Monday - Thursday       9:00AM - 10:00PM ET
Friday                  9:00AM - 7:00PM ET
Saturday                9:00AM - 1:00PM ET

**For questions about your statement contact:**
**Customer Service**    1-800-258-8602
Monday - Friday         7:00AM - 8:00PM ET

*Any payments received after the Statement Date noted above will be reflected on your next statement.*

*For other important contact information see reverse side.*

## LOAN INFORMATION

Property Address: 4707 RIVERWOOD CIR
                  DECATUR GA 30035

| | |
|---|---:|
| Interest Rate: | 9.250% |
| YTD Interest Paid: | $1,570.62 |
| YTD Taxes Paid: | $.00 |
| YTD Principal Paid: | $140.54 |
| Current Principal Balance: | $101,772.84 * |
| Current Escrow Balance: | $.00 |
| Current Unapplied Balance: | $.00 |
| Current Fee Balance: | $1,085.84 |

This is an attempt to collect a debt. All information obtained will be used for that purpose.

Our records indicate that your loan has been modified by a Forbearance Plan Agreement. This plan temporarily supercedes your original loan payment arrangements and may provide for a different payment amount or due date than those set forth in your original loan documents.

Please note that you are required to remit payments in the amounts and on the due dates set forth in your Forbearance Plan Agreement.

\* This amount is not a payoff quote or a reinstatement figure. If you want a payoff quote, or a reinstatement figure please see instructions on reverse side.

## ACTIVITY THIS PERIOD ( 04/21/04 - 05/19/04 )

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | FEES | TOTAL |
|---|---|---:|---:|---:|---:|---:|---:|
| 04/23 | INTEREST ON ADV | 0.00 | 0.00 | 0.00 | 0.00 | -0.70 | -0.70 |

---

**HAS YOUR ADDRESS CHANGED?** IF SO, PLEASE COMPLETE THIS FORM

Mailing Address _____

City _____  State _____  ZIP _____

Home Phone _____  Business Phone _____

**All Borrowers' Signatures Required For Address Change**

Borrower's Signature _____  Co-Borrower's Signature _____

## *An Important Notice Regarding Your Privacy Rights*

This privacy policy notice is designed to inform you of the types of information we may maintain and collect during the course of our relationship with you. It also explains the safeguards we have in place to protect that information and the circumstances in which we may share that information with other companies

### Section 1: Information We Maintain Or Collect
We maintain and collect non-public personal information about you as necessary to service your loan. We also may maintain or collect information about you to provide products, services, and other opportunities that we believe may be of benefit to you. The following are examples of the types of non-public personal information we maintain or collect:
- Information that you provide in connection with your loan applications, other forms, or verbally, such as your name, address, social security number, income, or assets and liabilities.
- Information about your transactions with us, our affiliates, or other parties, such as your payment history, account balance and parties to transactions.
- Information we receive from consumer reporting agencies, such as your credit worthiness and credit history.

### Section 2: Information Sharing With Non-affiliated Companies
To provide you with efficient service and inform you of opportunities that may be of interest to you, we may share all or part of the information that we maintain or collect, as described in Section 1, with non-affiliated companies. We may share this information with the following types of non-affiliated companies, among others, unless you tell us not to, by signing and returning the form provided:
- Financial service providers such as credit card issuers, finance companies, insurance companies, banks and mortgage companies.
- Non-financial companies such as retailers, airlines and marketing companies, manufacturers and publishers.

Please note that we may share non-public personal information about you, as described in Section 1, to companies that perform services on our behalf or to companies with which we have joint marketing agreements, even if you sign and return the form provided.

### Section 3: Information Sharing With Our Affiliates
Under the federal Fair Credit Reporting Act, there is certain information about you that we may not share with our affiliates if you tell us not to by signing and returning the form provided. This information may include, among other things:
- Information we obtain from your loan application, such as your income, assets and liability information and marital status.
- Information we obtain from a consumer report such as your credit score or credit history.
- Information we obtain to verify representations made by you, such as other financial obligations you may have.
- Information we obtain from a person or company regarding that person's or company's employment, credit, or other relationship with you, such as your current employment relationship or what debts you owe.

The categories of affiliated companies who may receive the above information include:
- Financial service providers, such as an insurance agency.
- Non-financial companies, such as companies that perform property evaluation services.

Please note that even if you direct us not to share the information described in Section 3, we are permitted to share with our affiliates information about transactions or experiences between you and us.

### Section 4: Information Sharing With Companies That Perform Services On Our Behalf
Under law, we may disclose non-public personal information about you that we maintain or collect, as described in Section 1, to companies that perform services on our behalf or to other financial institutions with which we have joint marketing agreements. The categories of third parties providing these services may include, among others:
- Financial service providers such as credit card issuers, finance companies, insurance agencies or companies, banks and mortgage companies.
- Other service providers such as tax vendors, print vendors, software programmers, reconveyance companies, mortgage insurance providers and property evaluation companies.

### Section 5: Confidentiality and Security of Information
We restrict access to non-public personal information about you to those employees who need to know that information, to those companies or individuals that provide services to us, and depending on whether you direct us not to disclose non-public personal information about you, to those companies described in sections 2 and 3. We maintain physical, electronic, and procedural safeguards that comply with federal regulations to guard your non-public personal information.

### Section 6: Former Customers
Our privacy policy for non-public personal information about former customers is the same as our policy for current customers.

### Section 7: Your Right To Opt Out
By completing the reverse side of the attached form and returning the form to us, you may opt out and direct us not to disclose non-public personal information about you, except as permitted by law, to:
(1) non-affiliated third parties as described in Section 2, and
(2) affiliated third parties as described in Section 3.

We will consider an opt out by any joint borrower as an opt out by all borrowers. If you have previously indicated your desire to opt out, you do not need to respond again.

650-0774-0703F