UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiffs,<br>V.<br><br>FAIRBANKS CAPITAL CORP.,<br>FAIRBANKS CAPITAL HOLDING CORP.,<br>and　THOMAS D. BASMAJIAN,<br><br>　　　　Defendants.<br><br>ALANNA L. CURRY ET AL.,<br>individually and on behalf of all<br>others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP.,<br><br>　　　　Defendant. | )　2004 JUN 28　P 2: 38<br>)<br>) U.S. Civil Action No. 1:03-cv-12219-DPW<br>) DISTRICT OF MASS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:03-cv-10895-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE**

COMES NOW, Marc L. Boutwell, 103 West China Street, P.O. Box 956, Lexington, MS 39095, and enters his appearance in the above styled and numbered matter as counsel for some Plaintiffs represented by Gleason & McHenry, who have been opted-out of the class.

This the 22ⁿᵈ day of June, 2004.

_/s/ Marc L. Boutwell_
Marc L. Boutwell
Attorney for Plaintiffs, MS Bar # 9263

Law Office of Marc Boutwell, PLLC
103 West China Street
Post Office Box 956
Lexington, Mississippi 39095
TEL. NO. 662-834-9029

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing upon the following by placing a true and accurate copy of same in the United States Mail, properly addressed, and with adequate postage thereon:

Thomas M. Hefferson
Joseph F. Yenouskas
GOODWIN PROCTER, LLP
1717 Pennsylvania Avenue, N.W.
Suite 500
Washington, D.C. 20006

This the 28th day of June, 2004.

Marc Boutwell, Attorney

Additional Plaintiffs' counsel were served by first class mail at the addresses on the attached list.