```
                                      FILED
                                  IN CLERKS OFFICE

                                  2004 JUL -6  P 4:07

                                  U.S. DISTRICT COURT
                                  DISTRICT OF MASS
                                        6/24/04
```

Civil Clerks Office
U.S District Court
John Joseph Moakley
US Court House

One Courthouse Way
Boston, MA 02210

Dear Sir/Madam:

I am writing for the purpose of finding out what was the outcome of the May 12, 04 Fairness Hearing for the Class Action lawsuit - FairBanks Capital Corp? I am trying to find out if a Settlement was Reached and if yes what Refund I might be due and when I may expect to receive it.

Can you help me out or direct me to the Name and address of who I should Contact.

Thankyou —

Please reply to:

Kathy Hayner
(Kathleen R Hayner)

P.O. Box 34212
Omaha, NE 68134