6/28/04

I Page one

Re:
Lawsuit on Fairbanks
Capital Corp.
Class Action Lawsuit
USA VS. Fairbanks Capital
Corp.

FILED
[C]LERKS OFFICE
2004 JUL -2 A 8:39
U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: MR. Earl B. Kinlaw
SS No: 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
DOB: 6/15/03
Claim no: 16854323
MR. Earl B. Kinlaw, Claim no.: 16854321

Dear Hon. Woodlock,

   I am writing to you Sir regarding my Class Action Lawsuit regarding Fairbanks Capital Corp., Can you Sir tell me how the case is going as I called the phone no. on the Statement Page their toll free no. at 1-800-377-1287, I never get anyone there on the Phone to talk to, only a tape. Maybe you Sir would know something about this Case (the Class Action Lawsuit) USA VS. Fairbanks Capital Corp. On the Phone at their toll free no. 1-800-377-1287 and was told they got an/or Settlement Approved by the court on or about May 17th 2004. They Put me in Foreclosure (Fairbanks) that is, and the money was being sent to them and they got where they would send the checks back to me. Please Sir let me know what is going on with the Settlement Lawsuite the Class Action case. Thank you Sir, hopeing to hear from

(over)

II

you Sir, Sending you a copey on this case that was Mailed to them on the 30th of March of 2004.

Sincerely yours,
Earl B. Kinlaw
807 Wisconsin Ave.
Bay Shore, NY
11706

P.S. Sir I also wrote to the Claims Administration regarding this Matter but never got any reply from them regarding my Claims.     Earl B. Kinlaw