Civil Clerk's Office
John J. Moakley
1 Courthouse Way
Boston, Ma 02210

FILED
IN CLERKS OFFICE
2004 JUN 30 A 11: 42
U.S. DISTRICT COURT
DISTRICT OF MASS

To whom this may concern. My name is Dortiea D. Scott Civil Act No. 0312219 DPW; 0310895. I'm writing concerning the Proposed Class Action Settlement. I would like to know if we won the case? If so, how long is the actual waiting period? Why haven't I recieved any feedback or literature since May 12, 2004? I'm confused and need to know about the Class case; and FTC case. Please write back and call if possible with available information. I'll be waiting to here back from you.

Sincerly Yours
Dortiea D. Scott

(Home) 640 Pershing Blvd E. St. Louis, IL 62203
(P.O. Box) P.O. Box 2034 Fairview Hgts, IL 62208
(number) (618) 407-2682

Thank you!