To whom this concerns

FILED
CLERKS OFFICE
2004 JUN 22 A 8 43
U.S. DISTRICT COURT
DISTRICT OF MASS

I have a claim with the US vs Fairbanks Capital Co. Civil Action # 03-10895-DPW.

\* Claim Number: 14874511

I sent my form to the approriate authorities in this case. Just wanted to know how the May 12, 2004 procedings went. And if I get sent results of that hearing. And if this is not the approriate source could you send me that information.

Thanks

Dave Slager.

(Former Address
185 N. Railroad)

New 335 N. Walker
Braidwood, IL
60408

Phone # 1-815-715-5391