FILED
IN CLERKS OFFICE

2004 JUN 21  P 12: 54

Jun. 16, 04

U.S. DISTRICT COURT
DISTRICT OF MASS

U.S. Courthouse
One Courthouse Way
Boston, MA 02210

RE: Fairbanks Capital Corp.

FTC Order and Settlement Agreement:

I am writing because I received information concerning a settlement with Fairbanks Capital Corp. I would like to know when the settlement would be paid, and the amount I should expect to receive?

Thank you,


Malissa Gilmer
2892 Horseshoe Dr
Atlanta, GA 30316
404-328-1460 home