# RODDY KLEIN & RYAN
Attorneys at Law

727 Atlantic Avenue, 2nd Floor
Boston, Massachusetts 02111

Shennan Kavanagh

Tel. (617) 357-5500 ext. 12
Fax (617) 357-5030
kavanagh@grantkleinroddy.com

FILED
CLERKS OFFICE

2004 JUN 30  A 11: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 29, 2004

Ms. Wanda Thompson-Goff
18 West 125th 63rd Street
Condo #208A
Westmont, IL 60559

    Re:    <u>Fairbanks Class Action Settlement</u>

Dear Wanda:

    This letter is to follow up on our phone conversation of June 28, 2004 regarding the Fairbanks Class Action Settlement. Below is a summary of the issues we discussed.

    You have raised several concerns regarding your available remedies under the Redress Fund portion of the Fairbanks Class Action Settlement, namely, your wish to file an amended claim that reflects all of the money that you feel you have lost to Fairbanks during the servicing of your loan. You set forth several types of losses, including, theft of property from your home during the eviction process, losses due to emotional distress, principal and interest payments you made on your building that Fairbanks subsequently foreclosed upon, and finally, the value of the building that you lost in foreclosure.

    As I explained in our conversation, the Settlement provides remedies for alleged improper fees that Fairbanks charged its customers during the servicing of their loans between January 1, 1999 and December 10, 2003. Remedies under the Redress Fund include a pro rata reimbursement from a $35 million pool of money for improper late fees or default related fees and improper prepayment penalties. The Settlement provides for a separate fund of $5 million which will be evenly distributed to persons who have been determined to have lost their homes in foreclosure during the relevant class period.

    The Settlement does not provide remedies for the other losses you mentioned, listed above. To amend your claim regarding the applicable fees reimbursable under the Redress Fund, and to review your legal options with respect to your other claims, I suggested you contact an attorney in your area as we are unable to assist class members in amending their individual claims. Some attorneys who handle consumer claims list their addresses and phone numbers on the website: www.naca.net. Please do not contact either the Court as Court personnel are not permitted to answer class members' questions.

*Thompson-Goff*
*June 29, 2004*
*Pg. 2 of 2*

    For further information and future updates, please visit www.ftc.gov/fairbanks. I wish you the best of luck.

                                              Sincerely,

                                              Shennan Kavanagh

SK
cc:   Allison Brown
       Rebecca Greenberg