Dear John Joseph Moakley

In Feb. I receive a claim form from United States of America Plaintiff V Fairbanks Capital Corp, And Fairbanks Capital Holding Corp, Defendants, Civil Action NO. 03-10895-DPW And NO. 03-12219-DPW I filled out the form And mailed it the next day. That was in Feb. I know you are very busy. But I was wondering if you could please check on it for me we have so much dept, right now that any thing we would get back would be ~~gratie~~ a blessing We just want a ~~frest~~ new start
Thank you

Dana + Kim Keppel
343 South Hazlan St
Indianapolis, Ind 46201
317 6373719

Loan Number
3017778204