July 22, 2004

FILED

Dear Office of The Civil Clerk,

2004 JUL 26 A 11: 22

    Our Loan Was serviced by Fairbanks and we sent in a claim form very early in the process. We were involved in this between January 1, 1999 and December 10, 2003. They forced us to into foreclosure threats and made us refinance at a higher rate of 11.87% and also pay $9000 in fees. We want our settlement, we have waited since May 12th. Please we need this for our taxes.

Please send our settlement check to:

Alfred D. Mordino Jr.

Janet Mordino

19 Lakeview Dr.

Wolcott, Ct. 06716

                                    Thank you,
                                    Janet & Alfred Mordino