I'm inquiring about the Class Action #03-12895-DPW
When will the monies be sent out

Thanks
Patricia M. Chrest
29711 Grandview
Inkster, MI 48141

FILED
CLERKS OFFICE
2004 JUL 13 P 12: 53
U.S. DISTRICT COURT
DISTRICT OF MASS