To whom it may concern,

I Charles M. Smith Sr, would like to know the procedure for filing a complaint against my mortgage company, which was Fairbanks Capital Corp, and now has changed their name to Select Portfolio Servicing, Inc.

Fairbanks Capital at the time has been overcharging me on my mortgage payments for my 2002-2003 & 2003-2004 real property taxes. I have sent (faxed) copies of my 2002-2003 real property taxes in January 2003. Also I have faxed copies of my real property taxes for 2003-2004 in January 2004 to show that my real property taxes for both years were paid. Fairbanks keeps stating they have no record when I know I faxed them the copies for both years. I haven't been getting any positive results in correcting this problem for the additional payments that they have added to my mortgage payments because they keep saying they never received copies. Nobody at this company seems to know what is going on with me being overcharged. I have been trying to correct this problem with my 2002/2003 taxes and now it's the same with my 2003-2004 taxes and I'm being overcharged again on my mortgage payment. My regular mortgage payments are $540.01 and I've been paying $555.01 since the tax year of 2002. Attached are my receipts for tax year 2002/2003 and 2003/2004 which they were sent copies for both years. If I can find out how to file a complaint against Fairbanks Capital which is now Select Portfolio Corp, I would greatly appreciate it.

Respectfully
Charles M. Smith, Sr.
410-644-6171
ACCT# 7000207816



**MAYOR AND CITY COUNCIL - BALTIMORE**
# REAL PROPERTY TAX LEVY
### JULY 1, 2003 TO JUNE 30, 2004

BUREAU OF TREASURY MANAGEM
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

TELEPHONE INQUIRIES:
BILLING         410-396-
IVR REFERENCE 0381020600
STATE DEPARTMENT OF ASSESSMENTS    410-767-
STATE HOMEOWNER CREDIT    410-767-

040112    DUPLICAT

PROPERTY IDENTIFIER
WD   SECTION BLOCK   LOT
28    050    8102F   006

Acct # 7000207816

CHARLES M SMITH & WF
12 N TREMONT ROAD
BALTIMORE MD 21229-3348

LOT DIMENSIONS
18X100
PRINCIPAL RESIDENCE

CONSTANT YIELD $2.277   DIFFERENCE  .0

*J. Sumter*

JAN 1 2 2004

CURRENT YEAR TAXABLE
ASSESSMENT DATA
LAND               22,0
IMPROVEMENT        38,4
TOTAL              60,4

**ASSESSED PROPERTY:**
12 N TREMONT ROAD

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX |
|---|---|---|---|
| STATE TAX | 52,823 | $ .1320 | 69.73 |
| CITY TAX | 52,823 | $2.3280 | 1,229.72 |
| TOTAL TAX | | | 1,299.45 |
| CITY ASSESSMENT CREDIT | | | 43.62- |
| SEMI-ANN SERVICE CHARGE | | | 3.14 |
| NET TAX AMOUNT | | | 1,258.97 |

SEMIANNUAL PAYMENT SCHEDULE
**1ST INSTALLMENT**
IF PAID BY    DISC/INT & PEN    PAY THIS AMO
FLAT CHG                                    627
01/31/04         48.84                      676

**2ND INSTALLMENT**
IF PAID BY    SERV. CHG&I/P     PAY THIS AMO
01/31/04         15.35                      643

SERVICE FEE RATE FOR SEMIANNUAL IS: .5000% FEE:

**ANNUAL PAYMENT SCHEDULE**
IF PAID BY    DISC/INT & PEN    PAY THIS AMO

**MAYOR AND CITY COUNCIL - BALTIMORE**
**REAL PROPERTY TAX LEVY**
JULY 1, 2002 TO JUNE 30, 2003

BUREAU OF TREASURY MANAGEMENT
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

TELEPHONE INQUIRIES:
BILLING                    410-396-3987
IVR REFERENCE 0281020600600
STATE DEPARTMENT OF ASSESSMENTS   410-767-8250
STATE HOMEOWNER CREDIT     410-767-4433

030131        DUPLICATE

ACCT # 70002078/6

*F. Sum...*
*1256.08*

CHARLES M SMITH & WF
12 N TREMONT ROAD
BALTIMORE MD 21229-3348

PROPERTY IDENTIFIER
WD  SECTION BLOCK  LOT
28    050   8102F  006

LOT DIMENSIONS
18X100
PRINCIPAL RESIDENCE

PAYABLE BY CERTIFIED CHECK, CASH, OR MONEY ORDER ONLY

CONSTANT YIELD $2.327   DIFFERENCE

CURRENT YEAR TAXABLE
ASSESSMENT DATA
LAND              16,000
IMPROVEMENT       32,990
TOTAL             48,990

**ASSESSED PROPERTY:**
12 N TREMONT ROAD

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX |
|---|---|---|---|
| STATE TAX | 48,990 | $ .0840 | 41.15 |
| CITY TAX | 48,990 | $2.3280 | 1,140.49 |
| TOTAL TAX | | | 1,181.64 |
| TAX SALE CHARGE | | | 10.00 |
| SEMI-ANN SERVICE CHARGE | | | 6.32 |
| NET TAX AMOUNT | | | 1,197.96 |

***DUPLICATE***

1/31/03 TR#0001 RCT #:00069239
CP:476 LOC: WOLM WS: 010
BLOCK: 8102F LOT: 006
AMOUNT PAID: $1,256.08
Real Property $1,256.08

**SEMIANNUAL PAYMENT SCHEDULE**
**1ST INSTALLMENT**
| IF PAID BY | DISC/INT & PEN | PAY THIS AMOUNT |
|---|---|---|
| FLAT CHG | | 590.83 |
| 01/31/03 | 46.48 | 637.31 |

**2ND INSTALLMENT**
| IF PAID BY | SERV. CHG&I/P | PAY THIS AMOUNT |
|---|---|---|
| 01/31/03 | 17.94 | 618.77 |

SERVICE FEE RATE FOR SEMIANNUAL IS: 1.0700% FEE:  6.32

**ANNUAL PAYMENT SCHEDULE**
| IF PAID BY | DISC/INT & PEN | PAY THIS AMOUNT |
|---|---|---|