Wednesday July 28, 2004'

United States District Court-District of Massachusetts
Civil Clerks Office
John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

2004 AUG -2 P 4: 42

U.S. DISTRICT COURT
DISTRICT OF MASS

Re: Civil Action No. 03-12219-DPW///Civil Action No. 03-10895-DPW

Dear Mr. Moakley,

    My purpose for writing you is to ask for the disposition of the above named civil action(s). Some months ago, I was notified by mail that I was a part of the class action(s) concerning the above action(s). I completed all requested forms, and have since heard nothing.

    In our particular case, "Olympus" who transfered servicing the loan (mortgage) to Fairbanks did in fact charge late fees, other charges and did in fact finally foreclose on our property, giving us only ten (10) days to vacate our property. The confusion which was caused by their collection techniques was unprofessional and many times misleading. Many times our payments were not late, and we had to call the servicing company to explain this.

    If possible, could you forward more information, or contact me by telephone? I felt from the beginning that the methods that our mortage servicing company were less than professional. When our mortage would be transferred to another servicing company, we were not properly or promptly advised of this change.

    I feel that the lack of communication, along with professional cooperation was in part the cause of our foreclosure. If we had needed to talk with someone, we were always given the "run a round", up and until given notice of foreclosure. If you need any of the documentation concerning legal advice we pursued, this can be provided. A lawyer did in fact try and contact the servicing company on our behalf.

    I would appreciate any further information you could send me. I have also included my evening telephone number if you wish to telephone me.

Sincerely,

*Jill J. Lancaster*
Jill J. Lancaster L.P.C.
1308 W. McCarty St
Jefferson City, Missouri 65109    (573) 659-3563

*Property foreclosed-3406 Shamrock Road, Jefferson City, Mo 65102