7/31/04

Dear Sir,

My name is Terrance A. Davis SS 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

I was mailed a check Tuesday or Wednesday of this week. Sorry to report that I have been robbed. Someone stole my gym bag and.

I writing requesting another check.

This case is the Fairbanks Capital Corp. I am not sure of the case number but, here are the only numbers that I have

Civil Action No. 03-12219-DPW
or
Civil Action No. 03-10895-DPW

My home number is
(770) 801-4936
E-Mail
TAD83MSN.COM

Terrance A. Davis