# Ronald Saffner

Attorney at Law
377 Rector Place, Suite 5-B
New York, N.Y. 10280

(Admitted N.Y. and N.J.)

Tel: (212) 619-6030
Fax: (212) 945-0536

Honorable Douglas P. Woodlock
United States District Court
District of Massachusetts
1 Court House Way
Boston, MA 02210

July 22, 2004

Re: United States v. Fairbanks Capital
Civil Action No. 03-12219-DPW
Civil Action No. 03-10895-DPW

Dear Judge Woodlock:

I believe that I am a member of the designated class action lawsuit concerning the above actions. I do not recall if I ever filed a notice of claim or whether I dully filed to opt out of the settlement.

At this time, it is my request, either informally, or by the making of a formal motion, to be excluded from the settlement of this class action. Please advise if this can be informally granted or whether a formal motion needs to be prepared.

Thank you for your cooperation in this matter.

Very truly yours,

RONALD SAFFNER, ESQ.

RS:mw
cc: Grant & Roddy
cc: Goodwin & Procter
cc: Federal Trade Commission