# GOODWIN | PROCTER

Thomas M. Hefferon
202.974.1029
thefferon@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
1717 Pennsylvania Ave, N.W.
Washington, D.C. 20006
T: 202.974.1000
F: 202.331.9330

July 27, 2004

**VIA FIRST CLASS MAIL**

Ronald Saffner, Esq.
377 Rector Place, Suite 5-B
New York, NY 10280

Re: **Curry, et al. v. Fairbanks Capital Corp.; Case No. 03-10895-DPW**
**United States v. Fairbanks Capital Corp. et al.; Case No. 03-12219-DPW**

Dear Mr. Saffner:

I am in receipt of your letter to Judge Woodlock dated July 22, 2004.

The Settlement Administrator has informed us that you are a member of the Curry Class and have, in fact, submitted a timely claim form. Not surprisingly, therefore, you did not submit a timely request for exclusion. As a consequence, you are in the class, will receive benefits, and are bound by the settlement.

As you may be aware, issues concerning membership in the Curry Class are resolved by Judge Woodlock, as he reserved jurisdiction to determine such matters. If you intend to pursue this issue further before Judge Woodlock, please advise me of the circumstances surrounding your claim so that I may better evaluate your situation.

Very truly yours,

*[signature]*

Thomas M. Hefferon

cc: Honorable Douglas P. Woodlock
Gary E. Klein, Esq.
Allison I. Brown, Esq.

LIBW/1101720.1