Pleas send me information about this claim # 1420 8471 fairbanks

Felipe Ramirez
1403 AVE R
Del Rio TX 78840
PLEASE SEND ME A PHONE #
TO CALL YOU