03-12219
Honorable Douglas P. Woodlock

# United States Court of Appeals
## For the First Circuit

No. 04-1814

UNITED STATES
Plaintiff - Appellee

v.

FAIRBANKS CAPITAL CORPORATION, A Utah Corporation;
FAIRBANKS CAPITAL HOLDING CORPORATION, A Delaware
Corporation; THOMAS D. BASMAJIAN
Defendants - Appellees

----------

DANNY VANDALE; CONSTANCE VANDALE; JACK OVERBAUGH
Objectors - Appellants

**JUDGMENT**

**Entered: August 25, 2004**

Upon consideration of stipulation,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By: _____
Chief Deputy Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 8/25/04

cc: Joseph F. Yenouskas, Esq.
Thomas M. Hefferon, Esq.
Brooks R. Brown, Esq.
Debra A. Valentine
John C. Englander, Esq.
T. William Veach, Esq.
John J. Pentz, Esq.
Darryl E. Pittman, Esq.
Gary Cook, Esq.
James Alexander, Esq.
Harrison A. Fitch, Esq.
Allison I. Brown, Esq.
Lucy E. Morris, Esq.
Donald R. Grady, Esq.
Jessica D. Hedges, Esq.
Daniel F. Hedges, Esq.
Daniel J. Mulligan
Gary E. Klein, Esq.
John J. Roddy, Esq.
Elizabeth Ryan, Esq.
Kelly M. Dermondy
Niall P. McCarthy
Stuart T. Rossman, Esq.
Elizabeth A. Ryan
Nicholas Felici
Anita Johnson, AUSA
Marc Boutwell
Rory A. Valas