UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    Plaintiff

V.

FAIRBANKS CAPITAL CORP. AND
FAIRBANKS CAPITAL HOLDING CORP.

    DEFENDANTS

CIVIL ACTION
NO. 03-12219-DPW

-----------------------------------------

ALANNA L. CURRY, et al, Individually and on behalf of all others similarly situated

    Plaintiffs,

V.

FAIRBANKS CAPITAL CORP.

    Defendant

CIVIL ACTION
NO. 03-10895-DPW

### MOTION FOR CONTEMPT OR IN ALTERNATIVELY MOTION TO RESCIND DEFENDANT SETTLEMENT AGREEMENT

On November 12, 2003, the United States ( FTC ) filed complaint against the above defendant ( Fairbank Capital Corp. ) and soon after the complaint turns to class action.

Defendant moved quickly to settle the complaint against them in hope to avoid numerous State Court action pending against the defendants in diferent and various States court.

On May 12, 2004, the FTC prosecutor reached agreement with the defendant to settle the and with some provision against the defendants acts.

However, since the announcement of the settlement agreement the defendants have continued violating the agreement reached, the defendant by continuing charging illegal late fees, late return checks illegal caculation of the mortgage balance to reflect higher than should be, when all the above was incorrect ( See exihibits attached ).

Plaintiff an independent , not aviliated with the FTC filing, filed a civil action against the defendant in the State of Georgia, this case was filed July 5th 2002 prior to the filing of the FTC complaints

In the case against the defendant in the State of Georgia, defendants have filed motion for summary judgment, and all the responses were also filed, since September 24, 2003, prior to FTC filing of its complaint, the action before the court , and waiting for the court ruling on the defendant motion for summary judgment.

However, defendant have filed a motion in the State court attempted to tie the FTC settlement to dismiss the pending action bgainst them claiming similarity,.

## THE LAW

### SEVERABILITY OF PROVISIONS

Section 501 of Pub. L. 90-578, and Section, 202, 3006A, 3041,3043, 3045, 3060, 3102, 3116, 3184, 3191, 3195, 3401, 3402, 3569, and 3771, Provided that if any Provision in the Acts or in the Application to any person or Circumstances is Held Invalid, the Validity of the Applications to other Persons and Circumstances Shall not Be Affected. In this case defendant had violated the agreement and should be invalid and the order should be rescinded or hold defendant in contempts of court. Also, the Independent plaintiff had filed case against the defendant

2.

in the State of Georgia prior to the FTC filing their complaint, therefore FTC settlement has no effect on Georgia case against the defendant,

A Federal Court in the United States may not grant an Injuction to Stay Proceedings in a State Court, except as expressly authorized by Act of Congress, June 25, 1948, c. 646, 62 Stat. 968. However, 1984 Acts, Amendment by Pub. L. 98-620 that says does not apply to cases Pending prior to ruling, 1976 Acts Section 7 of Pub. L. 94-381, Section 2403, 2281, and 2282 clearly stated that shall not apply to any action commenced prior to Ruling. Therefore in the case, The Federal Court in the State of Massachusetts ruling does not affect plaintiff case in the State of Georgia agasinst the defendants.
(1) Plaintiff case was filed and motion for summary judgment was filed waiting for the court rulingbefore the FTC filed their claims against the defendants (2) Defendant have failed to carryout its settlement agreement with the FTC prosecutor (3) Defendant have violated its agreement settlement, by continuing illegal charges and wrong caculation (4) That material facts exist without controversy, that was never brought to the court attention and never properly litigated.

This plaintiff an Independent , by filing this motion affect the finality of the settlement judgment and should be rescinded, otherwise the court must remove this Independent plaintiff from the class action as claimed by the defendant for the reason stated above the court has no juridictions over the independent plaintiff.

CONCLUSION

Based upon stated statements above, I Independent plaintiff

respectfull request this Honorable court to hold the defendant in contempt of the settlement agreement or rescinding the order that was granted in the settlemnt due to defendant failure and continuously carring out the illegal practices and by this honorable court to esclude this independent plaintiff from the class action.

.

                     Respectfully submitted

                     *[signature]*
                     -----------------------
                     SHADE   LAWAL
                     6210 South Gordon Road
                     Austell, Georgia 30168

                     404-433-3457

4.

CERTIFICATE OF SERVICE

I have hereby certify that I have this day served a true and accurate copy of the foregoing upon all parties and their counsel as known by both fax and by placing a copy of the same in to an envelope with sufficient postage to ensure delivery and placing the same in to the United States Mail and addressed as follows:

Plaintiff Counsels

Gary Klein, Esq.
John Roddy, Esq.
Grant and Roddy
44 School Street
Suite 400
Boston, Ma. 02108

Defendants Counsels

Thomas M. Hefferon, Esq.
Goodwin Procter, LLP.
Suite 500
1717 Pennsylvania Ave. . N.W
Washington, DC. 20006

F.T.C. COUNSEL

Lucy E. Morris, Esq.
Division of Financial Practices
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Avenue, N.W
            Mail Drop NJ-3158
Washington, DC. 20580

This 21 day of September, 2004.

SHADE LAWAL

6210 South Gordon Road
Austell, Georgia 30168

404-433-3457