UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    Plaintiff

V.

FAIRBANKS CAPITAL CORP. AND
FAIRBANKS CAPITAL HOLDING CORP.

    DEFENDANTS

CIVIL ACTION

NO. 03-12219-DPW

---

ALANNA L. CURRY, et al, Individually and on behalf of all others similarly situated

    Plaintiffs,

V.

FAIRBANKS CAPITAL CORP.

    Defendant

CIVIL ACTION

NO. 03-10895-DPW

## CERTIFICATE OF SERVICE

COMES NOW, the Independent Plaintiff by through undersigned hereby certifies that on this date it served defendant and other parties in the above styled civil action :

( a ) An Independent plaintiff motion for contempt or in alternatively motion to rescind defendant settlement agreement.

This 21st day of September, 2004

SHADE LAWAL

6210 South Gordon Road
Austell, Georgia 30168

CERTIFICATE OF SERVICE
------------------------

I have hereby certify that I have this day served a true and accurate copy of the foregoing upon all parties and their counsel as known by both fax and by placing a copy of the same in to an envelope with sufficient postage to ensure delivery and placing the same in to the United States Mail and addressed as follows:

| Plaintiff Counsels | Defendants Counsels |
|---|---|
| Gary Klein, Esq.<br>John Roddy, Esq.<br>Grant and Roddy<br>44 School Street<br>Suite 400<br>Boston, Ma. 02108 | Thomas M. Hefferon, Esq.<br>Goodwin Procter, LLP.<br>Suite 500<br>1717 Pennsylvania Ave. . N.W<br>Washington, DC. 20006 |

F.T.C.  COUNSEL
------------------

Lucy E. Morris, Esq.
Division of Financial Practices
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Avenue, N.W
            Mail Drop NJ-3158
Washington, DC. 20580

This 21st day of September, 2004.

_____
SHADE   LAWAL

6210 South Gordon Road
Austell, Georgia 30168

404-433-3457