OFFICE OC CIVIL CLERK
STATE OF MASSACHUSETTS
U.S. DISTRICT COURT
JOHN JOSEPH MOSLEY COURTHOUSE
BOSTON, MA.  02210

FILED
CLERKS OFFICE.

2004 SEP 13 P 2:36

U.S. DISTRICT COURT
DISTRICT OF MASS

RE:  FAIRBANKS/GILARDI
     REDRESS FUND
     DENIAL OF RECEIPT

I WAS SHOCKED WHEN TOLD BY PHONE FROM GILARDI'S CLAIM CTR.
HANDLING FAIRBANKS CLASS ACTION SETTLEMENT THAT THEY SOMEHOW
DID NOT RECEIVE A CLAIM FORM  FOR OUR REIMBURSEMENT OF ILLEGAL
LATE CHARGES, PENALTYS & OTHER RIDICULOUS FUNDS CONSTRUED BY
CONTI/FAIRBANKS, NOW SPS.

AS SOON AS WE RECEIVED THE CLAIM FORM..CLAIM NO. 14457501 WITH
THE AMOUNT OF $2,485.95 FOR LATE FEES AND CERTAIN OTHER DEFAULT-
RELATED FEES MY HUSBAND AND I SIGNED AND RETURNED IT IN PLENTY OF
TIME TO NOT BE CONCERNED ABOUT THE APRIL 24TH DEADLINE.
WHEN I CALLED TO CHECK STATUS OF THESE SETTLEMENTS; I WAS TOLD BY
A MALE CLERK AT 415-461-0410 THE FUND WAS DRIED UP & THEY DIDN'T
EVEN HAVE US ON FILE!

WHY IN THE WORLD SHOULD WE NOW HAVE TO HIRE A LAWYER TO PROCEED?
PER SHENNAN KAVANAGH AT RODDYKLEIN & RYAN, WE CAN CONSULT AN
ATTORNEY TO PURSUE APPROVAL FOR A "POSSIBLE" BENEFIT CALLED
"REVERSE & REIMBURSE PROGRAM".FAIRBANKS WILL NOTIFY ELIGIBLE
BENEFACTORS.!  OH, PLEASE, AUDIT THAT ACCOUNT CLOSELY!!!
FAIRBANKS/SPS WON'T APPROVE ANYTHING EXCEPT STILL EXISTING LATE
PENALTYS AND FUNDS.
FOR BETTER UNDERSTANDING OF HOW THIS CLAIM BECAME LOST OR NEVER
RECEIVED;; I AM WRITING THE US DISTRICT COURT, (JOHN J. MOSLEY)
IN BOSTON. I WOULD LIKE TO KNOW HOW THIS FUND WAS PAID OUT;
AND WHO THE RECEPIENTS WERE.
PLEASE ADVISE YOUR POSITION ON OUR HOW THEY CAN DENY OUR CLAIM
WHEN THEY ACKNOWLEDGED WE HAD MONEY DUE US BY SENDING THE CLAIM
FORM WITH INSTRUCTIONS? I HAVE BEEN FOLLOWING THIS ON THE WEB AND
CAN'T BELIEVE THIS "COMPANY" IS ALLOWED TO OPERATE AT ALL.

*Robert J Thorsen / Paula M Thorsen*
ROBERT AND PAULA THORSEN
4925 CURVE ROAD
FREELAND, MI. 4862

ENCL.cc/claim/14457501-9/$2485.95

**USA v. Fairbanks Capital Corp.**

Alanna L. Curry, et al. v. Fairbanks Capital Corp.
Claims Administration Center, c/o Gilardi & Co. LLC
P.O. Box 808054, Petaluma, CA 94975-8054

## CLAIM FORM – LATE FEES/DEFAULT RELATED FEES
### Please Do Not Use Red Ink, Pencil or Staples

295503

FTCFBK-14457501-9

ROBERT J THORSEN
4925 CURVE RD
FREELAND MI 48623-9287

2004 SEP 13 P 2:36

Claim No.: 14457501

Fairbanks has charged you **$2,485.95** for late fees and certain other default-related fees

As described in the Notice of Proposed Class Action Settlement, you are eligible to receive a settlement payment that will refund some of the late fees and other default-related fees you paid in connection with your mortgage loan(s) serviced by Fairbanks on or after January 1, 1999. As the Notice explains, the court has not yet given final approval to the settlement; if the court does not approve the settlement, there will be no refunds issued.

The amount shown above is the total amount of late fees and other default-related fees Fairbanks has charged you in this time period, less the amount of any refunds of those fees. Not all of these fees were illegal, but the lawsuits alleged that some of the fees were illegal. For example, Fairbanks allegedly charged late fees even when borrowers made their mortgage payments on time, or charged duplicative or unnecessary default-related fees. Your settlement payment will be a portion of the total amount Fairbanks has charged you. The amount you will receive will depend on the number of claim forms submitted and will reflect a percentage of the amount you paid.

To receive a settlement payment, you and any co-borrowers on the loan(s) must sign this form below. In addition, you must return this form to the Claims Administration Center at the above address, postmarked no later than April 24, 2004. A return envelope is enclosed for your convenience.

By signing below, you and any co-borrowers on your loan(s) affirm that you believe that some of the late fees or other default-related fees that Fairbanks charged you were improper, and that you would like to receive a settlement payment. As consideration for a settlement payment, you and any co-borrowers on your loan(s) agree to release Fairbanks and related entities from all claims with respect to the servicing of your loan(s) through December 10, 2003, as set forth in the Settlement Agreement in the *Curry* action.

**IMPORTANT:** You and all co-borrowers on the loan(s) must sign here to make a claim.

_Robert J Thorsen_
(Signed)

_Paula M. Thorsen_
(Signed)

May 2004

If your address is different from what appears above, please write any changes in the boxes provided below:

Address

City

State   Zip Code

If you have any questions regarding the claims process, please call Gilardi toll-free at 800-377-1287, or visit its website at www.gilardi.com/fairbanks.

**IMPORTANT INFORMATION ON THE OTHER SIDE OF THIS DOCUMENT.**

