Bremen, Ind

Dear Sir:

Two of my neighbors have received approx. 20% of their investments back from the Michael Richmond – Vancouver Bank fraud case. Royal Meridian –

I'm also quite concerned. I also invested 15,000 $ there. What did I do wrong that I don't get any money back as well?

Would appreciate an answer please

Richard Coil

5723 Cedar Rd
Bremen,
Ind.
46506

574-646-2485