Dear Sir:                                          9-17-04

My name is John W. Rector, I had a loan with Fairbank Capital. I sold my house because they wouldn't work anything out with me and I was going to lose my house. Fairbank Capital charged outrageous money for handling my loan.

Since this all has happen, my wife and I have separated May 20, 2004 and I am in the process of getting a divorce.

I have never received a check from the settlement. What I want to know is, have you sent my check out and when was the check sent out and if it been cashed, Who did it? Because I never recieved it.

New address →

Old address
9611 East Bend Rd.
Burlington, Ky. 41005

Thank You
John W. Rector
9715 East Bend Rd.
Burlington, Ky.
41005

New-Phone: 859-586-5908