UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br>V.<br><br>FAIRBANKS CAPITAL CORP.,<br>FAIRBANKS CAPITAL HOLDING CORP.,<br>and   THOMAS D. BASMAJIAN,<br><br>Defendants. | Civil Action No. 0103-cv-12219-DPW |
| ALANNA L. CURRY ET AL.,<br>individually and on behalf of all<br>others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP.,<br><br>Defendant. | Civil Action No. 1:03-cv-10895-DPW |

## ASSENTED TO MOTION FOR CONTINUANCE

COMES NOW, Marc Boutwell, attorney for Gleason and McHenry and the disputed opt-outs of this class action and moves that the hearing on Fairbanks Motion to Invalidate Certain Request for Exclusion be continued and would show unto the Court the following:

1. The defendant Fairbanks has pending a Motion to Invalidate Certain Request for Exclusion from the class (opt-outs) which are represented by the undersigned and in Mississippi and Alabama by the Law Firm of Gleason and McHenry. The motion and response thereto have been briefed and the appropriate affidavits attached.

1

2. The undersigned, who is the only attorney admitted to appear on behalf of Gleason and McHenry and the opt-outs, has a substantial conflict for the October 25, 2004, hearing date which the Court has set.

3. The undersigned is the County Prosecuting Attorney for Holmes County, Mississippi and has a Grand Jury which is to appear and hear evidence on October 25, 2004. Usually this Grand Jury will meet only once during its tenure and that date was selected by the District Attorney and the Circuit Court Judge to meet on October 25, 2004. It is the County Attorney's responsibility as well as District Attorney's to conduct the Grand Jury meeting. The District Attorney has another term starting that same date in another county, and it is primarily the responsibility of the County Attorney to appear to conduct the Grand Jury in his absence.

4. The undersigned moves to continue the Hearing on Fairbanks' Motion on the opt-outs and has contacted Fairbanks attorney, Thomas Hefferon, Esq. who has no objection to the continuance of said hearing. The undersigned represents to the Court that the other parties and the FTC are not material to the resolution of the Motion which was filed by Fairbanks and responded to by the undersigned for Gleason and McHenry and the opt-outs.

WHEREFORE, the undersigned attorney moves the Court to continue the Hearing on the Fairbanks Motion to Invalidate Certain Requests for Exclusion to another date.

Respectfully submitted,

*/s/ Marc Boutwell, Esq.*
Marc Boutwell, Esqs.
Attorney for Gleason and McHenry/Opt outs
Law Office of Marc Boutwell, PLLC
103 West China Street
Post Office Box 956
Lexington, MS 39095
Telephone: 662-834-9029