UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiffs, | )<br>) Civil Action No. 1:03-cv-12219-DPW |
| v. | ) |
| FAIRBANKS CAPITAL CORP.,<br>FAIRBANKS CAPITAL HOLDING CORP.,<br>and THOMAS D. BASMAJIAN, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |
| ALANNA L. CURRY ET AL.,<br>individually and on behalf of all<br>others similarly situated, | )<br>)<br>)<br>) Civil Action No. 1:03-cv-10895-DPW |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| FAIRBANKS CAPITAL CORP., | )<br>) |
| Defendant. | ) |

## NOTICE OF EMERGENCY MOTION

TO: Thomas M. Hefferon
Joseph F. Yenouskas
GOODWIN PROCTER, LLP
1717 Pennsylvania Avenue, N.W.
Suite 500
Washington, D.C. 20006

PLEASE TAKE NOTICE that the undersigned will bring the foregoing

ASSENTED-TO MOTION FOR CONTINUANCE for hearing before this Honorable

Court as soon as counsel may be heard on an emergency basis and by telephonic

1

conference if the Court so choses.

Respectfully submitted,

_____
Marc Boutwell, Esq.
Attorney for Gleanson and McHenry
and Opt-Outs
Post Office Box 956
Lexington, MS 39095

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing upon the following by placing a true and accurate copy of same in the United States Mail, properly addressed, and with adequate postage thereon:

Thomas M. Hefferon
Joseph F. Yenouskas
GOODWIN PROCTER, LLP
1717 Pennsylvania Avenue, N.W.
Suite 500
Washington, D.C. 20006

This the 19 day of October, 2004.

_____
Marc Boutwell, Esq.
Attorney for Gleanson and McHenry
and Opt-Outs

ASSENTED TO: _____
Thomas M. Hefferon, Esq.
Joseph F. Yenouskas, Esq.
GOODWIN PROCTER, LLP
1717 Pennsylvania Avenue, N.W.
Suite 500
Washington, D.C. 20006

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing upon the following by placing a true and accurate copy of same in the United States Mail, properly addressed, and with adequate postage thereon:

Thomas M. Hefferon
Joseph F. Yenouskas
GOODWIN PROCTER, LLP
1717 Pennsylvania Avenue, N.W.
Suite 500
Washington, D.C. 20006

This the 19 day of October, 2004.

_____
Marc Boutwell,
Attorney for Gleason and McHenry
and the Opt-Outs

3