UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    Plaintiff

V.

FAIRBANKS CAPITAL CORP. AND
FAIRBANKS CAPITAL HOLDING CORP.

    DEFENDANTS

CIVIL ACTION

NO. 03-12219-DPW

---

ALANNA L. CURRY, et al, Individally and on behalf of all others similarly situated

    Plaintiffs,

V.

FAIRBANKS CAPITAL CORP.

    Defendant

CIVIL ACTION

NO. 03-10895-DPW

RESPONSE TO DEFENDANT OBJECTS TO RESCIND THE ORDER
OR HOLD DEFENDANT IN CONTEMPT OF COURT

COMES NOW, Shade Lawal, an independent plaintiff, wrongfully classified as class members files this in response to the defendant objection to motion to rescind the order or hold defendant in contempts and declare as follows;

Defendant is a fraudulent and deceit corporation who have defrauded million of American home owners, by even admitted it by their own words and admission thru their legal defendse teams .

## THE FACTS

I was sent a letter by the prosecutor that I may be able to 2000 dollars plus that the defendant fraudulently charged me for late fees when actually I was not late.

I was never told that by signing the class action I will lose my right to continue with my case that was pending against the defendant prior of the federal prosecutor filing charges against the defendant.

I was not told that the settlement will include other charges that I filed against the defendant in the State court that i will lose those right to continue those charges against the defendant.

However, defendant did not stop charging me all those unneccary charges despite action with them from the prosecutor they continue illegal charges and as late as of September 27, 2004, defendant have threatining to foreclose on my propertywithout owing any back or late payment .

## THE LAW

Joinder of claims, parties and remedies is strongly encouraged SEE United Mine Workers of America V. Gibbs, 383 U.S. 715, 724 ( 1966 ). The rule of permissive joinder is to be liberally construed in orded to promote trial convenience and prevent multiple lawsuits, See United States V. Tri-State Design Constr. Co. Inc., 899 F. Supp. 916, 918 ( N.D.N.Y. 1955 ) However, this court has broad discretion to determine whether joinder is appropriate, SEE Thompson V. Boggs, 33 F. 3d 847 858 ( 7th cir, 1994 ) SEE Also, Insolia V. Philip Morris Inc. 186 F.R.D. 547, 549 ( E.D. Wis. 1999 ) holding that the permissive joinder

Case 1:03-cv-12219-DPW    Document 54    Filed 10/18/2004    Page 3 of 7

issue should be evaluated on a case by case basis ) .

In this case United States of American was absolutely correct in their response that ( Mr. Lawal is not a party to this suit, nor a person in privity with any party ) therefore based upon this, I should not be considered a class member as protrait by the defendant.

2. I signed the intension to be a class member mainly because I was told I will receive more than 2000 dollars in settlement in which the defendant owes for charging me illegal late fees nothing else was menthioned. Instead I was issued a check for 200 hundred dollars which does not compensate my time spent with the defendant in the State Court

3. I was told the settlement agreement was only for late fees only was never told it include defendant fraudulent obtained my mortgage payment of $810.00 dollars but gave me a credit for only $50.00 dollars and continued charging me for the rest of the balance including late fees.

4. I was not told the settlement upon the financial burden, pain and suffering the defendant has inflicted upon me.

5. I was never told the settlement will wipe out all my effort to stop the defendant from filing foreclosure on my property as they are attempting of doing now..

6. The settelement agreement failed to disclose to the court that defendant attemepted to foreclose on property in 2002, despite the facts that defendant have only acquire my mortgage loan in less than 30 days when they attempted to file foreclosure on my property without owing them a dime..

Therefore, the court must and should rescind the order or hold the defendant in contemptand for the court to poll all class members and Iam very certain no one was happy among the class member for the settlement against the defendant.

3.

Based upon the facts stated above and for the facts that i was induced to enter in to the settlement which turns out to be false and give the defendant more power to go after the home owners as they doing to me by filing motion to dismiss my case in the State court of Georgia  hiding under the class action statuteswhich was fraudulent misrepresentation as to the facts of the settlements SEE McGrath V. C.T. Sherer Co. 195 N.E. 913, 925 ( 1935 ).

There is no precise formular for determining whether a non-party is indispensable, but the decision must be made in terms of the general policies of complete and effective relief in a single action, and protecting the absent persons from the possible prejudicial effect of deciding the case without them. 7 c Wright, A. Miller and Kane, Federal Practice and Procedure. 1604, PP. 38-39 ( 3rd ed. 2001 ) SEE Also Provident Tradesmens Bank and Trust Co. V. Patterson, 390 U.S. 102 ( 1968 ). My claim against the defendant Fairbank was filed in 2002 before the FTC filed thier case against the defendant, also my case in the State of Georgia includes several of defendants, therefore it is necessary for my case to go ahead in the State court of Georgia in order for me to obtain complete relief.

Fed. R. Civ. P. 19(a) states that a party shall be joined if (1) in the person absence complete relief can not be accorded among those already parties or ( 2 ) the person claims an interst relating to the subject of the action and is so situated that the disposition of the action in the person absence may (a )as a practical matter impair or

4.

impede the persons ability to protect that interest or ( B ) leave any of the persons already parties subject to a substantial risk of incurring double, multiple or otherwise inconsistent obligations by reason of the claimed interest. In this case I received $200 hundred dollars for settlement which does not relief me , and now the defendant have filed motion in the State court to dismiss my injunctive relief based upon their facts that i have joined class action and they have settled.(Although the State court in Georgia gave the defendant Oral agreement to dismiss my case with prejudice, however, the court have yet unable to issue that order, based upon motion filed to hold that order pending the outcome of this class action motion to rescind or hold defendant in contempt, if the motion in Federal court of Boston failed may possibility goes in appellate court. )

It is not disputed that defendant defrauded million of America home owners by using different tactics to benefit themselves and their so called defense team, these tactics were provided exclusively for the benefit of the defendant and their defense team

This court has inherent authority to stay proceedings, SEE E.G. Clinton V. Jones 520 U.S. 681, 706 ( 1997 ) ( holding that district court has broad discretion to stay proceedings as incident to its power to control its own docket ) Lenox Hotel Co. V. Charter Builders, Inc. 717 F. Supp. 1558, 1564 ( N.D. Ga. 1989 ) holding that the court should consider possible damage, hardship and inequities to parties and economy of judicial resources ) SEE Also Home Ins. co. V. Coastal Lumber co., 575 F.Supp. 1081, 1083, ( N.D. Ga. 1983 ). In this case Fairness and effeciency all dictate that this court either stay this action to allow my State of Georgia action    resolved or grant motion to rescind or hold defendant in contempt.

5.

6.

CONCLUSION

Based upon the above statements it is necessary for the court to either stay this action to allow my case for relief in the State Court of Georgia to proceed and resolved or grant the motion to rescind the settlement agreement or hold defendant in contempt. for violation of the agreement by attempting to file another foreclosure on my property. Failure of the prosecutor and the plaintiff to support me in this effort will resultin appealling the entire settlement, and the entire case will start all over in order to protect my individual and constitutional rights and the rights of others that has been violated by this so called settlement.

Respectfully submitted

*[signature]*
SHADE   LAWAL

6210 South Gordon Road
Austell, Georgia 30168

770-572-7641

CERTIFICATE OF SERVICE
-----------------------

I have hereby certify that I have this day served a true and accurate copy of the foregoing upon all parties and their counsel as known by both fax and by placing a copy of the same in to an envelope with sufficient postage to ensure delivery and placing the same in to the United States Mail and addressed as follows:

Plaintiff Counsels

Gary Klein, Esq.
John Roddy, Esq.
Grant and Roddy
44 School Street
Suite 400
Boston, Ma. 02108

Defendants Counsels

Thomas M. Hefferon, Esq.
Goodwin Procter, LLP.
Suite 500
1717 Pennsylvania Ave. . N.W
Washington, DC. 20006

F.T.C. COUNSEL
----------------

Lucy E. Morris, Esq.
Division of Financial Practices
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Avenue, N.W
             Mail Drop NJ-3158
Washington, DC. 20580

This 14 day of Oct 2004.

_____
SHADE LAWAL

6210 South Gordon Road
Austell, Georgia 30168

404-433-3457