USA v. Fairbanks Capital Corp.

Alanna L. Curry, et al. v. Fairbanks Capital Corp.
Claims Administration Center, c/o Gilardi & Co. LLC
P.O. Box 808054, Petaluma, CA 94975-8054

**CLAIM FORM – LATE FEES/DEFAULT RELATED FEES**

Please Do Not Use Red Ink, Pencil or Staples

FTCFBK-14351911-5

185205

SHADE LAWAL
6210 S GORDON RD
AUSTELL GA 30168-5040

Claim No.: **14351911**

Fairbanks has charged you **$2,192.57** for late fees and certain other default-related fees

As described in the Notice of Proposed Class Action Settlement, you are eligible to receive a settlement payment that will refund some of the late fees and other default-related fees you paid in connection with your mortgage loan(s) serviced by Fairbanks on or after January 1, 1999. As the Notice explains, the court has not yet given final approval to the settlement; if the court does not approve the settlement, there will be no refunds issued.

The amount shown above is the total amount of late fees and other default-related fees Fairbanks has charged you in this time period, less the amount of any refunds of those fees. Not all of these fees were illegal, but the lawsuits alleged that some of the fees were illegal. For example, Fairbanks allegedly charged late fees even when borrowers made their mortgage payments on time, or charged duplicative or unnecessary default-related fees. Your settlement payment will be a portion of the total amount Fairbanks has charged you. The amount you will receive will depend on the number of claim forms submitted and will reflect a percentage of the amount you paid.

To receive a settlement payment, you and any co-borrowers on the loan(s) must sign this form below. **In addition, you must return this form to the Claims Administration Center at the above address, postmarked no later than April 24, 2004.** A return envelope is enclosed for your convenience.

By signing below, you and any co-borrowers on your loan(s) affirm that you believe that some of the late fees or other default-related fees that Fairbanks charged you were improper, and that you would like to receive a settlement payment. As consideration for a settlement payment, you and any co-borrowers on your loan(s) agree to release Fairbanks and related entities from all claims with respect to the servicing of your loan(s) through December 10, 2003, as set forth in the Settlement Agreement in the *Curry* action.

**IMPORTANT: You and all co-borrowers on the loan(s) must sign here to make a claim.**

_____
(Signed)

_____
(Signed)

If your address is different from what appears above, please write any changes in the boxes provided below:

Address

City                                     State    Zip Code

If you have any questions regarding the claims process, please call Gilardi toll-free at 800-377-1287, or visit its website at www.gilardi.com/fairbanks.

**IMPORTANT INFORMATION ON THE OTHER SIDE OF THIS DOCUMENT.**

Exhibit #1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP. and<br>FAIRBANKS CAPITAL HOLDING CORP.,<br><br>Defendants. | Civil Action No. 03-12219-DPW |
| ALANNA L. CURRY, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP.,<br><br>Defendant. | Civil Action No. 03-10895-DPW |

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND SETTLEMENT HEARING

TO: CERTAIN PERSONS WHOSE MORTGAGE LOANS WERE SERVICED BY FAIRBANKS CAPITAL CORP.

### THIS NOTICE MAY AFFECT YOUR RIGHTS. PLEASE READ IT CAREFULLY!

Usted puede ser elejible para recibir una compensacion.
Para obtener informacion en espanol, llame sin cargo al 877-377-1287.

| | |
|---|---|
| 1. Why should I read this Notice? | 9. Who represents the Plaintiffs? |
| 2. What are these lawsuits about? | 10. What are the Counsels' reasons for Settlement? |
| 3. Who is covered by the proposed Settlement? | 11. Will Plaintiffs' Counsel or Other Borrowers Receive Compensation? |
| 4. What are the terms of the proposed Settlement? | 12. What claims will be released under the Settlement? |
| 5. How will the Settlement Fund be Distributed? | 13. What if the Settlement is not approved by the Court? |
| 6. What do I need to do to participate in the Settlement? | 14. Where do I get additional information? |
| 7. Can I exclude myself from the Settlement? | 15. What are the relevant dates? |
| 8. Why, when and where will a Fairness Hearing be held? | |

### 1. WHY SHOULD I READ THIS NOTICE?

This Notice has been mailed to you because Fairbanks' records show that you had a home mortgage loan that was serviced by Fairbanks between January 1, 1999 and December 10, 2003 (the "class period"), and that you fall within the proposed class of consumers in this case. The proposed class of consumers is further discussed in Section 3 of this Notice. Therefore, you (and any co-borrowers on your loan) may be eligible to receive money from a proposed settlement (the "Settlement") of a Federal Trade Commission ("FTC") lawsuit and class action lawsuit filed against Fairbanks. Please share this Notice with any co-borrowers on your loan.

This Notice describes the FTC and private lawsuits against Fairbanks, your rights under the proposed Settlement, and the date and time of a public Fairness Hearing to be held by the United States District Court in Boston to consider the fairness of the proposed Settlement. Although the Fairness Hearing will be held in a Massachusetts court, the proposed Settlement covers persons nationwide.