IN THE SUPERIOR COURT OF COBB
STATE OF GEORGIA

| | | |
|---|---|---|
| SHADE M. LAWAL,<br>Plaintiff, | )<br>)<br>) | CIVIL ACTION FILE<br>NO. 02-1-5425-28 |
| v. | )<br>) | |
| FAIRBANKS CAPITAL CORP. and<br>EQUICREDIT CORP. OF GA.,<br>Defendants. | )<br>)<br>)<br>) | |

### DEFENDANT FAIRBANKS CAPITAL CORP'S
### REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS

The above-captioned case is presently before the Court upon Fairbanks' Motion to Dismiss. The basis of this Motion is that Mr. Lawal is a member of the consolidated Massachusetts Curry/FTC class action, and as a result is barred from maintaining any claims against Fairbanks in the above-captioned matter. The Curry/FTC class-action notice and claim form was mailed to Shade Lawal at the property address, 6210 South Gordon Road, Austell, Georgia 30168 on February 23, 2004. See Declaration of the Class Action Settlement Administrator attached hereto as Exhibit "A". The Plaintiff affirmatively made a claim under the class action settlement and executed the claim form and release, a copy of which is attached hereto and incorporated herein by reference as Exhibit "B". The claim form and release states in pertinent part as follows:

> By signing below, you and any co-borrower on your loan(s) affirm that you believe that some of the late fees or other default-related fees that Fairbanks charged you were improper, and that you would like to receive a settlement payment. <u>As consideration for a settlement payment, you and any co-borrower on your loans agree to release Fairbanks and related entities from all claims with respect to the servicing of your loan(s) through December 10, 2003, as set forth in the settlement agreement in the Curry action.</u> [Emphasis added]

On July 23, 2004, Fairbanks issued a class member settlement check to the Plaintiff under the

1

Exhibit #2

terms of the <u>Curry/FTC</u> class action in the amount of $200.40. The Plaintiff negotiated the check. A true and correct copy of the negotiated check to the Plaintiff is attached hereto and incorporated herein by reference as Exhibit "C". Thus Plaintiff is bound by the release and the other provisions of the class action which bar him from continuing any claims against Fairbanks.

For the reasons stated herein and in its original Motion, Defendant Fairbanks respectfully urges the Court to dismiss Plaintiff's claims against Fairbanks with prejudice.

This the 27th day of September, 2004.

PENDERGAST & JONES, P.C.

By: _____
Howell A. Hall
Georgia Bar No. 318750

Attorneys for Defendant Fairbanks Capital Corp.

South Terraces, Suite 1010
115 Perimeter Center Place
Atlanta, GA 30346
(770) 392-0303

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ALANNA L. CURRY, *et al.*, )
)
individually and on behalf of all others )
similarly situated, )
)
Plaintiffs, )  No. 03-10895-DPW
)
v. )  DECLARATION OF TRICIA M.
)  SOLORZANO REGARDING
FAIRBANKS CAPITAL CORPORATION )  NOTICE OF SETTLEMENT
)  MAILED TO SHADE LAWAL
Defendant. )
)

I, Tricia M. Solórzano, declare:

1. On December 10, 2003, Gilardi & Co. LLC ("Gilardi") was appointed by the Court as the Settlement Administrator in the above-captioned matter. "Order Preliminarily Approving Class Action Settlement, Conditionally Certifying Class for Settlement Purposes, and With Respect to Notice, Settlement Hearing and Administration In Each Case" ("Order"), at ¶ 22.

2. I am an employee of Gilardi and have participated in or supervised in the performance of the settlement administration tasks by Gilardi.

3. Paragraph 8 of the Order required that the Notice and Claim Forms, which were approved by the Court, be mailed to all persons on the class member list via first class mail, postage prepaid. (A copy of the Court-approved Notice is attached hereto as Exhibit A.)

4. Our records indicate that a Notice and Claim Form were mailed to Shade Lawal, of 6210 S Gordon Road, Austell, Georgia 30168, via first class mail, postage prepaid on February 23, 2004.

EXHIBIT "A"

5. The Claim Form was completed and executed by Mr. Lawal and received by Gilardi & Co. before the claims deadline. Accordingly, Gilardi processed and approved the claim and sent a check made out to the order of Shade Lawal to the address listed above.

6. Our records indicate that the check sent to Mr. Lawal was cashed on September 13, 2004.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this the 22nd day of September 2004 at Larkspur, California

_____   9/22/04
Tricia Solórzano



**USA v. Fairbanks Capital Corp.**

Alanna L. Curry, et al. v. Fairbanks Capital Corp.
Claims Administration Center, c/o Gilardi & Co. LLC
P.O. Box 808054, Petaluma, CA 94975-8054

### CLAIM FORM – LATE FEES/DEFAULT RELATED FEES

Please Do Not Use Red Ink, Pencil or Staples

185205    FTCFBK-14351911-5

SHADE LAWAL
6210 S GORDON RD
AUSTELL GA 30168-5040

Claim No.: **14351911**
Fairbanks has charged you **$2,192.57** for late fees and certain other default-related fees

As described in the Notice of Proposed Class Action Settlement, you are eligible to receive a settlement payment that will refund some of the late fees and other default-related fees you paid in connection with your mortgage loan(s) serviced by Fairbanks on or after January 1, 1999. As the Notice explains, the court has not yet given final approval to the settlement; if the court does not approve the settlement, there will be no refunds issued.

The amount shown above is the total amount of late fees and other default-related fees Fairbanks has charged you in this time period, less the amount of any refunds of those fees. Not all of these fees were illegal, but the lawsuits alleged that some of the fees were illegal. For example, Fairbanks allegedly charged late fees even when borrowers made their mortgage payments on time, or charged duplicative or unnecessary default-related fees. Your settlement payment will be a portion of the total amount Fairbanks has charged you. The amount you will receive will depend on the number of claim forms submitted and will reflect a percentage of the amount you paid.

To receive a settlement payment, you and any co-borrowers on the loan(s) must sign this form below. In addition, you must return this form to the Claims Administration Center at the above address, postmarked no later than April 24, 2004. A return envelope is enclosed for your convenience.

By signing below, you and any co-borrowers on your loan(s) affirm that you believe that some of the late fees or other default-related fees that Fairbanks charged you were improper, and that you would like to receive a settlement payment. As consideration for a settlement payment, you and any co-borrowers on your loan(s) agree to release Fairbanks and related entities from all claims with respect to the servicing of your loan(s) through December 10, 2003, as set forth in the Settlement Agreement in the *Curry* action.

**IMPORTANT: You and all co-borrowers on the loan(s) must sign here to make a claim.**

_____
(Signed)

_____
(Signed)

If your address is different from what appears above, please write any changes in the boxes provided below:

Address

City                                                State    Zip Code

If you have any questions regarding the claims process, please call Gilardi toll-free at 800-377-1287, or visit its website at www.gilardi.com/fairbanks.

**IMPORTANT INFORMATION ON THE OTHER SIDE OF THIS DOCUMENT.**

EXHIBIT "B"

Case 1:03-cv-12219-DPW    Document 54-3    Filed 10/18/2004    Page 6 of 9



EXHIBIT "C"





## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **DEFENDANT FAIRBANKS CAPITAL CORP.'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS** upon

    Shade M. Lawal
    6210 South Gordon Road
    Austell, GA 30168

    Charles W. Lyons, Esq.
    1500 Marquis Two Tower
    285 Peachtree Center Avenue, NE
    Atlanta, GA 30303

by HAND DELIVERY.

This 27 day of September, 2004.

                PENDERGAST & JONES, P.C.

                By: _____
                     Howell A. Hall
                     Georgia Bar No. 318750

                Attorneys for Defendant Fairbanks Capital Corp.

South Terraces, Suite 1010
115 Perimeter Center Place
Atlanta, GA 30346
(770) 392-0303

3