UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    Plaintiff

V.

FAIRBANKS CAPITAL CORP. AND
FAIRBANKS CAPITAL HOLDING CORP.

    DEFENDANTS

CIVIL ACTION

NO. 03-12219-DPW

---

ALANNA L. CURRY, et al, Individually and on behalf of all others similarly situated

    Plaintiffs,

V.

FAIRBANKS CAPITAL CORP.

    Defendant

CIVIL ACTION

NO. 03-10895-DPW

## CERTIFICATE OF SERVICE

COMES NOW, the indipendent plaintiff, Shade Lawal, by through undersigned hereby certifies that on this date it served defendant and other parties in the above styled civil action

(a) Response to defendant objection to rescind the order or hold defendant in contempt of court.

This 14 day of October, 2004

*[signature: Shade Lawal]*

Shade lawal
6210 South Gordon Road
Austell, Georgia 30168

770-572-7641

CERTIFICATE OF SERVICE

I have hereby certify that I have this day served a true and accurate copy of the foregoing upon all parties and their counsel as known by both fax and by placing a copy of the same in to an envelope with sufficient postage to ensure delivery and placing the same in to the United States Mail and addressed as follows:

Plaintiff Counsels

Gary Klein, Esq.
John Roddy, Esq.
Grant and Roddy
44 School Street
Suite 400
Boston, Ma. 02108

Defendants Counsels

Thomas M. Hefferon, Esq.
Goodwin Procter, LLP.
Suite 500
1717 Pennsylvania Ave. . N.W
Washington, DC. 20006

F.T.C. COUNSEL

Lucy E. Morris, Esq.
Division of Financial Practices
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Avenue, N.W
            Mail Drop NJ-3158
Washington, DC. 20580

This __14__ day of Oct. 2004.

_____
SHADE LAWAL

6210 South Gordon Road
Austell, Georgia 30168

404-433-3457