UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>FAIRBANKS CAPITAL CORP.,<br>FAIRBANKS CAPITAL HOLDING CORP., and<br>THOMAS D. BASMAJIAN,<br><br>      Defendants. | Civil Action No. 1-03-CV-12219-DPW |
| ALANNA L. CURRY *et al.*,<br>individually and on behalf of all others<br>similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>FAIRBANKS CAPITAL CORP.,<br><br>      Defendant. | Civil Action No. 1-03-CV-10895-DPW |

### NOTICE OF MATTERS SCHEDULED FOR HEARING

Defendant Fairbanks Capital Corp. ("Fairbanks") hereby provides notice of the matters set for hearing before the Court on October 25, 2004 at 2:30 p.m.

<u>Motions Scheduled For Argument</u>

    1.    Shade Lawal filed a "Motion for Contempt or in Alternatively [sic] Motion To Rescind Defendant Settlement Agreement" on September 20, 2004. That motion is scheduled to be heard on October 25, 2004.

Motions That Are No Longer Scheduled For Argument

1.  WMC Mortgage Corp. filed a "Motion to Enforce Settlement Agreement and Final Order, and to Compel Class Representative Shirley Donegan to Dismiss Lawsuit" on October 7, 2004. The dispute raised by that Motion has been resolved informally, and the Court issued an Order indicating that the Motion has been withdrawn and will not be heard on October 25.

2.  Fairbanks filed a "Motion to Invalidate Certain Requests for Exclusion" on May 13, 2004. On October 19, 2004, an Assented to Motion for Continuance was filed by Gleason & McHenry. The Court issued an Order that date granting the requested continuance, and indicating the a new hearing on Fairbanks' Motion would be set at a later date.

Respectfully submitted,

/s/ Brooks R. Brown
Thomas M. Hefferon (BBO #548289)
Joseph F. Yenouskas (*pro hac vice*)
GOODWIN PROCTER LLP
1717 Pennsylvania Ave., N.W., Suite 500
Washington, D.C. 20006
(202) 974-1000

Brooks R. Brown (BBO # 634144)
GOODWIN PROCTER LLP
Exchange Place
Boston MA 02109
(617) 570-1000

Counsel for Defendant
Fairbanks Capital Corp.

Dated: October 22, 2004

## CERTIFICATE OF SERVICE

    I, Brooks R. Brown, do hereby certify under the penalties of perjury, that on October 22 2004, I arranged for the service by the means identified below of a copy of the foregoing on the following counsel of record:

**By ECF filing**:

Gary Klein, Esq.
John Roddy, Esq.
Grant, Klein & Roddy
727 Atlantic Avenue, 2nd Floor
Boston, MA  02111


**By U.S. mail, postage prepaid**:

Shade Lawal
6210 South Gordon Road
Austell, GA  30168

Niall P. McCarthy, Esq.
Cotchett, Pitre, Simon & McCarthy LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
San Francisco, CA  94010

Kelly M. Dermody, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111

Daniel Mulligan, Esq.
Jenkins & Mulligan
660 Market Street, 3rd Floor
San Francisco, CA  94104

Anita Johnson, Esq.
Assistant United States Attorney
Moakley Courthouse, Suite 9200
Boston, MA  02210

Allison I. Brown, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, D.C.  20580


    /s/ Brooks R. Brown
    Brooks R. Brown

LIBW/1102708.1