11-2-03
US DISTRICT COURT
ATTEN; HONORABLE JUDGE WOODLOCK

FROM ; ADNON PECK
PART OF THE FTC VS FAIRBANKS SETTLEMENT

DEAR HONORABLE JUDGE WOOLDLOCK:

PLEASE LET ME KNOW THE CURRENT STATUS OF MY MONEY?
WHAT DO I NEED TO DO TO GET THE MONEY STOLEN FROM ME?

PLEASE SEND INFORMATION TO ME AT THE RIGHT ADDRESS

ADNON PECK
1322 WEST AVE J-4 AND THIS IS ALL A STREET, NOT AN APARTMENT
LANCASTER, CAL. 93534.

IF YOU ARE NOT ABLE TO HELP ME ON THIS ISSUE, PLEASE LET ME
KNOW AS I WILL GET THE ATTORNEY GENERAL OF CALIFORNIA,
GOVERNOR SCHWARZENEGGER THE DISTRICT ATTORNEY OF LOS
ANGELES AND
MY ELECTED OFFICIALS INCLUDING CHRISTIAN PRESIDENT BUSH ON
THIS ISSUE.

RESPECTFULLY,

CLIENT; ADNON PECK
ADDRESS; 1322 WEST AVE J-4
LANCASTER, CA. 93534
CELL PHONE: 818-371-3348

TO; FTC; LUCY MORRIS/ALICIAN BROWN

I AM PART OF THE FAIRBANKS SETTLEMENT AND I NEED YOUR HELP TO MAKE SURE MY CIVIL RIGHTS ARE NOT BEING VIOLATED AND I AM ABLE TO GET THE MONEY OWED TO ME FROM THE SETTLEMENT.

ITEM;

1. I DID NOT RECEIVE THE SETTLEMENT PAPERS UNTIL WAY AFTER THE DUE DATE.

2. THE WAY YOUR PLAN ADMINSTRATOR SENT THE FORMS NEVER CAME TO ME. LANCASTER CALIFORNIA IS LAYED OUT EAST AND WEST. IF YOU DON'T SPELL OUT WEST AVE J-4 ( THIS IS MY STREET NOT APT.), SOMETIMES THE POST OFFICE WILL DELIVER TO THE EAST PART OF TOWN AND I DON'T RECEIVE MY MAIL.

3. IF YOU TAKE A LOOK AT THE CLAIM FORM THEY PUT #12 AND I OWN A TOWNHOUSE AND THE RIGHT ADDRESS IN 1322 WEST AVE J-4 AND YOU DON'T ADD THE #12 AS THIS DOES NOT REACH ME, BUT MANY TIMES GOES TO THE EAST PART OF THE CITY.

4. I SPOKE WITH THE PLAN ADMINSTRATOR WHO SAID, MR. PECK PLEASE SEND IN THE FORM EVEN THOUGH YOU RECEIVED IT LATE. YOU WILL GET YOUR MONEY.

I SIGNED THE FORM AND SENT IT TO THEM.

5. NOW I AM HEARING, THE $2,372 THAT FAIRBANKS STOLE FROM YOU, YOU WILL NOT RECEIVE.
THIS IS NOT JUST NOR IS IT FAIR.

IT'S NOT MY FAULT THE PLAN ADMINSTRATOR SENT AND THE POST OFFICE RE-ROUTED MY CLAIM FORM.

6. WHEN I SPOKE TO ALICIAN BROWN, ON MY ANSWERING MACHINE SHE SAID;
A; MR. PECK WE ADVERTIZED EVERYWHERE
I NEVER KNEW ANYTHING ABOUT THE SETTLEMENT UNTIL THE CLAIM FORMS CAME TO ME.

B. SHE SAID, WE ARE ONLY TREATING THE MILITARY PERSONNEL SPECIAL AND NOT YOU.
THEY WILL GET THE MONEY FAIRBANKS STOLE FROM THEM, BUT YOU WILL NOT.

C; AFTER I SPOKE WITH HER TODAY, SHE ASKED ME TO TYPE THIS LETTER AND HAVE YOU REVIEW IT.

7. PLEASE SEND ME THE $2,372 THAT FAIRBANKS STOLE FROM ME?

8-4-04

CLIENT: CHRISTIAN VOTING REPUBLICAN: ADNON PECK
ISSUE: FTC, VS FAIRBANKS

TO: TIM MURIS/LUCY MORRIS/ALICIAN BROWN

PLEASE EMAIL ALL THIS INFORMATION TO ME AT: judah111@hotmail.com

DEAR TIM,

I DO NOT UNDERSTAND WHY I AM HAVING SUCH AN ISSUE COLLECTING MY MONEY FROM THE FTC AND THE FAIRBANKS SETTLEMENT.

PLEASE PUT EVERYTHING YOU HAVE SENT ME IN THE MAIL AND ALL THE WORDS THAT HAVE BEEN SPOKE BY LUCY, ALICIAN IN EMAIL FORMAT?

PLEASE TELL ME WHO HAS YOUR HANDS TIED LUCY?

THE QUESTION THAT I HAVE IS THIS: PLEASE PROVIDE THESE NUMBERS FOR THE CHRISTIAN REPUBLICAN PARTY IN CALIFORNIA?

ITEM:
1. HOW MANY TOTAL CLAIMANTS ARE THERE WITH THE FTC VS FAIRBANKS?
2. HOW MANY ON TIME CLAIMS DID YOU RECEIVE?
3. HOW MANY CLAIMS ARE OUT STANDING?
4. DID THE JUDGE PROVIDE AN ADDENDUM TO PROTECT THE HONEST TAX PAYERS IF THE CLAIM FORMS WERE LOST, NEVER SENT OR SENT TO THE WRONG ADDRESS?
5. WHAT IS GOING TO HAPPEN TO ALL THE MONEY THAT WAS NOT CLAIMED?
6. WHERE DID YOU ADVERTIZE THIS INFORMATION ON THE SETTLEMENT TO ALL CONSUMERS AND HOW OFTEN DID YOU ADVERTIZE?

PLEASE PUT EVERYTHING IN WRITING AND EMAIL ME. ALL OF THIS INFORMATION WILL BE SENT TO ALL THE REPUBLICAN LEADERS IN THE SENATE, HOUSE, AND IN THE STATE OF CALIFORNIA AS WELL AS THE GOVERNORS OFFICE

ITEM:
A; HOW MANY CLAIMS WERE IN CALIFORNIA?
B; HOW MANY CLAIMS WERE FILED IN CALIFORNIA?
C. HOW MANY CLAIMS WERE NEVER RECEIVED OR TURNED IN , IN CALIFORNIA

MY LONG TERM GOAL IS TO MAKE SURE THAT YOU THE FTC WHICH IS OUR PUBLIC SERVANTS NEVER AGAIN VIOLATE ANY HONEST CHRISTIAN REPUBLICAN OR HONEST CHRISTIAN DEMOCRAT EVER AGAIN BECAUSE OF TECHNICALITIES.

EVERY CONSUMER WHO WAS STOLEN FROM, FROM FAIRBANKS SHOULD GET THEIR MONEY.
THE JUDGE SHOULD PROTECT EACH ONE EQUAL
THERE SHOULD BE A 6 MONTH EXTENSION ON THIS SETTLEMENT
THE FTC SHOULD ADVERTIZE MORE AND RESEND THE CLAIM FORMS
THAT WERE LOST, STOLEN, NEVER RECEIVED

Page 1 of 2

# msn Hotmail

judah111@hotmail.com

Printed: Friday, August 27, 2004 1:50 PM

**From :** Brown, Allison <AIBROWN@ftc.gov>
**Sent :** Friday, August 27, 2004 6:48 AM
**To :** "adnon peck" <judah111@hotmail.com>
**Subject :** RE: Your information request; adnon peck; fairbanks settlement

We answer most FOIA requests within 20 working days. If you would like to check on the status of your request, you may call 202-326-2430. The fax number is 202-326-3709. You may learn more about our FOIA procedures at:
http://www.ftc.gov/fola/folarequest.htm

The Judge is Judge Woodlock, District of Massachusetts. The phone number of the court is 617-748-9152.

-----Original Message-----
From: adnon peck [mailto:judah111@hotmail.com]
Sent: Thursday, August 26, 2004 6:56 PM
To: Brown, Allison
Subject: RE: Your information request; adnon peck; fairbanks settlement

Hi Alison,
How long does it take for me to get this information from the general council.

Please let me know the name of the person, phone number and fax number? Please give me the information on who the judge is, his phone and fax number?

I will make it my mission the next 12 months to work with the christian republican

party and make sure that the FTC protects everyone equal at all times and

will no longer openly violate my civil rights and the civil rights of other christians.

Thanks in advance for your help.

Adnon Peck
Honest christian republican tax payer, very upset with the way

the FTC and Fairbanks is abusing me with money that was stolen from

me not once, but twice and now I have to pay collector with the FTC who is suppose to be protecting me but is abusing me more than Fairbanks.

Please cc this message to all of your superiors

>From: "Brown, Allison" <AIBROWN@ftc.gov>
>To: <judah111@hotmail.com>
>Subject: Your information request
>Date: Thu, 5 Aug 2004 11:04:14 -0400
>

http://by18fd.bay18.hotmail.msn.com/cgi-bin/getmsg?curmbox=F000000004&a=abb46f7...   8/27/2004

---

Handwritten notes in margin:

clerk) office ext 5300
www.mad.uscourts.gov

US District
Audit MAS)

[illegible signature] Judge Woodlock

617-748 Rebecca Greenberg
9170

OAE [illegible]
Boston 02210

CLIENT; ADNON PECK
ADDRESS; 1322 WEST AVE J-4
LANCASTER, CA. 93534
CELL PHONE: 818-371-3348

TO; FTC; LUCY MORRIS/ALICIAN BROWN

I AM PART OF THE FAIRBANKS SETTLEMENT AND I NEED YOUR HELP TO MAKE SURE MY CIVIL RIGHTS ARE NOT BEING VIOLATED AND I AM ABLE TO GET THE MONEY OWED TO ME FROM THE SETTLEMENT.

ITEM;

1. I DID NOT RECEIVE THE SETTLEMENT PAPERS UNTIL WAY AFTER THE DUE DATE.

2. THE WAY YOUR PLAN ADMINSTRATOR SENT THE FORMS NEVER CAME TO ME. LANCASTER CALIFORNIA IS LAYED OUT EAST AND WEST. IF YOU DON'T SPELL OUT WEST AVE J-4 ( THIS IS MY STREET NOT APT.), SOMETIMES THE POST OFFICE WILL DELIVER TO THE EAST PART OF TOWN AND I DON'T RECEIVE MY MAIL.

3. IF YOU TAKE A LOOK AT THE CLAIM FORM THEY PUT #12 AND I OWN A TOWNHOUSE AND THE RIGHT ADDRESS IN 1322 WEST AVE J-4 AND YOU DON'T ADD THE #12 AS THIS DOES NOT REACH ME, BUT MANY TIMES GOES TO THE EAST PART OF THE CITY.

4. I SPOKE WITH THE PLAN ADMINSTRATOR WHO SAID, MR. PECK PLEASE SEND IN THE FORM EVEN THOUGH YOU RECEIVED IT LATE. YOU WILL GET YOUR MONEY.

I SIGNED THE FORM AND SENT IT TO THEM.

5. NOW I AM HEARING, THE $2,372 THAT FAIRBANKS STOLE FROM YOU, YOU WILL NOT RECEIVE.
THIS IS NOT JUST NOR IS IT FAIR.

IT'S NOT MY FAULT THE PLAN ADMINSTRATOR SENT AND THE POST OFFICE RE-ROUTED MY CLAIM FORM.

6. WHEN I SPOKE TO ALICIAN BROWN, ON MY ANSWERING MACHINE SHE SAID;
A; MR. PECK WE ADVERTIZED EVERYWHERE
I NEVER KNEW ANYTHING ABOUT THE SETTLEMENT UNTIL THE CLAIM FORMS CAME TO ME.

B. SHE SAID, WE ARE ONLY TREATING THE MILITARY PERSONNEL SPECIAL AND NOT YOU.
THEY WILL GET THE MONEY FAIRBANKS STOLE FROM THEM, BUT YOU WILL NOT.

C; AFTER I SPOKE WITH HER TODAY, SHE ASKED ME TO TYPE THIS LETTER AND HAVE YOU REVIEW IT.

7. PLEASE SEND ME THE $2,372 THAT FAIRBANKS STOLE FROM ME?

IF FTC AND HUD HAD DONE THEIR JOB, FAIRBANKS WOULD HAVE NEVER STOLEN FROM ME.

IF FOR SOME REASON YOU ARE NOT GOING TO GIVE ME MY MONEY, PLEASE LET ME KNOW.
A; PUT EVERYTHING IN WRITING

AS A CHRISTIAN REPUBLICAN OVER 40, VOTER IN THE STATE OF CALIFORNIA I WILL NOT HAVE MY CIVIL RIGHTS VIOLATED.

IF FOR SOME REASON YOU TURN DOWN THIS REQUEST, I WILL GET CHRISTIAN PRESIDENT BUSH INVOLVED AND SEND EVERYTHING TO HIM, GOVERNOR SCHWARZENEGGER, SENATOR HATCH WHO IS A PERSONAL FAMILY FRIEND OVER THE JUDICIARY, SENATOR MCCLINTOCK AND MY REPRESENTATIVES TO PROTECT MY CIVIL RIGHTS.

THANKS IN ADVANCE FOR TAKING CARE OF THIS ISSUE.
I AM HOPING THAT I WILL RECEIVE THE MONEY DUE ME.

RESPECTFULLY,
*[signature]*
ADNON PECK
CHRISTIAN REPUBLICAN VOTING HONEST TAX PAYER OVER 40