In Re Fairbanks

Oct. 27, 2004

To: who it may concern,

I'm writing in regard to the lawsuit, that was settled, on May 17, 2004. It has been several months, since this case was settled. My spouse and I were lead, to believe that we a settlement of unknow about.

We would appreciate some kind of notice of how much, of a settlement, and when we should recieve it. My family has struggled through 4 major hurricanes. The funds will come in handy to get us back on our feet.

Sincerely
Mr. Mrs. O'Connor