My Name is Diane Englebright and my Name is on The settlement claim and I have Knot got my money. Here is my New Address

Diane Englebright
P.O. Box 705
Panama, OK 74951

This is The ~~Eng~~ End of My SSN# 3271

and My Husbands Name is Richard Englebright Here is the End of his SSN# 6209