The Honorable Douglas P Woodlock
United States District Judge
Boston, Massachusetts 02210

Your Honor,

I submitted a claim form for the following Civil Action and have not to date received any notification of the outcome of this case. I am interested in the outcome of this case and wondering if you can provide me with any information.

Civil Action No 03-12219-DPW

United States of America vs. Fairbanks Capital Corp. and Fairbanks Capital Holding Corp.

Civil Action No 03-10895-DPW

Alanna L. Curry vs. Fairbanks Capital Corp.

Yours truly,

*[signature]* 11/1/04

Siamphone Soukhaphly
2285 Nellie Ct
Green Bay, WI 54311
920-471-7880