UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP.,<br>FAIRBANKS CAPITAL HOLDING CORP., and<br>THOMAS D. BASMAJIAN,<br><br>　　　　Defendants. | Civil Action No. 1-03-CV-12219-DPW |
| ALANNA L. CURRY *et al.*,<br>individually and on behalf of all others<br>similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP.,<br><br>　　　　Defendant. | Civil Action No. 1-03-CV-10895-DPW |

**NOTICE OF CHANGE OF FIRM ADDRESS AND TELEPHONE NUMBERS**

　　PLEASE TAKE NOTICE that, effective November 29, 2004, the address and telephone numbers of Thomas M. Hefferon and Joseph F. Yenouskas, of the law firm GOODWIN PROCTER LLP, who represent Fairbanks Capital Corp. in this action, has been changed to:

　　　　　　GOODWIN PROCTER LLP
　　　　　　901 New York Ave., NW, 9th Floor East
　　　　　　Washington, D.C.  20001
　　　　　　Tel: (202) 346-4000
　　　　　　Fax: (202) 346-4444

Please direct all communications to Messrs. Hefferon and Yenouskas to the new address and telephone numbers shown below. The e-mail addresses of Messrs. Hefferon and Yenouskas have not changed. Mr. Brown's contact information remains unchanged.

                                              Respectfully submitted,

/s/ Brooks R. Brown
Thomas M. Hefferon (BBO #548289)
Joseph F. Yenouskas (*pro hac vice*)
GOODWIN PROCTER LLP
901 New York Ave., NW, 9th Floor East
Washington, D.C.  20001
Tel: (202) 346-4000
Fax: (202) 346-4444

Brooks R. Brown (BBO # 634144)
GOODWIN PROCTER LLP
Exchange Place
Boston MA  02109
(617) 570-1000

Counsel for Defendant
Fairbanks Capital Corp.

Dated:  December 2, 2004

CERTIFICATE OF SERVICE

I, Brooks R. Brown, do hereby certify under the penalties of perjury, that on December 2, 2004, I arranged for the service by the means identified below of a copy of the foregoing on the following counsel of record:

**By ECF filing**:

Gary Klein, Esq.
John Roddy, Esq.
Grant, Klein & Roddy
727 Atlantic Avenue, 2nd Floor
Boston, MA  02111

Marc L. Boutwell
103 W. China Street
Lexington, MS 39095

Anita Johnson
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Stuart T. Rossman
National Consumer Law Center
77 Summer Street, 10th Floor
Boston, MA 02110

**By U.S. mail, postage prepaid**:

Donald R. Grady, Jr.
Sheff Law Offices
10 Tremont Street, 7th Floor
Boston, MA 02108

Daniel Mulligan, Esq.
Jenkins & Mulligan
660 Market Street, 3rd Floor
San Francisco, CA  94104

Niall P. McCarthy, Esq.
Cotchett, Pitre, Simon & McCarthy LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
San Francisco, CA  94010

Anita Johnson, Esq.
Assistant United States Attorney
Moakley Courthouse, Suite 9200
Boston, MA  02210

Kelly M. Dermody, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111

Allison I. Brown, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, D.C.  20580


/s/ Brooks R. Brown
Brooks R. Brown

LIBW/1500204.1