UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP.,<br>FAIRBANKS CAPITAL HOLDING CORP., and<br>THOMAS D. BASMAJIAN,<br><br>      Defendants. | Civil Action No. 1-03-CV-12219-DPW |
| ALANNA L. CURRY *et al.*,<br>individually and on behalf of all others<br>similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP.,<br><br>      Defendant. | Civil Action No. 1-03-CV-10895-DPW |

### **FAIRBANKS' ASSENTED-TO MOTION TO IMPOUND**

Defendant Fairbanks Capital Corp. ("Fairbanks") hereby moves, in accordance with Local Rule 7.2, to impound its Reply Brief in Support of its Motion to Invalidate Certain Requests for Exclusion ("Motion to Invalidate"). In support, Fairbanks states as follows:

1.    Fairbanks filed its Motion to Invalidate on May 3, 2004.

2.    Fairbanks' Memorandum in support of its Motion to Invalidate attached and discussed the contents of a letter between a Mississippi law firm and certain of its clients and

potential clients concerning the settlement of this action (the "Letter"). Fairbanks accordingly moved to impound its Memorandum, and the Court granted the motion on May 12, 2004.

3. Fairbanks has this date filed a Reply Brief in support of its Motion to Invalidate ("Reply Brief"). The Reply Brief, like the Memorandum, also discusses the contents of the Letter, and so Fairbanks seeks leave to impound its Reply Brief.

4. Fairbanks has contacted counsel with the Mississippi law firm with respect to the relief requested in this Motion, and they assent to the relief requested.

Respectfully submitted,

/s/ Brooks R. Brown
Thomas M. Hefferon (BBO #548289)
Joseph F. Yenouskas (*pro hac vice*)
GOODWIN PROCTER LLP
901 New York Ave., NW, 9th Floor East
Washington, D.C. 20001
Tel: (202) 346-4000
Fax: (202) 346-4444

Brooks R. Brown (BBO # 634144)
GOODWIN PROCTER LLP
Exchange Place
Boston MA 02109
(617) 570-1000

Counsel for Defendant
Fairbanks Capital Corp.

Dated: December 2, 2004

CERTIFICATE OF SERVICE

     I, Brooks R. Brown, do hereby certify under the penalties of perjury, that on December 2, 2004, I arranged for the service by the means indentified below of a copy of the foregoing on the following counsel of record:

**By ECF filing**:

Gary Klein, Esq.
John Roddy, Esq.
Grant, Klein & Roddy
727 Atlantic Avenue, 2nd Floor
Boston, MA  02111

Anita Johnson
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Marc L. Boutwell
103 W. China Street
Lexington, MS 39095

Stuart T. Rossman
National Consumer Law Center
77 Summer Street, 10th Floor
Boston, MA 02110

**By U.S. mail, postage prepaid**:

Donald R. Grady, Jr.
Sheff Law Offices
10 Tremont Street, 7th Floor
Boston, MA 02108

Niall P. McCarthy, Esq.
Cotchett, Pitre, Simon & McCarthy LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
San Francisco, CA  94010

Kelly M. Dermody, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111

Daniel Mulligan, Esq.
Jenkins & Mulligan
660 Market Street, 3rd Floor
San Francisco, CA  94104

Anita Johnson, Esq.
Assistant United States Attorney
Moakley Courthouse, Suite 9200
Boston, MA  02210

Allison I. Brown, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, D.C.  20580


/s/ Brooks R. Brown
Brooks R. Brown


LIBW/1102329.1

3