FILED 11-28-04
CLERKS OFFICE

2004 DEC -3 P 3:11

Dear Sir,

I'm writing in regards to the Class Action Settlement & Settlement Hearing with Fairbanks Capital Corp. Mortgage Loans. Civil Action No. 03-12219-DPW Civil Action No. 03-10895-DPW. I haven't received a check or heard anything & I was wondering where this case stands. I understand this probably includes a lot of people. But I was hoping you could enligthen me some on this matter. It would be greatly appreated. Thanks for your time.

James G & Cynthia Colley
11693 N. Paddock Rd
Camby In 46113
Phone # 317-831-1961

Before the post office changed addresses due to 911 our address was 9825 Paddock Rd Camby In 46113.