**Request for Exclusion from Class in U.S. District Court, Massachusetts Case 03-12219, 03-10898 DPW, U.S. v Fairbanks**

Plaintiff Richard Slezak
3867 18 St. San Francisco, CA 94114
415487-9432

United States Federal District Court
Northern California, San Francisco, CA
Case 03-0650 MMC
Judge Chesney

Richard Slezak    v.
IndyMac Bank FSB (hereafter(IndyMac)
American Internet Mortgage(hereafter(Aimloan)
Fairbanks Capital Corp(hereafter Fairbanks)

I am the plaintiff in the above case which was dismissed by Judge Chesney because it was deemed I was a member of the class certified by you. I am requesting a late exclusion from the class for the following reasons:

I never saw the actual settlement order or proposed settlement order and combined complaint prior to service by Fairbanks in a motion they brought heard November 19, 2004. Even after reading the settlements I did not think they applied to me in that I had already filed my case with a jury request prior to the class being certified and I thought I was had a constitutional right to a jury trial and my exclusion was presumed. I believed Massachusetts court had no jurisdiction and that in order for jurisdiction to occur my case would need to be joined. Fairbanks violated local court rules by not notifying the CA court of the action before you and its consequences on the case prior to the Nov 2004 motion. Further I did not think that the settlement applied to me because my complaint with Fairbanks mainly dealt with them wrongly violating RESPA by notifying credit agencies and preventing me from getting a loan and damaging my chances in finding employment and rental housing. None of these are mentioned in the settlement. I continue to suffer due to the wrongful information on my credit report. Further I have recently received notice the Fairbanks or its affiliates is again wrongfully reporting negative credit information without responding to inquiry letters..

The writers of the agreements further deceived the court that there could be any merit in the agreement for me. I received no monetary benefits and continue to be damaged by Fairbanks negative credit reporting.. Fairbanks is no longer the servicer of my loan and any improvement to them would have no benefit for me. (I do not believe even if Fairbanks had changed other than being lawful rather than a criminal company their changes would have benefited me)

The summary of the action I received did not list my actions as the one of the issues concerning Fairbanks ie The failure to respond to inquiry letters within the required period and wrongfully reporting negative credit information.

In California to be made part of part of agreement without your knowledge and that only harms you is considered fraud by statute. I am shocked that such a agreement can by made law by a Federal Court. There are also statute of limitations issues that were dismissed without any discussion

I am further requesting that you amend your order such that anyone who has not actively agreed to the settlement may exclude himself. I am disappointed the parties allowed the complaint to be dismissed in Fairbanks favor

I contacted three law firms in the Bay area; none of them responded back to me. I feel the settlement is unfair and thus unlawful because there was no representation of those who did not agreed to the settlement and who failed to exclude themselves; There is little of no benefit of the settlement of those in that category

Respectfully submitted Dec 16, 2004 by Richard Slezak