April 3-04

Dear Sirs.

I know I am late sending this statment in to you, we are just old People on a fix income. I am 74 - My husband Donal is 77 yr and he has altimers and had my letter hid he hides everything.

Fairbanks say they carried insurance on our home, And the took out money every month, we can send Proof to you that they did not cover our home.

We did I hope it not too late for us, they Rob us from our home.

     Thank You
     Marian Summer


USA v. Fairbanks Capital Corp.
Alanna L. Curry, et al. v. Fairbanks Capital Corp.
Claims Administration Center, c/o Gilardi & Co. LLC
P.O. Box 808054, Petaluma, CA 94975-8054

## CLAIM FORM – LATE FEES/DEFAULT RELATED FEES

Please Do Not Use Red Ink, Pencil or Staples

046779

FTCFBK-16884921-6

DONAL SUMNER
210 W SLOAN ST
HARRISBURG IL 62946-2244

Claim No.: 16884921

Fairbanks has charged you $3,190.78 for late fees and certain other default-related fees

As described in the Notice of Proposed Class Action Settlement, you are eligible to receive a settlement payment that will refund some of the late fees and other default-related fees you paid in connection with your mortgage loan(s) serviced by Fairbanks on or after January 1, 1999. As the Notice explains, the court has not yet given final approval to the settlement; if the court does not approve the settlement, there will be no refunds issued.

The amount shown above is the total amount of late fees and other default-related fees Fairbanks has charged you in this time period, less the amount of any refunds of those fees. Not all of these fees were illegal, but the lawsuits alleged that some of the fees were illegal. For example, Fairbanks allegedly charged late fees even when borrowers made their mortgage payments on time, or charged duplicative or unnecessary default-related fees. Your settlement payment will be a portion of the total amount Fairbanks has charged you. The amount you will receive will depend on the number of claim forms submitted and will reflect a percentage of the amount you paid.

To receive a settlement payment, you and any co-borrowers on the loan(s) must sign this form below. **In addition, you must return this form to the Claims Administration Center at the above address, postmarked no later than April 24, 2004.** A return envelope is enclosed for your convenience.

By signing below, you and any co-borrowers on your loan(s) affirm that you believe that some of the late fees or other default-related fees that Fairbanks charged you were improper, and that you would like to receive a settlement payment. As consideration for a settlement payment, you and any co-borrowers on your loan(s) agree to release Fairbanks and related entities from all claims with respect to the servicing of your loan(s) through December 10, 2003, as set forth in the Settlement Agreement in the *Curry* action.

**IMPORTANT: You and all co-borrowers on the loan(s) must sign here to make a claim.**

_DONAL SUMNER_
(Signed)

_Marian Sumner_
(Signed)

If your address is different from what appears above, please write any changes in the boxes provided below:

Address: 210 West SLOAN ST

City: HARRISBURG   State: IL   Zip Code: 62946-

If you have any questions regarding the claims process, please call Gilardi toll-free at 800-377-1287, or visit its website at www.gilardi.com/fairbanks.

**IMPORTANT INFORMATION ON THE OTHER SIDE OF THIS DOCUMENT.**

# State Farm Insurance Companies®



January 06, 2005

Illinois Operations Center
2702 Ireland Grove Road
Bloomington, Illinois 61709-0001

SUMNER, DONALD & MARIAN
210 W SLOAN ST
HARRISBURG IL  62946-2244

Location:    206 E Washington
             Carrier Mills Il
             62917

RE:  Homeowners Policy
     Policy No.:    73-CR-6129-1
     Year Issued:   1993
     Expired:       July 17, 2002

Dear Policyholder(s):

We show that you had Homeowners coverage with State Farm® from 1993 to July 17, 2002. Thank you for allowing State Farm® to service your insurance needs.

Sincerely,

Lori Miller
Underwriter
Personal Lines Fire Division
State Farm Fire and Casualty Company

cc.  Bob Holman, 1334