UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP. and<br>FAIRBANKS CAPITAL HOLDING CORP.,<br><br>Defendants. | Civil Action No. 03-12219-DPW |
| ALANNA L. CURRY, *et al.*,<br>individually and on behalf of all others<br>similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP.,<br><br>Defendant. | Civil Action No. 03-10895-DPW |

## STATUS REPORT CONCERNING MOTION TO
## INVALIDATE CERTAIN REQUEST FOR EXCLUSION

Defendant Fairbanks Capital Corp., a/k/a Select Portfolio Servicing, Inc. ("SPS"), hereby provides a status report as to the "Motion to Invalidate Certain Requests for Exclusion," previously filed by SPS and opposed by borrowers represented by the law firms of Gleason & McHenry and Law Offices of Marc Boutwell ("Mississippi Borrowers").

SPS and the Mississippi Borrowers have settled all claims of the Mississippi Borrowers, and are in the process of implementing the settlement.

If the Court desires further information, or an additional status report, undersigned counsel is available to provide it.

        Respectfully submitted,

/s/ Brooks R. Brown
Thomas M. Hefferon
Joseph F. Yenouskas
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4000
(202) 346-4444 (fax)

Brooks R. Brown (BBO# 634144)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2188
(617) 570-1000
(617) 523-1231 (fax)


Counsel for Defendant
Fairbanks Capital Corp.

Dated: January 31, 2005

CERTIFICATE OF SERVICE

      I, Brooks R. Brown, do hereby certify under the penalties of perjury, that on January 31, 2005, I arranged for the service by the means identified below of a copy of the foregoing on the following counsel of record:

**By ECF filing**:

Gary Klein, Esq.
John Roddy, Esq.
Grant, Klein & Roddy
727 Atlantic Avenue, 2nd Floor
Boston, MA  02111

Anita Johnson
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Marc L. Boutwell
103 W. China Street
Lexington, MS 39095

**By U.S. mail, postage prepaid**:

Donald R. Grady, Jr.
Sheff Law Offices
10 Tremont Street, 7th Floor
Boston, MA 02108

Niall P. McCarthy, Esq.
Cotchett, Pitre, Simon & McCarthy LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
San Francisco, CA  94010

Kelly M. Dermody, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111

Daniel Mulligan, Esq.
Jenkins & Mulligan
660 Market Street, 3rd Floor
San Francisco, CA  94104

Allison I. Brown, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, D.C.  20580


/s/ Brooks R. Brown
Brooks R. Brown


LIBW/1506755.1

3