RODDY KLEIN & RYAN
Attorneys at Law

727 Atlantic Avenue, 2nd Floor
Boston, Massachusetts 02111

Shennan Kavanagh

Tel. (617) 357-5500 ext. 12
Fax (617) 357-5030
kavanagh@roddykleinryan.com

February 9, 2005

*Via Mail and Facsimile*

Michelle Rynne
Courtroom Clerk to Judge Douglas P. Woodlock
USDC District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02210

Re: Judge Woodlock's Inquiry Pertaining To Fairbanks Settlement Class Member Mary A. Radlick

Dear Ms. Rynne:

Per Judge Woodlock's request, we have conducted an investigation into the situation concerning Mary A. Radlick, a class member in the Fairbanks Capital (now known as "Select Portfolio Services") Class Action Settlement.

Ms. Radlick fell behind on her mortgage payments to Select Portfolio in August 2002. She filed for Chapter 13 bankruptcy and her case was dismissed in May 2004. On or about August 4, 2004, Ms. Radlick's property went to foreclosure sale, where Select Portfolio purchased it for the investor. Her right of redemption expired on February 3, 2005.

Ms. Radlick is currently exercising her reserved claims and defenses, outside the scope of the Release set forth in the Settlement Agreement, [Settlement Agreement And Release, p. 13 ¶31], to defend against the foreclosure action. She filed a motion in Michigan State Court to enjoin the foreclosure proceedings, which is scheduled for a hearing on Wednesday, February 9, 2005.

As we are not licensed in Michigan, and are otherwise unable to represent Ms. Radlick individually in the context of the Class Action Settlement, we cannot advise her regarding her foreclosure defense case. However, we have asked Select Portfolio whether it can do anything to favorably resolve this matter.

I have enclosed copies of the Court's Order setting the hearing and a copy of Ms. Radlick's motion for Judge Woodlock's convenience.

JAN-31-2005 MON 09:33 PM FAX NO. P. 02

Approved, SCAO

Original - Court
1st copy - Subject

2nd copy - Return

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | MOTION AND ORDER TO SHOW CAUSE | 05-063949-CZ |
|---|---|---|

Court address

Plaintiff(s)/Petitioner(s): MARY A. RADLICK v Defendant(s)/Respondent(s)/Probationer: FAIRBANKS CAPITAL & ASSOCIATES

☐ Probate ☐ Juvenile In the matter of

**MOTION AND AFFIDAVIT**

1. I am interested in this matter as AN OWNER OF A HOME @ 3830 SEYMOUR LK, ORTONVILLE, MI 48462
2. _________ Name (type or print) has not complied with an order dated _________ by failing to:
3. I request an order directing FAIRBANKS CAPITAL Name (type or print) to show cause why:

☒ a. s/he should not be found in ☒ civil ☐ criminal contempt of court.
☐ b. judgment should not be entered against him/her (as surety/agent) for the full amount of recognizance.
☐ c. judgment should not be entered against him/her for failure to file a garnishee disclosure.

Mary A. Radlick
Signature

Subscribed and sworn to before me on _________ Date , _________ County, Michigan.

My commission expires: _________ Date Signature: _________

Notary public, State of Michigan, County of _________

**ORDER**

TO: FAIRBANKS CAPITAL
BY: TROTT & TROTT THEIR ATTORNEYS
30400 TELEGRAPH SUITE 200
BINGHAM FARMS MI 48025

If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangements.

IT IS ORDERED:

4. You are ordered to appear before this court on 2/9/05 Date at 9:00 AM Time
at ☐ the court address above
☒ courtroom number 1 C
☒ 1200 TELEGRAPH PONTIAC, MICHIGAN
to show cause why
☐ you should not be held in ☒ civil ☐ criminal contempt for failure to comply with the order of this court
☐ a judgment should not be entered against you
☐ your case should not be dismissed
☒ other: THE COURT SHOULD NOT ENTER AN INJUNCTION
for the reasons stated in the motion.
5. Failure to appear for a contempt hearing may result in a bench warrant being issued for your arrest.
6. A copy of this must be served ☐ personally ☒ by mail on the person ordered to appear at least _____ days before the hearing.

1/31/05
Date

A TRUE COPY
RUTH JOHNSON
By: _________ Deputy

Bar no.

MC 230 (6/04) MOTION AND ORDER TO SHOW CAUSE MCR 2.108(D), MCR 3.606(A), MCR 5.108

JAN-31-2005 MON 09:33 PM FAX NO. P. 03

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

MARY A. RADLICK
Plaintiff,

Case No. 05-063949-CZ
HONORABLE GENE SCHNELZ

FAIRBANKS
Defendant.

**ORDER / RE: MOTION**

At a session of said court, held in the City of Pontiac, Oakland County, Michigan, this 31st day of JANUARY, 2005

Present: HONORABLE GENE SCHNELZ
Circuit Court Judge

This matter having come before the Court on (Plaintiff / Defendant):

MARY RADLICK 's, Motion for INJUNCTION. TO STOP
Name State nature of motion

EVICTION PROCESS FROM PROCEEDING

and the Court being advised in the premises;

IT IS HEREBY ORDERED that the motion is:

- ☐ Granted
- ☐ Denied
- ☑ Granted in part, as explained in the comment below.

Comment: An order of a stay has been issued until February 9, 2005 at 9:00 A.M. whereas Fairbanks will appear in court in the form of their attorneys Trott & Trott. They will then show cause why an injunction should not be entered.

GENE SCHNELZ
Circuit Judge
HON. GENE SCHNELZ, Circuit Court Judge

DATE: 1-31-05

A TRUE COPY
RUTH JOHNSON
Oakland County Clerk – Register of Deeds
By ______ Deputy

DO NOT WRITE IN THIS SPACE

APPROVED AS TO SUBSTANCE AND FORM

Rev. 1-05 (NDBT)

# Motion for Leave To Amend Complaint

## State of Michigan

## In the Circuit Court for the County of Oakland

Mary Radlick, Plaintiff

v

Fairbanks Capital, Defendant and its network

File No. 05-063949-

Honorable

RECEIVED FOR FILING OAKLAND COUNTY CLERK
05 JAN P 4:56
BY: COUNTY CLERK

## Plaintiff's Motion to Leave To Amend Complaint

Plaintiff, pursuant to mcr 2.118(A)(2), moves the court to enter its order granting Plaintiff leave to file a first amended complaint in the above action, based upon the following grounds:

1. At the time Plaintiff filed his complaint, information available to Plaintiff suggested that Defendant was liable to Plaintiff based upon simple negligence.

2. Subsequently, it has been discovered that Defendant is liable to Plaintiff based upon additional theories. ie. gross negligence, intentional infliction of emotional distress, and breach on contract.

MOTION & ORDER TO SHOW CAUSE

## GENERAL AFFIDAVIT

STATE OF Michigan

COUNTY OF Oakland

PERSONALLY came and appeared before me, the undersigned Notary, the within named Mary A. Radlick, who is a resident of Oakland County, State of Michigan, and makes this his/her statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his/her knowledge:

I believe that I am to be evicted from my home on February 3, 2005. Fairbanks Capital, MERS network, and Trott and Trott sold my home illegally, at public auction, on August 3, 2004, with intent to commit fraud. This sale was in violation of the Federal Government Injunction Civil No. 03 122199 DPW US District Court for the District of Massachusetts, dated November 2003 prohibiting this action; against the rules and procedures that were bonded to the settlement agreement they signed and accepted as true on May 19, 2004; and just after I contacted Ms. Coon from Trott and Trott to request the name of the ombudsperson that Fairbanks had chosen to mediate disputes, as was the procedure Fairbanks and I were to follow with disputes..

My home is in the settlement phase of an enormous class action lawsuit that the United States of America filed against Fairbanks Capital and the network that allowed it to falsify customer's accounts in order to foreclose on their homes. The final settlement of this lawsuit and the rules and procedures that Fairbanks were to follow were released in May 2004. I petitioned the Detroit Federal Bankruptcy Court to keep me in the protection that it offered because the Federal

Injunction issued in December 2003 against Fairbanks that forbad foreclosure was not being honored. by Fairbanks or its network.

Fairbanks entered my life in 12/2002 after I had a binding contract in place with my lender First NLC Financial, Olympus Servicing, and HUD. This contract contained special terms relating to refinancing my loan, and time breaks between payments. Fairbanks broke in, as a servicing agent, not a lender, and foreclosed the first time. The payment they couldn't find had been endorsed by Fairbanks, itself, and put into a general account in own account but not applied as a payment. I found later they were buying part of the Olympus Servicing Company and didn't consider they had a problem in breaking the rules they established prior with regards to notifying customers like me that they were changing the files. .

DATED this the 31 day of January 20 05

Marya. Radlick
Signature of Affiant

SWORN to and subscribed before me, this the ____ day of ____________, 20____.

______________________
NOTARY PUBLIC

My Commission Expires:

______________________

TROTT & TROTT, P.C.
Attorneys and Counselors
30400 Telegraph Rd., Ste. 200
Bingham Farms, MI 48025

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. PLEASE CONTACT OUR OFFICE AT THE NUMBER BELOW IF YOU ARE IN ACTIVE MILITARY DUTY.

ATTN PURCHASERS: This sale may be rescinded by the [illegible] mortgagee. In that event, your damages, if any, shall be limited solely to the return of the bid amount [illegible]

MORTGAGE SALE - Default has been made in the conditions of a mortgage made by [illegible] A. [illegible] and Mary [illegible], [illegible], original mortgagor(s), to [illegible] Financial Services, LLC, Mortgagee, dated August [illegible], 2001, and recorded on September [illegible], 2001 in Liber [illegible] on Page 21[illegible], and assigned by said Mortgagee to [illegible] Capital Corp. as assignee by an assignment dated March 14, 2003 recorded on March [illegible], 2003 in Liber [illegible] on Page [illegible], in Oakland county records, Michigan, on which mortgage there is claimed to be due at the date hereof the sum of Two Hundred Twenty-Four Thousand One Hundred Forty-Five And [illegible]/100 Dollars ($224,145.[illegible]), including interest at [illegible] per annum.

Under the power of sale contained in said mortgage and the statute in such case made and provided, notice is hereby given that said mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at public vendue, at the [illegible] entrance to the Court House in Pontiac at 10:00 AM, on July 27, 2004.

Said premises are situated in Charter Township of Brandon, Oakland County, Michigan, and are described as:

Part of the Northwest 1/4 of the Northeast 1/4, Section 34, Town 5 North, Range [illegible] East, described as: Beginning at a point in the North line of Section 34 which is [illegible] feet East of the Northwest corner of said Northeast 1/4 of the Northeast 1/4; thence East [illegible] feet along the North Section line; thence South [illegible] feet; thence West [illegible] feet; thence North [illegible] feet to the point of beginning. Oakland County Records.

The redemption period shall be [illegible] months from the date of such sale, unless determined abandoned in accordance with MCLA [illegible], in which case the redemption period shall be 30 days from the date of such sale.

Dated: June [illegible], 2004

For more information, please call:
FC [illegible] 248.[illegible]
Trott & Trott, P.C.
Attorneys For [illegible] Capital Corp.
30400 Telegraph Rd Ste 200
Bingham Farms, Michigan 48025-[illegible]
File #[illegible]FC0
([illegible])

3830 E Seymour Lake Rd, Orio

RECEIVED FOR FILING
OAKLAND COUNTY CLERK
2005 JAN 31 P 1:56
BY: DEPUTY COUNTY CLERK



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Allison L. Brown
Attorney
Division of Financial Practices

Direct Dial: 202-326-3079
Fax: [illegible]
E-mail: abrown@ftc.gov

July 30, 2004

**VIA OVERNIGHT MAIL**

Ms. Mary Radlick
3830 E. Seymour Lake Rd.
Ortonville, Michigan 48462

Dear Ms. Radlick

I am writing to confirm that our records show that you are a member of the class in the FTC's case against Fairbanks (*USA v. Fairbanks Capital Corp. et al.*, D. Mass. No. 03-12219) and the class action case against Fairbanks (*Curry v. Fairbanks Capital Corp.*, D. Mass. No 03-10895).

Please call me at 202-326-3079 if you need any additional information.

Sincerely,

Allison L. Brown

Allison L. Brown

Approved, SCAO

Original - Court
1st copy - Defendant
2nd copy - Plaintiff

05-063949-CZ

JUDGE GENE SCHNELZ
RADLICK,MARY, V TROTT & TROTT

**STATE OF MICHIGAN**
JUDICIAL DISTRICT
JUDICIAL CIRCUIT
COUNTY PROBATE

**SUMMONS AND COMPLAINT**

Court address

Plaintiff name(s), address(es), and telephone no(s).
MARY RADLICK
3830 SEYMOUR LK RD
ORTONVILLE, MI 48462

Plaintiff attorney, bar no., address, and telephone no.
PRO SE

Defendant name(s), address(es), and telephone no(s).
TROTT & TROTT
30400 TELEGRAPH
SUITE 200
BINGHAM FARMS, MI
48025

OAKLAND COUNTY SHERIFF DEPT.
1200 TELEGRAPH
PONTIAC 48341

**SUMMONS** **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to file an answer with the court and serve a copy on the other party or to take other lawful action (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued JAN 28 2005 | This summons expires APR 29 2005 | Court clerk RUTH JOHNSON |
|---|---|---|

*This summons is invalid unless served on or before its expiration date.

**COMPLAINT** ***Instruction:*** ***The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.***

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in ________________ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ________________ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| BRANDON TWP | |
| Place where action arose or business conducted | |

Date

Mary A. Radlick
Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you to fully participate in court proceedings, please contact the court immediately to make arrangements.

To order this form, call (517) 337-1211
Target Information Management, Inc.
Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

STATE OF MICHIGAN
JUDICIAL DISTRICT
JUDICIAL CIRCUIT
COUNTY PROBATE

AMENDED
SUMMONS AND COMPLAINT

CASE NO.
05-63949-CZ

Court address

Court telephone no.

| Plaintiff name(s), address(es), and telephone no(s). | v | Defendant name(s), address(es), and telephone no(s). |
|---|---|---|
| MARY RADLICK<br>3830 SEYMOUR LAKE<br>ORTONVILLE, MI 48462. | | FAIRBANKS CAPITAL<br>% TROTT & TROTT<br>30400 TELEGRAPH<br>SUITE 200<br>BINGNAM FARMS, MI<br>48025 |
| Plaintiff attorney, bar no., address, and telephone no.<br>PRO SE. | | |

**SUMMONS** **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to file an answer with the court and serve a copy on the other party or to take other lawful action (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| JAN 31 2005 | MAY 02 2005 | RUTH JOHNSON |

*This summons is invalid unless served on or before its expiration date.

**COMPLAINT** *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**

☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in ______________________________ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ______________________________ Court.

The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| | |
| Place where action arose or business conducted | |

1/31/05
Date

Mary A. Radlick
Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you to fully participate in court proceedings, please contact the court immediately to make arrangements.