A personal note... Feb 10, 2005

To Whom it May Concern:

I never receive my settlement for this Fairbanks Capital Corp. My loan number is 0002935492. My new mailing address is P.O. Box 470842, Aurora, CO 80047. My Home address is 19392 E Buchanan Pl Aurora CO 80011. You may contact me at (720) 857-9680. Civil Action No. 03-12219-DPW. Thank you for your assistance

Janyce Browne

