# davis|miles, PLLC

*providing a variety of legal services*

1550 EAST MCKELLIPS ROAD, SUITE 101 • MESA, ARIZONA 85203
telephone 800.435.5081 • facsimile 480.344.1839 • www.davismiles.com

FILED
IN CLERKS OFFICE

2005 FEB 28  P 2: 04

U.S. DISTRICT COURT
DISTRICT OF MASS

**SENT BY REGULAR MAIL**

February 24, 2005

Alana L. Curry, et al. v. Fairbanks Capital Corp.
Claims Administration Center, c/o Gilardi & Co., LLC
P.O. Box 806054
Petalume, CA 94975-6054

Civil Clerk's Office
United States District Court for the District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

Daniel Mulligan, Esq.
Jenkins & Mulligan
660 Market Street, 3rd Floor
San Francisco, CA 94104

      **Re:**   *Request for Additional Information*
             *Mary E. Smith*
             *10345 W. Kelso Dr.*
             *Sun City, AZ 85351*

             *Our File No.: 235622*
             *Claim No.: 17236002*

To Whom It May Concern:

    We are writing this letter on behalf of Ms. Mary E. Smith.

    In February of 2004, Ms. Smith received a notice of a possible claim she may have in the matter of U.S.A. v. Fairbanks Capital Corp. class action suit (Civil Action No. 03-12219-DPW) (see attached). Ms. Smith read over the included documentation and sent in her claim for late fees/default related fees (a copy of which is attached).

    To date, Ms. Smith has not received any further information regarding this action, its outcome, and when (or even if) she will be receiving the monies it was claimed she was owed by Fairbanks ($3,478.83).

    On Ms. Smith's behalf, we request that you send her a copy of the FTC Order and Settlement Agreement in this case as well as any available information specifically

Page 2 of 2
2/24/2005
File No. 235622

regarding her status (i.e., was Ms. Smith properly accredited as a member of the affected class and when can she accept to receive her portion of any settlement?).

**PLEASE ADDRESS ALL FUTURE COMMUNICATIONS REGARDING THIS MATTER DIRECTLY TO MARY SMITH AT THE ADDRESS REFERNCED ABOVE.** Pursuant to ER 4.2 of the Arizona Rules of Professional Conduct, this firm gives its consent to you or your attorney to contact Ms. Smith directly.

Your prompt attention to this issue is expected and your timely response greatly appreciated.

Very truly yours,

DAVIS MILES, PLLC

Daniel A. Donze, Esq.
For the Firm

Encl.
cc:   M. Smith

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP. and<br>FAIRBANKS CAPITAL HOLDING CORP.,<br><br>Defendants. | Civil Action No. 03-12219-DPW |
| ALANNA L. CURRY, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP.,<br><br>Defendant. | Civil Action No. 03-10895-DPW |

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND SETTLEMENT HEARING

TO:   CERTAIN PERSONS WHOSE MORTGAGE LOANS WERE SERVICED BY FAIRBANKS CAPITAL CORP.

### THIS NOTICE MAY AFFECT YOUR RIGHTS. PLEASE READ IT CAREFULLY!

Usted puede ser elejible para recibir una compensacion.
Para obtener informacion en espanol, llame sin cargo al 877-377-1287.

| | | | |
|---|---|---|---|
| 1. | Why should I read this Notice? | 9. | Who represents the Plaintiffs? |
| 2. | What are these lawsuits about? | 10. | What are the Counsels' reasons for Settlement? |
| 3. | Who is covered by the proposed Settlement? | 11. | Will Plaintiffs' Counsel or Other Borrowers Receive Compensation? |
| 4. | What are the terms of the proposed Settlement? | 12. | What claims will be released under the Settlement? |
| 5. | How will the Settlement Fund be Distributed? | 13. | What if the Settlement is not approved by the Court? |
| 6. | What do I need to do to participate in the Settlement? | 14. | Where do I get additional information? |
| 7. | Can I exclude myself from the Settlement? | 15. | What are the relevant dates? |
| 8. | Why, when and where will a Fairness Hearing be held? | | |

## 1. WHY SHOULD I READ THIS NOTICE?

This Notice has been mailed to you because Fairbanks' records show that you had a home mortgage loan that was serviced by Fairbanks between January 1, 1999 and December 10, 2003 (the "class period"), and that you fall within the proposed class of consumers in this case. The proposed class of consumers is further discussed in Section 3 of this Notice. Therefore, you (and any co-borrowers on your loans) may be eligible to receive money from a proposed settlement (the "Settlement") of a Federal Trade Commission (the "FTC") lawsuit and class action lawsuit filed against Fairbanks. Please share this Notice with any co-borrowers on your loans.

This Notice describes the FTC and private lawsuits against Fairbanks, your rights under the proposed Settlement, and the date and time of a public Fairness Hearing that will be held by the United States District Court in Boston to consider the fairness of the proposed Settlement. Although the Fairness Hearing will be held in a Massachusetts court, the proposed Settlement covers persons nationwide.

entitled to attorneys' fees and, if so, how much, and (d) whether the Final Order and Judgment should be entered dismissing the National Class Case with prejudice and on the merits against the Plaintiffs and all Class Members of the Class (except for those persons who timely and properly request to be excluded from the settlement).

The Court has the power to adjourn or reschedule the Fairness Hearing from time to time without further notice of any kind.

At the hearing, the Court will consider the statements of the parties and the FTC, and any objections that have been made. Any Class Member who has not filed a timely written Request for Exclusion has the right to object to the proposed Settlement. If you want to object, you must file a written objection with the Court not later than April 9, 2004 with the Civil Clerk's Office, United States District Court for the District of Massachusetts, John Joseph Moakley Courthouse, One Courthouse Way, Boston, MA 02210. All persons wishing to object must also send a copy of their written objection to Plaintiffs' Co-Lead Counsel, Defendants' Counsel, and FTC Counsel (listed below). The objection must contain your name, address and telephone number; a statement that you object; a specific statement explaining why you object to the Settlement; and copies of all documents you wish the Court to consider.

Any Class Member or his/her attorney intending to appear at the Fairness Hearing must (i) file a notice of appearance with the Clerk of Court no later than April 9, 2004, and (ii) serve same on Plaintiffs' Co-Lead Counsel, Defendants' Counsel, and FTC Counsel. Any subjects to be raised at the Hearing must also be contained in a written objection that has been filed with the Court.

More than twenty-five law firms and organizations are counsel in the National Class Case, as set forth in First Amended and Consolidated Complaint filed with the Court. The pertinent addresses for those lawyers who need to receive copies from you of anything you file in court are as follows:

(i) Plaintiffs' Co-Lead Counsel:

Gary Klein, Esq.
John Roddy, Esq.
Grant & Roddy
44 School Street, Suite 400
Boston, MA 02108

Niall P. McCarthy, Esq.
Cotchett, Pitre, Simon & McCarthy LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
San Francisco, CA 94010

Kelly M. Dermody, Esq.
Lieff, Cabraser, Heimann &
Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111

Daniel Mulligan, Esq.
Jenkins & Mulligan
660 Market Street, 3rd Floor
San Francisco, CA 94104

(ii) Defendant's Counsel:

Thomas M. Hefferon, Esq.
Goodwin Procter LLP
Suite 500
1717 Pennsylvania Avenue, N.W.
Washington, DC 20006

(iii) FTC Counsel:

Lucy E. Morris, Esq.
Division of Financial Practices
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Ave., NW, Mail Drop NJ-3158
Washington, DC 20580

Any Class Member who does not comply with these requirements shall be deemed to have waived such objection and shall be forever foreclosed from making any objection to the proposed Settlement.

## 9. WHO REPRESENTS THE PLAINTIFFS?

The Class is represented by Co-Lead Counsel and a number of other attorneys. The FTC is a federal law enforcement agency acting in the public interest.

## 10. WHAT ARE COUNSELS' REASONS FOR SETTLEMENT?

The FTC and Plaintiffs' Counsel have agreed to the Settlement after considering, among other things, (i) the substantial benefits available to the Class under the terms of the FTC Order and the Settlement Agreement; (ii) the attendant risks and uncertainty of litigation, especially in complex litigation such as this, as well as the difficulties and delays inherent in such litigation; and (iii) the desirability of consummating the Settlement promptly to provide effective relief to the Class. The FTC and Plaintiffs' Counsel also believe that the practice changes in the Settlement should provide substantial ongoing benefits to consumers.

The Court has not ruled on the merits of the claims or defenses in this case, and Fairbanks has denied and continues to deny each and all of the claims and contentions alleged by the FTC and by Plaintiffs. Fairbanks has denied and continues to deny all charges of wrongdoing or liability against it arising out of or relating to any of the conduct, statements, acts or omissions alleged, or that could have been alleged. Nonetheless, Fairbanks has concluded that further litigation would be protracted and expensive and would not be in the best interest of Fairbanks, and that it is

desirable that the FTC Case and the National Class Case be fully and finally settled in the manner and upon the terms and conditions set forth in the FTC Order and the Settlement Agreement.

### 11. WILL PLAINTIFFS' COUNSEL OR OTHER BORROWERS RECEIVE COMPENSATION?

Plaintiffs' Counsel will make an application to the Court for approval of an award of attorneys' fees and expenses in the National Class Case. The fees and expenses will be no more than $8.25 million, plus reimbursement of certain expenses estimated to be approximately $135,000 - $150,000. Counsel fees and expenses will be shared among many law firms that had pursued class action cases against Fairbanks. Reasonable incentive awards may be paid to the Named Plaintiffs, in an amount not to exceed $3,500 each. The attorneys' fees and expenses, and incentive awards, will be paid by Fairbanks separately and not from the Redress Fund. These payments will in no way reduce the money available to the Class.

### 12. WHAT CLAIMS WILL BE RELEASED UNDER THE SETTLEMENT?

If approved by the Court, the proposed Settlement will be legally binding upon all Class Members who did not timely request exclusion from the Class. The Settlement will release all known and unknown claims for damages and other relief as to any Class Member for acts in connection with Fairbanks' servicing practices, as set forth in the Settlement Agreement. The Settlement will release and discharge Fairbanks; related persons and entities; the owners of the loans; persons and companies that assisted Fairbanks or were hired by Fairbanks in connection with servicing the loans; and certain others. The release also will include claims related to the benefits given under the Reverse or Reimburse Program, and claims that are alleged in the National Class Case. The release will not affect your ability to defend against a pending or future individual foreclosure action, and, even if you participate in the Settlement, you will retain all rights you have today to defend yourself and your home from an improper foreclosure. The release also does not affect any claims you may have relating to the origination of your mortgage loan and unrelated to Fairbanks' servicing of the loan.

If you or someone acting on your behalf are currently litigating similar claims against Fairbanks, either individually or as part of a Class, you may be barred from pursuing such claims if you do not timely exclude yourself from the Class. You should consult with an attorney concerning your rights.

### 13. WHAT IF THE SETTLEMENT IS NOT APPROVED BY THE COURT?

If the proposed Settlement is not approved by the Court as being fair, reasonable, and adequate, the Settlement Agreement will be null and void and Plaintiffs will proceed with their lawsuits. In that event, your rights will not be affected in any way, and no refunds will be issued. The FTC Order will also be nullified, and the FTC may proceed in its investigation. Fairbanks, the FTC and the Plaintiffs could also attempt to enter into another Settlement.

### 14. WHERE DO I GET ADDITIONAL INFORMATION?

This Notice is only a summary of the proposed Settlement and does not describe all of the details of the FTC Order or of the Settlement Agreement. Accordingly, Class Members are referred to the FTC Order and the Settlement Agreement and the other documents filed with the Court in the FTC Case and the National Class Case, all of which are available for inspection at the Civil Clerk's Office, United States District Court for the District of Massachusetts, John Joseph Moakley U.S. Courthouse, One Courthouse Way, Boston, MA 02210. The Settlement is also available on the FTC website at www.ftc.gov/fairbanks.

### 15. WHAT ARE THE RELEVANT DATES?

If you wish to participate in the proposed Settlement, please fill out and return the enclosed claim form as soon as possible. It must be postmarked no later than April 24, 2004. You will receive further notification (probably within the next eight months) if the proposed Settlement is approved and the Redress Fund is to be distributed. If you wish to request exclusion from the Class or appear at the Fairness Hearing, these are the relevant dates:

- Deadline for mailing request for exclusion (postmarked by): April 9, 2004
- Deadline for filing a claim (postmarked by): April 24, 2004
- Deadline for filing and serving notice of appearance or objection (received by the court by): April 9, 2004
- Date of Fairness Hearing: May 12, 2004

PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE OR FAIRBANKS FOR INFORMATION. This Notice provides only a summary of matters about these lawsuits. You may seek the advice and guidance of your own private attorney, at your own expense, if you wish. You may also contact Plaintiffs' Co-Lead Counsel at the address listed in Section 8 of this Notice.

BY ORDER OF THE COURT

The Honorable Douglas P. Woodlock
United States District Judge
Boston, Massachusetts

Dated: December 10, 2003

07/07/04  16:24 FAX 6238786340           KINKO'S ARROWHEAD                               ☑010



**USA v. Fairbanks Capital Corp.**

Alanna L. Curry, et al. v. Fairbanks Capital Corp.
Claims Administration Center, c/o Gilardi & Co. LLC
P.O. Box 808054, Petaluma, CA 94975-8054

## CLAIM FORM - PREPAYMENT PENALTY

Please Do Not Use Red Ink, Pencil or Staples

FTCFBK-17236002 -1

Claim No.: 17236002

Prepayment penalty you paid: $3,478.83

02512  M ELIZABETH SMITH
10345 W KELSO DR
SUN CITY AZ 85351-4875

According to its records, Fairbanks charged you a prepayment penalty on your mortgage loan(s) at some time on or after January 1, 1999. A prepayment penalty is a fee that a mortgage company charges when you pay off your loan early. The amount shown above is the total amount of the prepayment penalty Fairbanks has charged you, less the amount of any refund of the penalty to you. It is lawful to charge a prepayment penalty if it is in accordance with the Note you signed with your loan and with the law in your state. You are eligible for a payment from the settlement fund if the prepayment penalty that Fairbanks charged was unlawful. As the Notice of Proposed Class Action Settlement explains, the court has not yet given final approval to the settlement; if the court does not approve the settlement, there will be no refunds issued.

To find out if your prepayment penalty was proper, review your Note and any rider (or addendum) to the Note. If those documents do not allow the prepayment penalty that Fairbanks charged you, you should make a claim. If you do not have your Note or you cannot find the relevant part of your Note, or if you would like to find out if your state has any legal restrictions on prepayment penalties (such as in Massachusetts, Alabama and West Virginia), you may call Fairbanks at 1-866-775-5686 for this information.

To make a claim for an unlawful prepayment penalty, you and any co-borrowers on the loan(s) must sign this form below. In addition, you must return this form to the Claims Administration Center at the above address, postmarked no later than April 24, 2004. A return envelope is enclosed for your convenience. Please enclose copies of your Note, and any rider (or addendum) to your Note, if you have them.

Please understand that your claim will be subject to verification, such as by reviewing your Note and the laws in your state. If your claim is accepted, the amount you will receive will depend on the number of claim forms submitted, but it will be at least $200 (or the amount that you paid for your prepayment penalty, if it is less than $200).

If your claim is accepted, you may not receive payment for your entire prepayment penalty. If you believe that you have substantial losses, you may wish to opt-out of the Settlement and bring your own action [See Section 7 of the Notice sent to you]. We suggest you consult an attorney before making this decision.

By signing below, you and any co-borrowers on your loan(s) affirm that you believe that the prepayment penalty that Fairbanks charged you was unlawful, and that you would like to receive a settlement payment. As consideration for a settlement payment, you and any co-borrowers on your loan(s) agree to release Fairbanks and related entities from all claims with respect to the servicing of your loan through December 10, 2003, as set forth in the Settlement Agreement in the *Curry* action.

IMPORTANT: You and all co-borrowers on the loan(s) must sign here to make a claim.

_____
(Signed)

_____
(Signed)

IMPORTANT INFORMATION ON THE OTHER SIDE OF THIS DOCUMENT.