# RICHARD AND ELAINA
# FORSYTHE

8108 S.E. 74th Avenue
Portland OR 97206
503.771.2957

March 23, 2005

## VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED
## And FIRST CLASS MAIL

FAIRBANKS CAPITAL CORPORATION
Corporate Offices
Post Office Box 65250
Salt Lake City UT 84165-0250

FAIRBANKS CAPITAL CORPORATION
Corporate Offices
3815 South West Temple
Salt Lake City UT 84115

Re:   Loan Number   0073084774
      Address:      8108 SE 74th Avenue
                    Portland OR 97206



To Whom It May Concern:

This is a "*Qualified Written Request*" under Section 6 of the Real Estate Settlement Procedures Act ("RESPA").

When we commenced our loan relationship in February 2004 with Axiom Financial Services ("AFS") to refinance our home located at the above-specified address, we were confident that this transaction would be handled in a professional manner. Unfortunately, due to the apparent unfair business practices of AFS's Loan Officer, Derrick J. Carneal, we are now being harassed for payment of an outrageous sum of $6,528.88, all from an $806.32 mistake in calculations from either Mr. Carneal or the customer service person who first communicated the actual payoff amount to us. [Please see attached Exhibit 1, Borrower's Settlement Statement - Final, two pages, dated 04/16/04.]

We have attempted on numerous occasions to clear this up after we continued to receive statements from Fairbanks Capital Corporation / Select Portfolio Servicing ("FCC/SPS") which started in May of 2004, and continued through to July. One of us would call each month and were told by your representatives that the loan was "paid off". [See attached Exhibit 2, FCC/SPS Monthly Mortgage Statements ("MMS") dated 03/17/04 and 04/16/04; FCC/SPS Supplement to the MMS dated 04/21/04; and Exhibit 3 FCC/SPS MMS dated 05/18/04 (2 pages) some of which contain notations made at the time the telephone calls were made.] We believe FCC/SPS may be **practicing deceptive loan servicing** in violation of the Fair Debt Collection Practices Act (FDCPA). (See *Schlosser v. Fairbanks Capital Corp.*, (2003) 323 F.3d 534.)

FAIRBANKS CAPITAL CORPORATION
March 23, 2005
Re: <u>Loan No. 0073084774</u>
Page 2

    We have had an accountant review the statements from April 2004 through to November 2004 [see Exhibit 4, FCC/SPS MMS dated 06/16/04 and FCC/SPS MMS dated 07/16/04], and have several questions. (1) If this loan was paid off (as we were told when we called each month), where was all this activity coming from? (2) There is an amount "floating around" on these statements of $302.99 called "unapplied funds" - just what exactly is this?

    Then, to top it off, in November of 2004, SP paid the county taxes on our property when they knew we had refinanced and were making payments to Accredited Home Lenders ("AHL"). [See Exhibit 5, FCC/SPS MMS dated 11/16/04.] AHL was supposed to be taking over the responsibility for paying these taxes. Now, it appears that the taxes may have been paid twice!

    At this point, we are having difficulty ascertaining who from FCC/SPS actually gave Mr. Carneal the initial payoff information and on what date the information was given. Numerous telephone calls have been placed to Home Funds Direct ("HFD") and FCC/SPS, but we keep getting the "we will get back to you" line again and again.

    In December of 2004, you "sold" this "loan" to Aames Home Loan ("AAMES") (who has already been linked to unfair business practices relating to Fairbanks). How can that be when there is a dispute involved in the final payoff amount? It was at this time that we learned of the letter to AFS from Tracie Callender, Short Payoff Specialist, asking for payment of $816.11. [See Exhibit 6, the AHL Monthly Billing Statement dated 05/12/04; letter from Select Portfolio Servicing, Inc., dated 12/29/04 and a copy of the facsimile transmission report; and letter from Select Portfolio Servicing, Inc., dated 09/09/04.] If this had been communicated to us in May, June, July, August, and/or September, we would have paid the amount and have been done with it. Now, AAMES, who has no history or responsibility for the way this loan was managed, is harassing us for payment of a loan that we have been told was "paid off".

    We understand that under Section 6 of RESPA you are required to acknowledge our request within 20 business days and must try to resolve the issue within 60 business days. Be advised that we will take whatever steps are necessary in order to protect our rights. Guide yourselves accordingly.

                                        Very truly yours,

                                **ORIGINALS SIGNED**

Richard Forsythe                                                                               Elaina Forsythe

FAIRBANKS CAPITAL CORPORATION
March 23, 2005
Re: Loan No. 0073084774
Page 3

Copy of the letter without enclosures:

1. Valerie Ruseler, Short Payoff Supervisor
   SELECT PORTFOLIO SERVICING, INC.
   10401 Deerwood Park Boulevard
   Jacksonville FL 32256

2. The Honorable Douglas P. Woodlock
   District Court Judge
   U.S. Courthouse
   1 Courthouse Way
   Boston MA 02210

3. Mark O. Hatfield, District Attorney
   U.S. Courthouse
   1000 SW Third Avenue
   Portland OR 97204-2902

4. Better Business Bureau
   333 SW 5th Avenue, Suite 406
   Portland OR 97204

5. Department of Justice
   Financial Fraud / Consumer Protection Section
   1162 Court Street NE
   Salem OR 97301-4096