ALFRED MEADOWS
34 LAKE Rd McHENRY miss- 39561

03-12219-DPW

DEAR SiR- AT THIS I HAVE NO SETTLEMENT- Fairbank capithl corp- settle on my case my LOAN-NO- is 3063-0000-0001556976

I did not oup- out so will you mail a copy of my part of my settlement back so I can see my part of the settlement.

ALFRED MEAdows AT 34 LAKE Rd McHENRY miss 39561

THANK YOU
ALFRED MEAdows