# FAX COVER SHEET

DATE: May 1, 2005

TO: Judge Woodlock (attention Richard) (Fax No. 617-748-9096)

FROM: Phyllis Dickerson
P.O. Box 1962 Clanton, ALA. 35046 (205-755-6739
205-299-1026

Fax Number: (205) 205- -280-8621
Fax No 617-748-9096

Confirmation of Sent Fax: Pages Sent __5__ Date/Time __05__
Agent Initials _____

MESSAGE:

DICKERSON'S BUSINESS CENTER
1208 Second Avenue North
Clanton, Alabama 35045
Phone: (205) 280-8620
Fax: (205) 280-8621

From Phyllis Dickerson
Per Our conversation 4/26/05  Clerk

Reason - Settlement check - Fax no 617-748-9096
Michelle Lynne attention
04-10-05
617-748-9170, Michelle Lynne  E-mail address
ms.michelle___ M.Ad.US court.Gov.  617-748-9171

Dear Ms. Clerk, Michelle Lynne for Judge Douglas Woodlock. 617-748-9170 phone No

Per Our conversation today 04-10-05 Here is a copy of .16¢ check sent to me from Class action settlement from Fairbank.

Please, Please seek all means necessary for the money owed to me by Fairbank for the prepayment penalty (enclosed copies). I look forward to hearing from you soon.

Thank You in Advance

To the Honorable
Douglas P. Woodlock
United States District Judge
Boston, Massachusetts
Clerk - Ms. Michelle Lynne

Phyllis Dickerson
303 Edgewood St.
P.O. Box 1962
Clanton, Ala. 35046
205-755-6739
Civil No - 03-12219-DPW
Civil Action No. 03-10895-DPW

(2)  

If your address is different from what appears on the other side of this document, please write any changes in the boxes provided below. **PLEASE DO NOT USE RED INK OR PENCIL.**

Address:

| 3 | 0 | 3 | E | d | g | e | w | o | o | d |   | S | T | r | e | e | T | - | P |   | B | o | x | 1 | 9 | 6 | 2 |

City: C L A N T O N, A L A

State: AL    Zip Code: 35046-

If you have any questions regarding the claims process, please call Gilardi toll-free at 800-377-1287, or visit its website at www.gilardi.com/fairbanks.

Reminder Checklist:

1. Keep a copy of your claim form for your records.
2. If you desire an acknowledgment of receipt of your claim form, please send it Certified Mail, Return Receipt Requested.
3. If you move, please send us your new address.

**PRIVACY ACT NOTICE**

This information is being collected in order to make a distribution of funds paid to the Federal Trade Commission in connection with an order entered by the United States District Court for the District of Massachusetts pursuant to 15 U.S.C. §§ 45(a) and 53(b). This information may also be disclosed to the counsel listed in the court's preliminary approval order in the related class action. In addition, this information may be disclosed for other purposes authorized by the Privacy Act, 5 U.S.C § 552a and 47 Fed. Reg. 32,###, including disclosure to other government agencies. Submission of the requested information is voluntary, but failure to provide the requested information could delay processing or, in some cases, make it impossible for us to process your claim.



B)

**USA v. Fairbanks Capital Corp.**

Alanna L. Curry, et al. v. Fairbanks Capital Corp.
Claims Administration Center, c/o Gilardi & Co. LLC
P.O. Box 808054, Petaluma, CA 94975-8054

## CLAIM FORM – LATE FEES/DEFAULT RELATED FEES

Please Do Not Use Red Ink, Pencil or Staples

FTCFBK-16442471-7

051998
PHYLLIS DICKERSON
PO BOX 1962
CLANTON AL 35046-1962

Claim No: 16442471
Fairbanks has charged you $110.78 for late fees and certain other default-related fees

As described in the Notice of Proposed Class Action Settlement, you are eligible to receive a settlement payment that will refund some of the late fees and other default-related fees you paid in connection with your mortgage loan(s) serviced by Fairbanks on or after January 1, 1999. As the Notice explains, the court has not yet given final approval to the settlement; if the court does not approve the settlement, there will be no refunds issued.

The amount shown above is the total amount of late fees and other default-related fees Fairbanks has charged you in this time period, less the amount of any refunds of those fees. Not all of these fees were illegal, but the lawsuits alleged that some of the fees were illegal. For example, Fairbanks allegedly charged late fees even when borrowers made their mortgage payments on time, or charged duplicative or unnecessary default-related fees. Your settlement payment will be a portion of the total amount Fairbanks has charged you. The amount you will receive will depend on the number of claim forms submitted and will reflect a percentage of the amount you paid.

To receive a settlement payment, you and any co-borrowers on the loan(s) must sign this form below. In addition, you must return this form to the Claims Administration Center at the above address, postmarked no later than April 24, 2004. A return envelope is enclosed for your convenience.

By signing below, you and any co-borrowers on your loan(s) affirm that you believe that some of the late fees or other default-related fees that Fairbanks charged you were improper, and that you would like to receive a settlement payment. As consideration for a settlement payment, you and any co-borrowers on your loan(s) agree to release Fairbanks and related entities from all claims with respect to the servicing of your loan(s) through December 10, 2003, as set forth in the Settlement Agreement in the *Curry* action.

**IMPORTANT: You and all co-borrowers on the loan(s) must sign here to make a claim.**

*Phyllis Dickerson*
(Signed)

_____
(Signed)

If your address is different from what appears above, please write any changes in the boxes provided below.
Address

303 Edgewood Street PO Box 1962

City: CLANTON ALABAMA    State: AL    Zip Code: 35046

If you have any questions regarding the claims process, please call Gilardi toll-free at 800-377-1287, or visit its website at www.gilardi.com/fairbanks.

**IMPORTANT INFORMATION ON THE OTHER SIDE OF THIS DOCUMENT.**



USA v. Fairbanks Capital Corp.

Alanna L. Curry, et al. v. Fairbanks Capital Corp.
Claims Administration Center, c/o Gilardi & Co. LLC
P.O. Box 808054, Petaluma, CA 94975-8054

## CLAIM FORM - PREPAYMENT PENALTY

**Please Do Not Use Red Ink, Pencil or Staples**

FTCFBK-16442472-5

S1998 PHYLLIS DICKERSON
PO BOX 1962
CLANTON AL 35046-1962

Claim No.: 16442472

Prepayment penalty you paid: $2,981.82

According to its records, Fairbanks charged you a prepayment penalty on your mortgage loan(s) at some time on or after January 1, 1999. A prepayment penalty is a fee that a mortgage company charges when you pay off your loan early.

The amount shown above is the total amount of the prepayment penalty Fairbanks has charged you, less the amount of any refund of the penalty to you. It is lawful to charge a prepayment penalty if it is in accordance with the Note you signed with your loan and with the law in your state. You are eligible for a payment from the settlement fund if the prepayment penalty that Fairbanks charged was unlawful. As the Notice of Proposed Class Action Settlement explains, the court has not yet given final approval to the settlement; if the court does not approve the settlement, there will be no refunds issued.

To find out if your prepayment penalty was proper, review your Note and any rider (or addendum) to the Note. If those documents do not allow the prepayment penalty that Fairbanks charged you, you should make a claim. If you do not have your Note or you cannot find the relevant part of your Note, or if you would like to find out if your state has any legal restrictions on prepayment penalties (such as in Massachusetts, Alabama and West Virginia), you may call Fairbanks at 1-866-775-5686 for this information.

To make a claim for an unlawful prepayment penalty, you and any co-borrowers on the loan(s) must sign this form below. In addition, you must return this form to the Claims Administration Center at the above address, postmarked no later than April 24, 2004. A return envelope is enclosed for your convenience. Please enclose copies of your Note, and any rider (or addendum) to your Note, if you have them.

Please understand that your claim will be subject to verification, such as by reviewing your Note and the laws in your state. If your claim is accepted, the amount you will receive will depend on the number of claim forms submitted, but it will be at least $200 (or the amount that you paid for your prepayment penalty, if it is less than $200).

If your claim is accepted, you may not receive payment for your entire prepayment penalty. If you believe that you have substantial losses, you may wish to opt-out of the Settlement and bring your own action (see Section 7 of the Notice sent to you). We suggest you consult an attorney before making this decision.

By signing below, you and any co-borrowers on your loan(s) affirm that you believe that the prepayment penalty that Fairbanks charged you was unlawful, and that you would like to receive a settlement payment. As consideration for a settlement payment, you and any co-borrowers on your loan(s) agree to release Fairbanks and related entities from all claims with respect to the servicing of your loan through December 10, 2003, as set forth in the Settlement Agreement in the *Curry* action.

**IMPORTANT: You and all co-borrowers on the loan(s) must sign here to make a claim.**

*Phyllis Dickerson*
(Signed)

_____
(Signed)

**IMPORTANT INFORMATION ON THE OTHER SIDE OF THIS DOCUMENT.**



Select Portfolio Servicing
P.O. Box 65429
Salt Lake City, UT 84165-0429

December 03, 2004

Phyllis Dickerson
Po Box 1962
Clanton AL 35045

Loan Number: 0002207777

Dear Phyllis Dickerson:

Select Portfolio Servicing, Inc. (SPS), formerly Fairbanks Capital Corp., recently entered into a Settlement Agreement with respect to certain class action lawsuits that raised issues regarding certain fees assessed by SPS in connection with the servicing of mortgage loans. As part of that Settlement Agreement, SPS agreed to refund or credit amounts charged to its customers.

Our analysis indicates that you are entitled to a refund of the following charges under the terms of the Settlement Agreement:

**Refunds**

| | |
|---|---|
| Interest on Payoffs: | $ 0.16 |
| **Total Refund:** | $ 0.16 |

We have enclosed a check in the amount of $ 0.16, as indicated above. This check represents a full refund of those amounts charged by SPS, and referenced on the Settlement Agreement.

...tions, please contact our Customer Service Department at (800) 258-8602, ...rs of 7 am and 8 pm Eastern time.

Select Portfolio Servicing, Inc.

Select Portfolio S...

P.O. Box 65429
Salt Lake City, UT 84165-0429

**BANK ONE**
BANK ONE, N.A.
COLUMBUS, OH

LOAN # 0002207777

CHECK # 0100376
56-1544/441

CHECK DATE 12/03/04

Class Action Settlement
Zero and 16/100 Dollars

PAY TO THE ORDER OF:

VOID AFTER 90 DAYS

$**********0.16

Phyllis Dickerson
Po Box 1962
Clanton AL 35045

Barack K. Wing

⑈0100376⑈ ⑆044115443⑆  650180730⑈