Joyce Fuller
2438 Northmill Lane
Decatur, GA 30035-3521
678-913-4462
April 13, 2005



Regarding:  Fairbanks Class
            Action Law Suit
Civil Action# 03-12219-DPW
Civil Action# 03-10895-DPW

Claim#1362538.1


To the perspective organizations:

As of today Fairbanks has not complied with the court order from the Class Action Law Suit of May 04.  They are in contempt of the court !

They **have not changed** their <u>deceptive, fraudulent, corruptive and unethical practices</u>.  The only thing that has changed is their name.   Last year they changed their name to Select Fort Polio; previously known as Aames, Equicredit, and Fairbanks.

Fairbanks has unethically violated me as a homeowner with the following  bogus and fraudulent charges:

- Charging late fees when payment was received
- Double charging late fees unnecessarily
- Claiming lost payments
- Demanding payments that have already been received
- Improper charges to escrow account,  I do not have one with them
- Placing accounts in collections when they are current
- Forced placed insurance, when coverage was provided
- Placing payments in a suspense account for their own personal gain
- Demanding payments for Corporate Advance fees without an explanation
- Foreclosure proceedings when not necessary
- And many others listed on preceding pages

Attached are copies of claims I have made  previously. They have not honored the Court  order and is in contempt.  I received a check for $85.00 and a letter ordering them to do so.  **It has not been done!**  I am sure that there are other homeowners that Fairbanks was ordered to comply,  but they  have not done so.

I presently have a contract on my home and it should be completed shortly. Once more and again as one of their unsavory practices they have not sent the pay off demand that I made over a month ago.
I spoke with Evan Green from Fairbanks and requested another one on February 28, 05. It has not been received yet. The Mortgage Company also requested one. This is an example of just another one of their corrective acts that they engage in frequently.

**I beg the Court to order Fairbanks to refund me for ALL of the overcharges to the account and the fraudulently claims placed on the account, as in respect to the sale of my home or to adjust/credit the loan balance with the amount listed on the preceding page before the sale of my home!**

To get away from Fairbanks' unethical practices I am having to sale my house. In several attempts to refinance they have made it impossible to do so because of their invalid data and destroying my credit rating. The loan would be approved until receiving the (VOW), verification of mortgage statement from them, then it would be denied.

Therefore, the only resolution I had was to sale my home. It has been a living nightmare dealing with Fairbanks for the last three years and I simply just can not take it anymore! It has become a hazard to my health , very stressful.

Again, I received a check for $85.00 from the Lawsuit and Fairbanks has yet to credit my account. Listed below are the unethical, bogus and fraudulent charges they have charged to my loan. My house is presently under contract. Once more and again they are presently trying to foreclose on the loan. This is their third attempt in three years of trying. We went to court the lateral part of last year and they were supposed to allow me time to complete the sale, which they are not allowing me to do so. Please see all of the court papers from the three attempts where they have tried to foreclose on my home.

Below are listing of all of the charges they have imposed to my loan unnecessarily and without warrant:

| | |
|---|---|
| Two house payment (10/02 & 04/03) | $1691.94 |
| Four house pymts. (01/04 through 04/04) | 3383.88 |
| Forcepaid insurance: | 983.00 |
| Unnecessary late fees: | 587.00 |
| NSF charges | 241.74 |
| | **$6887.56** |

UNEXPLAINED charges, which were questioned and not explained:

| | |
|---|---|
| 05/04, current unapplied balance: | $400.00 |
| 02/01/02, other fees: | 200.00 |

| | |
|---|---|
| Escrow balance: | 100.00 |
| Current fee balance: | $561.15 |
| Corporate advance balance: | 17.00 |
| 07/19/02, Property preservation: | 105.00 |
| 07/10/02, property preservation payment: | 10.00 |
| Funds advanced on borrowers behalf: | 365.00 |
| Estate bankruptcy fee | 800.00 |
| Escrow/impound advance balance: | 96.94 |
| Applied other fee: | 51.73 |
| NSF charge for 01/04 payment, | 25.70 |
| please see my bank statement | $3503.68 |
| where the check was paid | |

**TOTAL CHARGES:    $10391.24**

**Plus approximately $1450.00 in Fairbanks's Attorney fees paid for unnecessary foreclosure attempts made by them.**

I am only obligated to make my house payment of $845.97 monthly. I DO not have an escrow account sat up with them. I pay for the taxes and the mortgage insurance myself.

Thank you.


Sincerely,

Joyce Fuller



cc: FTC
    Judge: Honorable Douglas P. Woodlock, Boston, Mass.
    Stanley J. Kakol, Jr., Attorney
    Thomas M. Hefferon, Esq., Defendant's Counsel
    Lucy E. Morris, Esq., FTC Counsel
    Claims Administration Center, Gilard & Co.
    Lieff, Cabraser, Heimann & Bernstein, LLP
    Gary Klein. Esq., Plaintiff Counsel
    McCalla, Raymer, Padrick, Cobb, Nichols & Clarkk, LLC
    The PMI Group
    Fairbanks, Loan Serving Center
    WBAL TV 11 News: Jayne Miller, Mass
    WXIA TV News: Atlanta, GA
    Senator Barbara Mikiski

Attorney General Justice Dept.: John Ashcroft
HUD Inspector General
State Senator
Freddie Mac & Mae
Better Business Bureau (every state Fairbanks exist)
Chamber of Commerce (every state Fairbanks exist)
Consumer Affairs (every state Fairbanks exist)

: