# RODDY KLEIN & RYAN

Attorneys at Law

727 Atlantic Avenue, 2nd Floor
Boston, Massachusetts 02111

Shennan Kavanagh

Tel. (617) 357-5500 ext. 12
Fax (617) 357-5030
kavanagh@roddykleinryan.com

May 31, 2005

Richard Nici
Docket Clerk to Judge Douglas P. Woodlock
USDC District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02210

     Re:   <u>Judge Woodlock's Inquiry Pertaining To Fairbanks Settlement Class Member Joyce Fuller</u>

Dear Mr. Nici:

    Per Judge Woodlock's request, we have conducted an investigation into the situation of Joyce Fuller, a class member in the Fairbanks Capital (now known as "Select Portfolio Services") Class Action Settlement.

    The results of the investigation are set forth in detail in the response letter we sent to Ms. Fuller on May 31, 2005, which is attached.

    Please call me should you have any further questions or concerns. Thank you.

Sincerely,

Shennan Kavanagh

SK
cc:    Niall McCarthy
        Daniel Mulligan
        Kelly Dermody
        Thomas Hefferon
        Andrew Louis

**RODDY KLEIN & RYAN**
Attorneys at Law

727 Atlantic Avenue, 2nd Floor
Boston, Massachusetts 02111

Shennan Kavanagh

Tel. (617) 357-5500 ext. 12
Fax (617) 357-5030
kavanagh@roddykleinryan.com

May 31, 2005

Ms. Joyce Fuller
2438 Northmill Lane
Decatur, GA 30035-3521

    Re:    <u>Fairbanks Class Action Settlement</u>

Dear Ms. Fuller:

    We are in receipt of your letter regarding the Fairbanks Class Action Settlement, which you addressed to a variety of persons and entities, including Judge Douglas P. Woodlock. While we are willing to answer whatever questions you may have regarding the Class Action Settlement, we are unable to represent you as an individual as it is inconsistent with our representation of the class.

    Upon receiving your letter, we contacted counsel for Fairbanks, who conducted an investigation into the issues you raised in your letter. We have since received a response, and I am passing along the information we received, without any independent ability to verify the information.

    In your letter, you list several fees that Fairbanks charged you, which you do not believe were warranted. I will address each fee in turn, according to the information I received today. First, regarding the late fees of $587.00, Fairbanks informed us that your account no longer carries a late charge balance as it was waived in January of 2004. Attached is a ledger of your loan, which indicates a "Late Charge Balance" of $0.00 beginning on January 12, 2004 and remaining at $0.00 up to the present date.

    Second, you state in your letter that Fairbanks has lost your payments, demanded payments they already received, and placed your account in collection when it was current. According to Fairbanks' records, your last payment to them was on April 21, 2004 and you are currently behind by 13 months on your loan. If you wish to dispute whether you have made any of these payments, you may provide Fairbanks with copies of any cancelled checks, money orders, or any other proof you have that you made a payment.

    Fairbanks' records show that there was a gap in your homeowners' insurance coverage between April 18, 2003 and May 28, 2003, which is the reason why you have a charge to your

Joyce Fuller
May 31, 2005
Page 2 of 2

escrow account, totaling $96.94. If you have proof of coverage during this period, you may submit that to Fairbanks under the Reverse and Reimburse program available under the Class Action Settlement. If you were charged for homeowners' insurance during a time period when you had coverage, you should have already received a letter about this from Fairbanks under the Settlement.

The Corporate Advance fees that you were charged were for legal and other fees associated with the foreclosure proceedings and your Chapter 13 bankruptcy.

Finally, in response to your request for a payoff statement, Fairbanks sent you a quote on May 19, 2005, which is good through May 31, 2005. A copy of the payoff quote is attached.

Under the Class Action Settlement, you retain the right to litigate these issues for the purposes of defending a foreclosure action.

I hope that this is helpful in addressing your concerns.

Sincerely,

Shennan Kavanagh

SK
Enclosures
cc:   Niall McCarthy
      Daniel Mulligan
      Kelly Dermody
      Thomas Hefferon
      Andrew Louis