

Daniel Jackson
2932 Rosehill St.
Phila. Pa. 19134
June 1-05

To the Honorable John J. Joseph M. Cakely

I was included in a law suit against Fairbanks capital corporation, they changed the name of the company to Select portfolio Servicing Inc. located in Jacksonville FL 32255 1170

I did not exclude myself from the class action law suit, the terms of the settlement made, I was to receive $385.00 I did not get it. I called up Fairbanks capital corporation about it they told me that they was going to keep the money and charge it to my account for late charges fees and fines, I was told to tell you about it, the Pennsylvania office of the attorney general, Tom Corbett Bureau of consumer protection 21 S. 12th Street 2nd floor Philadelphia, Pa. 19107
215-560-2414
So that I can get my money that the

Redress. I heard said that I was to receive the results of the class action. As such I am sending you a copy of that transaction for that certain amount of money, under the terms of the settlement. I was told that it will be over by the 5th of March '05.

Thank you.

David Patron

P.S. notified by the Honorable Douglas P. Woodock, United States District Judge, Boston Massachusetts By order of the court.

(Have a good day)

**ACTIVITY THIS PERIOD** ( 11/18/04 thru 12/20/04 ) CONTINUED

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | FEES | TOTAL |
|---|---|---|---|---|---|---|---|
| 12/13 | PAYMENT | 0.00 | 0.00 | 0.00 | 385.68- | 0.00 | 385.68- |
| 12/13 | PAYMENT | 88.97 | 243.32 | 53.39 | 0.00 | 0.00 | 385.68 |
| 12/17 | INTEREST ON ADVANCES ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.55- | 0.55- |
| 12/20 | LATE CHARGE ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | 16.61- | 16.61- |

## ACTIVITY THIS PERIOD  ( 11/18/04 thru 12/20/04 )

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | FEES | TOTAL |
|---|---|---|---|---|---|---|---|
| 11/18 | F/C BPO ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | 85.00- | 85.00- |
| 11/18 | LATE CHARGE ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | 16.61- | 16.61- |
| 11/19 | INTEREST ON ADVANCES ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.35- | 0.35- |
| 12/03 | INTEREST ON ADVANCES ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | 1.05- | 1.05- |
| 12/03 | INTEREST ON ADVANCES WAIVED | 0.00 | 0.00 | 0.00 | 0.00 | 1.70 | 1.70 |
| 12/06 | PROP INSPECTION ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | 10.35- | 10.35- |
| 12/10 | HAZARD INS | 0.00 | 0.00 | 34.00- | 0.00 | 0.00 | 34.00- |
| 12/10 | INTEREST ON ADVANCES ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.54- | 0.54- |
| 12/13 | PAYMENT | 0.00 | 0.00 | 0.00 | 350.00 | 0.00 | 350.00 |

### IMPORTANT MESSAGES

We recently entered into a settlement with respect to certain class action lawsuits which questioned amounts charged in connection with our servicing on mortgage loans. Under the terms of the settlement you are entitled to the credit listed in the "Activity This Period" section of this statement.

Your account is now 60 days past due. To arrange a reinstatement or to address any questions regarding this statement, please contact one of our Loan Counselors at: 1-800-934-2121.

COUPON WITH PAYMENT