# RODDY KLEIN & RYAN

Attorneys at Law

727 Atlantic Avenue, 2nd Floor
Boston, Massachusetts 02111

Shennan Kavanagh

Tel. (617) 357-5500 ext. 12
Fax (617) 357-5030
kavanagh@roddykleinryan.com

June 8, 2005

Richard Nici
Docket Clerk to Judge Douglas P. Woodlock
USDC District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02210

Re:   Judge Woodlock's Inquiry Pertaining To Fairbanks Settlement
      Class Member David Jackson

Dear Mr. Nici:

Per Judge Woodlock's request, we have reviewed the correspondence you received from David Jackson, a class member in the Fairbanks Capital (now known as "Select Portfolio Services") Class Action Settlement.

Our letter in response to Mr. Jackson's inquiry is attached.

Please call me should you have any further questions or concerns. Thank you.

Sincerely,

Shennan Kavanagh

SK
cc:   Niall McCarthy
      Daniel Mulligan
      Kelly Dermody
      Thomas Hefferon
      Andrew Louis

# RODDY KLEIN & RYAN

Attorneys at Law

727 Atlantic Avenue, 2nd Floor
Boston, Massachusetts 02111

Shennan Kavanagh

Tel. (617) 357-5500 ext. 12
Fax (617) 357-5030
kavanagh@roddykleinryan.com

June 8, 2005

Mr. David Jackson
2932 Rosehill Street
Philadelphia, PA 19134

    Re:    <u>Fairbanks Capital Corporation Class Action Settlement</u>

Dear Mr. Jackson,

    We are in receipt of your letter dated June 1, 2005, which you addressed to the court regarding the Fairbanks Capital Corporation, now known as Select Portfolio Servicing ("SPS") Class Action Settlement.

    In your letter, you indicated that you were entitled to receive $385.00 under the settlement, but SPS credited the funds to your existing account rather than sending you a check. There were two parts of the settlement under which class members receive monetary relief, the Redress Fund and the Reverse or Reimburse program.

    Under the Redress Fund, class members who were improperly charged for late fees, default-related fees, prepayment penalties or foreclosure-related fees received a check for a portion of the amount of such fees they paid.

    Under the Reverse or Reimburse program, class members who currently have a loan serviced by SPS received a credit to their account in lieu of a check. This program applies to the following types of charges: 1) homeowners' insurance charges imposed by Fairbanks when the borrower already had an existing policy of homeowners' insurance; 2) tax penalties and/or interest and charges resulting from Fairbanks' failure to make timely tax payments from the borrower's escrow account; 3) property appraisal and inspection fees for brokers' price opinions and inspections that were not completed; 4) excess interest collected at payoff and not previously refunded, and 5) excess interest collected due to rounding errors.

    The charges listed in the "Activity This Period" section of your statement that you attached to your letter appear to be the types of charges which fall under the Reverse or Reimburse program, therefore you received a credit for the $385.68 to your existing account.

Sincerely,

*Shennan Kavanagh*
Shennan Kavanagh

SK



David Jackson
2932 Rosehill St
Phila. Pa. 19134
June 1-05

To the Honorable John Joseph Moakley
I was included in a law suit against Fairbanks capital corporation, they changed the name of the company to Select Portfolio Servicing inc located in Jacksonville FL 32255 1170
I did not exclude myself from the class action law suite, the terms of the settlement was, I was to receive $385.00 I did not get it. I called up Fairbanks capital corporation about it they told me that they was going to keep the money and charge it to my account for late charges fees and fines, I was told to tell you about it, the pennsylvania office of the attorney General, Tom Corbett Bureau of consumer protection 21 S. 12th Street 2 rd floor philadelphia, pa. 19107
215-560-2414

Redress of and said that I was to receive the results of the class action. of all sorts I am sending you a copy of that Transaction for that certain amount of money, under the terms of the Settlement I was told that it will be over by the 5th of March — 05

Thank you.

David Patton

P.S. notified by the Honorable Douglas P. Woodlock, United States District Judge, Boston Massachusetts

By order of the court.

(Have a good day)

**ACTIVITY THIS PERIOD** ( 11/18/04 thru 12/20/04 ) CONTINUED

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | FEES | TOTAL |
|---|---|---|---|---|---|---|---|
| 12/13 | PAYMENT | 0.00 | 0.00 | 0.00 | 385.68- | 0.00 | 385.68- |
| 12/13 | PAYMENT | 88.97 | 243.32 | 53.39 | 0.00 | 0.00 | 385.68 |
| 12/17 | INTEREST ON ADVANCES ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.55- | 0.55- |
| 12/20 | LATE CHARGE ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | 16.61- | 16.61- |

## ACTIVITY THIS PERIOD  ( 11/18/04 thru 12/20/04 )

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OTHER | FEES | TOTAL |
|---|---|---|---|---|---|---|---|
| 11/18 | F/C BPO ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | 85.00- | 85.00- |
| 11/18 | LATE CHARGE ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | 16.61- | 16.61- |
| 11/19 | INTEREST ON ADVANCES ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.35- | 0.35- |
| 12/03 | INTEREST ON ADVANCES ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | 1.05- | 1.05- |
| 12/03 | INTEREST ON ADVANCES WAIVED | 0.00 | 0.00 | 0.00 | 0.00 | 1.70 | 1.70 |
| 12/08 | PROP INSPECTION ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | 10.35- | 10.35- |
| 12/10 | HAZARD INS | 0.00 | 0.00 | 34.00- | 0.00 | 0.00 | 34.00- |
| 12/10 | INTEREST ON ADVANCES ASSESSMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.54- | 0.54- |
| 12/13 | PAYMENT | 0.00 | 0.00 | 0.00 | 350.00 | 0.00 | 350.00 |

## IMPORTANT MESSAGES

We recently entered into a settlement with respect to certain class action lawsuits which questioned amounts charged in connection with our servicing on mortgage loans. Under the terms of the settlement you are entitled to the credit listed in the "Activity This Period" section of this statement.

Your account is now 60 days past due. To arrange a reinstatement or to address any questions regarding this statement, please contact one of our Loan Counselors at: 1-800-934-2121.

COUPON WITH PAYMENT