# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP. et al.,<br><br>Defendant. | Civil Action No. 03-12219-DPW |
| ALANNA L. CURRY, *et al.*,<br>Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP.,<br><br>Defendant. | Civil Action No. 03-10895-DPW |

## MOTION FOR CONTEMPT AGAINST THE DEFENDANT

COMES NOW, Plaintiff moved for this court to issue a contempt order against the defendant based upon the facts stated on the brief.

Also plaintiff move for the court to issue the order without court hearing due to fact that plaintiff reside out of the State.

Respectfully submitted

SHADE LAWAL

6210 South Gordon Road
Austell, Georgia 30168
770-572-7641