NICHOLAS A. ORRIN
2241 CAMEL AVENUE
BENSALEM, PA  19020
(215)-750-7411



12 AUGUST 2005

FEDERAL TRADE COMMISSION
MR. WILLIAM BLUMENTHAL, GENERAL COUNSEL
OFFICE OF THE GENERAL COUNSEL
600 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C.  20580

**RE: ALLEGED CONTINUING ILLEGAL BUSINESS PRACTICES OF SELECT PORTFOLIO SERVICING, INC., (FORMERLY KNOWN AS FAIRBANKS CAPITAL CORP.)**

DEAR SIR:

<u>**PLEASE HELP US--**</u>AS WE ARE ABOUT TO UNLAWFULLY

LOSE OUR HOME !!

The U.S.DISTRICT COURT Settlement of November 2003 by Fairbanks

Capital Corp., brought on by the discovery of Illegalities by the Federal Trade

Commission and the U.S. Dept. of Housing and Urban Development--DID NOT

TERMINATE THE ALLEGED ONGOING WHITE COLLAR THEFT, that made

Federal Court Action necessary in the first place two years ago. ( I have enclosed

documents relating to said Court Action, as well as letters we have written to Select

Portfolio in many attempts to resolve this unending nightmare).  The FTC and HUD

charged Fairbanks with engaging in a variety of unfair, deceptive, and illegal

practices in the servicing of Home Mortgage Loans, such as--Charging Customers

for insurance they already had, and Failing to post loan payments in a timely manner

which led to illegal late fees, which they felt gave them the right to wrongfully add

various charges to an account,--ultimately increasing their profits **dramatically.**

1

**THEY PAID OVER FORTY MILLION TO RIGHT AND RESOLVE THEIR LURID PAST.--I WANT NOTHING FROM THEM OTHER THAN TO BE ASSURED THAT WHEN I SEND A LOAN PAYMENT TO SELECT PORTFOLIO, <u>IT CREDITS TO OUR ACCOUNT--CORRECTLY--TOWARD PRINCIPLE AND INTEREST, AND DOES NOT FIND ITS WAY INTO SOMEONES POCKET.....ALSO THEY MUST CLEAN UP THIS CURRENT MESS, (CREATED BY THEM).</u>**

FAIRBANKS DID CHANGE THEIR NAME, TO SELECT PORTFOLIO SERVICING, INC. TO DISTANCE THEMSELVES FROM THE PUBLIC DISGRACE OF BEING CAUGHT STEALING, HOWEVER AFTER THE NAME CHANGE IT HAS BEEN BUSINESS AS USUAL. **<u>ALLEGED THEFT IS ONGOING AND CONTINUING AS IN PRIOR YEARS.--</u>**EITHER THAT OR THEY CONSISTENTLY KEEP HORRENDOUSLY INACCURATE RECORDS. THE MANAGEMENT OF SELECT PORTFOLIO IS EITHER INCREDIBLY STUPID OR EXTREMELY DARING, OR MAYBE THEY'RE JUST TRYING TO GET THE 40 MILLION BACK.....IF THIS ALLEGED THEFT IS PERMITTED TO CONTINUE UNCHECKED BY STATE AND FEDERAL GOVERNMENT— UTTER CHAOS IN THE AMERICAN MORTGAGE BANKING INDUSTRY WILL RESULT.

Select Portfolio Servicing is **Not** crediting our account for monthly mortgage remittances made by me over several years. I have irrefutable bank documentation which clearly proves that our mortgage is current. ATTEMPTING TO RESOLVE THIS MATTER WITH SELECT PORTFOLIO HAS CONSTANTLY FALLEN ON

2

THE DEAF EARS OF THEIR VERY IGNORANT CUSTOMER SERVICE DEPT.

My proof that I am current is: I am a Federal Government Employee. In 2002 I was furloughed from my job due to temporary lack of work—and I was not eligible to receive Penna. Unemployment Compensation Benefits. At this time we fell into serious arrears with our mortgage. Fortunately we were able to receive State Assistance in the form of a mortgage loan from Penna. Housing Finance Agency, who made a one time payment of $12,623.19 to Fairbanks Capital to bring our mortgage current. This payment was made on 17 Dec 2002. (I'm sure that Penna. Housing will verify this). For the first time in several months OUR MORTGAGE WAS CURRENT!

From that day on until today to **STAY** current I would have had to make 32 additional monthly remittances. I have clear Bank evidence that ALL 32 OF THESE PAYMENTS WERE IN FACT TENDERED TO FAIRBANKS / SELECT PORTFOLIO, WHICH BY DOING SO HAS IRREFUTABLY MAINTAINED OUR MORTGAGE IN A CURRENT STATUS. THESE PAYMENTS DURING THIS TIME TOTAL CLOSE TO $50,000.00.

WHERE THE PROBLEM ARISES IS THAT SELECT PORTFOLIO IS MAINTAINING THEIR POSITION THAT WE ARE **CURRENTLY $9,110.78 IN ARREARS** AND **DUE TO THIS EXTREMELY INACCURATE CONCLUSION, THEY HAVE DECIDED TO FORECLOSE ON OUR HOME !**

I do not believe that today, (AFTER THE COURT SETTLEMENT), that we are the only homeowners that Select Portfolio is PREYING ON. **I believe that many Taxpaying Homeowners are having difficulties with Select Portfolio** but may be

3

unaware of the theft--or quite possibly have filed complaints against Select

Portfolio to protect their own rights.

I initially became aware of this problem November of 2004, when noticing a

monthly statement from Select that indicated that we were seriously in arrears (five

months behind) with our Select Portfolio Mortgage Account.  Interestingly, they did

not threaten to foreclose at this time.  (I believe most mortgage banks will institute

litigation if one is 3 months behind.)  I had a bad habit at that time, which was not to

pay too much attention to their monthly statements, as I paid this obligation monthly

**on-line**—which didn't require me to open their envelope to tear off a pay stub.

I quickly telephoned their Customer Service Dept.  They stated that

according to their records the monthly statement was accurate.  I was told that we had

to sign a "Forbearance Agreement" and return it to them right away.  The agreement

stated that I was to remit our regular payment and an additional $600.00 each

month until we were caught up.  According to them, taking this action was the only

way we could save our home.  We were to say the least--in shock and disbelief.  For

the first time in years we had felt in control of our finances.  While awaiting their

documents, I conducted a thorough investigation of our account and **without**

**question** discovered that the Select Portfolio records were **woefully incorrect.**  At

this point we wrote the first of several letters to them.  It doesn't matter how many

times we telephoned or how many times we wrote them, I could not get them to see

that their records were in error.  We never did sign or return the Forbearance

Agreement as I felt that this was yet another one of their allegedly illegal money

making schemes.  Even if there was any way we could have agreed with Select

4

Portfolio records, It is my strong belief that this matter would not have been resolved. When dealing with criminals the crimes don't cease, but they can and will compound.

I recently filed a complaint with the Federal Trade Commission, which is under investigation, they recommended that I also file a complaint with the Pennsylvania Office of the Attorney General-which I have just done. My letter today is a follow-up for the purpose of providing additional information.

I am hopeful that your office will assist us with this major problem, so that the fruit of Our Lifes' Work, **OUR HOME** will not be stolen from us by these white collar criminals. Something has to be done--THIS CREATIVE BUT **UNLAWFUL** METHOD OF MAKING MONEY THAT FAIRBANKS CAPITAL / SELECT PORTFOLIO HAS DEVELOPED, MUST CEASE NOW AND PERMANENTLY !

We did not apply for a loan with Fairbanks, the firm we applied with sold our mortgage to Fairbanks. When we've attempted to apply for a new mortgage refinance **to be rid of Select Portfolio**--they got us declined by saying we were constantly late with our payments, when in fact they choose to take their time posting payments to make it appear that we remitted late. Each time they lie about us to other mortgage companies they lower our credit score—they have come very close to ruining us financially,--and this ordeal has taken a major toll on our health and well being. Recently I've begun considering possible options of pursuing legal redress.

**If in fact, one chooses to believe them for whatever reason--I ask is not $9,000.00+ somewhat extremely excessive for late charges for a 2 ½ year period ?** Our mortgage payment is $1,497.00 per month, but this varies according to additional

5

charges they'll tack on. On many occasions the full amount remitted did not get applied to Principle and Interest but large portions of my payment were applied to one of their other **Creative Funds. WE ARE UNABLE TO FINANCIALLY AFFORD THE GAMES THAT SELECT PORTFOLIO CHOOSES TO PLAY !** We are Honest, Hard Working, Tax Paying Citizens of this Great Country, we need your assistance to terminate this alleged ongoing unlawful activity.

I recently caught them in a lie. They stated that they were still awaiting verification that my mortgage was brought current in December of 2002 via assistance from Pennsylvania Housing Finance Agency. ( When attempting to deal with them or resolve a problem, they consistently go into RIDDLE MODE) Penna. Housing at the time stated very clearly that monies applied to my mortgage must bring it CURRENT or they could not participate. The verification I forwarded to Select Portfolio (via Certified Mail Return Receipt) was a copy of the loan contract from Penna. Housing and Finance Agency which is what they asked me for. They state that this has never been received by them, however they did sign for it upon delivery.

Over the last three years I have continually requested from them an Amortization Schedule for this loan, so that I can remit additional principle monthly. This would be a major benefit to us in that I could completely pay off our mortgage quite a few years sooner than scheduled. All requests by us for this Amortization Schedule have been ignored by initially Fairbanks Capital and more recently by Select Portfolio.

I HAVE FORWARDED COPIES OF THIS LETTER AND OTHER

6

DOCUMENTS TO STATE AND FEDERAL LAW ENFORCEMENT AGENCIES,AS WELL AS VARIOUS MEMBERS OF THE NATIONAL MEDIA. I FELT THAT CONTACTING PRINT AND ELECTRONIC NEWS SOURCES ABOUT THIS VERY IMPORTANT MATTER WAS URGENTLY NECESSARY. IT IS MY HOPE THAT UPON NEWS MEDIA INVESTIGATION AND POSSIBLE RESULTING PUBLICITY, **OTHER CITIZENS** WHO ARE ALSO DEALING WITH SELECT PORTFOLIO—OR OTHER ALLEGEDLY UNSCRUPULOUS MORTGAGE SERVICING FIRMS OR BANKS WILL BE **ALERTED.** YES, BASED ON MY LEGAL RESEARCH, I KNOW THAT THERE ARE OTHER COMPANIES ACROSS THE NATION OPERATING IN THE SAME ALLEGEDLY UNLAWFUL MANNER AS SELECT PORTFOLIO. THEY ARE SLOWLY BEING BROUGHT TO JUSTICE.....**IF THIS ILLEGAL ACTIVITY WERE TO INCREASE, CAN ONE POSSIBLY IMAGINE THE DESTRUCTIVE EFFECT THIS WOULD HAVE ON THE PUBLIC GOOD FAITH AND RELIANCE THAT OUR NATION'S MORTGAGE BANKING ENTITIES ARE,--OR ARE NOT IN FACT TRUSTWORTHY. ULTIMATELY CAN ONE IMAGINE THE DELETERIOUS EFFECT THIS WOULD HAVE ON THE U.S. ECONOMY ?**

**PEOPLE ARE LOSING THEIR HOMES—DUE SOLEY TO THE UNENDING GREED OF WHITE COLLAR CRIMINALS OPERATING IN THE FOR THE MOST PART HONEST U.S. MORTGAGE BANKING INDUSTRY. THESE PEOPLE HAVE BRAZENLY CHOSEN TO IGNORE THE FEDERAL COURTS, AS WELL AS LAW ENFORCEMENT TO**

**ARRIVE AT THEIR UNLAWFUL ENDS.**

**Every homeowner across the Nation has to make it a habit to not take for granted that their Monthly Mortgage Statement is accurate, but instead to check it carefully and continually, and ask questions.**

I FULLY WELCOME THE ASSISTANCE, ADVICE AND GUIDANCE OF ANY CONCERN RECEIVING THIS INFORMATION.

**THERE IS ONE SURE THING IN THIS LIFE—ANYONE TRYING TO UNLAWFULLY TAKE OUR HOME IS IN FOR A MAJOR FIGHT !**

Thank you.

Very truly yours,

NICHOLAS A. ORRIN

**cc:  UNITED STATES DEPT OF HOUSING & URBAN DEVELOPMENT**

**PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL**

**OFFICE OF THE ATTORNEY GENERAL OF FLORIDA**

**UTAH OFFICE OF THE ATTORNEY GENERAL**

**COMMONWEALTH OF PENNA. DEPT OF BANKING**

**FLORIDA OFFICE OF FINANCIAL REGULATION**

**UTAH DEPT OF FINANCIAL INSTITUTIONS**

**PENNA. HOUSING FINANCE AGENCY, HEMAP**

**SELECT PORTFOLIO SERVICING, INC.**

**THE NEW YORK TIMES**

**THE LOS ANGELES TIMES**

8

**THE WASHINGTON POST**

**THE CHICAGO SUN-TIMES**

**CABLE NEWS NETWORK**

**CBS NEWS**

**NBC NEWS**

**ABC NEWS**

**THE SALT LAKE CITY TRIBUNE**

**THE FLORIDA TIMES-UNION**

**INFINITY BROADCASTING**

**FOX NEWS CORP.**

**ST. LOUIS POST-DISPATCH**

**NEW YORK POST**

**BUCKS COUNTY HOUSING GROUP**

**THE PHILADELPHIA INQUIRER**

**EQUIFAX, EXPERIAN, TRANS UNION CREDIT REPORTING**

**HONORABLE, JUDGE DOUGLAS P. WOODLOCK**

**HSBC MORTGAGE SERVICES**

**GRANT, KLEIN & RODDY ATTORNEYS**

**COTCHETT, PITRE, SIMON & McCARTHY LLP**

**STUART A. EISENBERG, ESQ.**

**ENCLOSURES**

*COPY*

*(Tammy for POA Nicholas)*

### A/K/A BUCKS COUNTY TAX PARCEL # 2-49-18-1

### PENNSYLVANIA HOUSING FINANCE AGENCY
### HOMEOWNER'S EMERGENCY MORTGAGE ASSISTANCE PROGRAM
### OPEN-END MORTGAGE
(This mortgage secures future advances.)

THIS MORTGAGE, entered into this ___2nd___ day of ___Dec.___ , ___2002___ .by and between TAMMY D ORRIN AND NICHOLAS A ORRIN  (herein Borrower) residing at  2241 CAMEL AVENUE BENSALEM PA 19020 BUCKS COUNTY /BENSALEM TOWNSHIP

AND

the PENNSYLVANIA HOUSING FINANCE AGENCY, (herein "PHFA" or "AGENCY"), a public corporation and government instrumentality, created by and existing pursuant to the Housing Finance Agency Law (35 P.S. Section 1680.101 et seq., as amended, hereinafter referred to as "Act"), having its principal office at 2101 North Front Street, City of Harrisburg, County of Dauphin, Commonwealth of Pennsylvania.

WHEREAS, the Borrower is indebted to PHFA in an amount not to exceed the principal sum of  TWENTY EIGHT THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS  ($ 28,500.00 ) Dollars, which indebtedness is evidenced by the Borrower's Note dated this date, (herein "Note"), providing for the payment of installments of principal and interest, when required pursuant to its terms.  This Mortgage is given by the Borrower to PHFA to secure any and all sums loaned by PHFA on behalf of the Borrower pursuant to the Homeowner's Emergency Mortgage Assistance Program, established by Act 91 of 1983, any subsequent amendments.  The sums secured by this Mortgage are evidenced by a Note between the parties, and include the following:

    A.  All sums advanced by PHFA to satisfy delinquent mortgage obligations of the Borrower to one or more mortgage lenders holding security on the real property described below.

    B.  All sums that will be advanced by PHFA in the future on behalf of the Borrower to maintain such mortgage obligations in current status.

    C.  Any related costs, fees, taxes or other expenses advanced on behalf of the Borrower by PHFA.

    D.  Any interest owed by the Borrower to PHFA that accrues on the principal sums that have been advanced.

To secure the repayment of such sums, Borrower does hereby mortgage grant and convey to PHFA the following described real property, located in the County of  BUCKS , Commonwealth of Pennsylvania, which real property has the address of 2241 CAMEL AVENUE BENSALEM PA 19020, and is described as follows :  See Appendix "A" attached herein.  TOGETHER with all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances, rents, royalties, mineral, oil and gas rights and profits, water, water rights, and water stock, and all fixtures now or hereafter attached to the property, all of which, including replacements and additions thereto, shall be deemed to be and remain a part of the property covered by this Mortgage; and all of the foregoing, together with said property and herein referred to as the "Property."

### BORROWER AND PHFA COVENANT AND AGREE AS FOLLOWS:

1.  **BORROWER'S COVENANT.** Borrower covenants that Borrower is lawfully seized of the Property hereby conveyed and has the right to mortgage, grant and convey the Property to PHFA.

2.  **REPAYMENT.** The Borrower agrees to repay all sums of money loaned pursuant to this Agreement in periodic monthly installments as directed by PHFA.  Repayment is to be made as required by the terms of Act 91 of 1983 and applicable amendments.  The amount to be repaid each month will be determined by the PHFA based upon financial information submitted to it by the Borrower.

  In the even there is more that one Borrower, the obligation of each shall be joint and several.

3.  **INTEREST.** Except when otherwise provided in the Note, interest shall accrue on the sums advanced pursuant to this Mortgage at the rate of nine percent (9%) per annum.  Such interest shall only accrue when permitted to do so by Act 91 of 1983, or any amendments thereto.

4.  **DEFAULT.** If Borrower fails to make timely payments of principal and interest as required by this Mortgage or its accompanying Note, or if the Borrower violates any other term of this Mortgage or its accompanying Note, which violation is not remedied within a period of thirty (30) days, the PHFA may

1

declare this Mortgage to be in default, and it may accelerate all outstanding indebtedness, by declaring all sums remaining due under this Mortgage to be immediately due and payable in their entirety. In such an event, PHFA may institute an action of mortgage foreclosure against the Borrower, or such other form of civil action as is determined appropriate by PHFA. If it is necessary for PHFA to institute such legal action, Borrower agrees that it will pay all costs and reasonable attorney's fees actually incurred by PHFA.

5.    PRESERVATION AND MAINTENANCE OF PROPERTY.     Borrower shall maintain the Property secured by this Mortgage in good repair and shall not commit waste or permit impairment or deterioration of the Property.

6.    INSPECTION.    PHFA may make or cause to be made reasonable entries upon and inspection of the Property, provided that PHFA shall give Borrower notice prior to any such inspection specifying reasonable cause therefore to PHFA's interest in the Property.

7.    TAXES AND INSURANCE.   The Borrower agrees that all real estate taxes, water and sewage charges, and other charges that are levied against the premises shall be paid in a timely manner, and that the Borrower will not permit any liens of any kind to be placed on the premises by a taxing or other authority. Borrower further agrees that it will maintain adequate liability and hazard insurance to protect the Mortgage Premises against risk of loss, and that PHFA will be named as an additional mortgagee on any such policy.
 In the event that Borrower fails to maintain adequate liability and hazard insurance as required by this paragraph, then PHFA may obtain such coverage, and add its cost to the amount owed to it by the Borrower.

8.    INSURANCE PROCEEDS. In the event that proceeds of an insurance claim are paid to Borrower, the Borrower hereby agrees that they will immediately satisfy the indebtedness owed PHFA, by either payment in full or PHFA may, at its option, allow said funds to be used for reconstruction of subject premises.

9.    CONDEMNATION.   The proceeds of any award or claim for damages, direct or consequential, in connection with any condemnation or other taking of the Property, or part thereof, or for conveyance in lieu of condemnation, are hereby assigned and shall be paid to PHFA in an amount sufficient to satisfy any outstanding indebtedness owed to PHFA.

10.  PREPAYMENT PERMITTED. The Borrower may prepay the sums loaned pursuant to this Mortgage in whole or in part at any time without penalty.

11.  TRANSFER OF THE  PROPERTY; DUE ON SALE.. If all or any part of the Property or an interest therein is sold or transferred by Borrower without PHFA's prior written consent, excluding:(a) the creation of a lien or encumbrance subordinate to this Mortgage, (b) the creation of a purchase money security interest for household appliances, (c) transfer by devise, descent or by operation of law upon the death of a joint tenant, or (d) the grant of any leasehold interest of three years, or less in a part of the property, not containing an option to purchase, PHFA may, at PHFA's option, declare all the sums secured by this Mortgage to be immediately due and payable.

12.  REMEDIES CUMULATIVE.  All remedies provided in this Mortgage are distinct and cumulative, to any other right or remedy under this Mortgage, the other loan documents, or afforded by law or equity, and may be exercised concurrently, independently or successively.

13.  FORBEARANCE BY PHFA NOT A WAIVER.  Any forbearance by PHFA in exercising any right or remedy hereunder, or otherwise afforded by applicable law shall not be a waiver of or preclude the exercise of any such right or remedy at any appropriate time.

14.    GOVERNING LAW:SEVERABILITY. This Mortgage shall be governed by the laws of the Commonwealth of Pennsylvania. In the event that any provision or clause of this Mortgage or Note conflicts with applicable law, such conflict shall not affect other provisions of this Mortgage or Note which can be given effect without the conflicting provision, and to this end the provisions of the Mortgage and Note are declared to be severable.

15.  SUCCESSORS AND ASSIGNS BOUND.  The covenants and agreements herein contained shall bind, and the rights hereunder shall inure to, the respective successors, administrators, executors and/or assigns of PHFA and Borrower.

16.  NOTICE.  Except for any notice required under applicable law to be given in another manner,(a) any notice to Borrower provided for in this Mortgage shall be given by mailing such notice by first class or registered or certified mail addressed to Borrower at the Property address or at such other addresses as Borrower may designate by notice to PHFA as provided herein, and (b) any notice to PHFA shall be given by first class or registered or certified mail, return receipt requested, to PHFA's address stated herein or to such other address as PHFA may designate by notice to Borrower as provided herein.  Any notice provided for in

2

this Mortgage shall be deemed to have been given to Borrower or PHFA when given in the manner designated herein.

IN WITNESS WHEREOF, borrower has executed this Mortgage.

_____                    _____ (SEAL)
                                                   **TAMMY D ORRIN**

_____                    _____ (SEAL)
                                                   **NICHOLAS A ORRIN**

COMMONWEALTH OF PENNSYLVANIA  )
                                                   ) SS:
COUNTY OF _____ )

On    this,    the    _____    day    of    _____, _____    before    me,
_____,    the    undersigned    officer,    personally    appeared
_____known to me(or satisfactorily
proven) to be the person whose name(s) is (are) subscribed to within instrument and acknowledged that
_____ executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal. _____
                                                                   Notary Public

                                                                   (SEAL)

I hereby certify that the principal place of business and complete post office address of the within-named Mortgagee is, and after recordation this Mortgage should be returned to :

       **Pennsylvania Housing Finance Agency**
       **Homeowner's Emergency Mortgage Assistance Program**
       **2101 North Front Street**
       **P.O. Box 15530**
       **Harrisburg, Pennsylvania 17105-5530**

                                      By_____
                                          **Closing Agent for Mortgagee**

COMMONWEALTH OF PENNSYLVANIA   )
                                                   ) SS:
COUNTY OF _____ )

RECORDED  on this _____ day of _____ , _____ in the Office of the Recorder of Deeds in and for said County, in Mortgage Book _____, Volume _____, Page _____.
GIVEN UNDER  my hand and seal of office the date above written.

                                    _____
                                      **Recorder of Deeds**

3



**FEDERAL TRADE COMMISSION**
FOR THE CONSUMER                                    Search:

HOME | CONSUMERS | BUSINESSES | NEWSROOM | FORMAL | ANTITRUST | CONGRESSIONAL | ECONOMIC | I
Privacy Policy | About FTC | Commissioners | File a Complaint | HSR | FOIA | IG Office | En Español

For Release: November 12, 2003

**Related Documents:**

## Fairbanks Capital Settles FTC and HUD Charges

***Agencies Allege Fairbanks Engaged in Illegal Practices in Servicing Subprime Loans;***
***Defendants Will Pay Over $40 Million for Consumer Refunds***

The Federal Trade Commission today announced settlements with Fairbanks Capital Holding Corp.,
its wholly-owned subsidiary Fairbanks Capital Corp., and their founder and former CEO, Thomas D.
Basmajian (collectively, Fairbanks). In separate settlements, the corporate defendants will pay $40
million in redress to consumers, and defendant Basmajian will pay $400,000 in redress. In a
complaint filed in federal district court, the FTC charges Fairbanks with engaging in a variety of
unfair, deceptive, and illegal practices in the servicing of subprime mortgage loans. According to the
FTC, the defendants, among other things, failed to post consumers' mortgage payments in a timely
manner and charged consumers illegal late fees and other unauthorized fees. The settlements are
contingent on approval by a federal district court in Massachusetts, and the settlement with the
corporate defendants will be coordinated with a related settlement in a class action lawsuit. The
case was jointly filed with the U. S. Department of Housing and Urban Development (HUD).

"Consumers should be treated fairly and honestly in the servicing of their loans," said Timothy J.
Muris, Chairman of the FTC. "It is particularly important that the Commission stop unfair or
deceptive practices in this industry, because consumers have no choice about who services their
home loans – and it can be extremely difficult for subprime borrowers to avoid an abusive servicer
by refinancing or paying off their loans."

HUD Secretary Mel Martinez said, "Today's settlement makes clear that HUD and FTC are serious
about protecting consumers from those who would try to steal their American Dream.

The message we are sending is clear – those who seek to take advantage of unsuspecting
homeowners will be tracked down and held accountable."

Subprime lending refers to the extension of credit to persons who are considered to be higher risk
borrowers. Fairbanks is a financial services company specializing in the servicing and resolution of
subprime mortgage loans. Fairbanks does not originate loans, but collects and processes loan
payments from borrowers on behalf of the owner of the mortgage notes. Headquartered in Salt Lake
City, Utah, Fairbanks is one of the country's largest servicers of subprime mortgage loans. The FTC
alleges that Fairbanks engaged in a myriad of unfair, deceptive, and illegal practices in collecting
and processing consumers' loan payments.

### ALLEGED LAW VIOLATIONS

The complaint charges Fairbanks with violating several federal laws, including the FTC Act, the Fair
Debt Collection Practices Act (FDCPA), the Fair Credit Reporting Act (FCRA), and the Real Estate
Settlement Procedures Act (RESPA) enforced by HUD.

### FTC Act Violations

The FTC alleges that, in servicing loans, Fairbanks frequently:

- failed to post consumers' mortgage payments in a timely and proper manner, and then charged
  consumers late fees or additional interest for failing to make their payments "on time";

- charged consumers for placing casualty insurance on their loans when insurance was already in

**United States of Ame**
**Fairbanks Capital Co**
**Fairbanks Capital Hol**
**Corp., and Thomas D**
**Basmajian (District of**
**Massachusetts), (File**
3014)

**FTC Subprime Lendir**
**(since 1998)**

**Consumer Informatio**
Mortgage Servicing: M:
Your Payments Count

Servicios Hipotecarios:
Estar Seguro de que se
se Acrediten
Mortgage Servicing: Mak
Your Payments Count

http://www.ftc.gov/opa/2003/11/fairbanks.htm                              8/9/2005

place;

- assessed and collected improper or unwarranted fees, such as late fees, delinquency fees, attorneys' fees, and other fees; and

- misrepresented the amounts consumers owed.

**Fair Debt Collection Practices Act**

The complaint also alleges that Fairbanks violated several provisions of the FDCPA, in connection with collecting loans that were in default when Fairbanks obtained them. Specifically, the FTC alleges that the defendants falsely represented the character, amount, or legal status of consumers' debts; communicated or threatened to communicate credit information which was known or which should have been known to be false, including the failure to communicate that a debt was disputed; used false representations or deceptive means to collect or attempt to collect a debt, or to obtain information concerning a consumer; collected amounts not authorized by the agreement or permitted by law; and failed to validate debts.

**Fair Credit Reporting Act**

The FTC alleges that the defendants furnished information about consumers' payment status to consumer reporting agencies when they knew or consciously avoided knowing that the information was inaccurate. Also, when consumers informed the defendants that they disputed the reported information, the defendants did not report the dispute to the consumer reporting agencies.

**Real Estate Settlement Procedures Act**

RESPA is a federal statute that requires loan servicers to respond to borrowers' written requests about their loans and to make timely insurance and property tax payments on behalf of borrowers and otherwise properly administer their escrow accounts. In the complaint, HUD alleges that the defendants failed to timely and adequately acknowledge, investigate, and respond to borrowers' written requests for information about the servicing of their loans and escrow accounts. HUD also alleges that the defendants failed to make timely payments of escrow funds for insurance premiums and property taxes.

**THE SETTLEMENTS**

The settlements announced today resolve the Commission's and HUD's allegations. If approved, the settlements will require the Fairbanks corporations to pay $40 million, and Basmajian to pay $400,000, to the FTC to be used to compensate consumers who suffered harm from: (1) unauthorized late fees, (2) other fees Fairbanks imposed on consumers it deemed in default, (3) unauthorized prepayment penalties, or (4) other improper practices by Fairbanks related to consumer defaults.

The settlements also enjoin the defendants from future law violations and impose new restrictions on their business practices. The settlements:

- require the defendants to accept partial payments from most consumers and to apply most consumers' mortgage payments first to interest and principal;

- prohibit the defendants from force placing insurance when they know the consumer has insurance or fail to take reasonable actions to determine whether the consumer has insurance;

- enjoin the defendants from charging unauthorized fees, and place limits on specific fees

- require the defendants to acknowledge, investigate, and resolve consumer disputes in a timely manner;

- require the defendants to provide timely billing information, including an itemization of fees charged;

- prohibit the defendants from taking any action toward foreclosure unless they have reviewed the consumer's loan records to verify that the consumer failed to make three full monthly payments, confirmed that the consumer has not been the subject of any illegal practices, and investigated and resolved any consumer disputes;

- prohibit the defendants from piling on late fees in certain situations;

- prohibit the defendants from enforcing certain waiver provisions in forbearance agreements that consumers had to sign to prevent foreclosure; and

- prohibit the defendants from violating the FDCPA, the FCRA, and the RESPA.

To provide further remedial relief to consumers harmed by its practices, Fairbanks will correct certain open accounts that may have been classified wrongly as delinquent, re-classify these accounts as current, and report to any consumer reporting agency previously provided with information about the consumer's account that the account is current and that the prior record of delinquency should be removed from the consumer's report.

Today, the Commission filed the two settlements in U.S. District Court for the District of Massachusetts in Boston for approval. The settlement with the corporate defendants will not become final until the related class action settlement is approved in final form by the Boston court. This process may take several months.

If the court approves it, affected consumers should receive a notice of the settlement in the mail that will explain how they can participate in the redress program. The Commission's toll-free consumer hotline regarding the settlement is 1-800-377-1287. Consumers who have changed their address recently may provide updated contact information by calling the hotline. Consumers also can find information about the settlement on the FTC's Web site at www.ftc.gov. At this time, it is not necessary for consumers to take any action other than watching their mail for notice of the settlement.

## CONSUMER EDUCATION

Today, the Commission also has issued a consumer brochure, "Mortgage Servicing: Making Sure Your Payments Count," to help consumers understand their rights. The brochure explains mortgage servicers' responsibilities, in particular under the RESPA enforced by HUD. The brochure urges consumers to keep records of their payments, insurance coverage, and other information, and explains how consumers can file disputes with their loan servicer. The brochure also includes sample letters that consumers may use when filing a dispute with their lender/servicer or with a credit bureau. The brochure can be found at:
http://www.ftc.gov/bcp/conline/pubs/homes/mortgserv.htm

The Commission vote authorizing the staff to file the complaint and two separate consent orders as to the corporate defendants and Thomas Basmajian was 5-0. They were filed in the U.S. District Court for the District of Massachusetts on November 12, 2003. The settlements require the court's approval.

NOTE: These consent orders are for settlement purposes only and do not constitute an admission by the defendants of a law violation. Stipulated final judgments have the force of law when signed by the judge.

Copies of the complaint and the Consent Orders are available from the FTC's Web site at http://www.ftc.gov and also from the FTC's Consumer Response Center, Room 130, 600 Pennsylvania Avenue, N.W., Washington, D.C. 20580. The FTC works for the consumer to prevent fraudulent, deceptive, and unfair business practices in the marketplace and to provide information to help consumers spot, stop, and avoid them. To file a complaint, or to get free information on any of 150 consumer topics, call toll-free, 1-877-FTC-HELP (1 877-382-4357), or use the complaint form at http://www.ftc.gov. The FTC enters Internet, telemarketing, identity theft, and other fraud-related complaints into Consumer Sentinel, a secure, online database available to hundreds of civil and criminal law enforcement agencies in the U.S. and abroad.

MEDIA CONTACT:

    Brenda Mack
    *Office of Public Affairs*
    202-326-2182

STAFF CONTACT:

    Joel Winston or Lucy Morris
    *Bureau of Consumer Protection*
    202-326-3224

HUD STAFF CONTACT:

    Brian Sullivan
    *HUD Office of Public Affairs*
    202-708-0685

(FTC File No. 032 3014)
(Civil Action No. not available at press time (Defendants Fairbanks Capital))
(Civil Action No. not available at press time (Defendant Basmajian))

(http://www.ftc.gov/opa/2003/11/fairbanks.htm)

HOME | CONSUMERS | BUSINESSES | NEWSROOM | FORMAL | ANTITRUST | CONGRESSIONAL | ECONOMIC | I
Privacy Policy | About FTC | Commissioners | File a Complaint | HSR | FOIA | IG Office | En Español

**FEDERAL TRADE COMMISSION**
FOR THE CONSUMER                     Search:

HOME | CONSUMERS | BUSINESSES | NEWSROOM | FORMAL | ANTITRUST | CONGRESSIONAL | ECONOMIC | LEGAL
Privacy Policy | About FTC | Commissioners | File a Complaint | HSR | FOIA | IG Office | En Español

## FTC Subprime Lending Cases (since 1998):

Fairbanks Capital Corp. - 11/12/03

Stewart Finance Company - 9/4/03

Mercantile Mortgage Company - 7/18/02

Mark Diamond - 7/18/02, settled 11/3/03

Associates First Capital Corp. - filed 3/6/01, settled 9/02

First Alliance Mortgage Company (FAMCO) - filed 10/4/00, settled 3/02

Action Loan Company - 8/24/00

First Plus Financial Group, Inc. - 8/17/00

NuWest, Inc. - 7/18/00

Delta Funding Corp. - 3/30/00

Operation Home Inequity - 7/29/99

    1. **Barry Cooper Properties, Encino, California**

    2. **CLS Financial Services, Inc., Lynnwood, Washington**

    3. **Interstate Resource Corp., Newburgh, New York**

    4. **Capitol Mortgage Corporation, Provo, Utah**

    5. **Granite Mortgage, LLC, Lexington, Kentucky**

    6. **LAP Financial Services, Inc., Louisville, Kentucky**

    7. **Wasatch Credit Corp., Salt Lake City, Utah**

Fleet Finance and Home Equity U.S.A - 6/26/99

Capital City Mortgage Corp. - 1/30/98, settled 2/24/05

p://www.ftc.gov/opa/2002/07/subprimelendingcases.htm                     8/10/2005

FAIRBANKS CAPITAL CORP. SETTLES FEDERAL CHARGES OF LAW VIOLATIONS          Page 1 of 1

# FEDERAL TRADE COMMISSION
### FOR THE CONSUMER

Search:

HOME | CONSUMERS | BUSINESSES | NEWSROOM | FORMAL | ANTITRUST | CONGRESSIONAL | ECONOMIC | LEGAL
Privacy Policy | About FTC | Commissioners | File a Complaint | HSR | FOIA | IG Office | En Español

**Contents**
CONSUMER PROTECTION HOME
CONSUMER INFORMATION
BUSINESS INFORMATION
MEDIA RESOURCES
EN ESPAÑOL
FILE A COMPLAINT
RN DATABASE
PARTNERS
CONSUMER.GOV
ECONSUMER.GOV

**Hot Topics**








**For Consumers**



# FAIRBANKS CAPITAL CORP. SETTLES FEDERAL CHARGES OF LAW VIOLATIONS

**Settlement results in $40 million for consumers harmed by illegal loan servicing practices**

Fairbanks Capital Corp. has paid $40 million to resolve FTC and HUD charges that it engaged in widespread loan servicing abuses. The settlement will provide refunds to consumers whose loans were serviced by Fairbanks between January 1, 1999 and December 10, 2003. The deadline to submit claims was April 24, 2004.

Note: Fairbanks recently changed its name to Select Portfolio Servicing, Inc.

**We mailed redress checks to borrowers who submitted timely claim forms at the end of July, 2004.**

**Frequently Asked Questions, updated April 22, 2005** (PDF)
**Preguntas Más Frecuentes** (PDF)

**Notice of Proposed Class Action Settlement**

**To hear answers to frequently asked questions,**
you may contact the redress administrator at 1-800-377-1287.

**Para escuchar respuestas a preguntas frecuentes, usted puede tomar contacto**
con el administrador de compensación al 1-800-377-1287.


Get Adobe Acrobat Reader

**Case Information**

| | | |
|---|---|---|
| **Final Approval Order (05/13/04)** | | [PDF] |
| **Preliminary Approval Order (12/10/03)** | | [PDF] |
| **FTC Consent Order** (Order Preliminarily Approving Stipulated Final Judgment and Order as to Fairbanks) (11/21/03) | - | [PDF] |
| **Stipulated Final Judgment and Order as to Basmajian (11/21/03)** | - | [PDF] |
| News Release (11/12/03) | [TEXT] | - |
| Complaint (11/12/03) | - | [PDF] |
| Nationwide Class Action Settlement Agreement (11/14/03) | | [PDF] |
| List of FTC subprime lending cases since 1998 | [TEXT] | - |

TAMMY D. ORRIN
2241 CAMEL AVENUE
BENSALEM, PA  19020

04 MARCH 2005

SELECT PORTFOLIO SERVICING. INC.           RE:  LOAN NO.  8785165062
10401 DEERWOOD PARK BOULEVARD
JACKSONVILLE, FL   32256

     ATTENTION:  TIRESHA LAMPKINS

MS. LAMPKINS:

This mortgage loan account was brought to a completely CURRENT STATUS

via a single payment totaling $12,623.19 received by your firm

(Then known as Fairbanks) on December 17, 2002.  This payment was tendered in my

behalf by the Pennsylvania Housing Finance Agency.  At that time I was fortunate to

receive aid from their Emergency Mortgage Assistance Program.

In the months prior to receiving this assistance, we argued with your firm repeatedly that

we were never given credit for monies remitted totaling $2,393.37.  Our representative

from PA Housing counseled us to accept the assistance which would  bring the mortgage

current, even though we DID NOT agree with the total Fairbanks claimed was due, and

the matter would be resolved after Settlement.  This money was NEVER credited to my

account, and no documentation sent to me from your firm indicates in any way that it

was.  Since December 17, 2002 when my account was "Current", I have remitted

payments to this mortgage loan totaling $36,820.93.  My account today should be at or

VERY NEAR TO CURRENT.  But, there is one problem, I was recently informed by

your firm that I am SIX MONTHS IN ARREARS.  Are you serious or is this some kind

of a JOKE??  Either your firm is keeping horrendously poor records or someone is

involved in some type of THEFT.

This matter has taken a heavy toll on my health and well being, as I have continually

been threatened with the impending loss of my home by your extremely unprofessional

telephone staff.  If this matter is not resolved immediately, I will seek legal redress.  I

remain,

Very truly yours,

TAMMY D. ORRIN

CERTIFIED MAIL NO.  7099 3400 0012 8671 0256

RETURN RECEIPT REQUESTED

CC:  FILE

TAMMY D. ORRIN
2241 CAMEL AVENUE
BENSALEM, PA  19020

14 FEBRUARY 2005

SELECT PORTFOLIO SERVICING, INC.          RE:  LOAN NO.  8785165062
10401 DEERWOOD PARK BOULEVARD
JACKSONVILLE, FL  32256

      ATTENTION:  TIRESHA LAMPKINS

MS. LAMPKINS:

I, Tammy D. Orrin most certainly DO NOT agree that our mortgage loan is six months in

Arrears, as you have stated.  I am disputing your findings and I will forward copies

of documents supporting my position within two weeks.  Said documentation will include

cancelled checks, verification of PA. State Assistance, (which brought this account to a

current status), as well as other information pertinent to this matter.  You have not been

accepting payments which I have been attempting to make.  I am enclosing one payment

with this mailing.  Whether you elect to credit this remittance or not is up to you and

SPS.

 I am hopeful that this matter can be resolved between myself and SPS, without the

need for court litigation.


                        Very truly yours,



                        TAMMY D. ORRIN


CERTIFIED MAIL NO.  7001 1940 0001 2787 9200
RETURN RECEIPT REQUESTED

CC:  FILE.

**greco6565@comcast.net**

| | |
|---|---|
| **From:** | "Nicholas Orrin" <mobettah55@comcast.net> |
| **To:** | <greco6565@comcast.net> |
| **Sent:** | Tuesday, December 21, 2004 2:04 PM |
| **Subject:** | NICHOLAS AND TAMMY ORRIN |

NICHOLAS AND TAMMY ORRIN
2241 CAMEL AVENUE
BENSALEM, PA   19020

20 DECEMBER 2004

SELECT PORTFOLIO SERVICING, INC.        RE:  LOAN NUMBER:  8785165062
P.O. BOX 551170
JACKSONVILLE, FL   32255-1170

AS PER OUR TELEPHONE CONVERSATION TODAY, I AM DISPUTING

THE  DOLLAR AMOUNT WHICH S.P.S.  CLAIMS  IS  OWED IN ARREARS.  I

AM AWAITING DOCUMENTATION YOU ARE FORWARDING WHICH WILL

SHOW ALL OF OUR PAYMENTS FROM DECEMBER, 2002 UNTIL THE

CURRENT MONTH.  IN DEC.  2002 WE RECEIVED A PENNSYLVANIA

STATE ASSISTANCE LOAN WHICH STIPULATED THAT ANY MORTGAGES

MUST BE BROUGHT TO A CURRENT STATUS IN ORDER TO RECEIVE SAID

ASSISSTANCE. THE FACT THAT THESE LOANS WERE IN FACT BROUGHT

URRENT AT THE TIME OF THIS LOAN SETTLEMENT IS WELL

OCUMENTED  BY THE  PA HOUSING AUTHORITY.  I AM TODAY

EMITTING A GOOD FAITH PAYMENT IN THE AMOUNT OF $1800.00.

IT IS OUR BELIEF THAT WE HAVE NOT BEEN CREDITED FOR SOME

YMENTS THAT WE TENDERED.

I AM HOPEFUL THAT THIS MATTER CAN BE AMICABLY RESOLVED IN

E NEAR FUTURE.



**S P S** | SELECT
 | PORTFOLIO
 | SERVICING, inc.
P.O. Box 551170
Jacksonville, FL 32255-1170

7182 6389 3060 0637 4014

July 14, 2005

TAMMY ORRIN
2241 CAMEL AVE
BENSALEM, PA 19020

# ACT 91 NOTICE
# TAKE ACTION TO SAVE YOUR
# HOME FROM FORECLOSURE

**This is an official notice that the mortgage on your home is in default, and the lender intends to foreclose. Specific information about the nature of the default is provided in the attached pages.**

**The HOMEOWNER'S MORTGAGE ASSISTANCE PROGRAM (HEMAP) may be able to help to save your home. This Notice explains how the program works.**

**To see if HEMAP can help, you must MEET WITH A CONSUMER CREDIT COUNSELING AGENCY WITHIN 30 DAYS OF THE DATE OF THIS NOTICE. Take this Notice with you when you meet with the Counseling Agency.**

**The name, address and phone number of Consumer Credit Counseling Agencies serving your County are listed at the end of this Notice. If you have any questions, you may call the Pennsylvania Housing Finance Agency toll-free at (800) 342-2397. Persons with impaired hearing can call (717) 780-1869.**

**This Notice contains important legal information. If you have any questions, representatives at the Consumer Credit Counseling Agency may be able to help explain it. You may also want to contact an attorney in your area. The local bar association may be able to help you find a lawyer.**

**LA NOTIFICACION EN ADJUSTO ES DE SUMA IMPORTANCIA, PUES AFECTA SU DERECHO A CONTINUAR VIVIENDO EN SU CASA. SI NO COPRENDE EL CONTENIDO DE ESTA NOTIFICACION OBTENGA UNA TRADUCCION INMEDITAMENTE LLAMANDO ESTA AGENCIA (PENNSYLVANIA HOUSING FINANCE AGENCY) SIN CARGOS AL NUMERO MENCIONADO ARRIBA. PUEDES SER ELEGIBLE PARA UN PRESTAMO POR EL PROBRAMA LLAMADO "HOMEOWNER'S EMERGENCY MORTGAGE ASSISTANCE PROGRAM" EL CUAL PUEDE SALVAR SU CASA DE LA PERDIDA DEL DERECHO A REDIMIR SU HIPOTECA.**

Homeowner's Name:    TAMMY ORRIN,
Property Address:    2241 CAMEL AVE
                    BENSALEM  PA  19020-0000
Loan Acct No.:      ▮▮▮▮▮▮▮▮
Original Lender
Current Lender / Servicer:    Select Portfolio Servicing, Inc.

EF04VRINCPI3-05