THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**USA v. Fairbanks Capital Corp.**
**c/o Gilardi & Co. LLC**
**Claims Administration Center**
**P.O. Box 808054**
**Petaluma, CA 94975-8054**

**Bank of the West**
**90-78-1211**

263680

4554198

PAY    ***** Two Hundred & 40/100 Dollars

**TO THE**
**ORDER OF**

**DATE**
July 23, 2004

**AMOUNT**
***********$200.40

CLAIM #: FTC-FBK-1435191

SHADE LAWAL
6210 S GORDON RD
AUSTELL, GA 30168-5040

Void after October 21, 2004

Dennis A. Gilardi

⑆263680⑆ ⑈121100782⑈ 184018190⑆        ⑆00000 20040⑆

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

0040143545  09/13/2004
0
16344 110  008
09102004
0630-0019+9
ENT=3643  TRC=3643  PK=21

POMPANO