# U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
## Bankruptcy Petition #: 05-94227-mgd

*Assigned to:* Mary Grace Diehl
Chapter 13
Voluntary
Asset

*Date Filed:* 06/29/2005

**Shade Lawal**
6210 South Gordon Road
Austell, GA 30168
SSN: xxx-xx-4831
*Debtor*

represented by **Shade Lawal**
PRO SE

**Mary Ida Townson**
Chapter 13 Trustee
Suite 300 Equitable Bldg.
100 Peachtree Street, NW
Atlanta, GA 30303
404-525-1110
*Trustee*

| Filing Date | # | Docket Text |
|---|---|---|
| 06/29/2005 | 1 | Case Opened and Voluntary Petition Filed. Government Proof of Claim due by 12/25/2005. (gg) Additional attachment(s) added on 7/1/2005 (skw, ). |
| 06/29/2005 | 2 | Receipt of Chp 13 Installment filing fee. Receipt Number 1075578. Fee Amount $75.00. |
| 06/29/2005 | 3 | Chapter 13 Plan filed by Shade Lawal . (skw, ) (Entered: 07/01/2005) |
| 06/29/2005 | 4 | Pro se Affidavit filed by Shade Lawal . (skw, ) (Entered: 07/01/2005) |
| 06/29/2005 | 5 | Application to Pay Filing Fee in Installments filed by Shade Lawal . (skw, ) (Entered: 07/01/2005) |
| 07/01/2005 | 6 | Notice of Meeting of Creditors (Chapter 13). 341 Meeting to be held on 8/4/2005 at 11:00 AM at Hearing Room 367, Atlanta. Confirmation Hearing to be held on 9/7/2005 at 09:30 AM at Courtroom 1201, Atlanta. Non-Government Proof of Claims due by 11/2/2005 (related document(s)3 Chapter 13 Plan filed by Shade Lawal) (skw, ) |
| 07/01/2005 | 7 | Order Granting Application to Pay Filing Fee in Installments. Service |

| | | | |
|---|---|---|---|
| | | | by BNC. Entered on 7/1/2005. (related document(s)5 Application to Pay Filing Fee in Installments filed by Shade Lawal)(skw, ) |
| 07/03/2005 | | 8 | BNC Certificate of Service of Order Granting Application to Pay Filing Fees Service Date 07/03/2005. (Admin.) (Entered: 07/04/2005) |
| 07/03/2005 | | 9 | BNC Certificate of Service for Notice of Meeting of Creditors Service Date 07/03/2005. (Admin.) (Entered: 07/04/2005) |
| 07/03/2005 | | 10 | BNC Certificate of Service of Chapter 13 Plan Service Date 07/03/2005. (Admin.) (Entered: 07/04/2005) |
| 08/02/2005 | | 11 | Receipt of Chp 13 Installment filing fee. Receipt Number 1077464. Fee Amount $60.00. |
| 08/02/2005 | | 12 | Motion to Stay Bankruptcy filed by Shade Lawal. (mjs, ) (Entered: 08/04/2005) |
| 08/04/2005 | | | Meeting of Creditors Held. (sem, ) (Entered: 08/10/2005) |
| 08/08/2005 | | 13 | Order DENYING Debtor's Motion to Stay Bankruptcy (Related Doc # 12). Service by BNC.. Entered on 8/8/2005. (mjs, ) |
| 08/09/2005 | | 14 | Objection to Confirmation of Plan Filed by Brandi L. Kirkland on behalf of Mary Ida Townson. (Kirkland, Brandi) |
| 08/10/2005 | | 15 | BNC Certificate of Service of Order on Motion Service Date 08/10/2005. (Admin.) (Entered: 08/11/2005) |
| 08/12/2005 | | 16 | Notice of Appearance (Attorney) Filed by Gene R. Clark on behalf of Select Portfolio Servicing, Inc.. (Clark, Gene) |
| 08/15/2005 | | 17 | Notice of Appearance (Attorney) filed by Virginia B. Bogue on behalf of Select Portfolio Servicing, Inc.. (Bogue, Virginia) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/22/2005 12:04:22 | | | |
| **PACER Login:** | gp1161 | **Client Code:** | 104557141043 |
| | | | 05-94227-mgd Fil or Ent: Fil From: |

Case 1:03-cv-12219-DPW    Document 78-5    Filed 08/22/2005    Page 3 of 3

| Description: | Docket Report | Search Criteria: | 1/1/1989 To: 8/22/2005 Doc From: 0 Doc To: 99999999 Term: y Links: n Format: HTMLfmt |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.08 |

Case 1:03-cv-12219-DPW    Document 78-5    Filed 08/22/2005    Page 3 of 3