# RODDY KLEIN & RYAN
Attorneys at Law

727 Atlantic Avenue, 2nd Floor
Boston, Massachusetts 02111

Shennan Kavanagh

Tel. (617) 357-5500 ext. 12
Fax (617) 357-5030
kavanagh@roddykleinryan.com

September 8, 2005

Mr. Nicholas A. Orrin
2241 Camel Avenue
Bensalem, PA 19020

Re:     <u>Fairbanks Class Action Settlement</u>

Dear Mr. Orrin:

      We are in receipt of your letter regarding the Fairbanks Class Action Settlement, which you addressed to our office in addition to numerous other organizations. While we are willing to answer whatever questions you may have regarding the Class Action Settlement, we are unable to represent you as an individual as it is inconsistent with our representation of the class.

      Upon receiving your letter, we contacted counsel for Select Portfolio Servicing, Inc., formerly known as Fairbanks ("SPS"), who conducted an investigation into the issues you raised in your letter. We have since received a response, and I am passing along the information we received, without any independent ability to verify the information.

      In your letter, you state that SPS has not properly applied your monthly mortgage payments to your account since the Pennsylvania Housing Finance Agency ("PHFA") made a one-time payment in the amount of $12,623.19 to bring your loan current on December 17, 2002.

      According to SPS's records, the one-time payment made by the PHFA was in the amount of $14,142.78. A copy of the check SPS sent to us is enclosed. In addition, SPS forwarded a copy of your account history to us, which I have also enclosed.

      Your account history as provided to us by SPS shows that, as of December 17, 2002, your loan was past due from March 2002 through December 2002. PHFA's $14,142.78 payment covered the March 2002 through November 2002 past due payments, $252.21 in late fees, $134.15 in Loan Level Advances (foreclosure fees & costs, property inspection fees, etc.), $4.13 to other fees and the remaining $75.98 went into Unapplied Funds.

      After SPS applied the PHFA's $14,142.78 payment to your loan, your loan was still due for December 2002. SPS's records indicate that you made no further payments in December 2002 or in January, 2003. Since that time SPS has posted your current payments back to past months for which SPS did not receive a payment. Your account history further shows that SPS returned some of your payments for Non-Sufficient Funds.

Also in your letter, you state that you have never been given an amortization for your loan. Enclosed please find an amortization through December 2005, which SPS sent to us. SPS has indicated that they are unable to provide you with a complete loan amortization at this time because your interest rate will change as of January 29, 2006.

Under the Class Action Settlement, you retain the right to litigate these issues for the purposes of defending a foreclosure action.

I hope that this is helpful in addressing your concerns.

Sincerely,

Shennan Kavanagh

SK
Enclosures
cc:    Niall McCarthy
       Daniel Mulligan
       Kelly Dermody
       Matthew Wilshire
       Richard Nici



# LOAN AMORTIZATION TABLE

What is the Loan Amortization Table Sheet?

| Date | Lender Name |
|---|---|
| 8/24/2005 | 8785165062 |

| Pmnt # | Start of Period | Annual Interest Rate | Scheduled Balance | Actual Balance | Scheduled Payment | Interest Portion | Principal Portion | Additional Principal |
|---|---|---|---|---|---|---|---|---|
| 1  | 01/00 | 8.59% | 196,000.00 | 196,000.00 | (1,519.59) | (1,403.03) | (116.56) | |
| 2  | 02/00 | 8.59% | 195,883.44 | 195,883.44 | (1,519.59) | (1,402.20) | (117.39) | |
| 3  | 03/00 | 8.59% | 195,766.05 | 195,766.05 | (1,519.59) | (1,401.36) | (118.23) | |
| 4  | 04/00 | 8.59% | 195,647.82 | 195,647.82 | (1,519.59) | (1,400.51) | (119.08) | |
| 5  | 05/00 | 8.59% | 195,528.74 | 195,528.74 | (1,519.59) | (1,399.66) | (119.93) | |
| 6  | 06/00 | 8.59% | 195,408.81 | 195,408.81 | (1,519.59) | (1,398.80) | (120.79) | |
| 7  | 07/00 | 8.59% | 195,288.03 | 195,288.03 | (1,519.59) | (1,397.94) | (121.65) | |
| 8  | 08/00 | 8.59% | 195,166.37 | 195,166.37 | (1,519.59) | (1,397.07) | (122.52) | |
| 9  | 09/00 | 8.59% | 195,043.85 | 195,043.85 | (1,519.59) | (1,396.19) | (123.40) | |
| 10 | 10/00 | 8.59% | 194,920.45 | 194,920.45 | (1,519.59) | (1,395.31) | (124.28) | |
| 11 | 11/00 | 8.59% | 194,796.16 | 194,796.16 | (1,519.59) | (1,394.42) | (125.17) | |
| 12 | 12/00 | 8.59% | 194,670.99 | 194,670.99 | (1,519.59) | (1,393.52) | (126.07) | |
| 13 | 01/01 | 8.59% | 194,544.92 | 194,544.92 | (1,519.59) | (1,392.62) | (126.97) | |
| 14 | 02/01 | 8.59% | 194,417.95 | 194,417.95 | (1,519.59) | (1,391.71) | (127.88) | |
| 15 | 03/01 | 8.59% | 194,290.07 | 194,290.07 | (1,519.59) | (1,390.79) | (128.80) | |
| 16 | 04/01 | 8.59% | 194,161.27 | 194,161.27 | (1,519.59) | (1,389.87) | (129.72) | |
| 17 | 05/01 | 8.59% | 194,031.55 | 194,031.55 | (1,519.59) | (1,388.94) | (130.65) | |
| 18 | 06/01 | 8.59% | 193,900.90 | 193,900.91 | (1,519.59) | (1,388.01) | (131.58) | |
| 19 | 07/01 | 8.59% | 193,769.32 | 193,769.32 | (1,519.59) | (1,387.07) | (132.52) | |
| 20 | 08/01 | 8.59% | 193,636.80 | 193,636.80 | (1,519.59) | (1,386.12) | (133.47) | |
| 21 | 09/01 | 8.59% | 193,503.32 | 193,503.33 | (1,519.59) | (1,385.16) | (134.43) | |
| 22 | 10/01 | 8.59% | 193,368.90 | 193,368.90 | (1,519.59) | (1,384.20) | (135.39) | |
| 23 | 11/01 | 8.59% | 193,233.51 | 193,233.51 | (1,519.59) | (1,383.23) | (136.36) | |
| 24 | 12/01 | 8.59% | 193,097.15 | 193,097.15 | (1,519.59) | (1,382.25) | (137.34) | |
| 25 | 01/02 | 8.59% | 192,959.81 | 192,959.81 | (1,519.59) | (1,381.27) | (138.32) | |
| 26 | 02/02 | 8.59% | 192,821.49 | 192,821.49 | (1,519.59) | (1,380.28) | (139.31) | |
| 27 | 03/02 | 8.59% | 192,682.18 | 192,682.18 | (1,519.59) | (1,379.28) | (140.31) | |
| 28 | 04/02 | 8.59% | 192,541.87 | 192,541.88 | (1,519.59) | (1,378.28) | (141.31) | |
| 29 | 05/02 | 8.59% | 192,400.56 | 192,400.57 | (1,519.59) | (1,377.27) | (142.32) | |
| 30 | 06/02 | 8.59% | 192,258.24 | 192,258.24 | (1,519.59) | (1,376.25) | (143.34) | |
| 31 | 07/02 | 8.59% | 192,114.90 | 192,114.90 | (1,519.59) | (1,375.22) | (144.37) | |
| 32 | 08/02 | 8.59% | 191,970.53 | 191,970.53 | (1,519.59) | (1,374.19) | (145.40) | |
| 33 | 09/02 | 8.59% | 191,825.13 | 191,825.13 | (1,519.59) | (1,373.15) | (146.44) | |
| 34 | 10/02 | 8.59% | 191,678.69 | 191,678.69 | (1,519.59) | (1,372.10) | (147.49) | |
| 35 | 11/02 | 8.59% | 191,531.20 | 191,531.20 | (1,519.59) | (1,371.04) | (148.55) | |
| 36 | 12/02 | 8.59% | 191,382.66 | 191,382.66 | (1,519.59) | (1,369.98) | (149.61) | |
| 37 | 01/03 | 8.59% | 191,233.05 | 191,233.05 | (1,507.30) | (1,368.91) | (138.39) | |
| 38 | 02/03 | 8.59% | 191,082.37 | 191,094.66 | (1,507.30) | (1,367.92) | (139.38) | |
| 39 | 03/03 | 8.59% | 190,930.61 | 190,955.28 | (1,507.30) | (1,366.92) | (140.38) | |
| 40 | 04/03 | 8.59% | 190,777.76 | 190,814.90 | (1,507.30) | (1,365.92) | (141.38) | |
| 41 | 05/03 | 8.59% | 190,623.82 | 190,673.52 | (1,507.30) | (1,364.90) | (142.40) | |
| 42 | 06/03 | 8.59% | 190,468.78 | 190,531.12 | (1,507.30) | (1,363.89) | (143.41) | |
| 43 | 07/03 | 8.59% | 190,312.63 | 190,387.71 | (1,507.30) | (1,362.86) | (144.44) | |
| 44 | 08/03 | 8.59% | 190,155.36 | 190,243.26 | (1,507.30) | (1,361.82) | (145.48) | |
| 45 | 09/03 | 8.59% | 189,996.97 | 190,097.79 | (1,507.30) | (1,360.78) | (146.52) | |
| 46 | 10/03 | 8.59% | 189,837.44 | 189,951.27 | (1,507.30) | (1,359.73) | (147.57) | |
| 47 | 11/03 | 8.59% | 189,676.77 | 189,803.71 | (1,507.30) | (1,358.68) | (148.62) | |
| 48 | 12/03 | 8.59% | 189,514.95 | 189,655.09 | (1,507.30) | (1,357.61) | (149.69) | |
| 49 | 01/04 | 8.59% | 189,351.97 | 189,505.40 | (1,507.30) | (1,356.54) | (150.76) | |
| 50 | 02/04 | 8.59% | 189,187.83 | 189,354.64 | (1,507.30) | (1,355.46) | (151.84) | |
| 51 | 03/04 | 8.59% | 189,022.51 | 189,202.81 | (1,507.30) | (1,354.38) | (152.92) | |
| 52 | 04/04 | 8.59% | 188,856.00 | 189,049.88 | (1,507.30) | (1,353.28) | (154.02) | |
| 53 | 05/04 | 8.59% | 188,688.31 | 188,895.86 | (1,507.30) | (1,352.18) | (155.12) | |
| 54 | 06/04 | 8.59% | 188,519.41 | 188,740.74 | (1,507.30) | (1,351.07) | (156.23) | |
| 55 | 07/04 | 8.59% | 188,349.31 | 188,584.51 | (1,507.30) | (1,349.95) | (157.35) | |
| 56 | 08/04 | 8.59% | 188,177.98 | 188,427.16 | (1,507.30) | (1,348.82) | (158.48) | |
| 57 | 09/04 | 8.59% | 188,005.44 | 188,268.69 | (1,507.30) | (1,347.69) | (159.61) | |
| 58 | 10/04 | 8.59% | 187,831.65 | 188,109.08 | (1,507.30) | (1,346.55) | (160.75) | |
| 59 | 11/04 | 8.59% | 187,656.62 | 187,948.33 | (1,507.30) | (1,345.40) | (161.90) | |
| 60 | 12/04 | 8.59% | 187,480.34 | 187,786.42 | (1,507.30) | (1,344.24) | (163.06) | |

## LOAN AMORTIZATION TABLE

What is the Loan Amortization Table Sheet?

**Date:** 8/24/2005

**Lender Name:** 8785165062

| Pmnt # | Start of Period | Annual Interest Rate | Scheduled Balance | Actual Balance | Scheduled Payment | Interest Portion | Principal Portion | Additional Principal |
|---|---|---|---|---|---|---|---|---|
| 61 | 01/05 | 8.59% | 187,302.80 | 187,623.36 | (1,507.30) | (1,343.07) | (164.23) | |
| 62 | 02/05 | 8.59% | 187,123.99 | 187,459.13 | (1,507.30) | (1,341.89) | (165.41) | |
| 63 | 03/05 | 8.59% | 186,943.89 | 187,293.73 | (1,507.30) | (1,340.71) | (166.59) | |
| 64 | 04/05 | 8.59% | 186,762.51 | 187,127.14 | (1,507.30) | (1,339.52) | (167.78) | |
| 65 | 05/05 | 8.59% | 186,579.83 | 186,959.36 | (1,507.30) | (1,338.32) | (168.98) | |
| 66 | 06/05 | 8.59% | 186,395.84 | 186,790.37 | (1,507.30) | (1,337.11) | (170.19) | |
| 67 | 07/05 | 9.125% | 186,210.53 | 186,620.18 | (1,574.28) | (1,419.09) | (155.19) | |
| 68 | 08/05 | 9.125% | 186,039.39 | 186,464.99 | (1,574.28) | (1,417.91) | (156.37) | |
| 69 | 09/05 | 9.125% | 185,866.94 | 186,308.62 | (1,574.28) | (1,416.72) | (157.56) | |
| 70 | 10/05 | 9.125% | 185,693.18 | 186,151.06 | (1,574.28) | (1,415.52) | (158.76) | |
| 71 | 11/05 | 9.125% | 185,518.11 | 185,992.31 | (1,574.28) | (1,414.32) | (159.96) | |
| 72 | 12/05 | 9.125% | 185,341.70 | 185,832.34 | (1,574.28) | (1,413.10) | (161.18) | |

Statement Date: 08/24/2005
Payment Due Date: 03/29/2005
Grace Period: 15 Days
Last Escrow Adj:
Phone: 888-818-6032

KLT
ORRIN
8785165062

| Payment Due Date | Transaction Date | Effective Date | Amount Received | Interest Rate | Principal & Interest | Principal Portion | Interest Portion | Additional Principal | Principal Balance | Late Charges | Late Charge Balance | Corporate Advance Activity | Corporate Advance Balance | Escrow/Advance Activity | Escrow Advance Balance | Optional Items | Other Fees | Other Fees Balance | Unapplied Funds | Unapplied Funds Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | .000% | | | | | $191,391.61 | $75.98 | | | ($.00) | | $0.00 | | | ($.00) | | ($.00) | |
| | 4/10/2002 | | | | | | | | $191,391.61 | | $75.98 | $11.35 | $11.35 | | $0.00 | | | ($.00) | | ($.00) | Inspection |
| | 4/15/2002 | | | | | | | | $191,391.61 | $75.98 | $151.96 | | $11.35 | | $0.00 | | | ($.00) | | ($.00) | |
| | 4/19/2002 | | | | | | | | $191,391.61 | | $151.96 | | $11.35 | | $0.00 | | $10.00 | $10.00 | | ($.00) | Fax Fee |
| | 4/19/2002 | | | | | | | | $191,391.61 | | $151.96 | | $11.35 | | $0.00 | | $50.00 | $60.00 | | ($.00) | Payoff Statement |
| | 4/23/2002 | | | | | | | | $191,391.61 | | $151.96 | | $11.35 | | $0.00 | | $20.00 | $80.00 | | ($.00) | History Fee |
| | 4/26/2002 | | | | | | | | $191,391.61 | | $151.96 | | $11.35 | | $0.00 | | $.16 | $80.16 | | ($.00) | Interest on Advances for Month |
| | 4/30/2002 | | | | | | | | $191,391.61 | | $151.96 | $9.85 | $21.20 | | $0.00 | | | $80.16 | | ($.00) | Demand Letter |
| | 5/7/2002 | | | | | | | | $191,391.61 | | $151.96 | $2.50 | $23.70 | | $0.00 | | | $80.16 | | ($.00) | Inspection |
| | 5/14/2002 | | | | | | | | $191,391.61 | $75.98 | $227.94 | | $23.70 | | $0.00 | | | $80.16 | | ($.00) | |
| | 5/14/2002 | | | | | | | | $191,391.61 | | $227.94 | $105.00 | $128.70 | | $0.00 | | | $80.16 | $128.70 | $128.70 | Broker Price Opinion |
| 2/28/2002 | 5/20/2002 | 5/15/2002 | $1,700.00 | 8.590% | $1,519.59 | $149.55 | $1,370.04 | | $191,242.06 | ($51.71) | $176.23 | ($128.70) | $0.00 | | $0.00 | | | $80.16 | ($128.70) | ($.00) | |
| | 5/21/2002 | | | | | | | | $191,242.06 | | $176.23 | | $0.00 | | $0.00 | | | $80.16 | | ($.00) | Demand Letter |
| | 5/29/2002 | | | | | | | | $191,242.06 | | $176.23 | $9.85 | $9.85 | | $0.00 | | | $80.16 | | ($.00) | Inspection |
| | 5/30/2002 | | | | | | | | $191,242.06 | | $176.23 | $10.35 | $20.20 | | $0.00 | | $.48 | $80.64 | | ($.00) | Interest on Advances for Month |
| | 5/31/2002 | | | | | | | | $191,242.06 | | $176.23 | | $20.20 | | $0.00 | | | $80.64 | | ($.00) | |
| | 6/13/2002 | | | | | | | | $191,242.06 | $75.98 | $252.21 | | $20.20 | | $0.00 | | | $80.64 | | ($.00) | |
| | 6/13/2002 | | | | | | | | $191,242.06 | | $252.21 | $10.00 | $30.20 | | $0.00 | | | $80.64 | | ($.00) | Inspection |
| | 6/25/2002 | | | | | | | | $191,242.06 | | $252.21 | | $30.20 | | $0.00 | | $10.00 | $90.64 | | ($.00) | Fax Fee |
| | 6/25/2002 | | | | | | | | $191,242.06 | | $252.21 | | $30.20 | | $0.00 | | $50.00 | $140.64 | | ($.00) | Payoff Statement |
| | 6/28/2002 | | | | | | | | $191,242.06 | | $252.21 | | $30.20 | | $0.00 | | $.28 | $140.92 | | ($.00) | Interest on Advances for Month |
| | 7/15/2002 | | | | | | | | $191,242.06 | $75.98 | $328.19 | | $30.20 | | $0.00 | | | $140.92 | | ($.00) | |
| | 7/26/2002 | | | | | | | | $191,242.06 | | $328.19 | $9.10 | $39.20 | | $0.00 | | $.28 | $141.20 | | ($.00) | Interest on Advances for Month |
| | 8/7/2002 | | | | | | | | $191,242.06 | | $328.19 | | $39.20 | | $0.00 | | | $141.20 | | ($.00) | Inspection |
| | 8/13/2002 | | | | | | | | $191,242.06 | ($75.98) | $252.21 | $9.95 | $39.25 | | $0.00 | | | $141.20 | | ($.00) | Late Charge - Waived |
| | 8/30/2002 | | | | | | | | $191,242.06 | | $252.21 | | $39.25 | | $0.00 | | $.35 | $141.55 | | ($.00) | Interest on Advances for Month |
| | 9/9/2002 | | | | | | | | $191,242.06 | | $252.21 | $10.35 | $49.60 | | $0.00 | | | $141.55 | | ($.00) | Inspection |
| | 9/24/2002 | | | | | | | | $191,242.06 | | $252.21 | $10.35 | $59.95 | | $0.00 | | | $141.55 | | ($.00) | Inspection |
| | 9/27/2002 | | | | | | | | $191,242.06 | | $252.21 | | $59.95 | | $0.00 | | $.46 | $142.01 | | ($.00) | Interest on Advances for Month |
| | 10/9/2002 | | | | | | | | $191,242.06 | | $252.21 | $250.00 | $309.95 | | $0.00 | | | $142.01 | | ($.00) | Foreclosure Atty Fees |
| | 10/9/2002 | | | | | | | | $191,242.06 | | $252.21 | $475.00 | $784.95 | | $0.00 | | | $142.01 | | ($.00) | Foreclosure Legal Costs |
| | 10/21/2002 | | | | | | | | $191,242.06 | | $252.21 | $10.35 | $795.30 | | $0.00 | | | $142.01 | | ($.00) | Inspection |
| | 10/25/2002 | | | | | | | | $191,242.06 | | $252.21 | | $795.30 | | $0.00 | | $3.45 | $145.46 | | ($.00) | Interest on Advances for Month |
| | 11/20/2002 | | | | | | | | $191,242.06 | | $252.21 | $105.00 | $900.30 | | $0.00 | | | $145.46 | | ($.00) | Broker Price Opinion |
| | 11/23/2002 | | | | | | | | $191,242.06 | | $252.21 | $10.35 | $910.65 | | $0.00 | | $5.38 | $150.84 | | ($.00) | Interest on Advances for Month |
| | 11/25/2002 | | | | | | | | $191,242.06 | | $252.21 | $10.35 | $921.00 | | $0.00 | | | $150.84 | | ($.00) | Inspection |
| | 12/17/2002 | | | | | | | | $191,242.06 | | $252.21 | | $921.00 | | $0.00 | | $7.70 | $158.54 | | ($.00) | Interest on Advances for Month |
| 3/29/2002 | 1/16/2003 | 12/17/2002 | $12,623.19 | 8.590% | $1,519.59 | $150.62 | $1,368.97 | | $191,091.44 | ($252.21) | $.00 | ($134.15) | $786.85 | | $0.00 | | ($4.13) | $154.54 | $75.98 | $75.98 | |
| 4/29/2002 | 1/16/2003 | 12/17/2002 | | 8.590% | $1,519.59 | $151.69 | $1,367.90 | | $190,939.75 | | $.00 | | $786.85 | | $0.00 | | | $154.41 | | $75.98 | |
| 5/29/2002 | 1/16/2003 | 12/17/2002 | | 8.590% | $1,519.59 | $152.78 | $1,366.81 | | $190,786.97 | | $.00 | | $786.85 | | $0.00 | | | $154.41 | | $75.98 | |
| 6/29/2002 | 1/16/2003 | 12/17/2002 | | 8.590% | $1,519.59 | $153.87 | $1,365.72 | | $190,633.10 | | $.00 | | $786.85 | | $0.00 | | | $154.41 | | $75.98 | |
| 7/29/2002 | 1/16/2003 | 12/17/2002 | | 8.590% | $1,519.59 | $154.97 | $1,364.62 | | $190,478.13 | | $.00 | | $786.85 | | $0.00 | | | $154.41 | | $75.98 | |
| 8/29/2002 | 1/16/2003 | 12/17/2002 | | 8.590% | $1,519.59 | $156.08 | $1,363.51 | | $190,322.05 | | $.00 | | $786.85 | | $0.00 | | | $154.41 | | $75.98 | |
| 9/29/2002 | 1/16/2003 | 12/17/2002 | | 8.590% | $1,519.59 | $157.20 | $1,362.39 | | $190,164.85 | | $.00 | | $786.85 | | $0.00 | | | $154.41 | | $75.98 | |
| 10/29/2002 | 1/16/2003 | 12/17/2002 | | 8.590% | $1,519.59 | $158.33 | $1,361.26 | | $190,006.52 | | $.00 | | $786.85 | | $0.00 | | | $154.41 | | $75.98 | |
| 11/29/2002 | 1/16/2003 | 12/17/2002 | | 8.590% | $1,519.59 | $159.46 | $1,360.13 | | $189,847.06 | | $.00 | | $786.85 | | $0.00 | | | $154.41 | | $75.98 | |
| | 1/27/2003 | | | | | | | | $189,847.06 | | $.00 | $10.35 | $797.20 | | $0.00 | | | $154.41 | | $75.98 | Inspection |
| | 1/31/2003 | | | | | | | | $189,847.06 | | $.00 | | $797.20 | | $0.00 | | $7.29 | $161.70 | | $75.98 | Interest on Advances for Month |
| | 2/13/2003 | | | | | | | | $189,847.06 | $75.37 | $75.37 | | $797.20 | | $0.00 | | | $161.70 | | $75.98 | |
| 12/29/2002 | 2/27/2003 | 2/27/2003 | $1,595.57 | 8.590% | $1,519.59 | $160.60 | $1,358.99 | | $189,686.46 | | $75.37 | | $797.20 | | $0.00 | | | $161.70 | $75.98 | $151.96 | Interest on Advances for Month |
| | 2/28/2003 | | | | | | | | $189,686.46 | | $75.37 | $10.10 | $807.30 | | $0.00 | | $5.60 | $167.30 | | $151.96 | Inspection |
| | 2/28/2003 | | $725.00 | | | | | | $189,686.46 | | $75.37 | ($876.96) | ($69.66) | | $0.00 | | | $167.30 | ($151.96) | ($.00) | Correction |
| | 3/17/2003 | | | | | | | | $189,686.46 | | $75.37 | | ($69.66) | | $0.00 | | | $167.30 | | ($.00) | |
| | 3/28/2003 | | | | | | | | $189,686.46 | $75.37 | $150.74 | | ($69.66) | | $0.00 | | | $167.30 | | ($.00) | |
| | 3/24/2003 | | | | | | | | $189,686.46 | | $150.74 | $10.35 | ($59.31) | | $0.00 | | | $167.30 | | ($.00) | Inspection |
| | 3/25/2003 | | | | | | | | $189,686.46 | | $150.74 | $69.66 | $10.35 | | $0.00 | | | $167.30 | $69.66 | $69.66 | |
| | 3/28/2003 | | | | | | | | $189,686.46 | | $150.74 | | $10.35 | | $0.00 | | | $167.30 | | $69.66 | |
| | 3/31/2003 | | | | | | | | $189,686.46 | ($69.66) | $81.08 | | $10.35 | | $0.00 | | $9.85 | $177.15 | ($69.66) | ($.00) | |
| | 4/1/2003 | | | | | | | | $189,686.46 | | $81.08 | | $10.35 | | $0.00 | | | $177.15 | | ($.00) | Demand Letter |
| | 4/14/2003 | | | | | | | | $189,686.46 | $75.37 | $156.45 | | $10.35 | | $0.00 | | | $177.15 | | ($.00) | |
| | 4/25/2003 | | | | | | | | $189,686.46 | | $156.45 | | $10.35 | | $0.00 | | $.28 | $177.43 | | ($.00) | Interest on Advances for Month |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited. (SPS)

Page 1 of 3

Statement Date: 08/24/2005
Payment Due Date: 03/29/2005
Grace Period: 15 Days
Last Escrow Adj:
Phone: 888-818-6032

KLT
ORRIN
8785165062

| Payment Due Date | Transaction Date | Effective Date | Amount Received | Interest Rate | Principal & Interest | Principal Portion | Interest Portion | Additional Principal | Principal Balance | Late Charges | Late Charge Balance | Corporate Advance Activity | Corporate Advance Balance | Escrow/Advance Activity | Escrow/Advance Balance | Optional Items | Other Fees | Other Fees Balance | Unapplied Funds | Unapplied Funds Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/29/2003 | 4/28/2003 | 4/28/2003 | $3,029.60 | 8.590% | $1,507.30 | $149.46 | $1,357.84 | | $189,537.00 | | $156.45 | | $10.35 | | $0.00 | $0.00 | | $177.43 | | | ($0.00) |
| 2/21/2003 | 4/28/2003 | 4/28/2003 | | 8.590% | $1,507.30 | $150.53 | $1,356.77 | | $189,386.47 | $75.37 | $156.45 | | $10.35 | | $0.00 | $0.00 | | $177.43 | | | ($0.00) Speed Pay Fee |
| | 5/14/2003 | | | | | | | | | | $231.82 | | $10.35 | | $0.00 | $0.00 | $15.00 | $177.43 | | | ($0.00) |
| 3/29/2003 | 5/19/2003 | 5/19/2003 | $1,673.04 | 8.590% | $1,507.30 | $151.61 | $1,355.69 | | $189,234.86 | | $231.82 | | $10.35 | | $0.00 | $0.00 | | $177.78 | $150.74 | $150.74 | Speed Pay Fee |
| | 5/30/2003 | | | | | | | | | | $231.82 | | $10.35 | | $0.00 | $0.00 | $15.00 | $177.78 | | $150.74 | Interest on Advances for Month |
| 4/29/2003 | 6/6/2003 | 6/6/2003 | $1,663.65 | 8.590% | $1,507.30 | $152.69 | $1,354.61 | | $189,082.17 | | $231.82 | | $10.35 | | $0.00 | $0.00 | | $177.78 | $141.35 | $292.09 | Speed Pay Fee |
| 5/29/2003 | 6/13/2003 | | | | | | | | $189,082.17 | | $307.19 | | $10.35 | | $0.00 | $0.00 | $15.00 | $177.78 | | $292.09 | |
| | 7/11/2003 | 7/11/2003 | $1,597.67 | 8.590% | $1,507.30 | $153.79 | $1,353.51 | | $188,928.38 | $75.37 | $382.56 | | $10.35 | | $0.00 | $0.00 | | $177.78 | $75.37 | $367.46 | Speed Pay Fee |
| | 7/14/2003 | | | | | | | | $188,928.38 | | $382.56 | | $10.35 | | $0.00 | $0.00 | | $177.78 | | $367.46 | |
| 6/29/2003 | 8/13/2003 | | | | | | | | $188,928.38 | $75.37 | $457.93 | | $10.35 | | $0.00 | $0.00 | | $177.78 | | $367.46 | |
| | 8/30/2003 | 8/30/2003 | $1,514.80 | 8.590% | $1,507.30 | $154.89 | $1,352.41 | | $188,773.49 | | $533.30 | | $10.35 | | $0.00 | $0.00 | $7.50 | $177.78 | | $367.46 | Speed Pay Fee |
| | 9/15/2003 | | | | | | | | | | $533.30 | | $10.35 | | $0.00 | $0.00 | $7.50 | $177.78 | | $367.46 | |
| 7/29/2003 | 9/20/2003 | 9/20/2001 | $1,514.80 | 8.590% | $1,507.30 | $156.00 | $1,251.30 | | $188,617.49 | | $608.67 | | $10.35 | | $0.00 | $0.00 | | $177.78 | | $367.46 | Speed Pay Fee |
| | 10/14/2003 | | | | | | | | | | $608.67 | | $10.35 | | $0.00 | $0.00 | | $177.78 | | $367.46 | |
| 8/29/2003 | 10/16/2003 | 10/16/2003 | $1,514.80 | 8.590% | $1,507.30 | $157.11 | $1,350.19 | | $188,460.38 | $75.37 | $608.67 | | $10.35 | | $0.00 | $0.00 | $7.50 | $179.78 | | $367.46 | Speed Pay Fee |
| 8/29/2003 | 10/09/2003 | 10/09/2003 | ($1,514.80) | 8.590% | ($1,507.30) | ($157.11) | ($1,350.19) | | $188,617.49 | | $608.67 | | $10.35 | | $0.00 | $0.00 | ($7.50) | $179.78 | | $367.46 | Non-Sufficient Funds (NSF) |
| | 10/09/2003 | | | | | | | | | | $608.67 | | $10.35 | | $0.00 | $20.00 | | $197.78 | | $367.46 | NSF Fee |
| 8/29/2003 | 11/6/2003 | 11/6/2003 | $1,544.80 | 8.590% | $1,507.30 | $157.11 | $1,350.19 | | $188,460.38 | | $608.67 | | $10.35 | | $0.00 | $0.00 | | $197.78 | $37.50 | $404.96 | |
| | 11/13/2003 | | | | | | | | | ($404.96) | $684.04 | | $10.35 | | $0.00 | $0.00 | | $197.78 | ($404.96) | ($0.00) | |
| 9/29/2003 | 11/25/2003 | 11/25/2003 | $1,514.80 | 8.590% | $1,507.30 | $158.24 | $1,349.06 | | $188,302.14 | | $279.08 | | $10.35 | | $0.00 | $0.00 | $7.50 | $197.78 | | ($0.00) | Speed Pay Fee |
| 10/29/2003 | 12/12/2003 | 12/17/2003 | $1,514.80 | 8.590% | $1,507.30 | $159.37 | $1,347.93 | | $188,142.77 | | $279.08 | | $10.35 | | $0.00 | $0.00 | $7.50 | $197.78 | | ($0.00) | Speed Pay Fee |
| | 12/15/2003 | | | | | | | | | | $354.45 | | $10.35 | | $0.00 | $0.00 | | $197.78 | | ($0.00) | |
| 11/29/2003 | 1/13/2004 | | | | | | | | $188,142.77 | $75.37 | $429.82 | | $10.35 | | $0.00 | $0.00 | | $197.78 | | ($0.00) | |
| 11/29/2003 | 1/31/2004 | 1/31/2004 | $1,714.70 | 8.590% | $1,507.30 | $160.51 | $1,346.79 | | $187,982.26 | $75.37 | $429.82 | | $10.35 | | $0.00 | $0.00 | $15.00 | $197.78 | $192.40 | $192.40 | Speed Pay Fee |
| 11/29/2003 | 2/17/2004 | 2/17/2004 | ($1,715.70) | 8.590% | ($1,507.30) | ($160.51) | ($1,346.79) | | $188,142.77 | | $429.82 | | $10.35 | | $0.00 | $0.00 | ($15.00) | $197.78 | ($192.40) | ($0.00) | Non-Sufficient Funds (NSF) |
| | 2/17/2004 | | | | | | | | | | $505.19 | | $10.35 | | $0.00 | $20.00 | | $217.78 | | ($0.00) | NSF Fee |
| 11/29/2003 | 2/19/2004 | 2/19/2004 | $1,714.70 | 8.590% | $1,507.30 | $160.51 | $1,346.79 | | $187,982.26 | $75.37 | $505.19 | | $10.35 | | $0.00 | $0.00 | | $217.78 | $207.40 | $207.40 | Speed Pay Fee |
| 12/29/2003 | 2/28/2004 | 2/28/2004 | $1,714.70 | 8.590% | $1,507.30 | $161.66 | $1,345.64 | | $187,820.60 | | $505.19 | | $10.35 | | $0.00 | $0.00 | $15.00 | $217.78 | $192.40 | $399.80 | Speed Pay Fee |
| 1/29/2004 | 3/4/2004 | | ($1,714.70) | 8.590% | ($1,507.30) | ($161.66) | ($1,345.64) | | $187,982.26 | | $505.19 | | $10.35 | | $0.00 | $0.00 | ($15.00) | $217.78 | ($192.40) | $207.40 | Non-Sufficient Funds (NSF) |
| | 3/4/2004 | | | | | | | | | | $565.19 | | $10.35 | | $0.00 | $20.00 | | $237.78 | | $207.40 | NSF Fee |
| | 3/15/2004 | | | | | | | | | | $580.56 | | $10.35 | | $0.00 | $0.00 | | $237.78 | | $207.40 | |
| 12/29/2003 | 3/17/2004 | 3/17/2004 | $1,714.70 | 8.590% | $1,507.30 | $161.66 | $1,345.64 | | $187,820.60 | | $580.56 | | $10.35 | | $0.00 | $0.00 | $15.00 | $237.78 | $207.40 | $414.80 | Speed Pay Fee |
| 1/29/2004 | 3/30/2004 | 3/30/2004 | $1,714.70 | 8.590% | $1,507.30 | $162.82 | $1,344.48 | | $187,657.78 | | $580.56 | | $10.35 | | $0.00 | $0.00 | $15.00 | $237.78 | $192.40 | $607.20 | Speed Pay Fee |
| 1/29/2004 | 4/5/2004 | | ($1,714.70) | 8.590% | ($1,507.30) | ($162.82) | ($1,344.48) | | $187,820.60 | | $580.56 | | $10.35 | | $0.00 | $0.00 | ($15.00) | $237.78 | ($192.40) | $414.80 | Non-Sufficient Funds (NSF) |
| | 4/5/2004 | | | | | | | | | | $655.93 | | $10.35 | | $0.00 | $20.00 | | $257.78 | | $414.80 | NSF Fee |
| | 4/13/2004 | | | | | | | | | | $655.93 | | $10.35 | $10.35 | $0.00 | $20.70 | | $257.78 | | $414.80 | Inspection |
| | 4/15/2004 | | | | | | | | | | $655.93 | | $105.70 | $85.00 | $0.00 | $0.00 | | $257.78 | | $414.80 | Broker Price Opinion |
| 1/29/2004 | 4/20/2004 | 4/19/2004 | $1,800.00 | 8.590% | $1,507.30 | $162.82 | $1,344.48 | | $187,657.78 | | $655.93 | | $105.70 | | $0.00 | $0.00 | | $257.78 | $292.70 | $707.50 | |
| | 4/30/2004 | | | | | | | | | | $655.93 | | $105.70 | | $0.00 | $0.00 | $3.26 | $258.14 | | $707.50 | Interest on Advances for Month |
| | 5/14/2004 | | | | | | | | | | $731.30 | | $105.70 | | $0.00 | $0.00 | | $258.14 | | $707.50 | |
| 2/29/2004 | 5/17/2004 | 5/17/2004 | $1,725.00 | 8.590% | $1,507.30 | $163.98 | $1,343.23 | | $187,493.80 | | $731.30 | | $105.70 | | $0.00 | $0.00 | | $258.14 | $217.70 | $925.20 | |
| | 5/28/2004 | | | | | | | | | | $731.30 | | $116.05 | $10.35 | $0.00 | $0.00 | $3.68 | $258.82 | | $925.20 | Interest on Advances for Month |
| | 6/2/2004 | | | | | | | | | | $806.67 | | $116.05 | | $0.00 | $0.00 | | $258.82 | | $925.20 | |
| 3/29/2004 | 6/14/2004 | 6/24/2004 | $1,725.00 | 8.590% | $1,507.30 | $165.16 | $1,342.14 | | $187,328.64 | | $806.67 | | $116.05 | | $0.00 | $0.00 | | $258.82 | $217.70 | $1,142.90 | |
| | 6/24/2004 | 6/24/2004 | | | | | | | | | $806.67 | | $116.05 | | $0.00 | $0.00 | $1.74 | $259.56 | | $1,142.90 | Interest on Advances for Month |
| | 6/25/2004 | | | | | | | | | | $806.67 | | $116.05 | | $0.00 | $0.00 | | $259.56 | | $1,142.90 | |
| | 7/14/2004 | | | | | | | | | | $882.04 | | $116.05 | | $0.00 | $0.00 | | $259.56 | | $1,142.90 | |
| 4/29/2004 | 7/22/2004 | 7/22/2004 | $1,736.00 | 8.590% | $1,507.30 | $166.34 | $1,340.96 | | $187,162.30 | | $882.04 | | $125.65 | $9.60 | $0.00 | $0.00 | | $259.56 | $228.70 | $1,371.60 | |
| | 7/29/2004 | | | | | | | | | | $957.41 | | $125.65 | | $0.00 | $0.00 | $0.97 | $260.53 | ($1,362.30) | $9.30 | Interest on Advances for Month |
| 5/29/2004 | 8/4/2004 | 8/4/2004 | $145.00 | 8.590% | $1,507.30 | $167.53 | $1,319.77 | | $186,994.77 | $75.37 | $957.41 | | $125.65 | | $0.00 | $0.00 | | $260.53 | | $9.30 | |
| | 8/13/2004 | | | | | | | | | | $1,032.78 | | $125.65 | | $0.00 | $0.00 | $0.30 | $261.33 | | $9.30 | Interest on Advances for Month |
| | 8/27/2004 | | | | | | | | | | $1,032.78 | | $125.65 | | $0.00 | $0.00 | | $261.33 | | $9.30 | Inspection |
| | 9/13/2004 | | | | | | | | | | $1,032.78 | | $135.25 | $9.60 | $0.00 | $0.00 | | $271.33 | | $9.30 | |
| | 9/15/2004 | | | | | | | | | | $1,032.78 | | $135.25 | | $0.00 | $10.00 | | $271.33 | | $9.30 | Fax Fee |
| | 9/15/2004 | | | | | | | | | | $1,032.78 | | $135.25 | | $0.00 | $50.00 | | $321.33 | | $9.30 | Payoff Statement |
| 6/29/2004 | 9/20/2004 | 9/20/2004 | $1,736.00 | 8.590% | $1,507.30 | $168.73 | $1,338.57 | | $186,826.04 | $75.37 | $1,032.78 | | $135.25 | | $0.00 | $0.00 | | $321.33 | $228.70 | $238.00 | |
| | 9/24/2004 | | | | | | | | | | $1,032.78 | | $135.25 | | $0.00 | $0.00 | $0.81 | $322.14 | | $238.00 | Interest on Advances for Month |
| | 10/14/2004 | | | | | | | | | | $1,108.15 | | $135.25 | | $0.00 | $0.00 | | $322.14 | | $238.00 | |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited. (SPS)

Page 2 of 3

Statement Date: 08/24/2005
Payment Due Date: 03/29/2005
Grace Period: 15 Days
Last Escrow Adj:
Phone: 888-818-6032

KLT
ORRIN
8785165062

| Payment Due Date | Transaction Date | Effective Date | Amount Received | Interest Rate | Principal & Interest | Principal Portion | Interest Portion | Additional Principal | Principal Balance | Late Charges | Late Charge Balance | Corporate Advance Activity | Corporate Advance Balance | Escrow/Advance Activity | Escrow/Advance Balance | Optional Items | Other Fees | Other Fees Balance | Unapplied Funds | Unapplied Funds Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 10/20/2004 | 10/20/2004 | $1,000.00 |  |  |  |  |  | $186,826.04 |  | $1,108.15 |  | $135.25 |  | $0.00 | $0.00 |  | $322.14 | $1,000.00 | $1,218.00 | Broker Price Opinion |
| 7/29/2004 | 10/27/2004 | 10/28/2004 | $736.00 | 8.590% | $1,507.30 | $169.94 | $1,337.36 |  | $186,656.10 |  | $1,108.15 | $85.00 | $220.25 |  | $0.00 | $0.00 |  | $322.14 | ($771.30) | $1,218.00 |  |
|  | 10/29/2004 |  |  |  |  |  |  |  | $186,656.10 |  | $1,108.15 |  | $220.25 |  | $0.00 | $0.00 | $1.14 | $323.28 |  | $466.70 | Interest on Advances for Month |
|  | 11/2/2004 |  |  |  |  |  |  |  | $186,656.10 |  | $1,108.15 | $9.60 | $229.85 |  | $0.00 | $0.00 |  | $323.28 |  | $466.70 | Inspection |
|  | 11/15/2004 |  |  |  |  |  |  | $75.37 | $186,656.10 |  | $1,183.52 |  | $229.85 |  | $0.00 | $0.00 |  | $323.28 |  | $466.70 |  |
|  | 11/19/2004 |  |  |  |  |  |  |  | $186,656.10 |  | $1,183.52 |  | $229.85 |  | $0.00 | $0.00 | $1.10 | $324.38 |  | $466.70 | Interest on Advances for Month - Waived |
|  | 12/7/2004 |  |  |  |  |  |  |  | $186,656.10 |  | $1,183.57 |  | $229.85 |  | $0.00 | $0.00 | ($3.79) | $320.59 |  | $466.70 | Interest on Advances for Month - Waived |
|  | 12/14/2004 |  |  |  |  |  |  |  | $186,656.10 |  | $1,183.52 | $6.16 | $236.01 |  | $0.00 | $0.00 |  | $320.59 |  | $466.70 | REO UPS Chgs |
| 8/29/2004 | 12/29/2004 | 12/28/2004 | $1,800.00 | 8.590% | $1,507.30 | $171.15 | $1,336.15 |  | $186,484.95 |  | $1,183.52 |  | $236.01 |  | $0.00 | $0.00 |  | $320.59 | $292.70 | $759.40 |  |
|  | 12/31/2004 |  |  |  |  |  |  |  | $186,484.95 |  | $1,183.52 |  | $236.01 |  | $0.00 | $0.00 | $3.27 | $322.86 |  | $759.40 | Interest on Advances for Month |
|  | 1/6/2005 |  |  |  |  |  |  |  | $186,484.95 |  | $1,183.52 |  | $236.01 |  | $0.00 | $0.00 | $10.00 | $332.86 |  | $759.40 | History Fee |
|  | 1/24/2005 |  |  |  |  |  |  |  | $186,484.95 |  | $1,183.52 |  | $236.01 |  | $0.00 | $0.00 | $1.52 | $334.38 |  | $759.40 | Interest on Advances for Month |
|  | 2/14/2005 |  |  |  |  |  |  |  | $186,484.95 |  | $1,183.52 |  | $236.01 |  | $0.00 | $0.00 | $10.00 | $344.38 |  | $759.40 | Fax Fee |
|  | 2/14/2005 |  |  |  |  |  |  |  | $186,484.95 |  | $1,183.52 |  | $236.01 |  | $0.00 | $0.00 | $50.00 | $394.38 |  | $759.40 | Payoff Statement |
|  | 2/17/2005 |  |  |  |  |  |  |  | $186,484.95 |  | $1,183.52 |  | $236.01 |  | $0.00 | $0.00 | $10.00 | $404.38 |  | $759.40 | Inspection |
| 9/29/2004 | 2/22/2005 | 2/23/2005 | $1,550.00 | 8.590% | $1,507.30 | $172.38 | $1,334.92 |  | $186,312.57 |  | $1,183.52 |  | $246.36 |  | $0.00 | $0.00 |  | $404.38 | $42.70 | $802.10 | History Fee |
|  | 2/25/2005 |  |  |  |  |  |  |  | $186,312.57 |  | $1,183.52 |  | $246.36 |  | $0.00 | $0.00 | $1.55 | $405.93 |  | $802.10 | Interest on Advances for Month |
| 10/29/2004 | 3/3/2005 | 3/3/2005 | $1,550.00 | 8.590% | $1,507.30 | $173.61 | $1,333.69 |  | $186,138.96 |  | $1,183.52 |  | $246.36 |  | $0.00 | $0.00 |  | $405.93 |  | $844.80 | Interest on Advances for Month |
|  | 3/11/2005 |  |  |  |  |  |  |  | $186,138.96 |  | $1,183.52 |  | $246.36 |  | $0.00 | $0.00 | $3.80 | $406.73 |  | $844.80 |  |
| 11/29/2004 | 3/31/2005 | 3/31/2005 | $1,550.00 | 8.590% | $1,507.30 | $174.86 | $1,332.44 |  | $185,964.10 |  | $1,183.52 |  | $246.36 |  | $0.00 | $0.00 |  | $406.73 |  | $887.50 | Inspection |
|  | 4/20/2005 |  |  |  |  |  |  |  | $185,964.10 |  | $1,183.52 | $10.35 | $256.71 |  | $0.00 | $0.00 | $2.42 | $409.15 |  | $887.50 | Interest on Advances for Month |
| 12/29/2004 | 4/22/2005 | 4/28/2005 | $1,550.00 | 8.590% | $1,507.30 | $176.11 | $1,331.19 |  | $185,787.99 |  | $1,183.52 |  | $256.71 |  | $0.00 | $0.00 |  | $409.15 | $42.70 | $930.20 |  |
|  | 4/28/2005 |  |  |  |  |  |  |  | $185,787.99 |  | $1,183.52 | $10.35 | $256.71 |  | $0.00 | $0.00 | ($319.30) | $359.85 |  | $930.20 | Interest on Advances for Month - Waived |
|  | 5/3/2005 |  |  |  |  |  |  |  | $185,787.99 |  | $1,183.52 | $85.00 | $341.71 |  | $0.00 | $0.00 |  | $359.85 |  | $930.20 | Broker Price Opinion |
|  | 5/11/2005 |  |  |  |  |  |  |  | $185,787.99 |  | $1,183.52 |  | $341.71 |  | $0.00 | $0.00 | $1.30 | $371.15 |  | $930.20 | Interest on Advances for Month |
|  | 5/12/2005 |  |  |  |  |  |  |  | $185,787.99 |  | $1,183.52 |  | $341.71 |  | $0.00 | $0.00 | $10.00 | $381.15 |  | $930.20 | Fax Fee |
|  | 5/12/2005 |  |  |  |  |  |  |  | $185,787.99 |  | $1,183.52 |  | $341.71 |  | $0.00 | $0.00 | $50.00 | $431.15 |  | $930.20 | Payoff Statement |
|  | 5/13/2005 |  |  |  |  |  |  |  | $185,787.99 |  | $1,183.52 |  | $341.71 |  | $0.00 | $0.00 | ($1.30) | $429.85 |  | $930.20 | Interest on Advances for Month - Waived |
|  | 6/13/2005 |  |  |  |  |  |  |  | $185,787.99 |  | $1,183.52 |  | $341.71 |  | $0.00 | $0.00 | $2.65 | $432.50 |  | $930.20 | Interest on Advances for Month |
|  | 6/13/2005 |  |  |  |  |  |  |  | $185,787.99 |  | $1,183.52 |  | $341.71 |  | $0.00 | $0.00 | $10.00 | $442.50 |  | $930.20 | Fax Fee |
|  | 6/13/2005 |  |  |  |  |  |  |  | $185,787.99 |  | $1,183.52 |  | $341.71 |  | $0.00 | $0.00 | $50.00 | $492.50 |  | $930.20 | Payoff Statement |
|  | 6/15/2005 |  |  |  |  |  |  |  | $185,787.99 |  | $1,183.52 |  | $341.71 |  | $0.00 | $0.00 | ($2.65) | $489.85 |  | $930.20 | Interest on Advances for Month - Waived |
|  | 6/30/2005 |  |  |  |  |  |  |  | $185,787.99 |  | $1,183.52 |  | $341.71 |  | $0.00 | $0.00 | $10.00 | $499.85 |  | $930.20 | Fax Fee |
| 1/29/2005 | 6/30/2005 | 6/30/2005 | $1,540.00 | 8.590% | $1,507.30 | $177.37 | $1,329.93 |  | $185,610.62 |  | $1,183.52 |  | $341.71 |  | $0.00 | $0.00 | $50.00 | $549.85 |  | $962.90 | Payoff Statement |
|  | 7/12/2005 |  |  |  |  |  |  |  | $185,610.62 |  | $1,183.52 |  | $341.71 |  | $0.00 | $0.00 | $2.25 | $552.10 | $32.70 | $962.90 | Interest on Advances for Month |
|  | 7/12/2005 |  |  |  |  |  |  |  | $185,610.62 |  | $1,183.52 | ($341.71) | $0.00 |  | $0.00 | $0.00 |  | $552.10 |  | $962.90 | Broker Price Opinion |
|  | 7/13/2005 |  |  |  |  |  |  |  | $185,610.62 |  | $1,183.52 |  | $0.00 |  | $0.00 | $0.00 | ($2.25) | $549.85 |  | $962.90 | Interest on Advances for Month - Waived |
| 2/28/2005 | 8/3/2005 | 8/3/2005 | $1,540.00 | 8.590% | $1,507.30 | $178.64 | $1,328.66 |  | $185,431.98 |  | $1,183.52 |  | $0.00 |  | $0.00 | $0.00 |  | $549.85 | $32.70 | $995.60 |  |
|  | 8/11/2005 |  |  |  |  |  |  |  | $185,431.98 |  | $1,183.52 |  | $0.00 |  | $0.00 | $0.00 | $.08 | $549.93 |  | $995.60 | Interest on Advances for Month |
|  | 8/24/2005 |  |  |  |  |  |  |  | $185,431.98 |  | $1,183.52 |  | $0.00 |  | $0.00 | $0.00 |  | $549.93 |  | $995.60 |  |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited. (SPS)