November 16, 2005

Attn: Dispute Department
Select Portfolio Servicing
P.O. Box 65450
Salt Lake City, UTAH  84165-0450
(FAX sent Nov. 16, 2005 to (801) 270-7856
 certified letter to be sent Nov. 17, 2005,
 return receipt requested)

RE:  Account #3008699336
     (Buffalo, Missouri property)

Gentlemen:
Confirming my conversation with your representatives on November 14th
and 15th, 2005, I am DISPUTING your representations of the payments
which have been made, and what is currently owing, on the above-
referenced property.

Recently, my accountant audited all the payments I have made on this
account from January 2002 to the present, using my cancelled checks
and your loan records.  My accountant's audit shows more than $10,000.
(ten thousand dollars) in payments I have made, which were never applied
to my account.   These are payments that you show you received during
this time, but which were never credited to my account.  Basically, you
have stolen this money, and I want every dime of this money back.

What appears to have happened is that when I was in bankruptcy in 2002,
for over a year and a half you received double payments.  Then, later on,
you unjustly forced me into forbearance, threatening foreclosure, which
forbearance I am in at this time.  If the payments had been applied
properly by Fairbanks Capital Corp/Select Portfolio Servicing, I would not
be in forbearance now.  I WANT OUT OF FORBEARANCE NOW.

I also want the more than $10,000 (ten thousand dollars) you have stolen
returned to me immediately.

I was in the recent class action lawsuit wherein the MASSACHUSETTS U.S.
DISTRICT COURT JUDGE, THE HONORABLE DOUGLAS P. WOODLOCK, ORDERED THAT
BEFORE FAIRBANKS CAPITAL CORP/SELECT PORTFOLIO SERVICING foreclosed on
an account such as this that Fairbanks Capital Corp/Select Portfolio
Servicing was mandated to do an accounting of the monies paid on the
account in question.  YOU NEVER DID THIS.

In January, 2005, you tried to foreclose on the above-referenced property
when you had more than $10,000 (ten thousand dollars) extra money in my
account which you had never credited to my account.  Thus, you have
blatantly defied the Honorable Judge Woodlock's specific ruling to do an
accounting of all the monies received on this account before you began,
or threatened,foreclosure proceedings.

page 1 of 2

(letter of November 16, 2005 to S.P.S. Dispute Dept.)

Re: Account #3008699336

I also want you to account for all extra monies that have been paid to you since you fraudulently forced me into forbearance. My payment is $868/month, and you have been collecting more than $1,500/month. (I pay my own insurance.)

My demand is that immediate action be taken on this matter, or you will be hearing from my attorneys.

Sincerely,

Louise T. Tutt
Assoc. Administrative
   Law Judge - State of Missouri

copy: The Honorable Douglas P. Woodlock
      U.S. District Judge for Massachusetts
      U.S. Court House
      One Courthouse Way
      Boston, Machusetts  02210

      (Certified mail)

**Date:** NOV. 16, 2005    **Time** 6:35 PM

**To:** SELECT PORTFOLIO SERVICING / FAIRBANKS CAPITAL CORP.

**From:** LOUISE T. TUTT    (314) 340-6915 (FAX)

**RE:** ACCOUNT #3008699936

BUFFALO, MISSOURI PROPERTY

## NUMBER OF PAGES INCLUDING COVER SHEET: 3

## CEIPT REQUESTED? YES (X) NO ( )

Missouri Department of Labor
and Industrial Relations
**DIVISION OF**
**WORKERS' COMPENSATION**
Room 250, Wainwright Building
111 North 7th Street
St. Louis, MO 63101-2170
Phone: 314-340-6865

**Louise T. Tutt**
Legal Advisor – Associate
Administrative Law Judge