# T. WILLIAM VEACH
## ATTORNEY & COUNSELOR AT LAW

November 22, 2002

Thomas M. Hefferon, Esq.  
Goodwin Procter LLP  
Suite 500  
1717 Pennsylvania Avenue, NW  
Washington, DC. 20006

John Roddy, Esq.  
Grant & Roddy  
Suite 400  
44 School Street  
Boston, MA 02108

RE:   Chester & Genevieve Hale  
       Property: 2960 Lavista Court, Decatur Georgia 30033  
       Fairbanks Capital Corporation Loan No.: 1102069844

Dear Mr. Hefferon:

Please be advised of my representation of Mr. and Mrs. Hale regarding their current difficulties with Fairbanks Capital Corporation, a/k/a Select Portfolio Servicing.

This letter is written in an effort to avoid lengthy and costly litigation. The Hale's and I have been involved in negotiations with Fairbanks Capital Corporation regarding their home loan for more than three years. During that time, Fairbanks Capital Corporation have attempted to foreclose on the property a minimum of three times. In April 2004, Fairbanks Capital Corporation and Wilshire Credit Corporation, (2nd mortgage holder) agreed to a short sale of this property. The property was appraised and all necessary documentation was submitted by my clients. The sale did not occur and still another foreclosure was initiated due to the mis-communication of both loan holders. Months later another foreclosure was initiated as neither loan holder communicated with me or each other. That foreclosure did not go through. In 2005 we attempted another short sale of the property but met with difficulties created by both loan holders not responding to communication efforts. Property appraisals have again been completed. Documents were submitted, and once more foreclosure has been initiated with a sale date of December 6, 2005. In fact, as of today, I have been informed by Wilshire Credit Corporation they will not accept the pay off amount previously agreed to for the short sale and will accept nothing less than twice that figure.

As an additional aggravation, Fairbanks Capital Corporation while attempting to foreclose on the property they neglected to pay the required property taxes.

---

3826 Atlanta Road, Smyrna, Georgia 30080-5936  
(770) 333-8812, Facsimile # (770) 805-9053  
E-Mail: twmveach@bellsouth.net

# WILLIAM VEACH
## T. ATTORNEY & COUNSELOR AT LAW

Fortunately, my client, noticed their error and was able to make the needed payment before the property was auctioned at tax sale. The aggravation and frustration my clients have endured for the past three years is unconscionable. This matter has been brought to the attention of the U.S. District Court of Massachusetts, Honorable Douglas P. Woodlock, in light of the class action brought by the Federal Trade Commission, US v Fairbanks Civil Action File No.: 03-12219 and related cases.

It is our firm belief that Fairbanks Capital Corporation is either incompetent or has no desire to work in good faith with me or my clients regarding this matter. As such we are placing all parties on notice as of the date of this letter that if a resolution of this situation is not forthcoming before December 1, 2005 we will institute legal action in the Superior Court of the State of Georgia. There is no reason for this to come to pass but Fairbanks Capital Corporation has not only consistently and repeatedly violated the order entered in the class action suit of Curry et all v Fairbanks Capital Corporation, Civil Action File No.: 03-10895, and have acted in bad faith by being stubbornly litigious causing my clients unnecessary trouble and expense.

The actions of Fairbanks Capital Corporation, which can all be documented, will include a request for punitive damages due to the egregious nature of their handling of this loan.

As always, I stand ready and able to work with any party willing to permanently settle this matter. Please feel free to contact me with any questions or concerns.

Sincerely,

T. William Veach

CC:
Honorable Douglas P. Woodlock
Ms. Allison Brown, Esq.
Ms. Anita Johnson, Esq.
Mr. Daniel D. Phelan, Esq.
Mr. Mark Syphrus
Mr. Glenn Magner
Mr. David Hartzell
Mr. & Mrs. Hale

3826 Atlanta Road, Smyrna, Georgia 30080-5936
(770) 333-8812, Facsimile # (770) 805-9053
E-Mail: twmveach@bellsouth.net