The Honorable Douglas P. Woodlock
United States District Judge
John Joseph Moakley U.S. Courthouse
Boston, MA 02210


Donald and Teresa Barnett
5310 Williams Rd.
Byhalia, MS 38611
662-838-3805


Dear Honorable Woodlock,

My wife and I were two of the plaintiff's in the United States of America vs Fairbanks Capital Corporation civil action no. 03-12219-DPW in 2004. Fairbanks Corp fraudulently charged us assesment fees, appraisal fees without any justification since 1999 and call it on our statement monthly advancement fees. They add interest on this outstanding balance every week and include it on our statements each month as other fees. We never got 90 days late with payment and if we did our contract states that the loan would be accelerated and we would have to pay off the principal balance on demand. They never did demand this because we were never in default. Fairbanks sent delinquent notices only when we were 1 or 2 payments behind due to my illness in 1998 when I could not work for over one year. We got other loans and made our payments. They called these delinquent notices "this is an attempt to collect a debt" notice from them. See attached copy.

At the time of the lawsuit the balance they had us owing was $ 1,525.44 . They reversed these charges and credited our account after the lawsuit, see copy, however, a month later they put the charges right back on our statement. The court ordered them to reverse these fraulent charges on our account and they have ignored the order apparently. They continue to add interest on this figure and to date it is now $ 1,833.70. In the meantime they have changed their name to "better serve you" to Select Portfolio Servicing Inc. MY wife Teresa has talked on phone to a HUD woman and she in turn talked to a Fairbanks Corp customer service representative who stated this would be taken care of. You see how they took care of it. During the years of all this aggravation with Fairbanks Corp the phone calls and letters, as well as compiling interest on fraudulent charges has worsened my health. I am diabetic, have liver disease, high blood pressure and numerous other medical conditions that they have caused to worsen.

My wife and I feel that Select Portfolio Servicing Inc. formerly Fairbanks Capital Corporation is in contempt of the court order and we believe the charges they put on us should be re-imbursed

-/-

directly to us and also should go to jail or pay a steep fine for continuing this fraudulent practise, which I am sure they are probably doing the very same thing to other people as well. The court should investigate this and we pray that this will be rectified real soon.

The only way for us to get away from the stress they have caused us we have no choice but to pay it off, eventhough I know it is a fraud, and refinance their loan with our first mortgage with Wells Fargo Financial. They are paying off the loan and fraudulent charges and we hope we can get a refund from them without having to file a lawsuit for that plus the stress over the years they have caused.

In addition to all this we compared tax information recently for our new loan application with Wells Fargo Financial and discovered that in 2003 Select Portfolio Servicing Inc. applied $ 882.95 towards 2003 Principal and in 2004, one year later applied $ 855.92 towards 2004 Principal. We never caught this until now. I know the principal should always increase each month during the life of a loan, however , you can see the copy's enclosed, that they decreased principal applied, which is still another fraudulent act, and they never have told me what happened or where the money went.

I sure hope you can help us out.

Sincerely,

*Donald J. Barnett*

Donald J. Barnett
11/17/05


cc:

Lucy E. Morris esq.
Division of Financial Practise
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvannia Ave
NW mail drop NJ-3158
Washington D.C. 20580

Gary Klein, esq.
John Roddy esq.
Grant and Roddy
44 School St.
Suite 400
Boston, MA 02108