December 20, 2005

The Honorable Douglas P. Woodlock
U.S. District Judge
U.S. Court House
One Court House Way
Boston, MA  02210

Re:  Select Portfolio Servicing
     The Louise Tutt case (member of the
       class action suit)

Dear Judge Woodlock:

This is a follow-up letter to the December 17, 2005, letter regarding the above. I am including a copy of the S.P.S. letter to which the foregoing December 17, 2005 letter was a response.

Thank you for your consideration.

Sincerely,

Louise Tutt
921 State Highway 32
Buffalo, MO  65622
Tel:  (417) 345-7520

Enclosures:  copy of SPS letter dated Dec. 8, 2005
             copy of Tutt letter dated Dec. 17, 2005.

December 17, 2005

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, Utah  84165-0250

Re: Loan Number 3008699336 (921 State Hwy. 32; Buffalo, MO  65622

Gentlemen:
I received a letter, unsigned, from the "Escrow Department" at SPS, dated December 8, 2005, and postmarked December 13, 2005.

In the future, send all correspondence to:
    Louise T. Tutt
    921 State Highway 32
    Buffalo, MO  65622
    Telephone: (417) 345-7520

In your December 8th letter, you state that "...an adjustment to your monthly payment was made as a result of removing the insurance collection.  The new amount of your payment is $967.35 and will be effective as of 8/01/05.  This change will be reflected on an upcoming billing statement."

WHY is my payment $967.35 when it should be $868?  Have you added forced insurance on to my payment?

I have sent you proof that I have insurance on this property, and I DISPUTE the amount of $967.35.

Moreover, as you know, this account is in dispute, and you have had AMPLE time to correct and explain the gross discrepancies in this account.  You should have returned the thousands you have stolen from me as you have had more than enough time.

Where are the thousands of dollars missing in this account, money which I paid, and for which you did not give me credit.  Your December 8th letter is not going to appease me.  I want an itemized accounting of this missing money immediately, and a return of every penny.

You are not being honest.  You are trying to hid the fact that you have stolen this money from me.  I want answers, truthful answers, forthwith.  This matter is not going away.  I await a response to these questions, and you to return the money you owe me BY RETURN MAIL, AS SOON AS POSSIBLE.  THIS MATTER IS NOW IN THE HANDS OF MY ATTORNEY.

Sincerely,

*Louise T. Tutt*
Louise T. Tutt
921 State Highway 32
Buffalo, MO  65622

Copy by certified mail:  The Honorable Douglas P. Woodlock
                              Judge, U.S. District Court

Copy:  Douglas Parker
       Attorney at Law


**SPS** SELECT Portfolio SERVICING, inc.

December 08, 2005

Louise Tutt
3943 Wyoming St
Saint Louis, MO 63116

RE: Loan Number 3008699336

Dear Homeowner(s):

We are writing to notify you that an adjustment to your monthly payment was made as a result of removing the insurance collection.

The new amount of your payment is $967.35 and will be effective as of 08/01/05. This change will be reflected on an upcoming billing statement.

We value you as a customer and appreciate this opportunity to serve you.

If you have any questions, please contact our Customer Service Department at (800) 258-8602, Monday through Friday, between the hours of 7 am and 8 pm Eastern Time.

Sincerely,

Escrow Department

EA009 032/AA2