Wallace Walker
5716 Wynnefield Avenue
Philadelphia, PA 19131
(215) 473-6613

February 24, 2006

The Honorable Douglas P. Woodlock
United States District Judge
John Joseph Moakley US Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Honorable Judge Woodlock:

I am writing this letter in one last attempt to save my home of over 30 years from Sheriff Sale scheduled for March 7, 2006. In January 1999, I was included in a class action suit filed in US District Court against EquiCredit Corporation. On June 6, 2002, a notification was sent out to the participants that the lawsuit had been settled in favor of the class. EquiCredit, a.k.a. Fairbanks Capital, and now a.k.a. Select Portfolio Servicing, was found to have been involved in predatory lending practices. I have tried to resolve the issue with the mortgage unsuccessfully. This has been a 5-year nightmare, which I present to you.

In 1993, both of my parents died 1 week apart. My mother from lung cancer, and my father from colon cancer and Alzheimer disease. It was a very hard time for me. The only thing they left my sister and I was this house valued at about $90,000. This is where I grew up, this is where I got married, and this is where my daughter was born! And hopefully, with a little help this is where I will die.

In 1995, I took out a 10-year loan for $65,000 to process a buyout to my sister. EquiCredit paid off my sister for $45,000, and took about $6000 for Escrow of taxes. There were other broker fees, agent fees, and processing fees, which I do not completely remember or understand. EquiCredit charged me a rather high interest rate of over 10%. I did not like having to pay for a house I already owned. Under the stress and depression of my parent's death, the pressure from my sister to sell the house, and the willingness of EquiCredit to settle quickly, I did not take adequate time to research, nor could I understand everything. I thought I would pay $610 per month for 10 years and it would be over. It was later that I learned of a $65,000 balloon payment at the end of the term.

After several years of mortgage payments, I learned that EquiCredit was involved in predatory loan practices including:

- Initiating loan activity specifically targeted at certain ethnic groups.

- Initiating homeowners loan agreements with undisclosed balloon payments.

- Conducting practices of forced homeowner's insurance and inadequate coverage of homeowner's interests.

- Excessive application of interest charges, late fees, hidden fees, attorney fees, and foreclosure fees.

- Illegal foreclosure practices, notification, and procedures.

- Excessive mortgage broker fees.

I filed papers with Urban League of Philadelphia, Community Legal Services, EquiCredit Corporation, and Fairbanks Capital, to join the EquiCredit Class Action Suit. This went on for several more years. During the interim, I received threatening telephone calls, monthly statements from Fairbanks Capital Corporation, (also involved in a class action suit: Civil Action No. 03-12219-DPW), and then Select Portfolio Servicing. This was all very confusing and frustrating. Three different financial institutions all claiming pay for the same loan.

There was suppose to be a 25% reduction in the loan amount, elimination of the hidden balloon payment, hidden processing fees, unauthorized charges, and attorney fees. This Class Action Settlement has not been honored. I have not received any final settlement papers, indicating a change in loan amount or monthly payment.

My next course of action was to try to obtain another mortgage, pay the EquiCredit loan off, and settle later. However, the pending lawsuit, and my now damaged credit status, made this option temporarily impossible.

Currently I am in the process of obtaining a loan. It is very close to completion. My home was recently appraised at almost $200,00. I think real estate investors are at work here. The new Loan Company understands my situation. I need to delay the Sheriff Sale proceeding at least 30 days to execute the loan. My window of opportunity is closing.

I started out with a simple loan of $65,000 and now, unless I pay $142,000 by March 7, 2006, the home that I have lived in for over 30 years will be sold at Sheriff Sale. Please help me save my home! You can reach me at (215) 473-6613 or e-mail wwalker@ucwphilly.rr.com. I thank you for your consideration and support.

Sincerely,

Wallace Walker
Marjorie Walker

Cc: The Honorable Douglas P. Woodlock
    United States District Judge

    The Honorable Eduardo C. Robreno
    United States District Judge

    Lucy E. Morris, Esq.
    Bureau of Consumer Protection
    Federal Trade Commission

    David Fein, Esq.
    Goldbeck McCafferty & McKeever

    Robert A. Nicholas, Esq.
    Louis W. Schack, Esq.
    Reed Smith, LLP

Gary Klein, Esq.
John Roddy, Esq.
Grant & Roddy

Urban League of Philadelphia
Homeowners Emergency Asst.
Predatory Lending Practices

Philadelphia Regional Office
Dept. of Housing and Urban Dev.
Division of Financial Practices

## EQUICREDIT DISPUTE MAILING LIST
## And
## CONTACT INFORMATION

The Honorable Eduardo C. Robreno
United States District Judge
US District Court for the Eastern District of Pennsylvania
US Courthouse
601 Market Street, Room # 11614
Philadelphia, PA 19106-1745
(EquiCredit Corporation: Civil Action No. 00-cs-6196 and Civil Action No. 01-256)

The Honorable Douglas P. Woodlock
United States District Judge
John Joseph Moakley US Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210
Courtroom: (617) 748-9170
Docket: (617) 748-9171
(US vs Fairbanks Capital Corporation: Civil Action No. 03-10895-DPW)

Alan M. White, Esq.
Kirsten E. Keefe, Esq.
Community Legal Services, Inc.
3638 North Broad Street
Philadelphia, PA 19140
Fax: (215) 227-2435
(EquiCredit Class Action: Class Counsel)

Robert A. Nicholas, Esq.
Louis W. Schack, Esq.
Reed Smith, LLP
1650 Market Street
Philadelphia, PA 19103-7301
Fax: (215) 851-1420
(EquiCredit Class Action: EquiCredit Counsel)

David Fein, Esq.
Goldbeck McCafferty & Mckeever
Home Retention Department
701 Market Street, Suite 5000 – Mellon Independence Center
Philadelphia, PA 19106
Phone: (215) 825-6318
Fax:    (215)-825-6418
(EquiCredit Mortgage Foreclosure Attorney: File # SPS-0379)

**EQUICREDIT DISPUTE MAILING LIST**
**And**
**CONTACT INFORMATION**

Lucy E. Morris, Esq.
Division of Financial Practices
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Ave., NW Mail Drop NJ-3158
Washington, DC 20580
(Fairbanks Class Action: FTC Counsel)


Gary Klein, Esq.
John Roddy, Esq.
Grant & Roddy
44 School Street, Suite 400
Boston, MA 02108
(Fairbanks Class Action: Co-Lead Class Counsel)


Urban League of Philadelphia
Predatory Lending Practices
Homeowners Emergency Assistance Program
Ten Penn Center
1801 Market Street, Suite 250
Philadelphia, PA 19103
(EquiCredit Class Action & Mortgage Foreclosure: Consumer Advocate)


Philadelphia Regional Office of FHEO
Department Of Housing and Urban Development
Division of Financial Practices
The Wanamaker Building
100 Penn Square East, 12th floor
Philadelphia, PA 19107-3380
(EquiCredit Class Action & Mortgage Foreclosure: Consumer Advocate)