March 2, 2006

The Honorable Judge Douglas P. Woodlock
U. S. District Judge
First Circuit
U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re: Class Action Suit  involving Fairbanks Capital Corp/Select Portfolio Servicing/Mr. Basmajian, etc. wherein the above were enjoined from future fraudulent practices.

Dear Judge Woodlock:
Fairbanks Capital Corp, now called Select Portfolio Servicing, recently purchased by Credit Suisse First Boston, is violating your Order which was issued concurrently with your approval of the class action suit settlements referenced above.

I am enclosing a copy of my letter of February 21, 2006, to a Mr. Fudge who is alleged to be an employee of Select Portfolio Servicing.

I am also enclosing a copy of a letter to Senator Mikulski explaining the on-going problems with this company which operates in an outrageously fraudulent manner.

I am requesting some relief.

Thank you for your attention and kind consideration.

Sincerely,

*Louise T. Tutt*

Louise T. Tutt
921 State Highway 32
Buffalo, MO  65622

Enclosures:  February 21, 2006 letter to Select Portfolio Servicing
             February 28, 2006 letter to Senator Mikulski (includes 9 enclosure pages)

February 21, 2006

Select Portfolio Servicing, Inc.                    LOAN NUMBER  3008699336
P.O. Box 551170
Jacksonville, FL  32255-1170
Attn:  Walter Fudge
       Consumer Advocate

Dear Mr. Fudge:
Your letter received wherein you purposely misrepresent the facts and avoid the issues I raised in the referenced account.

You do not admit what you have done:
1. MORE THAN $10,000 (ten thousand dollars) missing from this account. The figures are evident. YOU HAVE STOLEN THIS MONEY. YOU ARE TRYING TO HIDE YOUR WRONGDOING. THIS HAS BEEN VERIFIED, AND YOU HAVE EVEN ADMITTED IT.
2. Now you try to cover your theft by using the ruse of insurance coverage. What a joke.
3. Today you are double dipping the insurance. More than once the insurance agent has sent you proof of current coverage, and you are still billing me for coverage I already have.
4. Your title, Consumer Advocate, is a brazen joke of SPS. SPS hired you to stonewall inquiries into SPS's crooked practices. SPS HAS MADE U.S. DISTRICT COURT JUDGE DOUGLAS WOODLOCK'S ORDER A JOKE BY CONTINUING THE SAME ILLEGAL STEALING, LYING, AND EXTORTION WHICH WAS PROVEN IN THE CLASS ACTION SUIT IN BOSTON, MASSACHUSETTS.  SHAME ON YOU.

I EXPECT A RESPONSE BY RETURN MAIL, AND ANSWERS TO MY CALLS, WHICH YOU AND YOUR SO-CALLED SUPERVISOR(WHO DOES NOT ANSWER MY CALLS EITHER) DO NOT ANSWER.

A COPY OF THIS LETTER IS GOING TO JUDGE WOODLOCK WITH A REQUEST THAT THE U.S. ATTORNEY INVESTIGATE THIS FLAUNTING OF THE LAW AND THE COURT'S ORDERS.

SINCERELY,


LOUISE TUTT
(314) 352-8751
921 STATE HIGHWAY 32
BUFFALO, MO 65622

CERTIFIED MAIL  RETURN RECEIPT REQUESTED

February 27, 2006

The Honorable Barbara Mikulski
United States Senator
1629 Thames St., Suite 400
Baltimore, MD 21231

Re: Fairbanks Capital Corp. aka Select Portfolio Servicing

Dear Senator Mikulski:
I am enclosing copies of reports on the infamous Fairbanks Capital Corp., now known as Select Portfolio Servicing, an entity that acts exactly the same as it did before the HUD-FTC investigation, except that it has developed more trickery and more evasive techniques. They are still placing properties in foreclosure after placing false charges for forced insurance when the borrower already has proven he has insurance, after failing to apply loan payments when received, after failing to record loan payments, etc. Then, they go into states, use the judicial system as a sword, and foreclose. Judge Woodlock, in the Boston MA First District Court expressly forbade Fairbanks-SPS from foreclosing before verifying that the payment record, etc. was accurate, etc. The forty million dollar fine assessed Basmajian-Fairbanks-SPS was just a slap on the wrist, and SPS continues, with their founder, the notorious crook, Mr. Basmajian, to laugh all the way from the Federal Court to the federal banks. Does the U.S. Senate want the courts and justice system to be a shield for these crooks? Home ownership is basic to the principles on which this republic was founded. This is a national scandal affecting hundreds of thousands of sub-prime mortgagors, who do not have the money, which was drained by SPS before foreclosure, to fight a state, let alone a federal lawsuit. As a Democrat, I know that you represent the hard-working, honest citizen who works and tries to pay for his home.

I am enclosing copies of portions of reports on this company, and urgently requesting your assistance in this matter.

The illegal practices of Fairbanks-SPS outlined on page 2 under the heading "Fairbanks Capital Corp ripoff owned and operated by the PMI Group..." summarizes my own experiences with this company. As you see, this report was "Modified-1/10/2006, and exactly chronicles their present dealings with their mortgagor-victims-credit-ruined foreclosed-on U.S. taxpayers.

On page 2 of the 3 page document which is enclosed is a RECENT account of the fraudulent behavior, with the note that SPS, IN OCTOBER 2005 WAS SOLD TO CREDIT SUISSE FIRST BOSTON, a company with its own shady reputation, as I'm sure you are aware of.

Please advise. Please speak for the thousands who have no voice. This scandal affects the entire United States, so widespread and devastating is the destruction Basmajian,

Fairbanks, SPS, PMI, CSFB have levied on that person Lincoln loved, called "the common man."

Thank you for your help.

Sincerely,


Louise T. Tutt
921 State Highway 32
Buffalo, MO 65622

(314) 352-8751

Enclosed:  3 pages downloaded from Rip-off Report.com – badbusinessbureau.com
           9 pages (9 of 28), of report modified 1/10/2006



...by consumers, for consumers

Don't let them get away with
Make sure they make the Rip-off

a service of
badbusinessbureau.com REPORT.COM

Submitted:
2/24/2003 8:34:27 PM

Category:
**Banks**

Modified: 1/10/2006
6:19:25 PM

# Fairbanks Capital Corp ripoff owned and operated by The PMI Group, publicly-traded corporation NYSE "Foreclosure Business" very profitable. over 400 victims on Rip-off Report Salt Lake City Utah *UPDATE ..U.S Senator Barbara Mikulski Demands Investigation of Fairbanks Capital

## Fairbanks Capital Corporation
Address:
**3815 South West Temple
Salt Lake City Utah  84115
U.S.A.**
Phone:
**801-293-2501 CEO #**
Fax: -

**Fairbanks Capital, based out of Salt Lake City, Utah is a Mortgage Loan Servicing Company that purchases mortgages from other Lending institutions across the Country.**

**They are the tenth largest Loan Servicing Company in the United States.**

**Rip-offReport.com has received over 3,000 emails and 440 reports from consumers in every state that have been victimized by Fairbanks Capital Corp.**

**Many of these victims claimed to have lost their homes to fraudulent foreclosure, others have been forced to file Bankruptcy in an attempt to save their homes from Foreclosure.**

**Fairbanks Capital has become notorious for one thing,
stealing homes.**

We believe that Fairbanks Capital has developed a very keen scam of illegal and unethical Business practices to lead homeowners into Foreclosure.

Among the many accusations made by homeowners, these scams seem to be Fairbanks favorites:

- Charging late fees when payments where received on time
- Claiming "lost" payments
- Demanding payments that have already been made
- Improper use of escrow funds, or even "losing" escrow funds
- Placing accounts in collections when they are current
- "Forced -placed Insurance" when homeowners already have proper coverage
- Placing payments into a suspense account instead of crediting as monthly payment
- Taking unauthorized payments from consumers checking accounts
- Demanding payment for "Corporate Advance fees" without written explanation
- Foreclosure proceedings on accounts that are current

Sources tell Rip-off Reperot that (according to the national average) if Fairbanks Capital charges 30% of their customers a late fee 6 times per year, they will make an additional gross income of approximately $40,300,000.00 annually.

If 25% of Fairbanks customers are charged $100.00/per month for "force-placed insurance" they would earn an additional $21,000,000.00 annually.

If 3% of loans have a Foreclosure Start, Fairbanks will earn approximately $ 288,000,000.00 annually.

As you can see, being in the "Foreclosure Business" is very profitable.



local news station KUTV2, in Salt Lake City, Utah attempted to talk to officials at Fairbanks Capitals main headquarters

Many homeowners are taking a stand to stop Fairbanks Capital from continuing fraudulent Foreclosures. There are now over 600 lawsuits filed against Fairbanks Capital across the Country, many of them are class action suits.

Fairbanks Capital is owned and operated by The PMI Group, a publicly-traded

corporation (NYSE: PMI), that is a worldwide provider of Private Mortgage Insurance. They are also a major contributor to the highly respected Non-profit organization Habitat for Humanity. This organization is dedicated to providing quality and affordable housing for the poor.

The PMI Group uses Habitat for Humanity to get unlimited Public-Relation points and to deflect criticism about its corrupt relationship with Fairbanks Capital.

The PMI Group helps build houses for the poor by financially supporting Habitat for Humanity, why would they want to be involved with Fairbanks Capital ?? The answer should be obvious. This is the PMI circle of profit and deceit.

We are going to continue our investigation on The PMI Group and its relationship With Fairbanks Capital. We will also provide updates and additional information to guide other Fairbanks Capital victims.

**Rip-off Report Investigation**

Click here to read other Rip Off Reports on Fairbanks Capital Corp

**Company Search**

If you would like to see more Rip-off Reports™ on Fairbanks Capital Corporation, please use the search box below

Fairbanks Capital Corporation 

In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

# Update Submitted by the original author
Submitted: 3/8/2003 1:25:13 PM
Modified: 1/22/2004 1:57:47 PM

## U.S Senator Barbara Mikulski Demands Investigation of Fairbanks Capital

Federal authorities are responding to the complaints of more than 100 Maryland homeowners.
The inspector general for the HUD department is launching an investigation of Utah-based mortgage servicing company, Fairbanks Capital Corp.

WBAL-TV 11 NEWS lead investigative reporter Jayne Miller reported that Senator Barbara Mikulski,(D-Maryland), asked for the investigation during a Senate

subcommittee meeting on the HUD's budget.
"We want to know who this company is and what they are doing," Mikulski said in the meeting.
As a result, HUD's inspector general agreed to open the Fairbanks investigation before the budget hearing was over.

Homeowners who have a complaint can contact an additional resource, the HUD inspector general's
hotline by dialing (800) 347-3735.

Rip-offReport.com strongly suggests that everyone contact their State Senators also. Now is the time to take action and ask your state senators to
get involved with this already launched investigation.

You can find your state senators by visiting:
www.senate.gov

Rip-off Report Investigation - Nevis Island, West Indies
U.S.A.

# Update Submitted by the original author

Submitted: 3/28/2003 2:43:33 PM
Modified: 1/22/2004 1:57:47 PM

## Fairbanks Capital's CEO linked with notorious swindler John Peter Galanis

WBAL-TV 11 NEWS turns their Fairbanks Capital investigation to the man behind the company,
Thomas Basmajian, CEO.

11 NEWS uncovered startling information about Basmajian's background buried in six boxes of a federal case now housed in the National Archives.
It is a case that centers on John Peter Galanis, a notorious white collar criminal who made headlines in the late 80's when his organization was put on trial for bilking hundreds of millions of dollars from investors and the U.S. Government in tax shelter schemes.

Basmajian was not charged in the Galanis case, but the review of documents from the case and 9000 pages of court testimony reveal Basmajian's connection to Galanis' deals.

It started with a company called Churchill Oil and Gas, formed in 1981 by Doug Adams and Thomas Basmajian.

According to Adams' testimony in court: he and Basmajian formed Churchill in 1981 specifically to work with John Galanis in the Transpac drilling ventures." Transpac was the name of the tax shelters that the government later declared a total sham.

Court testimony reveals Basmajian was at the table with Galanis when the Transpac deals were launched. Testimony also reveals Basmajian was an apparent insider in the deals, close enough to the inner circle that he was able to get a piece of the tax shelters pie without having to pay.

In 1983, Basmajian was involved in starting a new company, called Churchill Investment Corporation. It was a licenced securities dealer. According to testimony in court, it was intended to make the tax shelter program more attractive to investors.

Doug Adams, Basmajian's partner says he was also involved in Churchill Investment but got out by the end of 1984 when it had apparently drawn attention from the SEC.

In Sept, 1987 Galanis and seven of his associates were indicted by a federal grand jury in New York.

By that time, Galanis schemes were linked to the failure of several banks and the raiding of a mutual fund.

As the case went to trial, the federal prosecutor desribed it this way: "This is an organization who's M.O. is fraud, whose very activities were corrupt, whose appetite for money was voracious, whenever more money was needed, more victims were sought. All of the defendants, as well as others were members of a thoroughly corrupt, criminal organization which defrauded investors, banks, mutual funds, shareholders and the U.S Government."

Galanis was convicted and sentenced to 27 years in prison- one of the toughest white-collar criminal sentences ever in the Country.

Doug Adams, Tom Basmajian's partner, was among a dozen other men in the case who pleaded guilty or was convicted on related charges.

Untouched by the prosecution of Galanis and Adams, Basmajian himself went on to form Fairbanks Capital a year later in 1989. In these documents, filed in the state of Texas, Basmajian makes no mention of Churchill Oil and Gas and describes Churchill Investment as a licenced brokerage that closed in 1987 due to a decline in real estate partnerships.

Basmajian refused to speak with 11 NEWS regarding this story, but an unnamed spokesperson issued a statement on his behalf:
"Tom Basmajian, like many others, was a victim of the fraudulent investment scheme perpetrated by John Galanis in the early 1980's. It is pointless today to rehash the events that occurred 20 years ago."

Victim turned Consumer Advocate - Ft Lauderdale, Florida
U.S.A.

# Rebuttal Consumer Comment
Submitted: 4/10/2003 10:29:14 PM

Rip-off Report.com - badbusinessbureau.com
Case 1:03-cv-12219-DPW    Document 85    Filed 03/13/2006    Page 10 of 16
Page 6 of 28

Modified: **1/22/2004 1:57:47 PM**

## Fairbanks Capital, criminal investigation spreading Nationwide

Just over a month ago Senator Barbara Mikulski of Maryland asked for an investigation into the business practices of Fairbanks Capital while at a HUD budget meeting.

The investigation was granted by the HUD inspector general and since then, many other agencies have joined the fight for homeowners across the Country. Currently, agencies involved in the investigation include, HUD, FTC, Freddie Mac, Freddie Mae, and many other State officials.

The investigation regarding Fairbanks business practices has now evolved into a "criminal investigation" even though Fairbanks, PMI, and FITCH continue to call it a "review".
The question here, is Fairbanks and PMI dealing with the same HUD and FTC that are doing the investigating ???

**Victim turned Consumer Advocate - FT LAUDERDALE, Florida
U.S.A.**

# Update
Submitted: **6/14/2003 12:31:06 AM**
Modified: **1/22/2004 1:57:47 PM**

## Fairbanks Capital Saga Continues

Over the last 60 days, there have been many new developments in the on-going saga of Fairbanks Capital Corporation.

The beginning of April brought yet another examination into the business practices of Fairbanks Capital, this time it was Fannie Mae and Freddie Mac. Both companies agreed to conduct their own investigation in response to a request by U.S. Sen. Paul Sarbanes, (D- Maryland).

On April 17th Fairbanks Capital agreed to suspend any pending foreclosure Proceeding while reviewing a borrower's formal complaint made to regulators or Fairbanks Capital itself. They also agreed not to require a homeowner to sign a forbearance agreement to avoid foreclosure.
Fairbanks also agreed to respond to all formal complaints within two weeks.

The first week of May brought the well overdue downgrade by Standard & Poor, one of the world's most reputable rating service companies.
Fairbanks was once rated as "strong" by Standard & Poor, but they now hold the well deserved rank of "below average", which is a four step drop.

PMI, Fairbanks' largest shareholder was also downgraded by Standard & Poor just 2

days after Fairbanks received their new lowered rating.

The rating downgrades continued for Fairbanks Capital on May 5th, when Moody followed S&P's 4 step drop from "strong" to "below average".
Just days later Fitch finally made the move and reported their own 4 step downgrade for Fairbanks Capital.

The downgrade by Fitch Rating Company, came after the replacement of Fairbanks Capital's CEO Thomas Basmajian. The announcement of Basmajians farewell from his CEO position was announced on May 7th.

Basmajian is all to familiar with criminal investigations by the Feds, he was found to have close business ties to the notorious John Peter Galanis, the "Charles Manson" of white collar criminals. Galanis was sentenced to 27 years in prison in the late 80's for defrauding investors, banks, mutual funds, shareholders, and the U.S. Government out of $400,000,000.00.

Basmajian managed to avoid any criminal charges and went on to form Fairbanks Capital just one year later in 1989. We believe Basmajian filed deceiving documents with the state of Texas, he failed to mention Churchill oil and gas, along with a false description of Churchill Investment and its reason of closing. Both of these Companies where linked in with the Galanis multi million dollar fraud scheme.

Former Fairbanks CEO, has not "left the building," he is still on the board, and is a consultant to the new top management at Fairbanks Capital.

Last month, investigative reporter Jayne Miller with the WBAL Channel in Maryland, brought us the interview we have all been waiting for, an ex-employee of Fairbanks Capital. "Sharon" confirmed that it was part of Fairbank's business practices to deceive customers, ignore written disputes, charge "mystery" fees, charge for force-placed insurance, avoid timely postings
Of payments, etc. "They force people into foreclosure that I knew should not be in foreclosure" Sharon said.

Sharon also admitted to certain "daily spiffs" for employees that collected the most western union payments in a given time frame.

On May 20th the new chairman of the Fairbanks board, Bradley Shuster spoke publicly for the first time.

Shuster stated that the company has been ordered to do a top to bottom review of every fee that borrowers are charged.

"The overriding goal of this review is to ensure all fees charged are fair to all constituents involved," Shuster said.
Bradley Shuster is an executive with PMI, which holds 57% ownership of Fairbanks Capital.
PMI had also held 3 seats of the 8 member board of directors of Fairbanks before the start of the federal investigations, although PMI executive have denied having anything to do with Fairbanks operations in the past, we believe that PMI will prove to

be just as involved in Fairbanks long time fraudulent scheme by their lack of concern or investigation into the matters brought to their attention over 2 years ago.

On May 27th, the President of Fairbanks Capital, William Garland was fired. He held the number 2 position in the company.

The beginning of June brought the completion of the review by Fannie Mae.

Like many others who have examined Fairbanks, Fannie Mae found several problems that included; improper assessment of certain fees and charges, Inadequate dispute resolution, Inadequate internal controls, etc.

Fannie Mae will put its employees inside Fairbanks to closely monitor the company's practices.

Fannie Mae also stated that Fairbanks has agreed to make corrections and to fairly compensate any borrowers charged inappropriate fees.

Last week, we were also informed that Fairbanks Capital is currently seeking advice from the former head of the FTC, Christine Varney. Ms. Varney, is said to be provideing advise to Fairbanks on their dealings with the agency. The FTC joined the investigation launched by HUD in early March.

Just this week, Sen. Mikulski (D-Maryland) asked Attorney General John Ashcroft for the Justice Department to get involved to root out what the senator characterizes as the fraud that has affected hundreds of homeowners.

Mikulski wrote: "I request that you commit the resources and expertise of the Justice Department to the ongoing HUD investigation into the business practices of Fairbanks Capital Corporation. I believe that the Justice Department, working with the HUD Inspector General, can achieve justice for the victims of Fairbanks and root out the fraud that is currently destroying lives and communities."

If you are a victim of Fairbanks Capital please file your Rip-offReport here.

Also, contact the HUD OIG office at: 1-800-347-3735 or email your complaint directly to hotline@hudoig.gov

You can file a complaint with the FTC by calling- 1-877-382-4357

Florida victims are asked to also contact the Fla. Dpt. Of Banking at: 1-800-848-3792

Victim Turned Consumer Advocate - Nevis Island, Prince Edward Island
U.S.A.

# Rebuttal Consumer Comment

Submitted: 7/14/2003 6:57:18 AM
Modified: 1/22/2004 1:57:47 PM

## What are we to do ..destroyed me like thousands of others

There are complaints filed against Fairbanks Capitol in every state where they are licensed. Fairbanks has destroyed me like thousands of others. How do we stop this white-collar mafia and save our homes. Most of us cannot even refinance because Fairbanks had destroyed our credit rating before we knew what was happening. I understand about all the government investigations, but that take time. What are we supposed to do, loose our homes and hope that someone realizes we were right twenty years from now? We need immediate action. We need a federal judge to; first, shut them down and second, clear our credit reports of all the invalid negative data. Then transfer our mortgages to a reputable company at a market interest rate, not this 9% and higher that most of us are stuck with because Fairbanks has destroyed our credit. I would appreciate any feed back direct or otherwise as to how I save my home and clear my credit report from all of Fairbanks' false accusations.

Hubert - Onalaska, Wisconsin
U.S.A.

## Rebuttal Consumer Comment

Submitted: 1/10/2004 7:41:16 PM
Modified: 1/22/2004 1:57:47 PM

## Borrowers are not the only victums!

Have you ever wondered WHERE some of the borrowed funds came from? In the early 1990's Aames Home Loan ran ads throughout California offering investors ( actually IDIOTS ) a chance to earn 13% or more on their money by investing in Aames trust deeds.

Although I lived in Northern California most of the trust deeds they offered me were located in Southern California. I invested in numerous trust deeds and lost a HUGE amount of money when I had to foreclose on several of those trust deed and found that the properties had NO PROTECTIVE EQUITY!

When I read the reports from the borrowers I realized that the only ones who made out okay on these loans was AAMES AKA FAIRBANKS! BOTH BORROWERS AND PRIVATE LENDERS WERE BEING SCREWED!

Patrick - San Francisco, California
U.S.A.

## Rebuttal REBUTTAL Individual responds

Submitted: 5/12/2004 2:40:46 PM
Modified: 5/12/2004 11:52:53 PM

## fairbanks heartless cut-thoats



Submitted: **6/4/2005**
**4:55:55 AM**
Modified: **2/4/2006**
**12:07:32 AM**

Category:
**Mortgage Companies**

# Select Portfolio Services, Fairbanks Capitol ripoff adding insurance fees: fraudulant late fees and other service fees with no explaination Ripoff Salt Lake City Utah *Consumer Comment ..Going through the samething ..company, which was accused of improper collection practices and investigated by the Federal Trade Commission

Company
**Select Portfolio Services, Fairbanks Capitol Corp.**
Address:
**3815 South West Temple**
**Salt Lake City Utah  84115**
**U.S.A.**
Phone:
**800-635-9698**
Fax: -

**Select Portfolio Services aka Fairbanks Capitol Corp. has added home owners insurance to my loan as of last November. They had requested proof of insurance the first of December 2004 and my insurance company faxed it to them and mailed it to them. I also called them to confirm they got the fax and they said they did so I assumed all was well. The policy didn't expire until April 27,2005. Then again in February I received another request for proof of insurance. I again had my insurance agent fax and mail them a copy of the insurance. Needless to say, this is the same pattern of Fairbanks Capitol Corp. So when the next letter came in April, I called SPS and talked to an associate who refused to identify herself and was told they never had received any proof of insurance so once again I had my insurance agent fax and mail both last years policy deck sheet and this coming years deck sheet. I called SPS back and the associate I got that time I told that if I got one more letter from them requiring proof of insurance, I was going to hire a lawyer and sue them because they may have changed their name but they sure haven't changed their business practices. About two weeks later, I got a letter in the mail that said they had canceled the insurance they had placed on the property and credited it back to my account from November 2004 but I never saw any money credited to any of my statements. Come to think of it, my $400 house**

payments don't lower any balances either. Not principle, not negative escrow not taxes... nothing. I think it just lines their pockets.

After this confrontation over the insurance, they filed a motion to Lift a Stay so they could proceed with forclosure on my home. The had caused me so much trouble in the past that they forced me to file Chapter 13 Bankruptcy. Their reason for the Stay was missed or late house payments. Failure to provide insurance on property etc. Luckily, I have all my canceled checks and insurance deck sheet etc. So, it looks like the Bankruptcy Judge isn't going to let them have the Stay.

At this point, I'm ready to sue them. I would like to cause them as much greif as they have caused me. ( and I'm sure hundreds of others) I would like to know if there is a lawyer out there that would be willing to take this case and if anyone else would like to join and maybe make it a class action suit.

Jan
Amarillo, Texas
U.S.A.

Click here to read other Rip Off Reports on Fairbanks Capital Corp

**Company Search**

If you would like to see more Rip-off Reports™ on Select Portfolio Services, Fairbanks Capitol Corp., please use the search box below

Select Portfolio Services, Fairbanks Capitol Corp.   

In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

# Rebuttal Consumer Comment

Submitted: 2/3/2006 10:48:58 PM
Modified: 2/3/2006 10:48:58 PM

## Going through the samething ..company, which was accused of improper collection practices and investigated by the Federal Trade Commission

Jan I know what your going through as well. My mother filed for chapter 13 bankruptcy in 2000 and they tried to do a lift of stay in 2001 and again in 2004. In April of 2004 was the last one and she was out of bankruptcy in Dec of 2004. They of couse denied it because she was covered by the bankruptcy law but they are still trying to charge her lawyer fees in the amount of roughly $3000.00 and they are saying the payment is late

every month so changing a late fee monthly. We are in the process of refinancing the loan just to get out of there so they can't charge her any more or take the house. I am looking to find out if we pay off house if we lose the right to sue them on the charges they are charging us plus just for the pain and stress they are putting my mother through. I read something on the internet today and this is what it says...Select Portfolio Servicing (SPS), formerly Fairbanks Capital, is one of the largest servicers of subprime residential mortgage loans in the US (it currently services about 270,000). The company, which was accused of improper collection practices and investigated by the Federal Trade Commission (FTC) and the Department of Housing and Urban Development (HUD), reached a settlement in November 2003 in which it agreed to pay $40 million to establish a redress fund for consumers. Shortly after settling, it closed its office in Austin, Texas. Mortgage issuer PMI Group sold Select Portfolio Servicing and its parent SPS Holding Corp. to Credit Suisse First Boston in October 2005.

By the sounds of this it appears that SPS may have been sold yet again or is getting ready to change their name to another because they are having all sorts of problems yet again and need to hid again to keep screwing people. If you find someone willing to take this on please feel free to contact me or have them contact me! Best of luck to you with your dealings with them!

Kim - Grand Rapids, Michigan
U.S.A.

### REBUTTAL BOX
**MY COMPANY HAS BEEN REPORTED!
HOW DO I RESPOND?**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

Feel free to send us suggestions and comments to our editorial staff.   Technical questions can be addressed to our webmaster.   Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.   Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

