**Edward J. and Rachel J. Mason**
4172 Bluff Road
Mullins, South Carolina 29574
Work Phone: 843-423-9998
Fax: 843-423-9928
Cell: 843-617-1183
Home Phone: 843-423-4917
Email: REMCARE4@aol.com

3/28/06
10:10 AM
by fax

March 27, 2006

The Honorable Judge
Douglas P. Woodlock
District of Massachusetts
One Courthouse Way, Suite 3120
Boston, Massachusetts 02210
Phone: 617-748-4185  FAX: 617-748-4199  617-748-4593

Civil Action No. 03-12219-DPW

Civil Action No. 03-10895-DPW

Court Order Signed: May 14, 2004

RE: Fairbanks (Select Portfolio Servicing)
Phone: 801-293-2566
FAX: 801-293-3943

Loan: 7002308778

Your Honor:

My wife and I desperately need your help. Select Portfolio Servicing (SPS), formerly Fairbanks, is defying your court order by reporting that we have an unpaid mortgage with them, and that we are delinquent in mortgage payments to them. SPS is also reporting a foreclosure that never happened, (see attachment).

This account was paid in full in February 2005 with a $00.00 balance. On several occasions we have asked this company to report the correct information to the credit bureaus as mandated in your court order. To this date and time they have ignored our repeated requests and your court order as well.

The false information that Fairbanks continues to report has caused a delay in the underwriting department of the loan processing department where we have applied for a loan. The false information continues to lowered our credit scores by 200 points, making it impossible for us to get a loan. This information is being sent to the three major credit bureaus. To our dismay, this information has already caused us to loose a very important commercial loan.

I have contacted the Federal Trade Commission to inform them of this matter and the actions of the Fairbanks Company.

I have advised Fairbanks (SPS) that they continue to defy the May 13, 2004 court order signed by you, the Honorable U. S. District judge Douglas P. Woodlock which mandated that SPS correctly report credit information to the major credit reporting bureaus along with various other mandates.

Thank you in advance for your attention to the above matters.

Sincerely,

*Edward J. Mason*

Edward J. Mason
& Rachel J. Mason

CC:  Mr. Ben Olsom (FAX: 202-326-3629)
     Federal Trade Commission
CC:  Michelle Simon (FAX: 801-293-3943)
     Select Portfolio Servicing
Attachment (1)

Case 1:03-cv-12219-DPW    Document 87    Filed 03/28/2006    Page 2 of 2

# CONFIDENTIAL DOCUMENTS:

**FAX COVER SHEET**

Remcare Incorporated
500 North Marion
P.O Box 654