April 3, 2006

Select Portfolio Servicing
P.O. box 551170
Jacksonville, FL 32255-1170
Attn: Walter Fudge, Customer Service
      Representative

RE: Select Portfolio Servicing Loan No. 3008699336
    (address: 921 State Highway 32, Buffalo, MO 65622)

Dear Mr. Fudge:
In the monthly billing statement for 2-15-2006 on the referenced loan, you list $10,021.76 as owing; $6,771.45 due, with $5,804 past due. I demand a written explanation of every penny assessed, with date assessed and exact amounts assessed on those dates.

You list late charges of $1,264.81. What is the breakdown of this charge—dates and amounts?

A return check charge of $19.43. There are no returned checks. Date and amount of this charge?

$2,280.25 is listed: "other fees". The explanation for each fee, dates charged, and the amounts for each fee charged?

This is a formal demand for an itemized accounting of all monies I have paid after you illegally forced me into a new forbearance in early 2005. Itemize where these payments were applied—every penny. What happened to the extra $500/ month you demanded on threat of foreclosure? YOU HAVE NEVER EXPLAINED WHY THIS EXTRA MONEY WAS NOT CREDITED TO MY ACCOUNT AS ADDITIONAL PAYMENT ON THE PRINCIPAL OR APPLIED TO SOME OF THESE FEES YOU SAY ARE OWED. HOW MANY PAYMENTS DO YOU SHOW THAT I AM IN ARREARS?

THIS IS ALSO A DEMAND FOR A LOAN HISTORY FROM THE TIME OF THE NEW FORBEARANCE PLAN TO DATE—IN PRINT THAT I CAN READ. DO NOT SEND A LOAN HISTORY IN THAT TINY PRINT SO SMALL THAT I CANNOT READ IT.

In Judge Woodlock's order(U.S.A. vs. Fairbanks Capital Corp., etc. Civil Case 03-12219, page 15) Fairbanks aka Select Portfolio Servicing is RESTRAINED AND ENJOINED FROM....
    A.    Failing to respond, in a timely manner to consumers' qualified written requests in accordance with 12 U.S.C. section 2605(e)....

APRIL 3, 2006 letter to Walter Fudge, SPS (Loan No. 3008699336)

    F.    Failing to make timely payments from consumers' escrow accounts for .... property taxes,...as such payments become due in accordance with 12 U.S.C. section 2605(g)....

    G.    Failing to provide annual escrow statements that clearly itemize payments for taxes, insurance premiums, and other separately identified charges in accordance with 12 U.S.C. section 2609(c)(2)."

Moreover, you are defying Judge Woodlock's order: in February 2006, you, Mr. Fudge, entered into my SPS account record, "dispute resolved." YOU KNEW THIS TO BE UNTRUE. I WAS DEMANDING, AND CONTINUE TO DEMAND, AN EXPLANATION OF WHY MORE THAN $9,000 IS MISSING FROM MY ACCOUNT—MORE THAN $9,000 DISAPPEARED WITHOUT EXPLANATION FROM MY ACCOUNT ACCORDING TO YOUR OWN RECORDS. ALSO, I DIDN'T ASK ABOUT PAST INSURANCE PAYMENTS. I WAS ASKING IF YOU HAD PLACED FORCED INSURANCE ON THIS PROPERTY NOW.

I STILL CANNOT GET A STRAIGHT ANSWER FROM SPS, AND YOU, AS TO WHETHER I HAVE FORCED INSURANCE ON THIS PROPERTY. I DO KNOW THAT YOU HAVE HAD FORCED INSURANCE ON THIS PROPERTY WITH BALBOA FOR MONTHS EVEN THOUGH YOU HAD BEEN SENT PROOF THAT I HAD MY OWN INSURANCE ON THE PROPERTY.

I AM WAITING FOR THE ANSWER, IN WRITING, TO MY EARLIER INQUIRY AS YOUR RESPONSE LETTER TO THIS EARLIER DEMAND DID NOT ACCOUNT FOR THE $9,000+ DISAPPEARANCE. I STILL DO NOT HAVE THE ANSWER TO MY QUESTION ABOUT WHETHER YOU HAVE FORCED INSURANCE ON THIS PROPERTY. I ANTICIPATE IMMEDIATE ANSWERS, IN WRITING, TO ALL OF THE ABOVE QUESTIONS. AND, BY THE WAY, THERE ARE TWO YEARS OF PROPERTY TAXES DUE ON THIS PROPERTY THAT SPS NEEDS TO PAY AS JUDGE WOODLOCK ORDERED.

SINCERELY,

*[signature]*

LOUISE T. TUTT
921 STATE HIGHWAY 32
BUFFALO, MO 65622
TEL: (417)345-7520
      (314)352-8751

*CERTIFIED MAIL – RETURN RECEIPT REQUESTED*