June 14, 2006

SPS Delinquency
P.O. Box 70610                          CERTIFIED MAIL – RETURN RECEIPT
Pasadena, CA  91117                     REQUESTED

Re: Loan #3008699336
    921 State Highway 32
    Buffalo, MO  65622
    Parcel No. 8-8-28-6 (Dallas County Parcel Number)

Gentlemen:

Your letter of May 9, 2006 regarding payment of the property taxes on the above-referenced property.

The taxes owing on this property are as follows:

| YEAR | AMOUNT | TOTAL OWING IF PAID JUNE 2006 |
|---|---|---|
| 2004 | $403.87 | $562.21 |
| 2005 | $410.16 | $491.80 |

Address of Dallas County Collector: Dallas County Collector
                                    P.O. Box 529
                                    Buffalo, MO  65622

There are errors in your letter of May 9, 2006.  The property is not in Taney County; it is in Dallas County, State of Missouri.  Also, you stated that the taxes are delinquent one year; wrong.  The property taxes are two years delinquent—for the years 2004 and 2005.

The property is not in jeopardy of foreclosure because of the two years back taxes still owing.  Dallas County orders a tax sale when property taxes are three years delinquent.

I hereby formally request that the taxes be paid at once.  I have an escrow account from which they are to be paid.

A reminder that in UNITED STATES OF AMERICA, PLAINTIFF v. FAIRBANKS CAPITAL CORP., a Utah corporation, FAIRBANKS CAPITAL HOLDING CORP., a Delaware corporation, and THOMAS D. BASMAJIAN, Defendants., The Honorable Douglas P. Woodlock, U.S. District Court Judge, District of Massachusetts, stated:

"IT IS FURTHER ORDERED THAT Defendants, and each of them…are hereby permanently restrained and enjoined, in connection with the servicing of any loan, from failing to comply with RESPA, 12 U.S.C. Sections 2601-2617, as amended, or its implementing Regulation X, 24 C.F.R. Pt 3500, as amended, including, without limitation:…

Page 2 of June 15, 2006 letter to SPS re: two years delinquent taxes on Dallas County realty, Loan No. 3008699336

> F. Failing to make timely payments from consumers' escrow accounts for casualty insurance, property taxes and other charges with respect to the property as such payments become due in accordance with 12 U.S.C. Section 2605(g);..."

In short, you are to pay these taxes ON TIME out of my escrow account because I have an escrow account. AND, I am not paying for the interest accrued because you have defied Judge Woodlock's order permanently enjoining you from failing to pay these taxes.

I am enclosing a copy of the above portion of Judge Woodlock's ORDER.

By the way, I am in a lawsuit with SPS(Fairbanks Capital Corp.), so if you have any problems with this demand, contact my attorney,. Mr. Douglas Parker, Neale and Newman, LLP, P.O. Box 10327; Springfield, MO 65808-0327.

I anticipate an immediate response to confirm that these corrections are made and these back taxes are paid.

Sincerely,

*Louise T. Tutt*
Louise T. Tutt
921 State Highway 32
Buffalo, MO 65622

Enclosure: Pages 1, 15, and 16 of Woodlock order in Civil No. 03-12219 (DD, PP, WW).

Copy: The Honorable Douglas P. Woodlock