Dear Sir/Mam                                              08-24-06

Our names are, Alexander & Cornelius Jones.
The reason for this Letter is, I was a victom of fairBanks and
Due to their false Charges we Lost our home, my husband
has had (3) Strokes Doing that and I was not able to fight for
what was right. I Lost my home for Less than 1,500.00
but fairbanks had me oweing Thousands of DollArs.
That was what Caused my husband to become Sick.
I belive that fairbanks is responsible for the Loosing
of my home and many other things. I belive fairbanks
Should get me another home and pay what is owed to me.

I can't believe that the United States of Massachusetts would let Fairbanks take peoples home that, they have worked most of their lives. It is because of them we don't have ~~over~~ our home.

I would like for you to take the time and read my letter, And tell me what you think. You made the decision to let them destroy our lives without even asking the victems what they think.

I am older now and more wiser than I were then,

I would Like to speak to the media, Reporters and make Appearances on television shows to see what they think about what happen to me.

1. Civil Clerk's Office
2. United States District Court for Distric of Massachusett's
3. John Joseph Moakley

The persons Listed will be mentioned To All the public and Also Listed on my website within (15) Days of the Date of this Letter

I will place Everything on my web, and Copys of the infomation that I received bafor I was thrown out of our home, And Drove my to A Stroke.

Contact #  803-988-8121
Address    2572 Gervais Street
           Columbia S.C. 29204

P.S. I Need your Help!