**ATTY. SIDNEY N. FREEMAN**
*SIDNEY N. FREEMAN CO., L.P.A.*
7 W. Bowery Street
Suite #604
Akron, OH 44308
(330) 762-9191
fax (330) 762-4244

March 21, 2007

US District Court, Massachusetts
Attn: Clerk, Civil Division
1 Courthouse Way, Ste. 2300
Boston, Massachusetts 02210

RE:   United States of America v. Fairbanks Capital Corp., et al.
      United States District Court, District of Massachusetts
      Case No. 1:03 CV 12219-DPW

Dear Clerk:

    I am trying to have the judgment in the captioned case registered in another district. I have obtained the Certification of Judgment and a certified copy of the Judgment from you previously, but the Clerk in my district needs something else. Because this was a class action, our client's name does not appear on the Judgment. The Clerk needs something (Complaint, docket, etc.) that has either the name Tracy Douglas or Cleo Douglas listed on it as a party. We are not registered in your district, and so I cannot get online to print a docket off of your website. I have enclosed a copy of the first page of the Judgment, for your reference. Obviously I would be willing to pay any costs associated with this service. Please contact me at the above telephone or fax number, and I will send a check for the amount you specify.

    Please contact me with any questions or concerns you may have.

Very truly yours,

*[signature]*

Cortney E. Freeman

CEF/cef
Enclosure