UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP. et al.,<br><br>Defendant.<br><br>————————————————<br><br>ALANNA L. CURRY, et al.,<br>Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRBANKS CAPITAL CORP.,<br><br>Defendant. | <br>FILED<br>Clerk's Office<br>USDC Mass.<br>Date 5/12/04<br>By ____<br>Deputy Clerk<br><br>Civil Action No. 03-12219-DPW<br><br><br><br>Civil Action No. 03-10895-DPW<br><br>I hereby certify on 3/07/2007 that the foregoing document is a true and correct copy of the<br>☐ electronic docket in the captioned case<br>☐ electronically filed original filed on ____<br>☒ original filed in my office on 5/13/2004<br>Sarah A. Thornton<br>Clerk, U.S District Court<br>District of Massachusetts<br>By: ____ |

## FINAL ORDER CERTIFYING SETTLEMENT CLASS AND APPROVING SETTLEMENT

Upon review and consideration of the Settlement Agreement and Release dated November 14, 2003 ("Settlement Agreement"), relating to *Curry v. Fairbanks Capital Corp.*, No. 03-10895-DPW ("Curry Action"), the evidence and arguments of counsel presented at the Fairness Hearing held on May 12, 2004, the memoranda filed with this Court, and the timely objections to, and other filings in connection with, the Settlement, and matters in the record of the Curry Action and in *United States v. Fairbanks Capital Corp.*, No. 03-12219-DPW ("FTC Action"), IT IS HEREBY ORDERED and ADJUDGED as follows: