July 17, 2007

TO The Honorable Douglas P. Woodlock
Residing Judge of The United States District
Court in the State of Massachusetts.

Case #
Civil Action # 03-12219-DPW
+
Civil Action No. #
03-10895-DPW

On the date of May 12th 2004 in the case of Fairbanks Capital Corp. & its holding corporation as well & all its entenies as well.

I was told directly by You, The honorable Douglas P. Woodlock that I was to be granted exactly what I asked for to end this matter & put it behind me in regards to the case involving Fairbanks Capital & its Corp.

My request was $30,000 that was it. Well, unbeknown to You they gave me a check for a lump sum of $3,500 total. And let me know that if I was to cash that check I would be done, settled, complete.

I would want to disclose to you on this matter I do not appreciate someone such as themselves taking a direct order of the court which you told them to pay me in funds to satisfy the complaint. They lowered me more, & made me feel worse for all I have been thru in this matter.

They did from day one all the wrong doing, their company defaulted on their loans to their customers — goes on. And then to add to the list of ey did all they could to push the customers et out of all they held so dear to them, dwelling — having to have their lives uprooted es, etc. And I done spent monies I did— to come to Boston, Mass. to get my point

across to them, now they have another company name which is SPS. They will do it again & again, as long as their crooked lawyers can help them bend the law over a Federal court Judge, they will do it. And they will have the last say as well. We, the poor, day to day, hard working consumers will be subjects of their future & their present past that they will close the book on without blinking to how long can we get away with this!

I have since the court date talked to Allyson Brown in the Federal Trade Commission & she is so like them it's not funny.

I can't tell you how silly this makes me feel to being taken advantage of not once, but twice. By the same company.

You know I am not making this up. I feel so beneath myself to gravel, for what is owed to me. You didn't tell them to total their direct quote to minimal.

The amount I'm requesting is noway near $40,000,000.00 Forty million dollar class-action law-suit involved.

I will explain that I did not initiate this case to become a huge ball of wax unmelting in front of me. They did this, & there are some consequences to what you do in life. Whether they see it or not.

I will not lay this down until all costs are granted. It's not about the dollar (being greedy) its about humilating my character.

Would they want this done to them? and

Sorry about the paper this is all written upon.

My grandchildren grab up all my free paper + pads to doodle on.

So, pardon me if you will.

I will wait for your ruling on this matter, & in hopes you will find it in your heart to understand I am not the bad guy. and in hopes you do, that the Lump-sum be greatfully gradified in your court setting not outside in the hallway as they did me that certain-day.

I am truly-sorry for so long to reach you, but I was told not to, by Goodwin & their faculty & FTC. Itself.