UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.<br>(formerly Fairbanks Capital Corp.),<br>a Utah corporation, SPS HOLDING CORP.<br>(formerly Fairbanks Capital Holding Corp.),<br>a Delaware corporation, and<br>THOMAS D. BASMAJIAN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 03-12219<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO MODIFY ORDER PRELIMINARILY APPROVING
STIPULATED FINAL JUDGMENT AND ORDER AS TO
FAIRBANKS CAPITAL CORP. AND FAIRBANKS CAPITAL HOLDING CORP.**

Plaintiff, the United States of America, acting upon notification and authorization to the Attorney General by the Federal Trade Commission ("FTC"), moves this Court pursuant to Federal Rule of Civil Procedure 60(b)(6) for modification of its November 21, 2003 Order Preliminarily Approving Stipulated Final Judgment and Order as to Fairbanks Capital Corp. and Fairbanks Capital Holding Corp. ("Stipulated Order"). Defendants Select Portfolio Servicing, Inc. and SPS Holding Corp. (formerly known as Fairbanks Capital Corp. and Fairbanks Capital Holding Corp.) (collectively, "SPS") join in this motion. The Department of Housing and Urban Development ("HUD"), which is also a plaintiff in this action, concurs with this motion and has executed the proposed Modified Order.

As discussed in the accompanying Memorandum of Reasons, the Stipulated Order resolved an action brought by the FTC and HUD regarding SPS' servicing of mortgage loans by, among other things, requiring SPS to abide by certain injunctive provisions governing its business practices. Subsequently, the FTC conducted a review of SPS' compliance with certain aspects of the Stipulated Order. The FTC and SPS negotiated and agreed to several modifications to the Stipulated Order and now seek entry of the attached proposed Modified Stipulated Final Judgment and Order ("Modified Order"), which would replace the Stipulated Order as the final judgment in this matter. If entered by this Court, the proposed Modified Order would provide benefits to consumers beyond those in the original order and incorporate intervening changes in the law. The proposed modifications are discussed in greater detail in the attached memorandum.

Accordingly, because the proposed modifications would further the ends of justice in this case, the parties respectfully request, pursuant to Rule 60(b)(6), that the Court enter the proposed Modified Order, which replaces the Stipulated Order as the final judgment in this case.

Dated: __August 2__, 2007

FOR THE UNITED STATES OF AMERICA:

MICHAEL J. SULLIVAN
United States Attorney
District of Massachusetts

__/s/ Anita Johnson__
Anita Johnson
Assistant United States Attorney
Suite 9200 Moakley Courthouse
Boston, MA 02210
(617) 748-3100 (telephone)
(617) 748-3971 (facsimile)
Anita.Johnson@usdoj.gov


FOR THE FEDERAL TRADE COMMISSION:

WILLIAM BLUMENTHAL
General Counsel

__/s/ Allison I. Brown__
Allison I. Brown, Attorney
Illinois Bar. No. 6242582
Benjamin K. Olson, Attorney
D.C. Bar No. 477090
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-3224 (telephone)
(202) 326-3768 (facsimile)
AIBrown@ftc.gov
BOlson@ftc.gov

FOR DEFENDANTS SELECT PORTFOLIO
SERVICING, INC. AND SPS HOLDING
CORP.

　/s/ Thomas M. Hefferon
Thomas M. Hefferon
BBO No. 54289
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 346-4000 (telephone)
(202) 346-4444 (facsimile)
THefferon@goodwinprocter.com

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Joint Motion to Modify Order Preliminarily Approving Stipulated Final Judgment and Order as to Fairbanks Capital Corp. and Fairbanks Capital Holding Corp., supporting Memorandum of Reasons, and proposed Modified Stipulated Final Judgment and Order filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on August 2, 2007.

                                       /s/ Anita Johnson
                                    Anita Johnson
                                    Assistant United States Attorney
                                    Suite 9200 Moakley Courthouse
                                    Boston, MA 02210
                                    (617) 748-3100 (telephone)
                                    (617) 748-3971 (facsimile)
                                    Anita.Johnson@usdoj.gov