Case #
03122l9

Sept. 9, 2007

To The Most Honorable Judge Douglas P. Woodlock,

I am writing you my last & final letter in hopes that you can see how negligent these people are to take advantage of an honest hard-working individual such as myself & others as well, in my shoes walking the plank that these criminals want us to walk in hopes that we all fall off the side (to never-ever get back on again).

Its a hard knock to be shamed by such ugliness & thief can still lay their heads down at nite & sleep tight.

If someone did that to them they would go until eternity to fight back for justice.

What is justice for people like me & others who have suffered so badly?

Don't it make sense to take back what's ours the legal way? Maybe they got that settlement of 40,000,000.00 (Forty million) to hope that this would give them a fresh start, but in all reality they owe us all who have fought dillengtly to keep their asets

so as not to lose them & in the end due process we lost our precious assets for all we put hard work into, & have had hard time to erase the marks on our credit history that has haunted us like a nightmare. When does it all end? they will threaten you on the phone & tell you over & over again we have done nothing wrong in anyway. Our clients are all innocent; they have a business to be proud of in the real estate world. They will stand on their honor they have done nothing wrong at all.

As gary's last words were to the state housing commission "I only took what belonged to my clients".

I was very oblivious to the nature of a criminal act has been committed (such as embezzlement on the CEO's part) only reason for that is to make up for money spent from himself that shouldn't been spent & no explanation for it, maybe a serious gambling issue, or a overlooked drug addiction, something

went seriously wrong with some numbers in the company.

Either way someone needs to pay and it shouldn't be the consumer. Fairbanks Capital sold my property for $110,000.00 so they knew what they were doing.

They sent a guy from Millenium Bank to break in my house & tear it up worse than all I've ever seen in my lifetime to make it look like I did it. My stuff was all in the house ransacked thrice and they stole precious collectibles that can't be found anymore without a good price to go along with it.

Then they not only trespassed illegally but denied it.

Then when the Millenium Bank admitted it they told me Fairbanks former lawyers hired me to do it.

The items stolen belonged to my son & it was his lawsuit. We were given a starting judgement of $25,000 for a District court & we can still reopen the judgement unless Fairbanks are also willing to take fall for that

But, They still believe $3500.00 is sufficient.

Gary Klein said that "The judge wants us to work a deal with epu to see what is the least amount epu will take to go away!"

Allison Brown from the FTC is also on their side as well.

I often wonder if she was in anyway promised monies on the case.

I want to settle this matter as soon as possible, Fairbanks Capitol are still selling properties that were apprehended involving the case, way before they even had a chance to change their company name (which means down the road this situation will happen again) and like before under the former name of Fairbanks Capitol they will get away with it again. And the charge of extortion should have been added to their wrong doing as well as embezzlement also.

It makes me ill down deep within to know that they will stand proud to think that no law was broken, nor committed & will never lie under oath they ultimately laughed at me

- 5 -

walking away from them in the federal court Hallway of the city of Boston, and the state of Massachusetts.

They would lie to god if he came off the cross & ask them for the truth.

And that means they have no morals, dignity, and no honor about them.

If I was the highest court in the United States of America I would make them pay what is owed, then disbarr them, & shut down their business so that way that would keep them from praying on others as well. And final I would imprison them for their selfish crimminal acts they have already committed.

So, they could have adquate time to think about it. And just maybe they would find it within to ask god for forgiveness. Unless of course

they stay cold-hearted which is really what they are now.

They use the consumer to crunch numbers & make the consumer believe they are getting a real deal. In reality they are being robbed thousands on their property.

As God is my witness this is what these people are about.

Gary Klein is not just making a paycheck each week he is actually paving the path & hand to help them get rich which in turn makes himself & his firm rich & the states as well as the housing act just don't see it yet.

Because he (Gary Klien) keeps tying of loose ends, in the end due process the loose ends will eventally have to lay out straight so as to keep paper trails of records straight as well.

I pray to Jesus you as well will see that I am telling

you nothing but the truth & it (the act of fraud) is not justifiable & I did no wrong doing to be prayed upon. I deserve interest on my settlement for them insulting me with $3,500.00 when you awarded me in the court for the sum of $30,000 plus.

Do you remember when I was in there on my case & I had quoted to the court I would walk away with $30,000 & never ever bring this matter up again, But now I want more in which I deserve it entirely. My first mortgage did not pay off the second mortgage it was Great Lakes (Peres-investment) & now they have a judgement sworn against me in the court of Westland for $15,000 I want this judgement cleared (paid) off my record to the good like it never had late fees or any marks on my CB →

- 8 -

I want the matter off the credit Bureau completely no judgement & balance no lateness just Great Lakes & paid accordingly. then the interest from 2004 on my $30,000.00 which I originally asked for.

and I shouldn't have to be charged for the Great Lakes amount of $15,000 this was their act of default. They (Great Lakes started a foreclosure on me after Fairbanks Capitol paid off their amount & balance. Great Lakes was part of them also.)

So the settlement starts out at $30,000.00 plus interest.

Please feel free to contact me at 4337 Edmund St. Wayne, Mich.. 48184. Phone # 734-516-8500 cell. I have a P.O. Box as well but I am taking care of my mom at this time & she has a very weak heart & has had 3 episodes of congestive heart failure.

-9-

Case # 0312219

I have already lost my father now it is my turn to take care of my mother.

And I have to be here to administer her medicine to her + her diet also.

Please keep me updated on the case if it will ever getting settled.

I tried to sell the property at 841 Arlington Dr. Inkster Mich. 48141 and ended up getting deeper in trying to do some extra final repairs + drowned myself in debt.

One guy I gave $1600.00 for plumbing repips, + $1,800.00 in to drywalling repairs, new electrical throughout, Inside + out. New carpet throughout. Another 2,800 with carpeting, electrical alone. Brand new garage roof complete roof tear off existing frame of roof + completely rebuild, new tile in kitchen. Total loss on property

before being sold is about $18,000. Work was done in 98, 99, 2000, 2001, + gave up property because their greed got the best of them in 2002. and they sold the property in 2003 earlier part of 2003. Had it sold after redeeming it in 6 months time.

They are sneaky, conniving, greedy, + selfish + very very cold hearted to no avail.

How do we learn to deal with these type of people, + yet still hold our faith with-in us?

God is the vengence indeed + he will prevail with just cause.

I came from a christian home + even in the summer I went to school (vacation bible school) every year of my childhood + teenage life + completely live by my faith. Without it I wouldn't still have my mother alive. I have faith god can do any-thing you ask of him.

He gives me my faith and not by intellectually but by heart.

Please, your Honor let me know how the case is if it takes off for the good or the bad. But I have my faith no matter what.

I will close for now and may god bless you in your life throughout.

I am sincerely yours,

Teresa L. Whitehead